# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, § § § § Plaintiff, § § v. § § ASUSTEK COMPUTER INC. AND § ASUS COMPUTER INTERNATIONAL § § Defendant. § § § | Civil Action No. 6:19-cv-00059-RWS  **JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Plaintiff Lone Star Technological Innovations, LLC's Notice of Voluntary Dismissal to dismiss Defendant ASUS Computer International pursuant to Federal Rule of Civil Procedure 41(a)(1).  Docket No. 8.  It is therefore

**ORDERED** that all claims by Plaintiff against Defendant ASUS Computer International are hereby **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** this 22nd day of April, 2019.

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE