**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ASUSTEK COMPUTER, INC., <br><br> Defendant. | § § § § § § § § § § § § § Civil Action No. 6:19-cv-00059-RWS <br><br> **JURY TRIAL DEMANDED** |

**ORDER TO EXTEND TIME FOR LONE STAR TO FILE ITS FIRST AMENDED COMPLAINT AND SETTING TIME TO ASUS TO RESPOND**

Before the Court is Plaintiff Lone Star Technological Innovations, LLC ("Lone Star") and Defendant ASUSTeK Computer Inc.'s ("ASUS") Joint Motion to Extend Time for Lone Star to File its First Amended Complaint and setting time for ASUS to respond. Docket No. 20. Having considered the matter, the Court **GRANTS** the joint motion. It is therefore

**ORDERED** that Plaintiff shall file its first amended complaint by September 3, 2019 and that Defendant shall answer or otherwise respond by September 17, 2019.

**SIGNED this 30th day of August, 2019.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE