**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:19-cv-00059-RWS |
| v. | § § | |
| ASUSTEK COMPUTER INC., | § § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § | |

## STIPULATION TO ADOPT MOTION TO DISMISS BRIEFING

On September 17, 2019, Defendant ASUSTeK Computer Inc. ("ASUS") filed its Motion to Dismiss Plaintiff Lone Star Technological Innovations, LLC's ("Lone Star") First Amended Complaint (Dkt. No. 24.)  Lone Star's response is due October 1, 2019.  Plaintiff Lone Star and Defendant ASUS (collectively, the "Parties") stipulate to adopting the briefing on the same motion and grounds currently pending in the *Lone Star Technological Innovations v. Barco N.V.* ("Barco"), Civil Action No. 6:19-cv-60 (E.D. Tex.) including:

- Barco's Motion to Dismiss, (Dkt. No. 19);
- Lone Star's Response, (Dkt. No. 20);
- Barco's Reply (Dkt. No. 21); and,
- Lone Star's Sur-reply (Dkt. No. 22).

Specifically, the Parties agree to stipulate to adopting the Barco briefing instead of Lone Star filing a response on October 1, 2019; ASUS filing a reply on October 8, 2019; and Lone Star filing a sur-reply on October 15, 2019.  Both the ASUS Motion to Dismiss and the Barco Motion to Dismiss involve the same patent-in-suit and similar operative infringement.

Dated:  September 30, 2019

Respectfully submitted,

By: */s/ John D. Saba*
    William M. Parrish
    Lead Attorney
    Texas State Bar No. 15540325
    Minghui Yang
    Texas State Bar No. 24091486
    **HARDY PARRISH YANG, LLP**
    Spicewood Business Center
    4412 Spicewood Springs Rd.
    Suite 202
    Austin, Texas 78759
    (512) 520-9407
    bparrish@hpylegal.com
    myang@hpylegal.com

    John D. Saba Jr.
    Texas State Bar No. 24037415
    **WITLIFF | CUTTER PLLC**
    1803 West Avenue
    Austin, Texas 78701
    (512) 960-4438 (Phone)
    (512) 960-4869 (Fax)
    john@wittliffcutter.com

    John Lee (admitted to E.D. Texas)
    California Bar No. 229911
    **BANIE & ISHIMOTO LLP**
    3705 Haven Ave. #137
    Menlo Park, CA 94025
    (650) 241-2771
    (650) 241-2770 (Fax)
    jlee@banishlaw.com

    ***Counsel for Plaintiff***
    LONE STAR TECHNOLOGICAL
    INNOVATIONS, LLC,

By: */s/ Vinay V. Joshi*
    Vinay V. Joshi (admitted to E.D. Texas)
    vjoshi@thepatentattorneys.com
    Amin Turocy & Watson LLP
    160 West Santa Clara Street
    Suite 975
    San Jose, CA 95113

Telephone: (650) 618-6481
Facsimile: (216) 696-8731

**ATTORNEYS FOR DEFENDANT**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 30, 2019, I electronically filed the foregoing STIPULATION TO ADOPT MOTION TO DIMISS BRIEFING with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

*/s/ John D. Saba*
John Saba