# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, | § § § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:19-CV-00059-RWS |
| v. | § § | |
| ASUSTEK COMPUTER INC., | § § § | |
| Defendant. | § § § | |

## ORDER

Before the Court is the parties' Joint Stipulation to Adopt Motion to Dismiss Briefing. Docket No. 25. This Court hereby **GRANTS** that motion. It is therefore

**ORDERED** that the parties' motion to dismiss briefing in Civil Action No. 6:19-cv-60 is **ADOPTED** here. It is further

**ORDERED** that the parties shall file the adopted briefs within **three (3) days** of this Order.

It is so **ORDERED**.

**SIGNED** this 8th day of October, 2019.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE