# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, | § § § § § § § § § § § § § | CIVIL ACTION NO.  6:19-CV-00059-RWS |
| Plaintiff, | | |
| v. | | |
| ASUSTEK COMPUTER INC., | | |
| Defendant. | | |

## <u>ORDER</u>

The Court hereby **RESETS** Asustek Computer Inc.'s Motion to Dismiss (Docket No. 24)

and Barco NV's Motion to Dismiss (No. 6:19-cv-00060, ECF No. 19) for hearing at 10 a.m. on

November 13, 2019 in Texarkana, Texas.

**So ORDERED and SIGNED this 30th day of October, 2019.**

Robert W Schroeder III
UNITED STATES DISTRICT JUDGE