# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **LONE STAR TECHNOLOGICAL INNOVATIONS, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**ASUSTEK COMPUTER INC.,**<br><br>*Defendant*. | Civil Action No. 6:19-CV-00059-RWS<br><br>**LEAD CASE**<br><br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF SERVICE OF P.R. 3-1 AND 3-2 DISCLOSURES

Notice is hereby given that Lone Star Technological Innovations, LLC ("Lone Star"), Plaintiff in the above-entitled and numbered civil action, served its P.R. 3-1 and 3-2 Disclosures on all Defendants ASUSTek Computer, Inc. and Barco N.V. via electronic mail on November 6, 2019.

Dated: November 6, 2019

Respectfully submitted,

By: */s/ John D. Saba*
William M. Parrish
Lead Attorney
Texas State Bar No. 15540325
Minghui Yang
Texas State Bar No. 24091486
**HARDY PARRISH YANG, LLC**
Spicewood Business Center
4412 Spicewood Springs Rd.
Suite 202
Austin, Texas 78759
(512) 520-9407

        bparrish@hpylegal.com
        myang@hpylegal.com

        John D. Saba Jr.
        Texas State Bar No. 24037415
        **WITTLIFF | CUTTER PLLC**
        1803 West Avenue
        Austin, Texas 78701
        (512) 960-4438 (Phone)
        (512) 960-4869 (Fax)
        john@wittliffcutter.com

        John Lee (admitted to E.D. Texas)
        California Bar No. 229911
        **BANIE & ISHIMOTO LLP**
        3705 Haven Ave. #137
        Menlo Park, CA 94025
        (650) 241-2771
        (650) 241-2770 (Fax)
        jlee@banishlaw.com

        *Counsel for Plaintiff*
        LONE STAR TECHNOLOGICAL
        INNOVATIONS, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2019, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

        */s/ John D. Saba*
        John D. Saba, Jr.