# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ASUSTEK COMPUTER, INC. <br><br> Defendant. | Civil Action No. 6:19-cv-00059-RWS <br><br> **LEAD CASE** |

## ORDER GRANTING PLAINTIFF LONE STAR TECHNOLOGICAL INNOVATIONS, LLC'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS WITH PREJUDICE

Before the Court is Plaintiff Lone Star Technological Innovations, LLC's Motion to Dismiss. That Motion is GRANTED and Defendants' counterclaims of non-infringement and invalidity are dismissed with prejudice.