# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC.,<br><br>Defendant. | Civil Action No. 6:19-CV-00059-RWS<br><br>**<u>LEAD CASE</u>** |
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BARCO N.V.,<br><br>Defendant. | Civil Action No. 6:19-CV-00060-RWS<br><br>**Jury Trial Demanded** |

## <u>ORDER DENYING MOTION TO DISMISS AS MOOT</u>

Now before the Court is the Plaintiff Lone Star Technological Innovations, LLC's Motion to Dismiss Defendants' Counterclaims with Prejudice (ECF No. 56), filed February 10, 2020. In response to the motion, Defendant Asustek Computer Inc. ("Asus") filed a notice on February 24, 2020, stating that Asus intended to file amended counterclaims pursuant to Fed. R. Civ. P. 15(a) and asserting that filing of such counterclaims was an appropriate response to the Motion to Dismiss. (ECF No. 59). On March 2, 2020, Asus filed Defendants' [sic] Amended Answer and Counterclaims. (ECF No. 64).

The Court finds that the Asus' filing of amended counterclaims pursuant to Fed. R. Civ. P. 15(a) renders moot the Motion to Dismiss. Accordingly, the Court hereby denies the Motion to

Dismiss (ECF No. 56) without prejudice.