IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, | § § § § § § § § § § § | |
| Plaintiff, | | CIVIL ACTION NO. 6:19-CV-00059-RWS |
| v. | | LEAD CASE |
| ASUSTEK COMPUTER INC., | | |
| Defendant. | | |

# ORDER

Before the Court is Plaintiff's Motion to Dismiss Defendants' Counterclaims. Docket No. 56. Defendants have amended the relevant pleadings. Docket Nos. 63, 64. Therefore, Plaintiff's motion is **DENIED-AS-MOOT**.

**SIGNED this 10th day of March, 2020.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE