IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, | § § § § § § § § § § § § § § | CIVIL ACTION NO.  6:19-CV-00059-RWS |
| Plaintiff, | | |
| v. | | |
| ASUSTEK COMPUTER INC., BARCO NV, | | |
| Defendants. | | |

## ORDER

Before the Court are the parties' Claim Construction and Prehearing Statement (Docket No. 74) and Joint Motion Proposing Dates for Prehearing Conference (Docket No. 77).  The parties raise two disputes: (1) whether Lone Star may freely allocate its total claim construction briefing page limit (*i.e.*, 40 pages) between its opening and reply brief and (2) whether Defendants' designation of "[a]ll method steps, or the combination of method steps and system elements in a single claim" as a single term for construction is proper.

First, Lone Star has not shown good cause to change the Local Rule CV-7's page limit requirements, which P.R. 4-5(e) incorporates.  Lone Star provides no justification for departing from the general rule, and the Court knows of no such reason.  As Defendants noted, allowing Lone Star to allocate its pages freely may transform Defendants' responsive brief into an opening brief.  Thus, this request is **DENIED**.

Second, Defendants' designation of "all method steps or the combination of method steps and system elements in a single claim" as a single, allegedly indefinite term is improper.  Though

Defendants seem to argue Claim 17 of U.S. Patent No. 6,724,435 is indefinite, their proposed claim term could be read to encompass any asserted claim.  For each claim Defendants believe to be indefinite under *IPXL Holdings, L.L.C. v. Amazon.com, Inc.*, 430 F.3d 1377, 1384 (Fed. Cir. 2005), Defendants must identify that claim specifically.  Each identified claim shall be deemed a separate claim term.  Thus, the parties are **ORDERED** to meet and confer and file an amended P.R. 4-3 Statement within **seven (7) days** of this order.

Because the Court resolves both disputes, a hearing is unnecessary.  The parties' Joint Motion Proposing Dates for Prehearing Conference is **DENIED-AS-MOOT**.

**So ORDERED and SIGNED this 20th day of March, 2020.**

*[signature: Robert W. Schroeder III]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE