**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, | §<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:19-cv-059-RWS<br><br>**LEAD CASE** |
| Plaintiff, | | |
| v. | §<br>§ | **JURY TRIAL DEMANDED** |
| ASUSTEK COMPUTER INC. ET AL, | §<br>§ | |
| Defendants. | §<br>§<br>§ | |

<u>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**</u>

Pursuant to P.R. 4-3 and the Court's Docket Control Order (Dkt. 70), Plaintiff Lone Star Technological Innovations, LLC ("Lone Star" or "Plaintiff") and Defendants Asustek Computer Inc. and Barco N.V. (together, "Defendants"), the Parties in the above captioned case, file this Joint Claim Construction and Prehearing Statement.

At issue in this case is U.S. Patent No. 6,724,435 (the "'435 Patent" or "Patent-in-Suit").

**A.      P.R. 4-3(a)(1): Constructions of the Claim Terms, Phrases, or Clauses on which the Parties Agree**

The construction of those claim terms, phrases, or clauses on which the Parties agree are as follows:

| Claim Term To Be Construed | Agreed Construction |
|---|---|
| "hue" | 1) tint; 2) gradation or shade of a color or color component; or 3) the angle between one color or color component and the other colors or color components characterized in a particular color space |
| "saturation" | 1) the intensity of a color or color component characterized in a particular color space; or 2) vividness of hue |

| Claim Term To Be Construed | Agreed Construction |
|---|---|
|  |  |
| "selecting to independently change the hue or saturation of an individual color" | Plain and ordinary meaning. |
| "identifying a plurality of said input image pixels having said selected individual color in the real time digital video input image with the hue or the saturation selected to be independently changed" | Plain and ordinary meaning. |

**B.    P.R. 4-3(a)(2): Proposed Constructions and Indefiniteness Positions for Disputed Claim Terms, Phrases, or Clauses**

**Exhibit A** includes Plaintiff's and Defendants' proposed constructions and indefiniteness positions for the disputed claim terms, phrases, or clauses pursuant to Local Patent Rule 4-3(b).   The Parties request construction of these claim terms, phrases, or clauses by the Court.

**Exhibit B** includes Plaintiff's identification of intrinsic and extrinsic evidence for each term.

**Exhibit C** includes Defendants' identification of intrinsic and extrinsic evidence for each term.

**C.    P.R. 4-3(a)(3): Anticipated Length of Claim Construction Hearing**

The anticipated time necessary for the Claim Construction Hearing is three hours.

**D.    P.R. 4-3(a)(4): Witnesses To Be Called At The Claim Construction Hearing**

The Parties agree that neither side will call any witnesses at the claim construction hearing.

**E.    P.R. 4-3(a)(5): Issues For A Prehearing Conference**

None.