# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> ASUSTEK COMPUTER INC., <br><br> *Defendant*. | Civil Action No. 6:19-CV-00059-RWS <br><br> **LEAD CASE** <br><br><br> **JURY TRIAL DEMANDED** |

## JOINT NOTICE OF TECHNICAL ADVISOR

Pursuant to the Court's Amended DCO (Dkt. 70 p. 5) regarding the appointment of a technical advisor, Plaintiff Lone Star Technological Innovations, LLC ("Plaintiff") and Defendants ASUSTek Computer Inc. and Barco N.V. (collectively, the "Parties") notify the Court as follows:

The parties cannot agree on a technical advisor. Thus, pursuant to the Amended DCO, the parties are not submitting any proposed technical advisors to the Court.

Further, Defendants do not believe a technical advisor is necessary and object to the appointment of a technical advisor.

Dated: April 22, 2020

Respectfully submitted,

By: */s/ John D. Saba*
 Bradley D. Liddle
 Texas Bar No. 24074599
 bliddle@carterarnett.com
 Minghui Yang
 Texas Bar No. 24091486
 myang@carterarnett.com

        Laura Maninger
        Texas Bar No. 24106245
        lmaninger@carterarnett.com
        **CARTER ARNETT PLLC**
        8150 N. Central Expressway, Suite 500
        Dallas, Texas 75206
        Telephone: No.: (214) 550-8188
        Facsimile No.: (214) 550-8185

        John D. Saba Jr.
        Texas State Bar No. 24037415
        **WITTLIFF | CUTTER PLLC**
        1209 Nueces St.
        Austin, Texas 78701
        (512) 960-4438 (Phone)
        (512) 960-4869 (Fax)
        john@wittliffcutter.com

        John Lee (admitted to E.D. Texas)
        California Bar No. 229911
        **BANIE & ISHIMOTO LLP**
        3705 Haven Ave. #137
        Menlo Park, CA 94025
        (650) 241-2771
        (650) 241-2770 (Fax)
        jlee@banishlaw.com

        *Counsel for Plaintiff*
        LONE STAR TECHNOLOGICAL
        INNOVATIONS, LLC,

By: */s/ Andrew T. Oliver*
    Vinay V. Joshi (admitted to E.D. Texas)
    California Bar No. 213487
    vjoshi@atwiplaw.com
    Andrew T. Oliver (admitted to E.D. Texas)
    aoliver@atwiplaw.com
    **AMIN TUROCY & WATSON LLP**
    160 West Santa Clara Street
    Suite 975
    San Jose, CA 95113
    (650) 618-6481 Telephone
    (216) 696-8731 Facsimile

    *Counsel for Defendant*
    ASUSTeK Computer Inc.

By: */s/ Ed K. Runyan*
Edward K. Runyan (admitted to E.D. Texas)
Edward@neustel.com
**NEUSTEL LAW OFFICES, LTD**
2534 S. University Drive.
Suite 4
Fargo, ND 58103
(701) 281-8822 Telephone

Charles Ainsworth
Texas State Bar No. 00783521
charley@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson
Suite 418
Tyler, Texas 75702
(903) 531-3535 (Phone)

*Counsel for Defendant*
Barco N.V.

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2020, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ John D. Saba*
John D. Saba, Jr.