*Lone Star Technological Innovations, LLC v. Acer, Inc., et al.*, Case No. 6:15-cv-973-JRG-JDL
(*Markman* Hearing 11/10/2016)
Court's Proposed Constructions

| Ref.[1] | Claim Terms | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Proposed Construction |
|---|---|---|---|---|
| 1 | **set of individual color look-up-tables** ['012 Patent, Claims 1, 3, 11, 13] | Plain and ordinary meaning. Or, in the alternative: a set of individual color [arrays or tables of values] | This term is indefinite under 35 U.S.C. § 112(2) to the extent that "individual color" is indefinite under 35 U.S.C. § 112(2). a set of tables, each mapping an input individual color to an output individual color | a set of individual color [arrays or tables of values] |
| 2 | **individual color control functions** ['012 Patent, Claim 1] | No construction necessary Or, in the alternative: functions used for calculating values for digitized selective control of an individual color | This term is indefinite under 35 U.S.C. § 112(2) to the extent that "individual color" is indefinite under 35 U.S.C. § 112(2). functions that each operate on linear combinations of values of the input image chromatic components for an individual color | functions that each operate on linear combinations of values of the input image chromatic components for an individual color |
| 3 | **color control parameters** | Plain and ordinary meaning | the change of the output image chromatic | Plain and ordinary meaning |

---

[1] These are the same Claim Term Reference Numbers used by the parties in their previously submitted Joint Claim Construction Chart. *See* ECF No. 48-1.

-1-

**EXHIBIT 2**

*Lone Star Technological Innovations, LLC v. Acer, Inc., et al.*, Case No. 6:15-cv-973-JRG-JDL
(*Markman* Hearing 11/10/2016)
Court's Proposed Constructions

| Ref.[1] | Claim Terms | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Proposed Construction |
|---|---|---|---|---|
| | ['012 Patent, Claim 1] | Or, in the alternative: variables that are given a value for a color control function | component from the input image chromatic component for a specific color | |
| 4 | whereby all other colors of the digital video input image remain unchanged. ['012 Patent, Claim 1] | whereby all other colors of the digital video input image, without the same color component values, remain unchanged | whereby all other pixels of the digital video input image without the same color component values remain unchanged | whereby all other colors of the digital video input image, without the same color component values, remain unchanged |
| 5 | individual color ['012 Patent, All claims] ['435 Patent, Claims 1, 2, 10, 11, 13-18, 26, 27, and 29-32] | Not indefinite. A range of values of a particular color Or, in the alternative: linear combinations of color components such as red, green, blue, yellow, cyan and magenta | This term is indefinite under 35 U.S.C. § 112(2). Should the Court find that this term is definite, Defendants propose the following construction: a specific linear combination of color components such as red, green, blue, yellow, cyan and magenta | linear combinations of color components such as red, green, blue, yellow, cyan and magenta |

*Lone Star Technological Innovations, LLC v. Acer, Inc., et al.*, Case No. 6:15-cv-973-JRG-JDL
(*Markman* Hearing 11/10/2016)
Court's Proposed Constructions

| Ref.[1] | Claim Terms | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Proposed Construction |
|---|---|---|---|---|
| 6 | characterizing<br><br>['012 Patent, Claim 1]<br><br>['435 Patent, Claim 1] | Not indefinite.<br><br>Plain and ordinary meaning<br><br>Or, in the alternative:<br><br>specifying | This term is indefinite under 35 U.S.C. § 112(2). | No construction necessary. |
| 7 | without affecting the hue or the saturation of any other individual color<br><br>['435 Patent, Claims 1, 17] | without affecting the hue or the saturation of any other individual color, that was not selected to be changed | This term is indefinite under 35 U.S.C. § 112(2) to the extent that "individual color" is indefinite under 35 U.S.C. § 112(2).<br><br>without affecting the hue or saturation of any other output image pixel[s] with a different individual color | without affecting the hue or the saturation of any other individual color, that was not selected to be changed |
| 8 | arbitrary interval of integers.<br><br>['435 Patent, Claims 5, 21] | Not indefinite.<br><br>a range between two whole numbers | This term is indefinite under 35 U.S.C. § 112(2). | a range between two whole numbers |
| 9 | completely independent and separate<br><br>['435 Patent, Claims 8, 9, 24, 25] | Not indefinite.<br><br>No construction necessary | This term is indefinite under 35 U.S.C. § 112(2). | Indefinite |

*Lone Star Technological Innovations, LLC v. Acer, Inc., et al.*, Case No. 6:15-cv-973-JRG-JDL
(*Markman* Hearing 11/10/2016)
Court's Proposed Constructions

| Ref.[1] | Claim Terms | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Proposed Construction |
|---|---|---|---|---|
| 10 | a **viewer** ['435 Patent, Claim 17] | No construction necessary | a person | No construction necessary |