IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC.,<br><br>    Defendant. | Civil Action No. 6:19-CV-00059-RWS<br><br>**LEAD CASE** |
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BARCO N.V.,<br><br>    Defendant. | Civil Action No. 6:19-CV-00060-RWS<br><br>**Jury Trial Demanded** |

**ORDER GRANTING MOTION TO STRIKE AND EXCLUDE CERTAIN CLAIM CONSTRUCTION SUBMISSIONS**

Now before the Court is the Defendants' Motion to Strike and Exclude Certain Claim Construction Submissions. The motion is GRANTED. The Court orders:

1. The Clerk is directed to strike Plaintiff's claim construction brief and its exhibits from the record (ECF Nos. 84, 84-1, 84-2, 84-3, 84-4, 84-5);

2. Plaintiff is ordered to submit a redacted version of the same brief in which all references to Exhibits 2 and 5 and portions of arguments relying on those exhibits are redacted, and in which all argument regarding the claim term "viewer" is redacted;

3. Plaintiff is ordered to either entirely withdraw its technology tutorial materials or resubmit the materials with the portions identified in the brief deleted. Plaintiff shall not

- 2 -

    add any replacement material to the technology tutorial.  If Plaintiff elects to resubmit the altered tutorial, Plaintiff shall provide the altered tutorial to Defendants within five (5) days of this order and meet-and-confer regarding any disputes about whether the revisions were appropriate;

4. Because of the tight schedule for claim construction, Plaintiff shall file the redacted brief and lodge (but not file) the redacted technology tutorial, if any, within ten (10) days of this order.