**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC,  §<br>§<br>§<br>Plaintiff,  §<br>§<br>v.  §<br>§<br>ASUSTEK COMPUTER INC.,  §<br>§<br>Defendant.  § | CIVIL ACTION NO. 6:19-CV-00059-RWS<br><br>**LEAD CASE** |

## ORDER

Before the Court is the parties' Joint Notice of Technical Advisor. Docket No. 83. Defendants do not believe a technical advisor is necessary. *Id.* Given issues presented, however, this Court finds good cause to appoint a technical advisor. Accordingly, the Court **APPOINTS** Scott Woloson as technical advisor with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed.

The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials no later than one business day after the date of this Order or as they become available: (1) in PDF form to scott@scottwolosonlaw.com; and (2) in paper form, double-sided, either spiral-bound or in a 3-ring binder, with tabbed exhibits to the Law Office of Scott Woloson, P.C., 1431 Wirt Road #141, Houston, TX 77055. If the document was filed with the Court, the copy must include the CM/ECF header.

**So ORDERED and SIGNED this 6th day of May, 2020.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE