# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> ASUS COMPUTER INC. ET AL., <br><br> *Defendants*. | § § § § § § § § § § § § § <br><br> Civil Case No. 6:19-cv-00059-RWS <br><br> **LEAD CASE** |

**JOINT NOTICE OF ANTICIPATED LENGTH OF CLAIM CONSTRUCTION HEARING**

Pursuant to P.R. 4-3(a)(3), the Parties jointly estimate the anticipated length of the Claim Construction Hearing taking 3 hours.

Dated: May 13, 2020

Respectfully submitted,

*/s/Bradley D. Liddle*
Bradley D. Liddle
Texas Bar No. 24074599
bliddle@carterarnett.com
Minghui Yang
Texas Bar No. 24091486
myang@carterarnett.com
Laura Maninger
Texas Bar No. 24106245
lmaninger@carterarnett.com
CARTER ARNETT PLLC
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206
Telephone: No.: (214) 550-8188
Facsimile No.: (214) 550-8185

John D. Saba, Jr.
Texas State Bar No. 24037415
john@wittliffcutter.com
WITTLIFF | CUTTER, PLLC
1209 Nueces St.

1

Austin, Texas 78701
Telephone: No.: (512) 960-4438
Facsimile No.: (512) 960-4869

John Lee (admitted to E.D. Texas)
California Bar No. 229911
jlee@banishlaw.com
BANIE & ISHIMOTO LLP
3705 Haven Ave. #137
Menlo Park, CA 94025
Telephone: No.: (650) 241-2771
Facsimile No.: (650) 241-2770

**ATTORNEYS FOR PLAINTIFF LONE STAR TECHNOLOGICAL INNOVATIONS, LLC**

*/s/ Vinay Joshi (with permission)*
Vinay V. Joshi (Calif. Bar No. 213487)
vjoshi@thepatentattorneys.com
Andrew T. Oliver (Calif. Bar No. 226098)
aoliver@atwiplaw.com
Amin Turocy & Watson LLP
160 West Santa Clara Street
Suite 975
San Jose CA 95113
Telephone: (650) 618-6481
Facsimile: (216) 696-8731

**Counsel for Defendant ASUSTeK Computer Inc.**

*/s/ Edward Runyan (with permission)*
Edward Runyan (pro hac vice)
NEUSTEL LAW OFFICES, LTD
2534 S University Drive, Suite 4
Fargo, ND 58103
(701) 281-8822
Email: Edward@neustel.com
Charles Ainsworth
State Bar No. 00783521
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 418

Tyler, TX 75702
(903) 531-3535
Email: charley@pbatyler.com
**Counsel For Defendant Barco N.V.**

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document has been served on all counsel of record through the Court's electronic filing system on May 13, 2020.

                                                     */s/ Bradley Liddle*
                                                     Bradley Liddle