IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **LONE STAR TECHNOLOGICAL INNOVATIONS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ASUSTEK COMPUTER INC.,**<br><br>Defendants | **Civil Action No. 6:19-CV-00059-RWS**<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF BRADLEY LIDDLE**

I, Bradley Liddle, declare as follows:

1. I am counsel for Plaintiff Lone Star Technological Innovations, LLC. I submitted Lone Star's Opening Claim Construction Brief and accompanying exhibits.  Dkt. No. 84.  I make this declaration on personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. Attached to Plaintiff's Opening Claim Construction Brief as Exhibit 5 is a true and correct copy of an Adobe published technical document entitled, "Matching RGB Color from Monitor to Printer."  The document is publicly available on Adobe's website at https://www.adobe.com/content/dam/acom/en/devnet/postscript/pdfs/5122.MatchRGB.pdf.  The document further states that it was copyrighted in 1991-1992 by Adobe Systems Incorporated.

3. This is not the first claim construction proceeding in which Exhibit 5 has been used.  Plaintiff also introduced Exhibit 5 during a previous claim construction hearing -- *Lone Star Technological Innovations, LLC v. Acer, et al.*, Case No. 6-15-cv-973-JRG-JDL, Dkt. No. 50 at 22 (used in that case as Exhibit 8).  The

1

document was allowed and considered by the Court during claim construction in that case.

4. Attached to Plaintiff's Opening Claim Construction Brief as Exhibit 2 is a true and correct copy of the Court's Preliminary Claim Construction in -- *Lone Star Technological Innovations, LLC v. Acer, et al.*, Case No. 6-15-cv-973-JRG-JDL. This was a chart that was created by the Court and used during the Markman hearing. I was personally at the Markman in that case and attest that Exhibit 2 is a true and correct copy of the chart the Court handed to the parties in that case. Exhibit 2 was referred to in the transcript of the Markman hearing.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on May 18, 2020.

> */s/ Bradley Liddle*
> Bradley Liddle