## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, § § § Plaintiff, § § v. § § ASUS COMPUTER INTERNATIONAL ET AL, § § § Defendants. § | Civil Action No. 6:19-cv-059-RWS  **LEAD CASE**  **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO STRIKE

Before the Court is Defendants' Motion to Strike Claim Construction Brief, Exhibits 2 and 5, and Technology Tutorial (Dkt. No. 86). Having considered the matter, the Court DENIES Defendants' motion, it is hereby ORDERED.