# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, § § § § Plaintiff, § § v. § § ASUSTEK COMPUTER INC., § § § Defendant. § § § | CIVIL ACTION NO. 6:19-CV-00059-RWS |

## ORDER

The Court hereby **SETS** ASUSTeK Computer Inc.'s Motion to Strike (Docket No. 86) for a hearing at **10 a.m.** on **June 3, 2020**. It is further

**ORDERED** that the June 3 hearing shall be limited to three-and-one-half hours of argument allocated as follows:

| ISSUE | PLAINTIFF | DEFENDANTS |
|---|---|---|
| Claim Construction | 90 minutes | 90 minutes |
| Motion to Strike | 15 minutes | 15 minutes |

So **ORDERED** and **SIGNED** this 19th day of May, 2020.

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE