# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, § § § Plaintiff, § § v. § § ASUSTEK COMPUTER INC., § § Defendants. § § § | Civil Action No. 6:19-cv-059-RWS  **LEAD CASE**  **JURY TRIAL DEMANDED** |

## JOINT CLAIM CONSTRUCTION CHART STATEMENT

Pursuant to P.R. 4-5(d) and the Court's Amended Docket Control Order (Dkt. 70), Plaintiff Lone Star Technological Innovations, LLC ("Lone Star" or "Plaintiff") and Defendants Asustek Computer Inc. and Barco N.V. (together, "Defendants"), the Parties in the above captioned case, submit this Joint Claim Construction Chart Statement. Attached are the charts for (1) the terms to which the parties agreed, attached as **Exhibit A**; and (2) the remaining terms in dispute, attached as **Exhibit B**.

Dated: May 20, 2020

Respectfully submitted,

By: */s/ John D. Saba*
Bradley D. Liddle
Texas Bar No. 24074599
bliddle@carterarnett.com
Minghui Yang
Texas Bar No. 24091486
myang@carterarnett.com
Laura Maninger
Texas Bar No. 24106245
lmaninger@carterarnett.com
**CARTER ARNETT PLLC**
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206
Telephone: No.: (214) 550-8188

-2-

Facsimile No.: (214) 550-8185

John D. Saba Jr.
Texas State Bar No. 24037415
**WITTLIFF | CUTTER PLLC**
1209 Nueces St.
Austin, Texas 78701
(512) 960-4438 (Phone)
(512) 960-4869 (Fax)
john@wittliffcutter.com

John Lee (admitted to E.D. Texas)
California Bar No. 229911
**BANIE & ISHIMOTO LLP**
3705 Haven Ave. #137
Menlo Park, CA 94025
(650) 241-2771
(650) 241-2770 (Fax)
jlee@banishlaw.com

*Counsel for Plaintiff*
LONE STAR TECHNOLOGICAL
INNOVATIONS, LLC,

By: */s/ Vinay V. Joshi*
Vinay V. Joshi (admitted to E.D. Texas)
California Bar No. 213487
vjoshi@atwiplaw.com
**AMIN TUROCY & WATSON LLP**
160 West Santa Clara Street
Suite 975
San Jose, CA 95113
(650) 618-6481 Telephone
(216) 696-8731 Facsimile

*Counsel for Defendant*
ASUSTeK Computer Inc.

By: */s/ Edward K. Runyan*
Edward K. Runyan (admitted to E.D. Texas)
Edward@neustel.com
**NEUSTEL LAW OFFICES, LTD**
2534 S. University Drive.
Suite 4
Fargo, ND 58103
(701) 281-8822 Telephone

-3-

        Charles Ainsworth
        Texas State Bar No. 00783521
        charley@pbatyler.com
        **PARKER, BUNT & AINSWORTH, P.C.**
        100 E. Ferguson
        Suite 418
        Tyler, Texas 75702
        (903) 531-3535 (Phone)

*Counsel for Defendant*
Barco N.V.

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2020, I electronically served the foregoing disclosure via electronic mail to all counsel of record.

         */s/ John D. Saba*
        John D. Saba, Jr.