*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.,* Case No. 6:19-cv-00059-RWS
Joint Claim Construction Chart
**EXHIBIT A:  AGREED TERMS**

| Claim Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Construction Requested To Be Adopted by Court |
|---|---|---|---|
| "hue" | [AGREED] | [AGREED] | 1) tint; 2) gradation or shade of a color or color component; or 3) the angle between one color or color component and the other colors or color components characterized in a particular color space |
| "saturation" | [AGREED] | [AGREED] | 1) the intensity of a color or color component characterized in a particular color space; or 2) vividness of hue |
| "selecting to independently change the hue or saturation of an individual color" | [AGREED] | [AGREED] | Plain and ordinary meaning. |
| "identifying a plurality of said input image pixels having said selected individual color in the real time digital video input image with the hue or the saturation selected to be independently changed" | [AGREED] | [AGREED] | Plain and ordinary meaning. |