*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 1 | **"individual color(s)"**<br><br>1. A method for independently controlling hue or saturation of **individual colors** in a real time digital video image, comprising the steps of:<br>(a) receiving and characterizing the real time digital video input image featuring input image pixels;<br>(b) selecting to independently change the hue or the saturation of an **individual color** in the real time digital video input image, by selecting an independent color hue control delta value or an independent color saturation control delta value, respectively, wherein said independent color hue control delta value represents an extent of change in the hue of said selected **individual color** | A linear combination of colors or color components, such as red, green, blue, yellow, cyan, and magenta. | A linear combination of colors or color components. | |

[1] The asserted claims in this action are claims 1-6, 9-11, 13-15, 17, 21, and 30.  Throughout this chart, the listing in this column includes all claims – both asserted and not asserted – that include the disputed claim term, in case reference to such claims may assist with construction.

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | and wherein said independent color saturation control delta value represents an extent of change in the saturation of said selected **individual color**; (c) identifying a plurality of said input image pixels having said selected **individual color** in the real time digital video input image with the hue or the saturation selected to be independently changed, by performing arithmetic and logical operations using input image pixel values of each said input image pixel of the real time digital video input image; (d) determining corresponding output image pixel values for each of said plurality of said input image pixels identified as having said selected **individual color** in the real time digital video input image With the hue or the saturation selected to be independently changed, by separately evaluating independent color hue control functions or independent color saturation control functions, respectively, | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|-----------------------------------|-----------------------------------|----------------------|
| | using said input image pixel values of said plurality of said input image pixels, and using corresponding said selected independent color hue control delta value or said corresponding selected independent color saturation control delta value, for forming a corresponding plurality of output image pixels having said selected **individual color** With the hue or the saturation selected to be independently changed; and (e) displaying a real time digital video output image including said corresponding plurality of said output image pixels having said selected **individual color** with the hue or the saturation selected to be independently changed in the real time digital video input image, whereby the hue or the saturation of said selected **individual color** in the real time digital video input image has been changed without affecting the hue or the saturation of any other **individual color** in the real time digital video input image. | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|-----------------------------------|-----------------------------------|----------------------|
| | 2. The method of claim 1, whereby the real time digital video input image is of a format selected from the group consisting of RGB format, YCrCb format, and, YUV format, whereby the **individual colors** of one said format can be characterized by the **individual colors** of a second said format by using appropriate linear transformations between said formats. | | | |
| | 10. The method of claim 1, whereby in step (b), said extent of change in the hue of said selected **individual color** is selected from the group consisting of a clockwise change and a counterclockwise change, of an angle of said selected **individual color** towards other **individual colors** characterized in a color space featuring a color based three dimensional coordinate system. | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | 11. The method of claim 1, whereby in step (b), said extent of change in the saturation of said selected **individual color** is selected from the group consisting of an increase and a decrease, of intensity of said **individual color** characterized in a color space featuring a color based three-dimensional coordinate system.<br><br>13. The method of claim 1, whereby step (d) is performed following said identifying each said input image pixel, one at a time, of said plurality of said input image pixels, or, is performed following said identifying entire said plurality of said input image pixels, as having said **individual color** in the digital video input image whose hue or saturation was selected to be independently changed. | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|----------------|-----------------------------------|-----------------------------------|----------------------|
| | 14. The method of claim 1, whereby in step (d), for independently controlling the hue of said selected **individual color** in the real time digital video image, said independent color hue control function is a function of said input image pixel values of said plurality of said input image pixels and of said corresponding selected independent color hue control delta value.<br><br>15. The method of claim 1, whereby in step (d), for independently controlling the saturation of said selected **individual color** in the real time digital video image, said independent color saturation control function is a function of said input image pixel values of said plurality of said input image pixels and of said corresponding selected independent color saturation control delta value.<br><br>16. The method of claim 1, whereby step (e) is performed following said determining said | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|-----------------------------------|-----------------------------------|----------------------|
| | output image pixel values for each said input image pixel, one at a time, of said plurality of said input image pixels, or, is performed following said determining said output image pixel values for entire said plurality of said input image pixels, identified as having said **individual color** in the real time digital video input image Whose hue or saturation Was selected to be independently changed.<br><br>17. A system for independently controlling hue or saturation of **individual colors** in a real time digital video image, comprising:<br>(a) a real time digital video image display device displaying the real time digital video image featuring input image pixels;<br>(b) a master control device in operative electronic communication with and controlling said real time digital video image display device; and<br>(c) a viewer of said real time digital video image display device operating said master control | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|-----------------------------------|-----------------------------------|----------------------|
| | device for selecting to independently change the hue or the saturation of an **individual color** in the real time digital video input image, by selecting an independent color hue control delta value or an independent color saturation control delta value featured on said master control device, respectively, wherein said independent color hue control delta value represents an extent of change in the hue of said selected **individual color** and wherein said independent color saturation control delta value represents an extent of change in the saturation of said selected **individual color**, whereby said real time digital video image display device in said operative electronic communication with said master control device per forms steps including:<br>(i) identifying a plurality of said input image pixels having said selected **individual color** in the real time digital video input image With the hue or the | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|------|------|------|------|
| | saturation selected to be independently changed, by performing arithmetic and logical operations using input image pixel values of each said input image pixel of the real time digital video input image; (ii) determining corresponding output image pixel values for each of said plurality of said input image pixels identified as having said selected **individual color** in the real time digital video input image With the hue or the saturation selected to be independently changed, by separately evaluating independent color hue control functions or independent color saturation control functions, respectively, using said input image pixel values of said plurality of said input image pixels, and using corresponding said selected independent color hue control delta value or said corresponding selected independent color saturation control delta value, for forming a corresponding plurality of output image pixels having | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|-----------------------------------|-----------------------------------|----------------------|
| | said selected **individual color** With the hue or the saturation selected to be independently changed; and (iii) displaying a real time digital video output image including said corresponding plurality of said output image pixels having said selected **individual color** With the hue or the saturation selected to be independently changed in the real time digital video input image, Whereby the hue or the saturation of said selected **individual color** in the real time digital video input image has been changed Without affecting the hue or the saturation of any other **individual color** in the real time digital video input image. 18. The system of claim 17, whereby the real time digital video input image is of a format selected from the group consisting of RGB format, YCrCb format, and, YUV format, Whereby the **individual colors** of one said format can be characterized by the **individual** | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | **colors** of a second said format by using appropriate linear transformations between said formats.<br><br>26. The system of claim 17, whereby said extent of change in the hue of said selected **individual color** is selected from the group consisting of a clockwise change and a counterclockwise change, of an angle of said selected **individual color** towards other **individual colors** characterized in a color space featuring a color based three-dimensional coordinate system.<br><br>27. The system of claim 17, whereby said extent of change in the saturation of said selected **individual color** is selected from the group consisting of an increase and a decrease, of intensity of said **individual color** characterized in a color space featuring a color based three-dimensional coordinate system. | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|-----------------------------------|-----------------------------------|----------------------|
|      | 29. The system of claim 17, whereby step (ii) is performed following said identifying each said input image pixel, one at a time, of said plurality of said input image pixels, or, is performed following said identifying entire said plurality of said input image pixels, as having said **individual color** in the digital video input image Whose hue or saturation Was selected to be independently changed.<br><br>30. The system of claim 17, whereby in step (ii), for independently controlling the hue of said selected **individual color** in the real time digital video image, said independent color hue control function is a function of said input image pixel values of said plurality of said input image pixels and of said corresponding selected independent color hue control delta value. |  |  |  |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|-----------------------------------|-----------------------------------|----------------------|
| | 31. The system of claim 17, whereby in step (ii), for independently controlling the saturation of said selected **individual color** in the real time digital video image, said independent color saturation control function is a function of said input image pixel values of said plurality of said input image pixels and of said corresponding selected independent color saturation control delta value.<br><br>32. The system of claim 17, whereby step (iii) is per formed following said determining said output image pixel values for each said input image pixel, one at a time, of said plurality of said input image pixels, or, is performed following said determining said output image pixel values for entire said plurality of said input image pixels, identified as having said **individual color** in the real time digital video input image Whose hue or saturation Was selected to be independently changed. | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | '435 Patent, Claims 1, 2, 10, 11, 13-18, 26, 27, and 29-32 | | | |
| 2 | **The combination or method steps and system elements in a single system claim**.<br><br>17. A **system** for independently controlling hue or saturation of individual colors in a real time digital video image, comprising: (a) a real time digital video image display device displaying the real time digital video image featuring input image pixels; (b) a master control device in operative electronic communication with and controlling said real time digital video image display device; and (c) a **viewer** of said real time digital video image display device **operating** said master control device for selecting to independently change the hue or the saturation of an individual color in the real time digital video input image, by **selecting** an | Not indefinite. Claim 17 contains permissible functional limitations that describe the system by reciting its capabilities. *MasterMine Software, Inc. v. Microsoft Corp.*, 874 F.3d 1307, 1313 (Fed. Cir. 2017). | Indefinite. A claim that "recites both a system and a method for using that system" is invalid as indefinite. *IPXL Holdings, L.L.C. v. Amazon.com, Inc.*, 430 F.3d 1377, 1384 (Fed.Cir.2005). | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|-----------------------------------|-----------------------------------|----------------------|
| | independent color hue control delta value or an independent color saturation control delta value featured on said master control device, respectively, wherein said independent color hue control delta value represents an extent of change in the hue of said selected individual color and wherein said independent color saturation control delta value represents an extent of change in the saturation of said selected individual color, whereby said real time digital video image display device in said operative electronic communication with said master control device **performs steps including**: (i) **identifying** a plurality of said input image pixels having said selected individual color in the real time digital video input image With the hue or the saturation selected to be independently changed, by performing arithmetic and logical operations using input image pixel values of each said input image pixel of the real time | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|----------------|-----------------------------------|-----------------------------------|----------------------|
| | digital video input image; (ii) **determining** corresponding output image pixel values for each of said plurality of said input image pixels identified as having said selected individual color in the real time digital video input image With the hue or the saturation selected to be independently changed, by separately evaluating independent color hue control functions or independent color saturation control functions, respectively, using said input image pixel values of said plurality of said input image pixels, and using corresponding said selected independent color hue control delta value or said corresponding selected independent color saturation control delta value, for forming a corresponding plurality of output image pixels having said selected individual color With the hue or the saturation selected to be independently changed; and (iii) **displaying** a real time digital video output image including said | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | corresponding plurality of said output image pixels having said selected individual color With the hue or the saturation selected to be independently changed in the real time digital video input image, Whereby the hue or the saturation of said selected individual color in the real time digital video input image has been changed Without affecting the hue or the saturation of any other individual color in the real time digital video input image.<br><br>'435 Patent, Claims 17 | | | |
| 3 | **"Input image pixel(s)"**<br><br>1. A method for independently controlling hue or saturation of individual colors in a real time digital video image, comprising the steps of:<br>(a) receiving and characterizing the real time digital video input image featuring **input image pixels**;<br>(b) selecting to independently change the hue or the saturation of an individual color in the real | Plain and ordinary meaning. | Image data including an integer row, an integer column, and color component values for each of red, green, and blue. | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | time digital video input image, by selecting an independent color hue control delta value or an independent color saturation control delta value, respectively, wherein said independent color hue control delta value represents an extent of change in the hue of said selected individual color and wherein said independent color saturation control delta value represents an extent of change in the saturation of said selected individual color; (c) identifying a plurality of said **input image pixels** having said selected individual color in the real time digital video input image with the hue or the saturation selected to be independently changed, by performing arithmetic and logical operations using **input image pixel** values of each said **input image pixel** of the real time digital video input image; (d) determining corresponding output image pixel values for each of said plurality of said **input image pixels** identified as | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|------|------|------|------|
| | having said selected individual color in the real time digital video input image With the hue or the saturation selected to be independently changed, by separately evaluating independent color hue control functions or independent color saturation control functions, respectively, using said **input image pixel** values of said plurality of said **input image pixels**, and using corresponding said selected independent color hue control delta value or said corresponding selected independent color saturation control delta value, for forming a corresponding plurality of output image pixels having said selected individual color With the hue or the saturation selected to be independently changed; and (e) displaying a real time digital video output image including said corresponding plurality of said output image pixels having said selected individual color with the hue or the saturation selected to be independently changed in the | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|------------------|-----------------------------------|-----------------------------------|----------------------|
| | real time digital video input image, whereby the hue or the saturation of said selected individual color in the real time digital video input image has been changed without affecting the hue or the saturation of any other individual color in the real time digital video input image.<br><br>10. The method of claim 1, whereby in step (b), said extent of change in the hue of said selected **individual color** is selected from the group consisting of a clockwise change and a counterclockwise change, of an angle of said selected **individual color** towards other **individual colors** characterized in a color space featuring a color based three dimensional coordinate system.<br><br>13. The method of claim 1, whereby step (d) is performed following said identifying each said **input image pixel**, one at a time, of said plurality of said **input image pixels**, or, is | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|----------------------------------|-----------------------------------|----------------------|
| | performed following said identifying entire said plurality of said **input image pixels**, as having said individual color in the digital video input image whose hue or saturation was selected to be independently changed.<br><br>14. The method of claim 1, whereby in step (d), for independently controlling the hue of said selected individual color in the real time digital video image, said independent color hue control function is a function of said **input image pixel** values of said plurality of said **input image pixels** and of said corresponding selected independent color hue control delta value.<br><br>15. The method of claim 1, whereby in step (d), for independently controlling the saturation of said selected individual color in the real time digital video image, said independent color saturation control function is a function of said **input image pixel** values of | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | said plurality of said **input image pixels** and of said corresponding selected independent color saturation control delta value.<br><br>16. The method of claim 1, whereby step (e) is performed following said determining said output image pixel values for each said **input image pixel**, one at a time, of said plurality of said **input image pixels**, or, is performed following said determining said output image pixel values for entire said plurality of said **input image pixels**, identified as having said individual color in the real time digital video input image Whose hue or saturation Was selected to be independently changed.<br><br>17. A system for independently controlling hue or saturation of individual colors in a real time digital video image, comprising: (a) a real time digital video image display device displaying the real time digital video image featuring **input image pixels**; | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|-----------------------------------|-----------------------------------|----------------------|
| | (b) a master control device in operative electronic communication with and controlling said real time digital video image display device; and (c) a viewer of said real time digital video image display device operating said master control device for selecting to independently change the hue or the saturation of an individual color in the real time digital video input image, by selecting an independent color hue control delta value or an independent color saturation control delta value featured on said master control device, respectively, wherein said independent color hue control delta value represents an extent of change in the hue of said selected individual color and wherein said independent color saturation control delta value represents an extent of change in the saturation of said selected individual color, whereby said real time digital video image display device in said operative electronic communication with | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|-----------------------------------|-----------------------------------|----------------------|
| | said master control device per forms steps including: (i) identifying a plurality of said **input image pixels** having said selected individual color in the real time digital video input image With the hue or the saturation selected to be independently changed, by performing arithmetic and logical operations using **input image pixel** values of each said **input image pixel** of the real time digital video input image; (ii) determining corresponding output image pixel values for each of said plurality of said **input image pixels** identified as having said selected individual color in the real time digital video input image With the hue or the saturation selected to be independently changed, by separately evaluating independent color hue control functions or independent color saturation control functions, respectively, using said **input image pixel** values of said plurality of said **input image pixels**, and using | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | corresponding said selected independent color hue control delta value or said corresponding selected independent color saturation control delta value, for forming a corresponding plurality of output image pixels having said selected individual color With the hue or the saturation selected to be independently changed; and <br> (iii) displaying a real time digital video output image including said corresponding plurality of said output image pixels having said selected individual color With the hue or the saturation selected to be independently changed in the real time digital video input image, Whereby the hue or the saturation of said selected individual color in the real time digital video input image has been changed Without affecting the hue or the saturation of any other individual color in the real time digital video input image. | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|----------------------------------|-----------------------------------|----------------------|
| | 29. The system of claim 17, whereby step (ii) is performed following said identifying each said **input image pixel**, one at a time, of said plurality of said **input image pixels**, or, is performed following said identifying entire said plurality of said **input image pixels**, as having said individual color in the digital video input image Whose hue or saturation Was selected to be independently changed.<br><br>30. The system of claim 17, whereby in step (ii), for independently controlling the hue of said selected individual color in the real time digital video image, said independent color hue control function is a function of said **input image pixel** values of said plurality of said **input image pixels** and of said corresponding selected independent color hue control delta value.<br><br>31. The system of claim 17, whereby in step (ii), for independently controlling the | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|-----------------------------------|-----------------------------------|----------------------|
| | saturation of said selected individual color in the real time digital video image, said independent color saturation control function is a function of said **input image pixel** values of said plurality of said **input image pixels** and of said corresponding selected independent color saturation control delta value.<br><br>32. The system of claim 17, whereby step (iii) is per formed following said determining said output image pixel values for each said **input image pixel**, one at a time, of said plurality of said **input image pixels**, or, is performed following said determining said output image pixel values for entire said plurality of said **input image pixels**, identified as having said individual color in the real time digital video input image Whose hue or saturation Was selected to be independently changed.<br><br>'435 Patent, Claims 1, 13-17, and 29-32 | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 4 | **"Viewer"**<br><br>17. A system for independently controlling hue or saturation of individual colors in a real time digital video image, comprising:<br>(a) a real time digital video image display device displaying the real time digital video image featuring input image pixels;<br>(b) a master control device in operative electronic communication with and controlling said real time digital video image display device; and<br>(c) a **viewer** of said real time digital video image display device operating said master control device for selecting to independently change the hue or the saturation of an individual color in the real time digital video input image, by selecting an independent color hue control delta value or an independent color saturation control delta value featured on said master control device, respectively, wherein said independent color hue control delta value represents | Graphic user interface (GUI) menu display, configured on a man-machine interaction (MMI) mechanism | Indefinite – illustrates that method steps are performed by a human. | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|-----------------------------------|-----------------------------------|----------------------|
| | an extent of change in the hue of said selected individual color and wherein said independent color saturation control delta value represents an extent of change in the saturation of said selected individual color, whereby said real time digital video image display device in said operative electronic communication with said master control device per forms steps including: (i) identifying a plurality of said input image pixels having said selected individual color in the real time digital video input image With the hue or the saturation selected to be independently changed, by performing arithmetic and logical operations using input image pixel values of each said input image pixel of the real time digital video input image; (ii) determining corresponding output image pixel values for each of said plurality of said input image pixels identified as having said selected individual color in the real time digital video input | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | image With the hue or the saturation selected to be independently changed, by separately evaluating independent color hue control functions or independent color saturation control functions, respectively, using said input image pixel values of said plurality of said input image pixels, and using corresponding said selected independent color hue control delta value or said corresponding selected independent color saturation control delta value, for forming a corresponding plurality of output image pixels having said selected individual color With the hue or the saturation selected to be independently changed; and (iii) displaying a real time digital video output image including said corresponding plurality of said output image pixels having said selected individual color With the hue or the saturation selected to be independently changed in the real time digital video input image, Whereby the hue or the | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | saturation of said selected individual color in the real time digital video input image has been changed Without affecting the hue or the saturation of any other individual color in the real time digital video input image.<br><br>'435 Patent, Claims 17 | | | |
| 5 | **"Characterizing"**<br><br>1. A method for independently controlling hue or saturation of individual colors in a real time digital video image, comprising the steps of:<br>(a) receiving and **characterizing** the real time digital video input image featuring input image pixels;<br>(b) selecting to independently change the hue or the saturation of an individual color in the real time digital video input image, by selecting an independent color hue control delta value or an independent color saturation | Not indefinite. Plain and ordinary meaning.<br><br>Or, in the alternative: Specifying. | This term is indefinite under 35 U.S.C. § 112(2). | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|-----------------------------------|-----------------------------------|----------------------|
|      | control delta value, respectively, wherein said independent color hue control delta value represents an extent of change in the hue of said selected individual color and wherein said independent color saturation control delta value represents an extent of change in the saturation of said selected individual color; (c) identifying a plurality of said input image pixels having said selected individual color in the real time digital video input image with the hue or the saturation selected to be independently changed, by performing arithmetic and logical operations using input image pixel values of each said input image pixel of the real time digital video input image; (d) determining corresponding output image pixel values for each of said plurality of said input image pixels identified as having said selected individual color in the real time digital video input image With the hue or the saturation selected to be |  |  |  |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | independently changed, by separately evaluating independent color hue control functions or independent color saturation control functions, respectively, using said input image pixel values of said plurality of said input image pixels, and using corresponding said selected independent color hue control delta value or said corresponding selected independent color saturation control delta value, for forming a corresponding plurality of output image pixels having said selected individual color With the hue or the saturation selected to be independently changed; and (e) displaying a real time digital video output image including said corresponding plurality of said output image pixels having said selected individual color with the hue or the saturation selected to be independently changed in the real time digital video input image, whereby the hue or the saturation of said selected individual color in the real time | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | digital video input image has been changed without affecting the hue or the saturation of any other individual color in the real time digital video input image.<br><br>'435 Patent, Claim 1 | | | |
| 6 | **"Without affecting the hue or the saturation of any other individual color"**<br><br>1. A method for independently controlling hue or saturation of individual colors in a real time digital video image, comprising the steps of:<br>(a) receiving and characterizing the real time digital video input image featuring input image pixels;<br>(b) selecting to independently change the hue or the saturation of an individual color in the real time digital video input image, by selecting an independent color hue control delta value or an independent color saturation control delta value, respectively, wherein said independent color hue control delta value represents | Without affecting the hue or the saturation of any other individual color, that was not selected to be changed | Ordinary meaning. (incorporating the construction of "individual color," that is "without affecting the hue or the saturation of any other linear combination of colors or color components."). | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | an extent of change in the hue of said selected individual color and wherein said independent color saturation control delta value represents an extent of change in the saturation of said selected individual color; (c) identifying a plurality of said input image pixels having said selected individual color in the real time digital video input image with the hue or the saturation selected to be independently changed, by performing arithmetic and logical operations using input image pixel values of each said input image pixel of the real time digital video input image; (d) determining corresponding output image pixel values for each of said plurality of said input image pixels identified as having said selected individual color in the real time digital video input image With the hue or the saturation selected to be independently changed, by separately evaluating independent color hue control functions or | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|----------------|----------------------------------|-----------------------------------|---------------------|
| | independent color saturation control functions, respectively, using said input image pixel values of said plurality of said input image pixels, and using corresponding said selected independent color hue control delta value or said corresponding selected independent color saturation control delta value, for forming a corresponding plurality of output image pixels having said selected individual color With the hue or the saturation selected to be independently changed; and (e) displaying a real time digital video output image including said corresponding plurality of said output image pixels having said selected individual color with the hue or the saturation selected to be independently changed in the real time digital video input image, whereby the hue or the saturation of said selected individual color in the real time digital video input image has been changed **without affecting the hue or the saturation of any** | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | **other individual color** in the real time digital video input image.<br><br>17. A system for independently controlling hue or saturation of individual colors in a real time digital video image, comprising:<br>(a) a real time digital video image display device displaying the real time digital video image featuring input image pixels;<br>(b) a master control device in operative electronic communication with and controlling said real time digital video image display device; and<br>(c) a viewer of said real time digital video image display device operating said master control device for selecting to independently change the hue or the saturation of an individual color in the real time digital video input image, by selecting an independent color hue control delta value or an independent color saturation control delta value featured on said master control device, respectively, wherein said independent color | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|------------------|-----------------------------------|-----------------------------------|----------------------|
|      | hue control delta value represents an extent of change in the hue of said selected individual color and wherein said independent color saturation control delta value represents an extent of change in the saturation of said selected individual color, whereby said real time digital video image display device in said operative electronic communication with said master control device per forms steps including: (i) identifying a plurality of said input image pixels having said selected individual color in the real time digital video input image With the hue or the saturation selected to be independently changed, by performing arithmetic and logical operations using input image pixel values of each said input image pixel of the real time digital video input image; (ii) determining corresponding output image pixel values for each of said plurality of said input image pixels identified as having said selected individual color in |  |  |  |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|-----------------------------------|-----------------------------------|----------------------|
|      | the real time digital video input image With the hue or the saturation selected to be independently changed, by separately evaluating independent color hue control functions or independent color saturation control functions, respectively, using said input image pixel values of said plurality of said input image pixels, and using corresponding said selected independent color hue control delta value or said corresponding selected independent color saturation control delta value, for forming a corresponding plurality of output image pixels having said selected individual color With the hue or the saturation selected to be independently changed; and (iii) displaying a real time digital video output image including said corresponding plurality of said output image pixels having said selected individual color with the hue or the saturation selected to be independently changed in the real time digital video input |  |  |  |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | image, whereby the hue or the saturation of said selected individual color in the real time digital video input image has been changed **without affecting the hue or the saturation of any other individual color** in the real time digital video input image.<br><br>'435 Patent, Claims 1 & 17 | | | |
| 7 | **"Evaluated"** and **"Evaluating"**<br><br>1. A method for independently controlling hue or saturation of individual colors in a real time digital video image, comprising the steps of:<br>(a) receiving and characterizing the real time digital video input image featuring input image pixels;<br>(b) selecting to independently change the hue or the saturation of an individual color in the real time digital video input image, by selecting an independent color hue control delta value or an independent color saturation control delta value, respectively, | Not indefinite. Plain and ordinary meaning. | This term is indefinite under 35 U.S.C. § 112(2). | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|----------------|----------------------------------|-----------------------------------|----------------------|
| | wherein said independent color hue control delta value represents an extent of change in the hue of said selected individual color and wherein said independent color saturation control delta value represents an extent of change in the saturation of said selected individual color; <br> (c) identifying a plurality of said input image pixels having said selected individual color in the real time digital video input image with the hue or the saturation selected to be independently changed, by performing arithmetic and logical operations using input image pixel values of each said input image pixel of the real time digital video input image; <br> (d) determining corresponding output image pixel values for each of said plurality of said input image pixels identified as having said selected individual color in the real time digital video input image With the hue or the saturation selected to be independently changed, by | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | separately **evaluating** independent color hue control functions or independent color saturation control functions, respectively, using said input image pixel values of said plurality of said input image pixels, and using corresponding said selected independent color hue control delta value or said corresponding selected independent color saturation control delta value, for forming a corresponding plurality of output image pixels having said selected individual color With the hue or the saturation selected to be independently changed; and (e) displaying a real time digital video output image including said corresponding plurality of said output image pixels having said selected individual color with the hue or the saturation selected to be independently changed in the real time digital video input image, whereby the hue or the saturation of said selected individual color in the real time digital video input image has | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|-----------------------------------|-----------------------------------|---------------------|
| | been changed without affecting the hue or the saturation of any other individual color in the real time digital video input image.<br><br>3. The method of claim 1, whereby the real time digital video input image features basic colors red, green, and blue, and, complementary colors yellow, cyan, and magenta, in RGB color space, whereby values of said complementary colors are expressed in terms of and **evaluated** from linear combinations of values of said basic colors.<br><br>4. The method of claim 1, whereby the real time digital video input image features basic colors yellow, cyan, and magenta, and, complementary colors red, green, and blue, in YCM color space, whereby values of said complementary colors are expressed in terms of and **evaluated** from linear combinations of values of said basic colors. | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | 17. A system for independently controlling hue or saturation of individual colors in a real time digital video image, comprising: (a) a real time digital video image display device displaying the real time digital video image featuring input image pixels; (b) a master control device in operative electronic communication with and controlling said real time digital video image display device; and (c) a viewer of said real time digital video image display device operating said master control device for selecting to independently change the hue or the saturation of an individual color in the real time digital video input image, by selecting an independent color hue control delta value or an independent color saturation control delta value featured on said master control device, respectively, wherein said independent color hue control delta value represents an extent of change in the hue of | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|-----------------------------------|-----------------------------------|----------------------|
|      | said selected individual color and wherein said independent color saturation control delta value represents an extent of change in the saturation of said selected individual color, whereby said real time digital video image display device in said operative electronic communication with said master control device per forms steps including: (i) identifying a plurality of said input image pixels having said selected individual color in the real time digital video input image With the hue or the saturation selected to be independently changed, by performing arithmetic and logical operations using input image pixel values of each said input image pixel of the real time digital video input image; (ii) determining corresponding output image pixel values for each of said plurality of said input image pixels identified as having said selected individual color in the real time digital video input image With the hue or the |  |  |  |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|-----------------------------------|-----------------------------------|----------------------|
| | saturation selected to be independently changed, by separately **evaluating** independent color hue control functions or independent color saturation control functions, respectively, using said input image pixel values of said plurality of said input image pixels, and using corresponding said selected independent color hue control delta value or said corresponding selected independent color saturation control delta value, for forming a corresponding plurality of output image pixels having said selected individual color With the hue or the saturation selected to be independently changed; and (iii) displaying a real time digital video output image including said corresponding plurality of said output image pixels having said selected individual color With the hue or the saturation selected to be independently changed in the real time digital video input image, Whereby the hue or the saturation of said selected | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | individual color in the real time digital video input image has been changed Without affecting the hue or the saturation of any other individual color in the real time digital video input image.<br><br>19. The system of claim 17, whereby the real time digital video input image features basic colors red, green, and blue, and, complementary colors yellow, cyan, and magenta, in RGB color space, whereby values of said complementary colors are expressed in terms of and **evaluated** from linear combinations of values of said basic colors.<br><br>20. The system of claim 17, whereby the real time digital video input image features basic colors yellow, cyan, and magenta, and, complementary colors red, green, and blue, in YCM color space, whereby values of said complementary colors are expressed in terms of and **evaluated** from linear | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|-----------------------------------|-----------------------------------|----------------------|
| | combinations of values of said basic colors.<br><br>'435 Patent, Claims 1, 3, 4, 17, 19, and 20 | | | |
| 8 | **"By performing arithmetic and logical operations"**<br><br>1. A method for independently controlling hue or saturation of individual colors in a real time digital video image, comprising the steps of:<br>(a) receiving and characterizing the real time digital video input image featuring input image pixels;<br>(b) selecting to independently change the hue or the saturation of an individual color in the real time digital video input image, by selecting an independent color hue control delta value or an independent color saturation control delta value, respectively, wherein said independent color hue control delta value represents an extent of change in the hue of said selected individual color and | Not indefinite.  Plain and ordinary meaning. | Indefinite as to whether this clause modifies "identifying," "changed," or both terms. | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | wherein said independent color saturation control delta value represents an extent of change in the saturation of said selected individual color; (c) identifying a plurality of said input image pixels having said selected individual color in the real time digital video input image with the hue or the saturation selected to be independently changed, **by performing arithmetic and logical operations** using input image pixel values of each said input image pixel of the real time digital video input image; (d) determining corresponding output image pixel values for each of said plurality of said input image pixels identified as having said selected individual color in the real time digital video input image With the hue or the saturation selected to be independently changed, by separately evaluating independent color hue control functions or independent color saturation control functions, respectively, | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|-----------------------------------|-----------------------------------|----------------------|
| | using said input image pixel values of said plurality of said input image pixels, and using corresponding said selected independent color hue control delta value or said corresponding selected independent color saturation control delta value, for forming a corresponding plurality of output image pixels having said selected individual color With the hue or the saturation selected to be independently changed; and (e) displaying a real time digital video output image including said corresponding plurality of said output image pixels having said selected individual color with the hue or the saturation selected to be independently changed in the real time digital video input image, whereby the hue or the saturation of said selected individual color in the real time digital video input image has been changed without affecting the hue or the saturation of any other individual color in the real time digital video input image. | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | 17. A system for independently controlling hue or saturation of individual colors in a real time digital video image, comprising: (a) a real time digital video image display device displaying the real time digital video image featuring input image pixels; (b) a master control device in operative electronic communication with and controlling said real time digital video image display device; and (c) a viewer of said real time digital video image display device operating said master control device for selecting to independently change the hue or the saturation of an individual color in the real time digital video input image, by selecting an independent color hue control delta value or an independent color saturation control delta value featured on said master control device, respectively, wherein said independent color hue control delta value represents an extent of change in the hue of | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | said selected individual color and wherein said independent color saturation control delta value represents an extent of change in the saturation of said selected individual color, whereby said real time digital video image display device in said operative electronic communication with said master control device per forms steps including: (i) identifying a plurality of said input image pixels having said selected individual color in the real time digital video input image With the hue or the saturation selected to be independently changed, **by performing arithmetic and logical operations** using input image pixel values of each said input image pixel of the real time digital video input image; (ii) determining corresponding output image pixel values for each of said plurality of said input image pixels identified as having said selected individual color in the real time digital video input image With the hue or the | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|-----------------------------------|-----------------------------------|----------------------|
|      | saturation selected to be independently changed, by separately evaluating independent color hue control functions or independent color saturation control functions, respectively, using said input image pixel values of said plurality of said input image pixels, and using corresponding said selected independent color hue control delta value or said corresponding selected independent color saturation control delta value, for forming a corresponding plurality of output image pixels having said selected individual color With the hue or the saturation selected to be independently changed; and (iii) displaying a real time digital video output image including said corresponding plurality of said output image pixels having said selected individual color With the hue or the saturation selected to be independently changed in the real time digital video input image, Whereby the hue or the saturation of said selected |  |  |  |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | individual color in the real time digital video input image has been changed Without affecting the hue or the saturation of any other individual color in the real time digital video input image.<br><br>'435 Patent, Claims 1 & 17 | | | |
| 9 | **"Forming a corresponding plurality of output image pixels having said selected individual color"**<br><br>1. A method for independently controlling hue or saturation of individual colors in a real time digital video image, comprising the steps of:<br>(a) receiving and characterizing the real time digital video input image featuring input image pixels;<br>(b) selecting to independently change the hue or the saturation of an individual color in the real time digital video input image, by selecting an independent color hue control delta value or an independent color saturation control delta value, respectively, | No construction necessary. | Forming a plurality of output image pixels that each correspond to one of the plurality of input image pixels that have said selected individual color in the real time digital video input image with the hue or the saturation selected to be independently changed, the output image pixels having said selected individual color. | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|-----------------------------------|-----------------------------------|----------------------|
|      | wherein said independent color hue control delta value represents an extent of change in the hue of said selected individual color and wherein said independent color saturation control delta value represents an extent of change in the saturation of said selected individual color; (c) identifying a plurality of said input image pixels having said selected individual color in the real time digital video input image with the hue or the saturation selected to be independently changed, by performing arithmetic and logical operations using input image pixel values of each said input image pixel of the real time digital video input image; (d) determining corresponding output image pixel values for each of said plurality of said input image pixels identified as having said selected individual color in the real time digital video input image With the hue or the saturation selected to be independently changed, by |  |  |  |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | separately evaluating independent color hue control functions or independent color saturation control functions, respectively, using said input image pixel values of said plurality of said input image pixels, and using corresponding said selected independent color hue control delta value or said corresponding selected independent color saturation control delta value, for **forming a corresponding plurality of output image pixels having said selected individual color** With the hue or the saturation selected to be independently changed; and (e) displaying a real time digital video output image including said corresponding plurality of said output image pixels having said selected individual color with the hue or the saturation selected to be independently changed in the real time digital video input image, whereby the hue or the saturation of said selected individual color in the real time digital video input image has | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|-----------------------------------|-----------------------------------|----------------------|
| | been changed without affecting the hue or the saturation of any other individual color in the real time digital video input image.<br><br>17. A system for independently controlling hue or saturation of individual colors in a real time digital video image, comprising:<br>(a) a real time digital video image display device displaying the real time digital video image featuring input image pixels;<br>(b) a master control device in operative electronic communication with and controlling said real time digital video image display device; and<br>(c) a viewer of said real time digital video image display device operating said master control device for selecting to independently change the hue or the saturation of an individual color in the real time digital video input image, by selecting an independent color hue control delta value or an independent color saturation control delta value featured on said master | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|-----------------------------------|-----------------------------------|----------------------|
| | control device, respectively, wherein said independent color hue control delta value represents an extent of change in the hue of said selected individual color and wherein said independent color saturation control delta value represents an extent of change in the saturation of said selected individual color, whereby said real time digital video image display device in said operative electronic communication with said master control device per forms steps including: (i) identifying a plurality of said input image pixels having said selected individual color in the real time digital video input image With the hue or the saturation selected to be independently changed, by performing arithmetic and logical operations using input image pixel values of each said input image pixel of the real time digital video input image; (ii) determining corresponding output image pixel values for each of said plurality of said input | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | image pixels identified as having said selected individual color in the real time digital video input image With the hue or the saturation selected to be independently changed, by separately evaluating independent color hue control functions or independent color saturation control functions, respectively, using said input image pixel values of said plurality of said input image pixels, and using corresponding said selected independent color hue control delta value or said corresponding selected independent color saturation control delta value, for **forming a corresponding plurality of output image pixels having said selected individual color** With the hue or the saturation selected to be independently changed; and (iii) displaying a real time digital video output image including said corresponding plurality of said output image pixels having said selected individual color With the hue or the saturation selected to | | | |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|-----------------------------------|-----------------------------------|----------------------|
|  | be independently changed in the real time digital video input image, Whereby the hue or the saturation of said selected individual color in the real time digital video input image has been changed Without affecting the hue or the saturation of any other individual color in the real time digital video input image.<br><br>'435 Patent, Claims 1 & 17 |  |  |  |
| 10 | **"Arbitrary interval of integers"**<br><br>5. The method of claim 1, whereby in step (b), numerical range of said independent color hue control delta value and numerical range of said independent color saturation control delta value corresponds to an **arbitrary interval of integers.**<br><br>21. The system of claim 17, whereby numerical range of said independent color hue control delta value and numerical range of said independent color saturation control delta value | A range between two whole numbers | Plain and ordinary meaning. |  |

*Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc.*, Case No. 6:19-cv-00059-RWS
**Joint Claim Construction Chart**
**EXHIBIT B: DISPUTED TERMS**

| Ref. | Claim Terms [1] | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|------|-----------------|-----------------------------------|-----------------------------------|----------------------|
|      | corresponds to an **arbitrary interval of integers**.<br><br>'435 Patent, Claims 5 & 21 |  |  |  |