IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, | § § § | |
| Plaintiff, | § § § | CIVIL ACTION NO. 6:19-CV-00059-RWS |
| v. | § § | **LEAD CASE** |
| ASUSTEK COMPUTER INC., | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is Lone Star's Unopposed Motion for Issuance of Letters Rogatory. Docket No. 95.  After consideration, it is hereby

**ORDERED** that Lone Star's motion (Docket No. 95) is **GRANTED**.  The Clerk of this Court is directed to return the original Letters Rogatory to MediaTek, Inc. (Docket No. 95-1), Realtek Semiconductor Corp. (Docket No. 95-2), Qisda Corporation (Docket No. 95-3) and Coretronic Corporation (Docket No. 95-4), hand-signed and sealed by the Court, to Plaintiff for forwarding to the United States Department of State, Office of the American Citizen Service.

**So ORDERED and SIGNED this 22nd day of May, 2020.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE