ATTACHMENT 1 to Defendant's Reply In Support of Motion to Strike
Case No. 6:19-cv-59-RWS

# Exhibit B

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

TELEPHONE DEPOSITION OF YARON MENCZEL
October 11, 2016

LONESTAR TECHNOLOGICAL
INNOVATIONS, LLC,                         Civil Action No.
                                          6:15-cv-00973-JRG-JDL

        Plaintiff,
                                              LEAD CASE
v.                                        JURY TRIAL DEMANDED
ACER, INC. and
ACER AMERICA CORPORATION,

        Defendants.
LONESTAR TECHNOLOGICAL
INNOVATIONS, LLC,                         Civil Action No.
                                          6:15-cv-00972-JRG-JDL

        Plaintiff,
                                          CONSOLIDATED CASE
v.                                        JURY TRIAL DEMANDED

SHARP ELECTRONICS
CORPORATION,
        Defendant.

        Pursuant to Notice and the Federal Rules of
        Civil
Procedure, the telephone deposition of YARON MENCZEL,
taken by the Acer Defendant, was held at 1400 Wewatta
Street, Suite 600, Denver, Colorado, 80202, on
Tuesday, October 11, 2016, at 9:03 a.m., before Jason
T. Meadors, RPR, CRR, CRC, and Notary Public.

_____

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

10/11/2016     Lonestar Technological Innovations, LLC, v. Acer, INC., et al.     Yaron Menczel

Page 2

```
 1              APPEARANCES

 2    JOHN LEE (by telephone)

 3    Banie & Ishimoto LLP

 4    3705 Haven Avenue, Suite 137

 5    Menlo Park, California 94025

 6    (650)241-2771

 7         For the Plaintiff

 8

 9    MICHAEL TING (by telephone)

10    Techknowledge Law Group, LLP

11    100 Marine Parkway, Suite 200

12    Redwood Shores, CA 94065

13    (650)517-5200

14         For the Acer Defendant

15    MATTHEW C. HOLOHAN

16    Kilpatrick Townsend & Stockton LLP

17    1400 Wewatta Street, Suite 600

      Denver, Colorado 80202

18    (303)405-1488

           For the Sharp Electronics Defendant

19

      Also Present:

20      Ken Fung (by telephone)

21

22
```

Page 4

1                     YARON MENCZEL,

2   having been first duly sworn to state the whole truth,

3   was examined and testified as follows:

4                     EXAMINATION BY MR. TING:

5       Q    Good evening for you, Dr. Menczel.  How are

6   you doing?

7       A    Good.  Thank you.

8       Q    Before we begin, how do I pronounce your

9   last name?

10      A    Menczel.

11      Q    Menczel?

12      A    Yeah.  Good.

13      Q    Okay.  Good.  So can you please state your

14  complete name for the record?

15      A    Dr. Yaron Menczel.

16      Q    Okay.  And I understand that you're located

17  in Israel today; is that correct?

18      A    That is correct.

19      Q    Are you an Israeli citizen?

20      A    I am.

21      Q    Are you also a U.S. citizen?

22      A    I am so.

10/11/2016      Lonestar Technological Innovations, LLC, v. Acer, INC., et al.      Yaron Menczel

Page 54

1    done to formalize the step 9 of the patent, which is

2    the formula. The CR of the output is equal to the

3    summation of V1 times LUT 1 of the input number plus

4    UL times LUT2 of the 1 input CB by W1.  Similarly, the

5    output CB is equal to the summation of V2, LUT3 of

6    input CR out by U2, U2, LUT4, input CB to W2.  Being

7    C, these formulas that they put 14, you get 42.

8         Q    Okay.  Let's use -- let's discuss -- let's

9    use look-up table 1 as an example.  Look-up table 1 as

10   discussed in the '012 Patent will receive a particular

11   input color component; is that correct?

12        A    Yes.

13        Q    That is the input to look-up table 1,

14   correct?

15        A    Yeah.  If it's here. . .

16        Q    And the output of look-up table 1 will be a

17   particular color component; is that correct?

18        A    No.  It will be --

19        Q    What is the output --

20        A    This is some kind of permitted number to be

21   used in a complex formula.

22        Q    Okay.  So your position is that the output

Page 55

1    of look-up table 1 is not a particular color

2    component.

3         A    Correct.

4         Q    Okay.  Does look-up table 1 provide a

5    specific output based on a specific input?

6         A    Correct.

7         Q    That is correct?

8         A    Yeah.  It has nothing to do with colors.

9    The input is colors.  The output is not colors.

10        Q    Okay.  But for any given input, there will

11   be a specific output, a single -- sorry.  Let me

12   rephrase.

13             For any given input to look-up table 1,

14   there will be a single and specific output; is that

15   correct?

16        A    Correct.

17        Q    Okay.  Now, is that true for look-up tables

18   2, 3, and 4 as well?

19        A    Correct.

20        Q    Okay.  Could you take a look at paragraph

21   21.

22        A    I do.

10/11/2016        Lonestar Technological Innovations, LLC, v. Acer, INC., et al.        Yaron Menczel

Page 56

1        Q      Okay.  So you state the four look-up tables

2    that contain complex formulas far exceed simply

3    mapping an input color to an output individual color,

4    correct?

5        A      Correct.

6        Q      Okay.  But do you agree with Dr. Richardson

7    that the function of the look-up tables ultimately is

8    to map an input color to an output individual color?

9        A      No.

10            MR. LEE:  Objection.  Form.

11        A      To say that something is used in the middle

12    of a process doesn't mean it's the process.

13        Q      (By Mr. Ting)  Okay.  But the look-up tables

14    are used to map an input color to an output individual

15    color, correct?

16        A      In a complex way.

17        Q      Sorry.  Could you repeat that last question?

18        A      In a very complex way.

19        Q      In a complex way.  But it is mapping input

20    color to an output individual color, correct?

21        A      The only -- my car is used to drive it.  In

22    that particular way.  Now there is LUTs in the

Page 57

1    process.  That is the point of my answer.

2        Q    I'm sorry.  Can you repeat that last answer?

3        A    There is only in my answer -- somehow used

4    for my -- driving my car.

5        Q    Could we go with that one more time?  The

6    reporter didn't get it.

7        A    I said the LUTs are used in the process but

8    a very complex way.

9        Q    The LUTs are used --

10       A    And I give an example that a car engine has

11   oil. It is used as part of the driving -- the part of

12   making the car drive.  It's complicated how it -- how

13   the oil comes in, how the car moves.  Similarly, these

14   two pieces.  They do not map color to output

15   individual color.  They are used in the process.

16       Q    (By Mr. Ting)  Okay.  So is it fair to say

17   that the four look-up tables, look-up tables 1 through

18   4, they utilize complex formulas in order to map an

19   input color to an output individual color; is that

20   correct?

21       A    Not -- no, it's not correct.

22       Q    What's incorrect about that?

Page 58

1      A      They are used in the process, but they don't

2   do mapping of input color to an output individual

3   color.

4      Q      And why don't they do mapping?

5      A      As I said, it's a formalized step 9.  The

6   formula of step 9 says how exactly the output colors

7   are decided. For instance, there is a color V1 which

8   totally changes it. Without V1, you do not have a

9   color.  So you cannot say that the four LUTs are used

10  to give you a color.

11         If you don't know the V1, U1, W1, V2, U2,

12  W2, you cannot get an output color.  So it's wrong to

13  say it's a mapping from one color to color, because

14  it's not correct. There are other things.  I give the

15  example of the engine. There is oil and there is gas.

16  Another thing.  I sure there's 20 pistons.  But there

17  are a lot of things that make the engine work.

18         There are a lot of things that make the

19  output individual color happen, the four LUTs happen

20  to be one of them, not the entire stuff.

21      Q      Okay.  So where does color -- where does V1

22  come from?

10/11/2016        Lonestar Technological Innovations, LLC, v. Acer, INC., et al.        Yaron Menczel

Page 59

1       A       Constant.

2       Q       Did you say constant?

3       A       Uh-huh.

4       Q       So is it fair to say that inputting a color

5    into the look-up tables will result in an output of a

6    single and specific individual color?

7       A       No.

8       Q       And is that because of the complex formulas

9    you discussed?

10      A       Correct.

11      Q       And is it your opinion that the complex

12   formulas are a part of the look-up tables?

13      A       No.   Look-up table are used as part of the

14   formulas.   Not the other way around.

15      Q       Okay.   So the look-up tables are involved in

16   helping to map an input color to an output individual

17   color, correct?

18      A       That's correct.

19      Q       All right.   So turning now to your

20   declaration, if you can turn to page 7 of your

21   declaration.

22      A       Yeah.

10/11/2016        Lonestar Technological Innovations, LLC, v. Acer, INC., et al.        Yaron Menczel

Page 60

1        Q    Okay.  So let me backtrack real quick.   So

2    take a look at paragraph 21.

3        A    I'm there.

4        Q    You state the four look-up tables, LUT1

5    through LUT4, that contain complex formulas far exceed

6    simply mapping an input color to an output individual

7    color.  Do you see that?

8        A    I see it.

9        Q    So when you state that the four look-up

10   tables contain complex formulas, was that an incorrect

11   statement?

12       A    It could -- now, it is a correct statement,

13   but it's not the entire statement, because they're

14   used in a complex formula.  If I --

15       Q    Okay.  So --

16       A    I'll rewrite it a little differently because

17   they're used in -- the correct -- contain the correct

18   formula, but they're always used in complex formulas.

19   So I'm basically looking at 21.

20       Q    So can you just give me the full sentence

21   how you would rewrite it?

22            MR. LEE:  Objection.  Form.

10/11/2016      Lonestar Technological Innovations, LLC, v. Acer, INC., et al.      Yaron Menczel

Page 63

1      Q    And you're referencing paragraph 26,

2   correct, for the citation?

3      A    Yes.

4      Q    Okay.  So this is the -- the only use of

5   specification support for your alternate construction

6   are the citations in paragraph 23 and paragraph 26,

7   correct?

8           MR. LEE:  Objection.  Form.

9      Q    (By Mr. Ting)  Dr. Menczel, is that correct?

10     A    Correct.

11     Q    Can you please turn to paragraph 26.

12     A    I'm there.

13     Q    Do you see in the middle of paragraph 26

14  where you write:  But, Dr. Richardson's analysis is

15  erroneous because a portion of the specification cited

16  by Dr. Richardson concerns a nonlimiting, preferred

17  embodiment, the YCBCR color space.  Do you see that?

18     A    I do.

19     Q    What do you mean by "nonlimiting preferred

20  embodiment"?

21     A    Specification, as I understand them, I'm not

22  a lawyer, give examples of how to make the -- how to

Case 6:19-cv-00059-RWS-JDL Document 97-1 Filed 05/26/20 Page 13 of 43 PageID #: 2293
Case 6:13-cv-00973-JRG-JDL Document 54-2 Filed 10/14/16 Page 13 of 43 PageID #: 495

10/11/2016          Lonestar Technological Innovations, LLC, v. Acer, INC., et al.          Yaron Menczel

Page 64

1    make the method.  Specific way to make the methods.

2    But there can be many of them.  We do not have to --

3    we do not have to list or enumerate every possible way

4    of implementing the method. So this one is the method

5    of embodiment, probably preferred, but definitely not

6    limited.  There may be others.

7         Q    Okay.  Now, you do not identify anywhere in

8    the '012 Patent where the specification describes how

9    the method of the present invention is applicable to

10   other formats other than the YCBCR color space; is

11   that correct?

12        MR. LEE:  Objection.  Form.

13        A    I think you are right.  It's only described

14   in the YCBCR.

15        Q    (By Mr. Ting)  Okay.  So is it fair to say

16   that the '012 Patent specification only teaches a

17   person of ordinary skill in the art how to implement

18   its method in the YCBCR color space; is that correct?

19        MR. LEE:  Objection.  Form.

20        A    It's an example, but it says -- and I would

21   say, that the method of the pertinent invention is

22   applicable to other formats.

Case 6:19-cv-00959-RWS-JDL Document 71-1 Filed 05/26/20 Page 14 of 43 PageID #: 2294
Case 6:13-cv-00973-JRG-JDL Document 54-2 Filed 10/14/16 Page 14 of 43 PageID #: 496

Page 65

1      Q    (By Mr. Ting)  Right.  It states that the

2  method of the present invention is applicable to other

3  formats, but it doesn't actually teach how the method

4  would be implemented in other formats; is that

5  correct?

6           MR. LEE:  Objection.  Form.

7      A    I guess, but you know, there are many

8  formats. There could be more than a thousand formats.

9  You do not expect to match specification with every

10 possible format.

11     Q    (By Mr. Ting)  Okay.  But in this particular

12 instance, the only format that the patent teaches how

13 to implement -- let me rephrase the question.

14           But the '012 Patent only teaches how to

15           implement

16 its method in the YCBCR color space, correct?

17           MR. LEE:  Objection.  Form.

18     A    It gives an embodiment in the YCBCR color

19 space.

20     Q    (By Mr. Ting)  Okay.  And there's no other

21 embodiments about any other color spaces, correct?

22     A    Correct.

10/11/2016      Lonestar Technological Innovations, LLC, v. Acer, INC., et al.      Yaron Menczel

Page 66

1      Q    Okay.  And the patent does not actually

2   describe how the method is to be applied to other

3   formats, correct?

4      A    It doesn't give an embodiment in other

5   formats.

6      Q    Okay.  So it does not have that description,

7   correct?

8      A    For -- there's no embodiment for other

9   formats.

10      Q    Okay.  And nowhere in your declaration do

11   you explain how the patented method would be

12   applicable to other formats, correct?

13      A    I would not -- this is not part of the term

14   construction.

15      Q    Okay.  So the answer is no, correct?

16      A    Correct.

17      Q    Okay.  Now, the term chromatic components.

18   That's not limited to the YCBCR color space; is that

19   correct?

20      A    No.  It's not limited.

21      Q    Okay.  So, for example, are you familiar

22   with YUB, the YUB color space?

Page 67

1      A     Yes.

2      Q     And you understand that chromatic components

3  are used to refer to the UB portion of YUB, correct?

4      A     Correct.

5      Q     And are you also familiar with the YIQ color

6  space?

7      A     I do.

8      Q     And the term chromatic components refers to

9  the IQ portion of YIQ; is that correct?

10     A     Correct.

11     Q     Okay.  So your only disagreement with the

12  defendant's proposed construction is because you

13  believe that defendant's and Dr. Richardson are only

14  analyzing one embodiment in the patent; is that

15  correct?

16         MR. LEE:  Objection.  Form.

17     A     That -- they are making a conclusion based

18  on the fact there is only one embodiment of YCBCR to

19  define many -- the get a conclusion that simply works.

20     Q     (By Mr. Ting)  Okay.  Now, Dr. Richardson's

21  analysis of this claim term is correct for that

22  embodiment that discusses the -- that you refer to as

10/11/2016          Lonestar Technological Innovations, LLC, v. Acer, INC., et al.          Yaron Menczel

Page 68

1    the YCBCR color space embodiment, correct?

2         A    But the specification is not on that -- is

3    not on that color space.  The specification is general

4    for every color space.  So the question is -- is

5    irrelevant.

6         Q    Okay.  Whether -- regardless of whether you

7    believe my question is irrelevant, is Dr. Richardson's

8    analysis of this claim term correct for the one

9    embodiment that is disclosed?

10             MR. LEE:  Objection.  Form.

11        A    We're not doing a claim on one embodiment.

12        Q    (By Mr. Ting)  Okay.  So in your

13   declaration, you do not dispute that Dr. Richardson's

14   analysis is correct for that one embodiment.  Is that

15   correct?

16        A    I dispute it.

17        Q    Why do you dispute that his analysis

18   incorrect for that one embodiment?

19        A    Because he put words into the claim that are

20   not good.  Like he used the word chromatic components.

21    It's not part of the claim.

22        Q    So you believe that his construction and his

10/11/2016        Lonestar Technological Innovations, LLC, v. Acer, INC., et al.        Yaron Menczel

Page 69

1   opinions are incorrect because he's using words that

2   are not part of the claim; is that correct?

3           MR. LEE:  Objection.  Form.

4       A    He used, in his construction, the word

5   chromatic component.  There is no reason to put it in.

6       Q    (By Mr. Ting) Okay.  Do you see the

7   sentence in the middle of paragraph 26 where you

8   write:  But the specification is explicit that patent

9   claims applies to many formats, not just formats that

10  Dr. Richardson seeks to import, followed by a

11  quotation to the '012 Patent.  Do you see that?

12      A    Uh-huh.

13      Q    Okay.  What do you mean by formats Dr.

14  Richardson seems to import?

15      A    He's trying, I believe, to import a

16  limitation into the claim that is -- basically are not

17  good.

18      Q    And you believe that the -- sorry, what is

19  the basis -- what is the language that he uses that

20  you believe is importing other formats?

21          MR. LEE:  Objection.  Form.

22      A    It's chromatic components.

Case 6:19-cv-00959-RWS-JDL Document 97-1 Filed 05/26/20 Page 19 of 43 PageID #: 280

Case 6:13-cv-00973-JRG-JDL Document 54-2 Filed 10/14/16 Page 19 of 43 PageID #: 301

10/11/2016          Lonestar Technological Innovations, LLC, v. Acer, INC., et al.          Yaron Menczel

Page 70

1      Q     (By Mr. Ting)  Okay.

2      A     The chromatic components.

3      Q     So chromatic components, correct?

4      A     Yes.

5      Q     Can you please turn to paragraph 28 of your

6   declaration.  This is on page 8 under subsection C for

7   the claim term, color control parameters.  Do you see

8   that?

9      A     I do.

10      Q     Okay.  Paragraph 28 through 33 contain the

11   entire sum of your opinions regarding this term; is

12   that correct?

13      A     Correct.

14      Q     Okay.  What is your definition of the term

15   parameter?

16      A     We look in the dictionary, so I believe the

17   dictionary, I looked before, and it says a program

18   that is given a constant value for a specified

19   limitation.

20      Q     Okay.  So in offering your opinion regarding

21   the construction of color control parameters, you took

22   the term and looked it up in a dictionary, correct?

Page 71

1    A    Correct.

2    Q    And that's all you did, correct, you went to

3  the dictionary and looked up the term?

4    A    For the claim, the word color control

5  parameter is self-understood by a person of ordinary

6  skill in the art. And if it's needed, then I would

7  look the word -- I tried to look for color control

8  parameter.  I couldn't find it.  I found parameter and

9  this is the value I got for parameter.

10    Q    Okay.  So to -- sorry.

11         Okay.  So to analyze this claim term, you

12         simply

13  took the claim term and tried to look it up in the new

14  IEEE Standard Dictionary of Electrical and Electronic

15  Terms, Fifth Edition, 1993, correct?

16         MR. LEE:  Objection.  Form.

17    Q    (By Mr. Ting)  Is that correct, Dr. Menczel?

18    A    I said yes.

19    Q    Okay.  So can you please take a look at

20  paragraph 30.  So in paragraph 30, you are relying on

21  the arguments you previously made -- let me rephrase

22  that.

Page 72

1          Do you see in paragraph 30 where you said,

2     Earlier, I explained how Dr. Richardson attempts to

3     limit claim terms to YCBCR color space, which is

4     erroneous?

5          A     I do.

6          Q     When you say "earlier," what are you

7     referring to?

8          A     The section before, about color component

9     functions.  Yes.  Section B.

10          Q     Okay.  So just to clarify, you're referring

11     to your -- the opinions you offered in section B,

12     individual color control functions, correct?

13          A     Yes.

14          Q     So you have nothing in addition to add

15     beyond that for -- for this term, correct?

16               MR. LEE:  Objection.  Form.

17          A     No, I also say part of 31.  Previously, I

18     have already explained the look-up table do not merely

19     contain color input and color output mapping.

20          Q     (By Mr. Ting)  Okay.  So let me rephrase my

21     question.

22               So when you say, Earlier, I explained how

10/11/2016          Lonestar Technological Innovations, LLC, v. Acer, INC., et al.          Yaron Menczel

Page 77

1      Q    Okay.  So when we're discussing viewer,

2   we're discussing viewer as it's used in claim 17 of

3   the '012 Patent, correct?

4      A    Correct.

5      Q    Now, can you take a look at claim 17 of the

6   '012 Patent?

7          MR. LEE:   '435.

8      Q    (By Mr. Ting)  I'm sorry, the '435 Patent?

9   Claim 17 of the '435 Patent?

10     A    Hold on.  '435.

11     Q    The '435 Patent, for the record, is Exhibit

12  4. And let me know when you're at claim 17 of the '435

13  Patent.

14     A    I'm there.

15     Q    Okay.  Now, you state that a person -- that

16  one of ordinary skill in the art would understand the

17  meaning of the term viewer; is that correct?

18     A    Correct.

19     Q    What would a person of ordinary skill in the

20  art understand the term viewer to mean?

21     A    Exactly what it says.

22     Q    But -- but if I was going to ask you to tell

Case 6:19-cv-00959-PWG-JDL Document 971-2 Filed 05/26/20 Page 23 of 48 PageID #: 363
Case 6:15-cv-00973-JRG-JDL Document 54-2 Filed 10/14/16 Page 23 of 43 PageID #: 905

10/11/2016          Lonestar Technological Innovations, LLC, v. Acer, INC., et al.          Yaron Menczel

Page 78

1   me what the viewer is, what would you say?

2        A      Somebody that views.

3        Q      Did you say somebody that views?

4        A      Uh-huh.

5        Q      So a person that views, correct?

6        A      Correct.

7             MR. TING:  So why don't we take a break.  I

8        just want to check my notes.  I believe I'm ready

9        to pass the witness.  Let me just confirm.  Can

10       we --

11            Matt, do we want to take a longer break to

12       let you get ready to take over?

13            MR. HOLOHAN:  I think we can just do five

14       minutes. Unless the witness wants longer.

15            MR. LEE:  Dr. Menczel, would you like

16       longer?

17            THE WITNESS:  Maybe 10, a little longer.

18            MR. TING:  Okay.  Let's do 10 minutes.

19            MR. LEE:  Quick question.  Are we getting

20       close to being done on your end?  I just know

21       that he's about eight hours ahead of you guys.

22       This is for Matt.

Case 6:19-cv-00959-RWS-JDL Document 97-1 Filed 05/26/20 Page 24 of 43 PageID #: 3904
Case 6:15-cv-00973-JRG-JDL Document 54-2 Filed 10/14/16 Page 24 of 43 PageID #: 906

Page 79

1          MR. HOLOHAN:  I think --

2          MR. TING:  Yeah, I'm 99 percent certain for

3     Acer that I'm done, so, Matt, I don't know how

4     long you had planned.

5          MR. HOLOHAN:  I think my questioning will

6     take an hour at the very longest.  Most likely

7     less than that.

8          MR. LEE:  Thank you.  I appreciate it.

9     Let's take a ten-minute break.

10          THE WITNESS:  Okay.

11          (Recess from 11:15 a.m. to 11:25 a.m.)

12          MR. TING:  This is Michael Ting.  I will

13     pass the witness to Matt Holohan.

14          MR. LEE:  And Doctor, you're back?

15          THE WITNESS:  I'm back, yes.

16                    EXAMINATION BY MR. HOLOHAN:

17     Q    All right.  Good evening, Dr. Menczel.  My

18     name is Matt Holohan.  I'm representing Sharp

19     Electronics Corporation.  I have a few more questions

20     about some of the other terms that Acer's counsel did

21     not ask you about.

22          I'm going to be jumping around a little bit

Case 6:19-cv-00059-RWS-JDL  Document 97-1  Filed 05/26/20  Page 25 of 43 PageID #: 3985
Case 6:15-cv-00973-JRG-JDL  Document 54-2  Filed 10/14/16  Page 25 of 43 PageID #: 907

10/11/2016        Lonestar Technological Innovations, LLC, v. Acer, INC., et al.        Yaron Menczel

Page 86

1    regular red.

2        Q    (By Mr. Holohan)  Okay.  So focusing on

3    defendant's proposed alternate construction for

4    individual color, which is the linear combination of

5    base colors, you're saying that even if you were to

6    define a color at a specific linear combination --

7    actually, strike that question.

8            You say, in the regular world, a color

9            defined as

10   a linear combination of base colors would still be a

11   range of colors.  But in the digital world, you could

12   actually express a color as a specific linear

13   combination of base colors, right?

14           MR. LEE:  Objection.  Form.

15       A    Again, the issue here was that the -- and

16   the defendant inventor, and the defendant used the

17   word "specific."  That was the example that was given.

18    The fire engine red.

19           Okay.  We take out the words "specific" in

20   the definition, because the definition is not -- in

21   the second part, with the linear combination of color

22   components, such as red, green, blue, yellow, cayenne,

10/11/2016        Lonestar Technological Innovations, LLC, v. Acer, INC., et al.        Yaron Menczel

Page 87

1   and magenta, it's fine.  We'll even be on the same

2   combinations, but other -- other than that, we're

3   saying the same thing.  The issue here is, specific or

4   not specific.

5          Q    (By Mr. Holohan)  Okay.  So the only --

6          A    And my chosen words of fire engine red, is

7   probably not the best picture of it.

8          Q    Okay.  So your objection to defendant's

9   proposed construction is just the use of the word

10  "specific."  Is that accurate?

11         A    Yes.

12         Q    Okay.

13         A    And -- and component.  Still a component.

14  Because as you say, it's particular for the

15  definition, the specification, that it says component.

16              So I say -- I'm going to say, linear

17  combination; could be I meant combinations.  Not

18  component.  Component is in both -- both

19  constructions.

20         Q    Okay.  So --

21         A    The combination --

22         Q    So you say that an individual color needs to

Page 88

1    be combinations, plural, not a linear combination.

2        A    Yes, exactly.

3        Q    Okay.  But in the specification cites that I

4    just read to you, in column 1 of each patent, it just

5    says, A linear combination of colors or color

6    components, right?

7        A    Let me see.  Certain linear combination,

8    singular, yes.

9        Q    Okay.  Can you please -- if you look at

10   pages 13 and 14 of your declaration, can you just tell

11   me where those images that you reproduced in your

12   declaration came from?

13       A    Two of them -- two of them.  Took them both

14   out to be -- talking about the color spectrum.

15       Q    Yes.

16       A    The general note.  They're coming from the

17   Internet.

18       Q    Okay.  You just found them on the Internet?

19       A    Yes.

20       Q    All right.  And when you talk about, in

21   paragraph 42, the six corners of the RGB cube, each

22   one of those corners can be defined as a linear

10/11/2016        Lonestar Technological Innovations, LLC, v. Acer, INC., et al.        Yaron Menczel

Page 93

```
 1       A    Which are red, blue, yellow, magenta, and

 2    cayenne.

 3       Q    Right.  So red, green, blue, yellow --

 4       A    And here they use the word, linear

 5    combinations, plural.

 6       Q    Okay.  So I just want to clarify something.

 7            So it says the individual color components

 8            are

 9    red, green, blue, yellow, magenta, and cayenne, and

10    those have the 255 saturation values, right?

11       A    Yes.

12       Q    So is an individual color the same as an

13    individual color component?

14            MR. LEE:  Objection.  Form.

15       A    It says in the one you quoted, Color one,

16    herein, and it's '012 patent, in line 19 through 24,

17    herein, and the blue color, present the linear

18    combination of colors or color component.  Which from

19    that, my understanding, they're the same thing.

20       Q    (By Mr. Holohan)  Okay.  And then in

21    paragraphs 45 to 49, you talk about equations and the

22    '435 Patent and also adjusts the color components red,
```

Page 94

1   green, and blue, right?

2        A     From cayenne and magenta and yellow.

3        Q     Okay.  But it's color components that are

4   being adjusted in those equations, right?

5        A     It says color blue.

6        Q     Color what?

7        A     For limiting it. . . when I -- if we go to

8   the '435, I'm sure we visit the word color component,

9   and it says -- after. . . it says, Identify each input

10  image picture having red, R, as the original color

11  whose hue or saturation was selected to be

12  independently changed.  So I don't see the word

13  "component" here.

14       Q     Right.  But if we -- in the '012 Patent,

15  red, green, and blue, yellow, cayenne, and magenta

16  were individual color components and it's those same

17  -- the same colors that are being manipulated in the

18  '435 Patent in the specification cites you're

19  reporting to, correct?

20       A     Yeah --

21             MR. LEE:  Objection.  Form.

22       A     -- I think you need to change the word

Page 95

1     "component" for "color" for the words there.

2          Q     (By Mr. Holohan)  I'm sorry.  Say that

3     again?

4          A     I think you need to change the word "color"

5     for "color component" in both patents.

6          Q     So your view is the color and color

7     component are interchangeable in the patents?

8          A     Yes.

9          Q     Okay.

10         A     Yes.

11         Q     Do you agree that the term "individual

12    color" should have the same meaning in both the '012

13    and the '435 Patents?

14         A     Yes.

15         Q     Okay.  If you could turn back a few pages to

16    page 10 of your declaration.  I want to talk about the

17    term, Whereby all other colors of the digital video

18    input image remain unchanged.

19              Now, the defendant's proposed construction

20    is, Whereby all other pixels of the digital video

21    input image without the same color component values

22    remain unchanged.  In your opinion, is that the term

10/11/2016          Lonestar Technological Innovations, LLC, v. Acer, INC., et al.          Yaron Menczel

Page 96

1    should be given its plain and ordinary meaning, or

2    alternatively, whereby all colors of the digital video

3    input image without the same color component values

4    remain unchanged.  So would you agree with me that the

5    -- the disagreement between the parties here is the

6    use of the word pixels as opposed to colors?

7         A    I think so, yeah.

8         Q    Now, in digital video image, colors are

9    expressed as pixels, right?

10        A    No.

11        Q    How is that incorrect?

12        A    Colors are attributes of pixels.

13        Q    Colors are?

14        A    Attributes of pixels.

15        Q    Attributes of pixels.  What other attributes

16   of pixels are there besides color?

17        A    Luminance.

18        Q    Okay.  Anything else?

19        A    Colors.  Luminance.  I guess the pixels

20   themselves, by the resolution and depth of field, also

21   do express something.

22        Q    Okay.  But --

Case 6:19-cv-00959-RWS-JDL Document 75-1 Filed 05/26/20 Page 32 of 43 PageID #: 4513
Case 6:13-cv-00973-JRG-JDL Document 54-2 Filed 10/14/16 Page 32 of 43 PageID #: 514

10/11/2016     Lonestar Technological Innovations, LLC, v. Acer, INC., et al.     Yaron Menczel

Page 97

1      A     And the number of them and how big they are

2   and other expressions.

3      Q     Okay.  Is there any way in digital video, in

4   a digital video image, that a color would be expressed

5   other than using a pixel to express the color?

6      A     Colors appear in an attribute of pixels.

7      Q     Right.  So if the --

8      A     The perception you get is after you look at

9   many pixels, you get a perception of color.

10      Q     All right.  So if -- if --

11      A     But, again, the colors are not pixels --

12   you're putting words in the claim that is not really

13   there.  The claim they write -- to use the word

14   "pixel" is included.  He uses the word pixel other

15   places in the claim.

16      Q     Right.  So --

17      A     If he wants to put there -- yes.

18      Q     If you're changing a color in a video

19   display, what you're doing is changing the pixels that

20   are expressing that color, right?

21      A     If you -- that -- the implementation may use

22   color pixels.  But that's implementation only.

10/11/2016        Lonestar Technological Innovations, LLC, v. Acer, INC., et al.        Yaron Menczel

Page 98

1       Q     That's implementation only?

2       A     Yeah.  The document, this implementation,

3   shows you how to take bits, because you have pixels,

4   and change them, either by look-up table or directly,

5   depends in the patent that we are talking.

6       Q     What other implementations are there that

7   would allow to you change colors without changing

8   pixels?

9       A     There -- there may be.  There may not be.

10  But that's not the issue.  The issue is what remains

11  in this construction.  The construction is, other

12  colors in the digital video input image remain the

13  same.  We didn't say pixels remain the same.  We said

14  colors remain the same. That's one.  I gave you

15  another one.  It's luminance.  It can make a

16  difference here.

17      Q     Okay.  But you're not able to identify any

18  implementations in which you could change colors

19  without changing pixels.  Is that fair to say?

20            MR. LEE:  Objection.  Form.

21      A     Say it again.  If you, what, if you like

22  pixels, you may change -- you may change and not

10/11/2016          Lonestar Technological Innovations, LLC, v. Acer, INC., et al.          Yaron Menczel

1  change luminance.  And here, we're not talking about

2  luminance.  We're talking about colors.

3      Q     (By Mr. Holohan)  But if you are changing

4  colors, you are changing pixels, right?

5      A     A way to implement it is by changing pixels.

6      Q     And you're not able to --

7      A     But that -- but the method is here that you

8  are not changing other colors.  Not other pixels.  An

9  example, if you change a pixel and you leave the color

10  as is, but you change the luminance, the pixel has

11  changed, and the color hasn't changed.  Okay?  In your

12  definition, you -- you took this as a subset of the

13  method.  And that's -- of the claim, and that's not

14  what the claim record indicated.

15      Q     I understand you can change pixels without

16  changing colors.  But when I'm trying to clarify that,

17  and I don't think we're in disagreement on this, is

18  that you cannot change colors without changing pixels.

19   Is that accurate?

20      A     Okay.  But that -- maybe.  But that's not

21  what you're saying.  You're saying all other pixels of

22  the video input image without the same color component

Case 6:19-cv-00959-RWS-JDL Document 97-1 Filed 05/26/20 Page 35 of 43 PageID #: 4155
Case 6:15-cv-00973-JRG-JDL Document 54-2 Filed 10/14/16 Page 35 of 43 PageID #: 517

10/11/2016      Lonestar Technological Innovations, LLC, v. Acer, INC., et al.      Yaron Menczel

Page 106

1    color orange be affected?

2            MR. LEE:  Objection.  Form.

3        A    Only the colors -- only colors -- only the

4    red color will be affected.

5        Q    (By Mr. Holohan)  But --

6        A    Any other color would not be affected.

7        Q    But orange --

8        A    And when you say "other," you have to be

9    very careful how to decide -- how they decide each

10   color.  Okay? If the orange is not defined as a red,

11   then it will not be affected.

12       Q    Okay.  So if I defined -- if I define --

13   okay.

14            So the color orange has red as a component,

15   right?

16       A    But it -- has not -- every color might have

17   red as a -- as a base vector that measures into the

18   combination. The bottom thing is, is how the linear

19   combinations are defined.

20       Q    Okay.  So if the color orange in a video

21   display is defined such that it has a red component in

22   it, okay?

Case 6:19-cv-00059-RWS-JDL Document 97-1 Filed 05/26/20 Page 36 of 43 PageID #: 966

10/11/2016      Lonestar Technological Innovations, LLC, v. Acer, INC., et al.      Yaron Menczel

Page 107

1       A       Again, not -- not the implementation.

2       Q       Not what?

3       A       If, bearing to the issue, if we define the

4   colors as -- can be one color is orange -- is red, and

5   then define in explicit, nonmutual color as orange,

6   then the orange will not be affected.  If the orange

7   happened to be part of the red, then the orange will

8   be affected.  It's all -- all depends on the

9   definitions in what color is for every color.

10      Q       Right.  So that's what I'm asking.  If you

11  have a display implemented in such a way that orange

12  is -- that orange includes red as a component --

13      A       It's not a matter of a component.  It a

14  matter of how far you define the spectrum of red to

15  include, to go far enough, and you contain the orange

16  in red, the orange is part of the red.  It's a method

17  of definition.  It's up to the inventor to define each

18  color, what it is.  That's why I was so careful to say

19  colors and not pixels.

20      Q       Okay.  So it's possible to implement the

21  '012 Patent in a way where the definition of red

22  includes orange. So if I adjust red, I'm also

10/11/2016          Lonestar Technological Innovations, LLC, v. Acer, INC., et al.          Yaron Menczel

Page 108

1    adjusting orange.  Is that accurate?

2              MR. LEE:  Object to form.

3         A    If -- if you define red that is very wide,

4    define the orange as colors, then that's -- that's

5    omitted, yeah.

6         Q    (By Mr. Holohan)  Then that's what?

7         A    That's what it implies.

8         Q    And that implementation would fall within

9    the '012 Patent, right?

10        A    Yes.  Because the patent '012 or '435 do not

11   give the way to how to divide the colors.  Where is

12   the line.

13        Q    Okay.  All right.  So I want to skip over to

14   page 20 of your declaration, where you talk about the

15   term, Without affecting the hue or saturation of any

16   other individual color.  Let me know when you have

17   that in front of you.

18        A    I do.

19        Q    Okay.

20        A    I think we should take a break -- take a

21   break by now because it's an hour.

22             MR. HOLOHAN:  Okay.  That's fine.  I thought

Page 109

1        I would get this done in an hour, but looks like

2        I have another 20 minutes or so.  So we can take

3        a five-minute break.

4            THE WITNESS:  Okay.

5            (Recess from 12:11 p.m. to 12:20 p.m.)

6            MR. HOLOHAN:  All right.  Let's go back on.

7        Q    (By Mr. Holohan)  Dr. Menczel, just talking

8    briefly about the claim of limitation.  Without

9    affecting the hue or the saturation of any other

10   individual color which is from the '435 Patent,

11   similar to the '012 Patent, the term you were just

12   talking about, could I construct a system, according

13   to the '435 Patent, where the color red is defined

14   such that if I adjust the hue of red, I will also

15   adjust the hue of orange?

16           MR. LEE:  Object to form.

17       A    Exactly as we said before.  If orange will

18   be defined as part of red in the perception and the

19   way you define the parameters in the '435 Patent, then

20   obviously when you change the color red as -- the

21   color that looks to you particularly orange will also

22   be affected.

Page 117

1      Q     Let me just ask.

2      A     Dr. Richardson is saying it's not -- it's

3   not teaching us what the acceptable range will be.

4   Okay?  So he's saying, it can be anything from a

5   single integer.  He doesn't really get to the point

6   that we're talking about a range.  He said, Single

7   integer to an infinite number within this -- he didn't

8   say boundaries.  That was the problem with his

9   definition.

10      Q     So does the patent give boundaries?

11      A     He could have written -- could be anything

12   from an integer, one single integer to another.  So

13   from one integer to another integer, where each

14   integer can be a single integer to an infinite number

15   to -- no, any -- so where each integer can be of

16   single value, with zero value, to an infinite value,

17   then I may agree.  It's -- he's talking about a

18   number.  He's talking single integer.  He's talking

19   about infinite number of integers.  He's not talking

20   about the range.

21      Q     Okay.  So when you say a range of integers,

22   would you agree that when the patent says -- the '435

Page 118

1    Patent says arbitrary interval with integers, that

2    could be a range of zero to an infinite number of

3    integers?

4           MR. LEE:  Objection.  Form.

5       A    I don't understand what infinite number of

6    integers means.  I know integer has a value of

7    infinite.  I don't understand what an infinite number

8    of integers in this context means.

9       Q    (By Mr. Holohan)  Well, let me ask you:  In

10   your opinion, what is the upper limit on the range of

11   the interval of integers in the '435 Patent?

12      A    Arbitrary.

13      Q    So there's no upward limit on what the range

14   could be.

15      A    Yes.

16      Q    And it could be a -- it could be as small as

17   one integer or two, right?

18      A    Again, the range -- you're talking about the

19   range size.

20      Q    Yes.

21      A    Okay.  He didn't say the word "range size."

22      Q    I'm asking for your opinion.  How small can

Page 119

1    the range be?  Can it be one integer?

2         A    Again, it could -- it's designed in whole

3    numbers. That's why he used the word "integers" here,

4    and it can be any number between zero to any arbitrary

5    number you want.

6         Q    Okay.

7         A    The size of the range.

8         Q    Okay.  Why do you say that the interval

9    between minus 1 and plus 1 in claim 6 of the '435

10   Patent contemplates fractions?

11        A    Because that's how it appears in the patent.

12    If you look at the formula that he uses in '435, he

13   uses numbers between minus 1 and plus 1.

14        Q    Where in the '435 Patent are you looking for

15   that?

16        A    As an example, if you look at column 13.

17   Okay? Where he defined the value HR.  The value of HR

18   is defined, I believe, internally between minus 1 to

19   plus 1.  It should say somewhere, I think, because you

20   can see the formula.  He uses 1 minus HR and then he

21   uses HR.  Okay?  Internally, when he calculates, he

22   uses a number between minus 1 to plus 1.  In -- for

Case 6:19-cv-00959-RWS Document 97-1 Filed 05/26/20 Page 42 of 43 PageID #: 3824
Case 6:15-cv-00973-JRG-JDL Document 54-2 Filed 10/14/16 Page 42 of 43 PageID #: 524

Page 125

1       understand what everybody wants.

2            MR. TING:  Yes, for Acer.

3            MR. LEE:  I need to check with my client and

4       get back to you on that, Jason.

5            THE REPORTER:  Very good.

6            MR. HOLOHAN:  Yes for us.

7            (Deposition adjourned at 12:45 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22                      *              *              *

Page 126

1              REPORTER CERTIFICATE

2         I, JASON T. MEADORS, Registered Professional
   Reporter, Certified Realtime Reporter, Certified Realtime
3  Captioner, and Notary Public, appointed to take the
   deposition of

4
                 YARON MENCZEL,
5
   certify that prior to the deposition the witness was sworn
6  by me to tell the truth; that the deposition was taken by me
   at 1400 Wewatta Street, Suite 600, Denver, Colorado, on
7  October 11, 2016.
8         I certify that the proceedings were reduced to
   typewritten form by computer-aided transcription consisting
9  of 103 pages herein; that the foregoing is an accurate
   transcript of the proceedings.
10
          I certify that I am not related to, employed by, of
11 counsel to any party or attorney herein, nor interested in
   the outcome of this litigation.
12
          I further certify review of the transcript was
13 requested.
14        Attested to by me this 11th day of October, 2016.
15
16
17                    _____
                      Jason T. Meadors, RPR, CRR, CRC
18                    Meadors Court Reporting
                      417 West Mountain Avenue
19                    Fort Collins, Colorado  80521
                      970.482.1506
20                    970.482.1230 fax
                      meadors@reporterworks.com
21
                      My commission expires January 26, 2017
22