**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, | § § § | |
| | § | CIVIL ACTION NO.  6:19-CV-00059-RWS |
| Plaintiff, | § § | **LEAD CASE** |
| | § | |
| v. | § | |
| | § | |
| ASUSTEK COMPUTER INC., | § § | |
| | § | |
| Defendant. | § § | |

## ORDER

The Court hereby **SETS** the parties' Joint Motion for Entry of An Electronic Discovery Order (Docket No. 93) for a hearing at **10 a.m.** on **June 3, 2020**.  It is further

**ORDERED** that the June 3 hearing shall be limited to three hours and 40 minutes of argument allocated as follows:

| ISSUE | PLAINTIFF | DEFENDANTS |
|---|---|---|
| Claim Construction | 90 minutes | 90 minutes |
| Motion to Strike & Disputed ESI Order | 20 minutes | 20 minutes |

**So ORDERED and SIGNED this 26th day of May, 2020.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE