IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

Judge Robert W. Schroeder III

| | | |
|---|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC | § § § | |
| V. | § § | CIVIL NO. 6:19cv59 |
| ASUS COMPUTER, INC., et al | § § | |

---

MINUTES FOR MARKMAN AND MOTIONS HEARING
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
JUNE 3, 2020

OPEN: 10:06 a.m.                                                      ADJOURN: 2:29 p.m.

---

ATTORNEYS FOR PLAINTIFF:    Bradley Liddle and Minghui Yang

ATTORNEYS FOR DEFENDANTS: Ed Runyon, Charles Ainsworth and Andrew Oliver

TECHNICAL ADVISOR:    Scott Woloson

LAW CLERK:    Kain Day

COURTROOM DEPUTY:    Betty Schroeder

COURT REPORTER:    Kate McAlpine

---

| Time | Event |
|---|---|
| 10:06 a.m. | Case called, parties introduce themselves and announce ready, Court welcomes parties and gives preliminary comments |
| 10:10 a.m. | Mr. Andrew Oliver argues Defendants' Motion to Strike (dkt. #86) - construction of "viewer" |
| 10:15 a.m. | Mr. Brad Liddle responds |
| 10:17 a.m. | Court questions Mr. Oliver; Mr. Oliver responds |
| 10:20 a.m. | Mr. Oliver argues the Exhibit 2 portion of the Motion to Strike; Court questions Mr. Oliver; Mr. Oliver responds |

| | |
|---|---|
| 10:23 a.m. | Mr. Liddle responds |
| 10:25 a.m. | Mr. Oliver replies |
| 10:26 a.m. | Mr. Oliver argues the Exhibit 5 portion of the Motion to Strike |
| 10:29 a.m. | Mr. Liddle responds |
| 10:31 a.m. | Mr. Oliver replies |
| 10:32 a.m. | Mr. Oliver argues the technology tutorial portion of the Motion to Strike |
| 10:33 a.m. | Court denies the Motion to Strike |
| 10:36 a.m. | Mr. Oliver responds; Court responds |
| 10:36 a.m. | Court comments regarding the preliminary instructions provided to the parties before the hearing |
| 10:39 a.m. | Mr. Oliver and Mr. Liddle advise the Court of the terms to be argued |
| 10:41 a.m. | Mr. Liddle argues the term "individual color" |
| 10:46 a.m. | Mr. Oliver responds |
| 10:51 a.m. | Mr. Liddle replies |
| 10:53 a.m. | Mr. Ed Runyon argues "Claim 17, Indefiniteness" |
| 11:08 a.m. | Mr. Liddle responds |
| 11:17 a.m. | Mr. Runyon replies |
| 11:19 a.m. | Mr. Liddle responds |
| 11:21 a.m. | Mr. Liddle argues the term "input image pixel" |
| 11:24 a.m. | Court questions Mr. Liddle; Mr. Liddle responds |
| 11:25 a.m. | Mr. Oliver responds |
| 11:25 a.m. | Mr. Runyon argues the term "viewer" |
| 11:30 a.m. | Mr. Liddle responds |

| | |
|---|---|
| 11:33 a.m. | Mr. Runyon replies |
| 11:35 a.m. | Mr. Liddle responds; Court questions Mr. Liddle; Mr. Liddle responds |
| 11:39 a.m. | Mr. Oliver argues the term "characterizing" |
| 11:43 a.m. | Mr. Liddle responds |
| 11:46 a.m. | Mr. Oliver replies |
| 11:48 a.m. | Mr. Liddle argues the term "without affecting the hue or the saturation of any other individual color" |
| 11:51 a.m. | Mr. Oliver responds |
| 11:52 a.m. | Mr. Liddle replies |
| 11:53 a.m. | Court questions Mr. Oliver; Mr. Oliver responds |
| 11:58 a.m. | Court questions Mr. Oliver; Mr. Oliver responds |
| 12:02 p.m. | Recess |
| 1:34 p.m. | Mr. Runyon argues the term "evaluated/evaluating" |
| 1:38 p.m. | Mr. Liddle responds |
| 1:40 p.m. | Mr. Runyon replies |
| 1:41 p.m. | Mr. Liddle responds |
| 1:42 p.m. | Mr. Runyon replies |
| 1:43 p.m. | Mr. Oliver argues the term "by performing arithmetic and logical operations" |
| 1:49 p.m. | Court questions Mr. Oliver; Mr. Oliver responds |
| 1:50 p.m. | Mr. Liddle responds |
| 1:54 p.m. | Mr. Oliver replies |
| 1:57 p.m. | Mr. Liddle responds |
| 1:59 p.m. | Mr. Runyon advises the Court they will rely on the briefing for the term "forming a corresponding plurality of output image pixels having said selected individual |

|            |                                                                                                                                                              |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            | color                                                                                                                                                        |
| 2:00 p.m.  | Mr. Liddle responds                                                                                                                                          |
| 2:00 p.m.  | Mr. Runyon replies                                                                                                                                           |
| 2:01 p.m.  | Mr. Liddle and Mr. Runyon advise the Court they will rely on their briefing regarding the term "arbitrary interval of integers"                              |
| 2:02 p.m.  | Mr. Runyon argues the terms for the ESI Order (dkt. #93)                                                                                                     |
| 2:04 p.m.  | Court questions Mr. Runyon; Mr. Runyon responds                                                                                                              |
| 2:06 p.m.  | Mr. Runyon continues with his argument                                                                                                                       |
| 2:07 p.m.  | Mr. Liddle responds to argument                                                                                                                              |
| 2:09 p.m.  | Mr. Runyon replies                                                                                                                                           |
| 2:10 p.m.  | Court requests the parties to discuss these issues while here                                                                                                |
| 2:12 p.m.  | Recess                                                                                                                                                       |
| 2:27 p.m.  | Mr. Liddle advises the Court the disputes have been resolved involving the ESI Order; Mr. Runyon comments; Court advises the parties to submit an agreed Order |
| 2:29 p.m.  | Recess                                                                                                                                                       |