# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, | § § § | |
| | § | Civil Action No. 6:19-cv-00059-RWS |
| Plaintiff, | § § | |
| | § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| ASUSTEK COMPUTER INC. | § § | LEAD CASE |
| Defendant. | § § § § | |

## NOTICE OF SUBPOENA TO TEXAS INSTRUMENTS

Please take notice that pursuant to Federal Rule of Civil Procedure 45, Plaintiff Lone Star Technological Innovations, LLC ("Lone Star"), by and through its undersigned attorneys, intends to issue the attached Subpoena to Texas Instruments Incorporated c/o CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201 for the production of documents and electronically stored information. The Subpoena commands the production of documents to CARTER ARNETT, PLLC, c/o Brad Liddle, Campbell Centre II, 8150 N. Central Expressway, Suite 500, Dallas, Texas 75206 by July 10, 2020, at or before 10:00 a.m. (or as otherwise mutually agreed).

Dated: June 17, 2020

Respectfully submitted,

By: */s/ John D. Saba*
Bradley D. Liddle
Texas Bar No. 24074599
bliddle@carterarnett.com
Minghui Yang
Texas Bar No. 24091486
myang@carterarnett.com

Laura Maninger
Texas Bar No. 24106245
lmaninger@carterarnett.com
**CARTER ARNETT PLLC**
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206
Telephone: No.: (214) 550-8188
Facsimile No.: (214) 550-8185

John D. Saba Jr.
Texas State Bar No. 24037415
**WITTLIFF | CUTTER PLLC**
1209 Nueces St.
Austin, Texas 78701
(512) 960-4438 (Phone)
(512) 960-4869 (Fax)
john@wittliffcutter.com

John Lee (admitted to E.D. Texas)
California Bar No. 229911
**BANIE & ISHIMOTO LLP**
3705 Haven Ave. #137
Menlo Park, CA 94025
(650) 241-2771
(650) 241-2770 (Fax)
jlee@banishlaw.com

***Counsel for Plaintiff***
LONE STAR TECHNOLOGICAL
INNOVATIONS, LLC,

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2020, I electronically filed the foregoing Motion using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

 */s/ John D. Saba*
John D. Saba, Jr.

2