AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Lone Star Technological Innovations, LLC <br> *Plaintiff* <br> v. <br> ASUSTEK COMPUTER INC. <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 6:19-cv-00059-RWS |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   Texas Instruments Incorporated c/o CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A

| Place: CARTER ARNETT, PLLC, c/o Brad Liddle, Campbell Centre II, 8150 N. Central Expressway, Suite 500, Dallas, Texas 75206 | Date and Time: <br> 07/10/2020 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

| *CLERK OF COURT* | |
|---|---|
| | OR |
| _____ <br> *Signature of Clerk or Deputy Clerk* | /John D. Saba/ <br> *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiff Lone Star Technological Innovations, LLC , who issues or requests this subpoena, are:
WITTLIFF | CUTTER, PLLC, c/o John Saba, 1209 Nueces St., Austin, Texas 78701, (512) 960-4438

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 6:19-cv-00059-RWS

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

Case 6:19-cv-00059-RWS   Document 103-1   Filed 06/17/20   Page 3 of 18 PageID #:  1351

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# EXHIBIT A

## DEFINITIONS AND INSTRUCTIONS

1. The terms "Plaintiff," or "Lone Star" means Lone Star Technological Innovations, LLC.

2. The terms "You," "Your," or "TI" refers to Texas Instruments, Inc., 12500 TI Boulevard Dallas, Texas 75243 and any and all of its then-current or prior subsidiaries, parents, affiliates, divisions, successors, predecessors, agents, employees, representatives, directors, officers, trustees, and attorneys, or any other person or entity acting in whole or in part in concert with any of the foregoing, directly or indirectly.

3. The term "Barco" means Barco NV

4. The term "ASUS" means ASUSTeK Computer Inc. and ASUS Computer International.

5. The term "Defendants" means Barco and ASUS.

6. The term "affiliate" includes any related companies, parents, subsidiaries, sister companies, joint ventures, predecessors-in-interest, divisions, directors, officers, employees, agents, and representatives.

7. The term "the '435 patent" means United States Patent No. 6,724,435 and includes the corresponding patent application.

8. The term "Communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise).

9. The term "Software" shall include any operating system, source code, machine code, assembly code, code written in any programming language, and code that can be compiled or acted upon by a processor, including, without limitation, lower level drivers, firmware, middleware, higher level code, application software, API's, Register Transfer Language (RTL) or Hardware Design Language (HDL) code for design and description of digital hardware components, as well as all libraries or other file structures associated therewith and all software, compilers, or other development tools that facilitate review thereof, in addition to any listings or printouts thereof, and any release notes, functional specifications, requirements documents, or other documentation describing the features or modifications of such code.

10. The terms "Accused Device" or "Device" means any and all electronic devices (*e.g.* television, monitors, displays, projectors, etc.) made by or for any Defendant, used by any Defendant or any Defendants' customers, sold or offered for sale by any Defendant or on any Defendants' behalf, or imported by any Defendant, in the United States, which allows for a change in the hue and/or saturation of a selected color, independent of affecting other colors. Accused Device includes without limitation those in **Attachment 1**.

1. The term "Patented Technology" means the inventions disclosed in the '435 patent including, but not limited to, Devices or Components that allow for a change in the hue and/or saturation of a selected color, independent of affecting other colors.

11. The term "Litigation" means *Lone Star Technological Innovations, LLC v. ASUSTeK Computer Inc*. Civil Action No. 6:15-cv-00059 (E.D. Tex.) and *Lone Star Technological Innovations, LLC v. Barco NV*, Civil Action No. 6:15-cv-00060 (E.D. Tex.).

12. The term "Component" includes, but is not limited to any part, component,

microprocessor, microchip, DLP chip, and/or display processor or chip that You supply to Defendants including, the Accused Devices listed in **Attachment 1**.

13. All pronouns shall be construed to refer to the masculine, feminine, or neutral gender, in singular or plural, as in each case makes the interrogatory more inclusive.

14. Produce all Documents in Your possession, custody or control that are described in the Requests set forth below. Such Documents shall be produced in the manner You maintain them in the ordinary course of business.

15. Documents attached to each other should not be separated.

16. Where a request specifically seeks Documents in electronic form, such Documents shall be produced (i) with a load file suitable for loading the data into a litigation database that defines document breaks, attachments, metadata, and other information (identified below), and (ii) with a cross-reference file that facilitates the linking of the produced TIFF or native file with a litigation database; specifically, production to be as follows:

17. Spreadsheets – To be produced (i) as a native file, and (ii) with a load file suitable for linking it to a litigation support database that (for authentication) identifies the MD5 hash value of each file.

18. Standard Office File Forms (e.g. Emails, Word Processing Documents, Presentations) – To be produced (i) in TIFF format, and (ii) with metadata and text searchable information extracted from the native file and produced as fielded metadata. Family relationships among email and attachments are to be maintained.

19. Where such Documents cannot be provided in one of the above manners, such as for certain scheduling, accounting, contact management, and database programs (*e.g.* Primavera,

MS Access, Oracle, Microsoft SQL Server), or where Plaintiff and You otherwise agree, Plaintiff and You will determine another acceptable electronic form for production. *See* FED. R. CIV. P. 26(f) and 45(a).

20.     Pursuant to the FED. R. CIV. P. 26(b)(5) and 45(e)(2), if any Document responsive to these Requests is withheld based upon a claim of privilege or trial preparation material, state separately for each such Document: (a) the type of Document (*e.g.*, letter, memorandum, electronic mail, report, recording disc, *etc.*); (b) the Document's general subject matter; (c) the Document's date; (d) its author; (e) its addressees, if any; (f) any other recipients of the Document; (g) the relationship of the author, addressees, and recipients to each other; (h) the author's title or position; and (i) the basis for the privilege objection.

21.     Each Document requested should be produced in its entirety and without deletion, redaction or excision, except as qualified for privileged, regardless of whether You consider the entire Document or only part of it to be relevant or responsive to these Document requests. If You redact any portion of a Document, stamp the word "REDACTED" beside the redacted information on each page of the Document.

22.     Any redactions to Documents produced should be identified in accordance with the above.

23.     Any production in this matter may be made pursuant to the Court's Protective Order, a copy of which is attached.

24.     These are continuing requests that require You to supplement Your responses promptly and produce any later discovered or created responsive Documents.

## REQUESTS FOR PRODUCTION

1.       Documents sufficient to show each Accused Device and/or Component You design, manufacture, or supply to Defendants that allow for a change in the hue and/or saturation of a selected color, independent of affecting other colors since 2013.  This should include but not be limited to identification of part numbers and quantities of each Device or Component that are supplied to the Defendants and/or included in the Accused Devices

2.       Documents sufficient to show any Software You supply to Defendants that can be used in of any Defendants' Accused Devices to allow for a change in the hue and/or saturation of a selected color, independent of affecting other colors, including without limitation any Software that runs on any Device or Component identified in your response to Request No. 1.

3.       For any Software identified in Your response to Request No. 2, the source code files in native format and with their native file structure, such that they can be opened and read/accessed by the same development environment or repository Software in which they are maintained in the ordinary course of business.

4.       For any Devices or Software identified in Your responses to Requests No. 1-2, product or training manuals, architectural materials, diagrams, block designs, memoranda, reports, presentations or other technical documentation showing how to use the Device, Component or Software to allow for a change in the hue and/or saturation of a selected color, independent of affecting other colors.

5.       For any Devices or Software identified in Your responses to Requests No. 1-2, Documents sufficient to show: three key individuals responsible for the design, development, functionality, deployment, and operation of each Device, Component or Software relating to permitting a change in the hue and/or saturation of a selected color, independent of affecting

other colors.

6. Communications with Defendants relating to design, development or implementation of the Patented Technology in Devices and Components identified in Your response to Request No. 1.

7. Communications with Defendants relating to design, development or implementation of the Patented Technology in Software identified in Your response to Request No. 2.

8. All Communications with Defendants relating to this Litigation.

9. All documents and communications concerning the identity, organization, and structure of any division, department, group or subdivision (formal or informal) of TI involved with supplying Accused Device and/or Components.

10. All documents concerning the ownership and management structure of TI including with its parent, subsidiaries, or affiliates.

11. All communications and documents between TI and its parent, subsidiaries, or affiliates concerning the TI components used in the Accused Devices

# Attachment 1

**BARCO ASSUSED PRODUCTS:**

1. MCM-100s External warping, blending and color matching (MCM-100s)
2. MCM-400 External warping, blending and color matching box for 4K projectors (MCM-400)
3. MCM-50 External warping, blending and color matching box optimized for F50 WQXGA series (MCM-50)
4. F90-4K13 11,800 lumens, 4K UHD, DLP laser phosphor projector (F90-4K13), also including: F90-W13 13,000 lumens, WUXGA, DLP laser phosphor projector (F90-W13)
5. DP2K-10S Small DLP Barco Alchemy Cinema projector for screens up to 10m (33ft) wide (with Barco Communicator Software) (DP2K-10S), also including: DP2K-8S Small DLP Barco Alchemy Cinema projector for screens up to 8m (26ft) wide (DP2K-8S)
6. DP2K-10SLP Smart Laser cinema projector for screens between 9-13m (29-43 ft) (with Barco Communicator Software) (DP2K-10SLP)
7. DP2K-12C Compact DLP Barco Alchemy Cinema projector for screens up to 12m (39ft) (with Barco Communicator Software) (DP2K-12C)
8. DP2K-15C Compact DLP Barco Alchemy Cinema projector for screens up to 15m (49ft) (with Barco Communicator Software) (DP2K-15C)
9. DP2K-15CLP Smart Laser cinema projector for screens between 13-16m (43-52 ft) (with Barco Communicator Software) (DP2K-15CLP)
10. DP2K-17BLP Smart Laser cinema projector for screens between 13-18m (43-59 ft) (DP2K-17BLP), also including:
    DP4K-36BLP Smart Laser cinema projector for screens between 23-27m (75-89 ft) (DP4K-36BLP)
    DP4K-23BLP Smart Laser cinema projector for screens between 18-23m (59-75 ft) (DP4K-23BLP)
    DP4K-17BLP Smart Laser cinema projector for screens between 13-18m (43-59 ft) (DP4K-17BLP)
    DP4K-17BLP Smart Laser cinema projector for screens between 13-18m (43-59 ft) (DP4K-17BLP)
    DP2K-36BLP Smart Laser cinema projector for screens between 23-27m (75-89 ft) (DP2K-36BLP)
    DP2K-23BLP Smart Laser cinema projector for screens between 18-23m (59-75 ft) (DP2K-23BLP)
    DP4K-18BLPHC Smart Laser high-contrast cinema projector for mid-size movie screens (DP4K-18BLPHC)
    DP4K-13BLPHC Smart Laser cinema projector for small to mid-size movie screens (DP4K-13BLPHC)
11. DP2K-19B Bright DLP Barco Alchemy Cinema projector for screens up to 19m (62ft) (with Barco Communicator Software) (DP2K-19B)
12. DP2K-20C Compact DLP Barco Alchemy Cinema projector for screens up to 20m (65ft) (with Barco Communicator Software) (DP2K-20C)
13. DP2K-20CLP Smart Laser cinema projector for screens between 16-19m (52-62ft) (with Barco Communicator Software) (DP2K-20CLP)
14. DP2K-23B Bright DLP Barco Alchemy Cinema projector for screens up to 23m (75ft) (with Barco Communicator Software) (DP2K-23B)
15. DP2K-32B Bright DLP Barco Alchemy Cinema projector for screens up to 32m (105ft) (with Barco Communicator Software) (DP2K-32B)
16. DP2K-6E Compact DLP Barco Alchemy Cinema projector for screens up to 7.5m (24ft) wide (with Barco Communicator Software) (DP2K-6E)
17. (DP2K-8SLP) Smart Laser cinema projector for screens between 6-9m (20-29 ft) (DP2K-8SLP)
18. DP4K-19B Bright 4K DLP Barco Alchemy Cinema projector for screens up to 19m (62ft) (with Barco Communicator Software) (DP4K-19B)

| | |
|---|---|
| 19 | DP4K-20LHC High-contrast 6P RGB laser cinema projector for premium screens (with Barco Communicator Software) (DP4K-20LHC) |
| 20 | DP4K-23B Bright 4K DLP Barco Alchemy Cinema projector for screens up to 23m (75ft) (with Barco Communicator Software) (DP4K-23B), also including: |
| | DP4K-32B Bright 4K Barco Alchemy DLP Cinema projector for screens up to 32m (105ft) (DP4K-32B) |
| 21 | DP4K-40LHC High-contrast 6P RGB laser cinema projector for premium large screens (with Barco Communicator Software) (DP4K-40LHC) |
| 22 | Eonis 22-inch MDRC-2222, Option BL 22-inch clinical display for hospital-wide viewing of clinical data and images (Eonis 22-inch (MDRC-2222 Option BL)), also including: |
| | Eonis 22-inch, MDRC-2222 Option WP 22-inch clinical display (Eonis 22-inch (MDRC-2222 Option WP)) |
| | Eonis 22-inch, MDRC-2222 Option TS 22-inch clinical touchscreen (Eonis 22-inch (MDRC-2222 Option TS)) |
| | Eonis 22-inch MDRC-2222 Option WP Dental White 22-inch dental display with cleanable design (Eonis 22-inch (MDRC-2222 Option WP) Dental) |
| 23 | Eonis 24-inch MDRC-2224, Option BL 24-inch clinical display for hospital-wide viewing of clinical data and images (Eonis 24-inch (MDRC-2224, Option BL)), also including: |
| | Eonis 24-inch, MDRC-2224, Option WP 24-inch clinical display (Eonis 24-inch (MDRC-2224, Option WP)) |
| | Eonis 24-inch, MDRC-2224, Option WH 24-inch clinical display (Eonis 24-inch (MDRC-2224, Option WH)) |
| | Eonis 24-inch MDRC-2224 WP Dental White 24-inch dental display with cleanable design (Eonis 24-inch MDRC-2224 WP Dental) |
| 24 | MDRC-1219 19-inch clinical display for hospital-wide viewing of clinical data and images (MDRC-1219), also including: |
| | MDRC-1219 19-inch touchscreen for hospital-wide viewing of clinical data and images (Option TS) (Barco MDRC-1219 (Option TS)) |
| 25 | Nio Color 3MP Dental Diagnostic display for dentistry (MDNC-3421 Option DE) (Nio Color 3MP Dental) |
| 26 | Coronis Fusion MDCC-4330 4MP multimodality diagnostic display system (Coronis Fusion 4MP (MDCC-4330)), also including: |
| | Coronis Fusion 6MP LED MDCC-6430 6MP diagnostic color display system (MDCC-6430) |
| 27 | Nio Color 3MP MDNC-3421 3MP high-bright color display (Nio Color 3MP (MDNC-3421)) |
| 28 | F50 Panorama Compact 120 Hz, single-chip DLP projector with Panorama resolution (F50 Panorama) |
| 29 | F70-4K8 4K UHD laser phosphor projector (F70-4K8), also including: |
| | F70-W6 WUXGA laser phosphor projector (F70-W6) |
| | F70-4K6 4K UHD laser phosphor projector (F70-4K6) |
| | F70-W8 WUXGA laser phosphor projector (F70-W8) |
| 30 | F80-4K12 12,000 lumens, 4K UHD, DLP laser phosphor projector (F80-4K12), also including: |
| | F80-4K9 9,000 lumens, 4K UHD, DLP laser phosphor projector (F80-4K9) |
| | F80-Q12 12,000 lumens, WQXGA, DLP laser phosphor projector (F80-Q12) |
| 31 | G60-W10 10,000 lumens, WUXGA, DLP laser phosphor projector (G60-W10), also including: |
| | G60-W7 7,000 lumens, WUXGA, DLP laser phosphor projector (G60-W7) |
| | G60-W8 8,000 lumens, WUXGA, DLP laser phosphor projector (G60-W8) |

| # | Description |
|---|---|
| 32 | HDF-W30LP FLEX 30,000 lumens, WUXGA, 3-chip DLP laser phosphor projector with standard FLEX brightness (HDF-W30LP FLEX) |
| 33 | PGWU-62L 6,000 ANSI lumens, WUXGA, single-chip DLP laser phosphor projector (PGWU-62L) |
| 34 | PGWU-62L-K 6,000 ANSI lumens, WUXGA, single-chip DLP laser phosphor projector (PGWU-62L-K) (PGWU-62L-K), also including: PGWU-62L 6,000 ANSI lumens, WUXGA, single-chip DLP laser phosphor projector (PGWU-62L) |
| 35 | RLS-W12 12,000 lumens, WUXGA, 1-chip DLP projector (RLS-W12) |
| 36 | UDX-4K22 21,000 lumens, 4K UHD, 3-chip DLP laser phosphor large venue projector (UDX-4K22), also including: UDX-4K32 31,000 lumens, 4K UHD, 3-chip DLP laser phosphor large venue projector (UDX-4K32) UDX-W32 32,000 lumens, WUXGA, 3-chip DLP laser phosphor large venue projector (UDX-W32) UDX-U32 30,000 lumens, UXGA, 3-chip DLP laser phosphor large venue projector (UDX-U32) UDX-W22 22,000 lumens, WUXGA, 3-chip DLP laser phosphor large venue projector (UDX-W22) UDX-W32 40,000 lumens, WUXGA, 3-chip DLP laser phosphor large venue projector (UDX-W40) UDX-W26 26,000 lumens, WUXGA, 3-chip DLP laser phosphor large venue projector (UDX-W26) UDX-U40 39,000 lumens, UXGA, 3-chip DLP laser phosphor large venue projector (UDX-U40) UDX-4K40 36,500 lumens, 4K UHD 3-chip DLP laser phosphor large venue projector (UDX-4K40) UDX-4K26 25,000 lumens, 4K UHD, 3-chip DLP laser phosphor large venue projector (UDX-4K26) |
| 37 | XDL-4K30 30,000 lumens, 4K, 3-chip DLP RGB laser large venue projector (XDL-4K30), also including: XDL-4K75 75,000 lumens, 4K, 3-chip DLP RGB laser large venue projector (XDL-4K75) XDL-4K60 60,000 lumens, 4K, 3-chip DLP RGB laser large venue projector (XDL-4K60) |
| 38 | OverView OL-510 Fully redundant 50-inch WXGA 16:9 LED video wall (OverView OL-510) |
| 39 | OverView OL-521 Fully redundant 50-inch full HD 16:9 LED video wall (OverView OL-521) |
| 40 | OverView OL-710 Fully redundant 70-inch WXGA 16:9 LED video wall (OverView OL-710) |
| 41 | OverView OL-721 Fully redundant 70-inch full HD 16:9 LED video wall (OverView OL-721) |
| 42 | OverView OLF-510 Fully redundant 50-inch WXGA 16:9 LED video wall with front access (OverView OLF-510) |
| 43 | OverView OLF-521 Fully redundant 50-inch full HD 16:9 LED video wall with front access (OverView OLF-521) |
| 44 | OverView OLF-710 Fully redundant 70-inch WXGA 16:9 LED video wall with front access (OverView OLF-710) |
| 45 | OverView OLF-721 Fully redundant 70-inch full HD 16:9 LED video wall with front access (OverView OLF-721) |
| 46 | OverView OVL-508 Fully redundant 50-inch XGA 4:3 LED video wall (OverView OVL-508) |
| 47 | OverView OVL-515 Fully redundant 50-inch SXGA+ 4:3 LED video wall (OverView OVL-515) |
| 48 | OverView OVL-708 Fully redundant 70-inch XGA 4:3 LED video wall (OverView OVL-708) |
| 49 | OverView OVL-715 Fully redundant 70-inch SXGA+ 4:3 LED video wall (OverView OVL-715) |
| 50 | OverView OVL-808 Fully redundant 80-inch XGA 4:3 LED video wall (OverView OVL-808) |
| 51 | OverView OVL-815 Fully redundant 80-inch SXGA+ 4:3 LED video wall (OverView OVL-815) |
| 52 | Coronis Uniti MDMC-12133 12MP diagnostic display system for PACS and breast imaging (Coronis Uniti (MDMC-12133)) |
| 53 | Nio Color MDNC-6121 5.8 MP high-bright color display (Nio Color 5MP (MDNC-6121)) |
| 54 | F80-4K7 7,000 lumens, 4K UHD, DLP laser phosphor projector (F80-4K7) |

| | |
|---|---|
| 55 | F80-Q7 7,000 lumens, WQXGA, DLP laser phosphor projector (F80-Q7) |
| 56 | F80-Q9 9,000 lumens, WQXGA, DLP laser phosphor projector (F80-Q9) |
| 57 | HDF-W22 22,000 lumens, WUXGA, 3-chip DLP projector (HDF-W22), also including:<br>HDF-W30 FLEX 30,000 lumens, WUXGA, 3-chip DLP projector with standard FLEX brightness (HDF-W30 FLEX)<br>HDF-W26 26,000 lumens, WUXGA, 3-chip DLP projector (HDF-W26) |
| 58 | HDX-W12 12,000 lumens, WUXGA, 3-chip DLP projector (HDX-W12), also including:<br>HDX-W14 14,000 lumens, WUXGA, 3-chip DLP projector (HDX-W14)<br>HDX-W14 14,000 lumens, WUXGA, 3-chip DLP projector (HDX-W14)<br>HDX-W18 18,000 lumens, WUXGA, 3-chip DLP projector (HDX-W18)<br>HDX-W20 FLEX 20,000 lumens, WUXGA, 3-chip DLP projector with standard light-on-demand (HDX-W20 FLEX) |
| 59 | F22 Series High-performance single-chip DLP projector with 1080p, SXGA+ or WUXGA resolution up to 3,300 lumens (F22 series) |
| 60 | F35 Series High performance DLP projector for professional applications (F35 series), also including:<br>FL35 Series High-resolution LED DLP projector (FL35 series) |
| 61 | F50 1080 Compact 120 Hz, single-chip DLP projector with 1080 resolution (F50 1080), also including:<br>F50 WUXGA Compact 120 Hz, single-chip DLP projector with WUXGA resolution (F50 WUXGA)<br>F50 WQXGA Compact 120 Hz, single-chip DLP projector with WQXGA resolution (F50 WQXGA)<br>F50 Panorama Compact 120 Hz, single-chip DLP projector with Panorama resolution (F50 Panorama) |
| 62 | FS35 IR Series Projector (FS35 IR series) |
| 63 | FS70-4K6 4K UHD laser-phosphor projector with NVG stimulation (FS70-4K6), also including:<br>FS70-W6 WUXGA laser-phosphor projector with NVG stimulation (FS70-W6) |
| 64 | AMM 215WTD Full HD 21.5-inch surgical display (AMM 215WTD) |
| 65 | AMM 215WTTP Full HD 21.5-inch medical touchscreen (AMM 215WTTP) |
| 66 | MDSC-2232 Full HD 32-inch surgical display (MDSC-2232) |
| 67 | MDSC-2242 Full HD large-screen surgical display (MDSC-2242) |
| 68 | MDSC-2324 Full HD 24-inch surgical display (MDSC-2324) |
| 69 | MDSC-2326 Full HD surgical display (MDSC-2326), also including:<br>MDSC-2326 High Bright Full HD high-bright surgical display (MDSC-2326 High Bright) |
| 70 | MDSC-8231 4K UHD surgical display (MDSC-8231) |
| 71 | MDSC-8255 4K UHD large-screen surgical display (MDSC-8255) |
| 72 | HDX-4K12 11,000 lumens, 4K UHD, 3-chip DLP projector (HDX-4K12), also including:<br>HDX-4K14 13,000 lumens, 4K UHD, 3-chip DLP projector (HDX-4K14)<br>HDX-4K20 FLEX 19,000 lumens, 4K UHD, 3-chip DLP projector with flexible brightness and resolution (HDX-4K20 FLEX) |

**ASUS ACCUSED PRODUCTS:**

1. ASUS Pro C422AQ (C422AQ), also including:
   ASUS C624BQH 24-inch Business Monitor (C624BQH)
   ASUS Pro C623AQH Business Monitor (C623AQH)
   ASUS Pro C624AQH Business Monitor (C624AQH)
   ASUS C424AQ (C424AQ)
   ASUS C423AQ (C423AQ)
   ASUS Pro C622AQH Business Monitor (C622AQH)
   ASUS C620AQ (C620AQ)
   ASUS C622AQ (C622AQ)
   ASUS C623AQR (C623AQR)
   ASUS C624BQ (C624BQ)
2. ASUS Pro C423AQ (C423AQ)
3. ASUS Pro C424AQ (C424AQ)
4. ASUS Pro C620AQ (C620AQ)
5. ASUS Pro C622AQ (C622AQ)
6. ASUS Pro C622AQH Business Monitor (C622AQH)
7. ASUS Pro C623AQH Business Monitor (C623AQH)
8. ASUS Pro C624AQH Business Monitor (C624AQH)
9. ASUS MB169C+ Portable 15.6-inch Full HD Monitor (MB169C+)
10. ASUS ZenScreen MB16AC 15.6-inch Full HD Monitor (MB16AC)
11. ASUS ZenScreen GO Portable USB Monitor - 15.6-inch, Full HD, Built-in Battery, Hybrid Signal Solution, USB Type-C, Flicker Free, Blue Light Filter (MB16AP)
12. ASUS MG248QE Gaming Monitor (MG248QE), also including:
    ASUS MG248Q Gaming 24-inch Full HD Monitor (MG248Q)
13. ASUS MG24UQ 23.6-inch 4K UHD Gaming Monitor (MG24UQ)
14. ASUS MG278Q 27-inch 2K WQHD Gaming Monitor (MG278Q)
15. ASUS MG279Q 27-inch 2K WQHD Gaming Monitor (MG279Q)
16. ASUS MG28UQ 28-inch 4K UHD Gaming Monitor (MG28UQ)
17. ASUS Designo MX239H 23-inch Full HD Monitor (MX239H)
18. ASUS Designo MX259H 25-inch Full HD Monitor (MX259H)
19. ASUS Designo MX25AQ 25-inch 2K WQHD Monitor (MX25AQ)
20. ASUS Designo MX279H 27-inch Full HD Monitor (MX279H)
21. ASUS Designo MX27AQ 27-inch 2K WQHD Monitor (MX27AQ)
22. ASUS Designo MX27UC 27-inch 4K UHD Monitor (MX27UC)
23. ASUS Designo MX299Q 29-inch Monitor (MX299Q)
24. ASUS Designo Curve MX32VQ 32-inch Curved Monitor (MX32VQ)
25. ASUS Designo Curved MX34VQ 34-inch UQHD Monitor (MX34VQ)
26. ASUS Designo Curve Ultra-wide Curved Monitor - 37.5-inch, UWQHD, 2300R Curvature, Frameless, Qi Wireless Charger, Audio by Harman Kardon, Bluetooth Music Streaming, Flicker Free, Blue Light Filter (MX38VC)
27. ASUS Designo Ultraslim Monitor - 27-inch, Full HD, IPS, Frameless, Ultraslim design, Ergonomic design (MZ279HL)

| | |
|---|---|
| 28 | ASUS Designo MZ27AQ 27-inch WQHD Monitor (MZ27AQ) |
| 29 | ASUS Designo MZ27AQL 27-inch WQHD Monitor (MZ27AQL) |
| 30 | ASUS ProArt PA248Q 24.1-inch Professional Monitor (PA248Q) |
| 31 | ASUS ProArt HDR Professional Monitor - 24-inch, WUXGA, HDR-10, 100% sRGB, Hardware Calibration, USB-C, VESA DisplayHDR 400 (PA24AC) |
| 32 | ASUS PA27AC 27-inch WQHD Monitor (PA27AC) |
| 33 | ASUS ProArt PA328Q 32-inch 4K UHD Professional Monitor (PA328Q) |
| 34 | ASUS ProArt 4K HDR Professional Monitor - 32-inch, 4K, HDR-10, VESA DisplayHDR 600, 98% DCI-P3, 100% Adobe RGB, 100% sRGB, 84% Rec. 2020, Hardware Calibration (PA329C) |
| 35 | ASUS ProArt PA329Q 32-inch 4K UHD Professional Monitor (PA329Q) |
| 36 | ASUS PA32UC 32-inch Ultra HD Monitor (PA32UC) |
| 37 | ASUS ProArt Professional Curved Monitor 34-inch, UWQHD, HDR10, 100% sRGB, Color Accuracy < 2, Hardware Calibration, Thunderbolt 3 (PA34V) |
| 38 | ASUS ProArt PA34VC Professional Curved Monitor 34-inch, UWQHD, HDR10, 100% sRGB, Color Accuracy, Hardware Calibration, Thunderbolt 3 (PA34VC) |
| 39 | ASUS PB238Q 23-inch Full HD Professional Monitor (PB238Q) |
| 40 | ASUS PB258Q 25-inch WQHD Frameless Monitor (PB258Q) |
| 41 | ASUS PB277Q 27-inch 2K WQHD Monitor (PB277Q) |
| 42 | ASUS PB278Q Professional 27-inch Monitor (PB278Q), also including: ASUS ROG Strix XG258Q 25-inch Full HD Gaming Monitor (XG258Q) |
| 43 | ASUS PB287Q 28-inch 4K UHD Monitor (PB287Q) |
| 44 | ASUS PB328Q 32-inch 2K WQHD Professional Monitor (PB328Q) |
| 45 | ASUS ROG Swift PG248Q 24-inch Full HD Gaming Monitor (PG248Q) |
| 46 | ASUS ROG Swift PG258Q 24.5-inch Full HD Gaming Monitor (PG258Q) |
| 47 | ASUS ROG Swift PG278Q Gaming Monitor - 27-inch 2K WQHD (2560 x 1440), 1ms, up to 144Hz, G-SYNC (PG278Q) |
| 48 | ASUS ROG Swift PG278QE Gaming Monitor (PG278QE) |
| 49 | ASUS ROG Swift PG278QR 27-inch Gaming Monitor (PG278QR) |
| 50 | ASUS ROG Swift PG279Q 27-inch 2K WQHD Gaming Monitor (PG279Q) |
| 51 | ASUS ROG Swift Gaming Monitor - 27-inch 2K WQHD (2560 x 1440) IPS, overclockable 165Hz, G-SYNC (PG279QZ) |
| 52 | ASUS ROG Swift PG27AQ 27-inch 4K UHD Gaming Monitor (PG27AQ) |
| 53 | ASUS ROG Swift PG27UQ 27-inch 4K UHD Gaming Monitor (PG27UQ) |
| 54 | ASUS ROG Swift PG27VQ 27-inch 2K WQHD Curved Gaming Monitor (PG27VQ), also including: ASUS ROG Swift Gaming Monitor 35-inch, Ultra-WQHD, HDR, 21:9 Curved, 200Hz, G-SYNC (PG35VQ) |
| 55 | ASUS ROG Swift Curved PG348Q 34-inch 21:9 Ultra-wide QHD Gaming Monitor (PG348Q) |
| 56 | ASUS ROG Swift PG349Q Ultra-wide Gaming Monitor (PG349Q) |
| 57 | ASUS ProArt PQ22UC 21.6-inch Professional OLED Monitor (PQ22UC) |
| 58 | ASUS PQ22UC Professional OLED Monitor - 21.6-inch, 4K, OLED, HDR-10, 99% DCI-P3 (PQ22UC) |
| 59 | ASUS ROG Strix XG27VQ 27-inch Curved Full HD 1080p 144Hz DP HDMI DVI Eye Care Gaming Monitor (ROG STRIX XG27VQ) |
| 60 | ASUS 23.8-inch Full HD 1080p HDMI VGA Eye Care Monitor with 178 Wide Viewing Angle (VA249HE) |

| | |
|---|---|
| 61 | ASUS Eye Care Monitor 27 inch, Full HD, Low Blue Light, Flicker Free, Wall Mountable, Ergonomic Design (VA279HAEL) |
| 62 | ASUS Large Viewing Experience with Eye Care Features (VA325H) (VA325H) |
| 63 | ASUS VA326H 31.5-inch Full HD Gaming Monitor (VA326H) |
| 64 | ASUS VA327H 31.5-inch Curved Monitor (VA327H) |
| 65 | ASUS VA32AQ 31.5-inch WQHD Monitor (VA32AQ) |
| 66 | ASUS VB199T-P True-to-life Pictures Powered by LED (VB199T-P) |
| 67 | ASUS VC239H 23-inch Full HD Monitor (VC239H) |
| 68 | ASUS VC279H 27-inch Full HD Monitor (VC279H) |
| 69 | ASUS Fabulous Colors for Work and Entertainment (VE198T) (VE198T), also including: ASUS VE208T (VE208T) ASUS VE198TL (VE198TL) |
| 70 | ASUS VE208T Fabulous Colors for Work and Entertainment (VE208T) |
| 71 | ASUS VE247H 23.6-inch Full HD Monitor (VE247H) |
| 72 | ASUS Multimedia Entertainment on Desk (VE278H) (VE278H) |
| 73 | ASUS VE278Q True-to-life Pictures Powered by LED (VE278Q), also including: ASUS VK278Q 27-inch Full HD Monitor (VK278Q) |
| 74 | ASUS VG245H 24-inch Full HD Gaming Monitor (VG245H), also including: ASUS VG245HE 24-inch Full HD Gaming Monitor (VG245HE) |
| 75 | ASUS VG245HE 24-inch (VG245HE) |
| 76 | ASUS VG248QE 24-inch Full HD Gaming Monitor (VG248QE) |
| 77 | ASUS VG248QG Gaming Monitor (VG248QG) |
| 78 | ASUS 24-inch Full HD 1080p 144Hz 1ms DP HDMI DVI Esports Gaming Monitor (VG248QZ) |
| 79 | ASUS VG258Q 24.5-inch Full HD Gaming Monitor (VG258Q) |
| 80 | ASUS VG258QR Gaming Monitor - 24.5-inch, Full HD, 0.5ms, 165Hz, G-SYNC Compatible, Adaptive Sync (VG258QR) |
| 81 | ASUS VG275Q 27-inch Full HD Gaming Monitor (VG275Q), also including: ASUS VG275Q 27-inch Full HD 1080p Gaming Monitor (VG275Q) |
| 82 | ASUS VG278HV 27-inch Full HD Gaming Monitor (VG278HV) |
| 83 | ASUS VG278Q 27-inch Full HD Gaming Monitor (VG278Q) |
| 84 | ASUS VG278QR Gaming Monitor - 27-inch, Full HD, 0.5ms, 165Hz, G-SYNC Compatible, Adaptive Sync (VG278QR) |
| 85 | ASUS 27-inch Full HD 1080p IPS 144Hz 1ms (MPRT) DP HDMI DVI Eye Care Gaming Monitor with FreeSync/Adaptive Sync (VG279Q) |
| 86 | ASUS TUF Gaming VG32VQ Curved HDR Gaming Monitor - 32-inch WQHD (2560x1440), 144Hz, Extreme Low Motion Blur Sync, Adaptive-sync, FreeSync, 1ms (MPRT), HDR10 (VG32VQ) |
| 87 | ASUS Personal Entertainment on Desk (VH238H) (VH238H) |
| 88 | ASUS 178-degree Ultra Wide View Meets a Super Narrow Frame Design (VN248Q-P) (VN248Q-P) |
| 89 | ASUS 178-degree Ultra Wide View Meets a Super Narrow Frame Design (VN279Q) (VN279Q), also including: ASUS VN279QL 178-degree Ultra Wide Monitor (VN279QL) |
| 90 | ASUS VP228H 21.5-inch Full HD Monitor (VP228H), also including: ASUS VP228QG 21.5-inch Full HD Monitor (VP228QG) |

|  |  |
|---|---|
|  | ASUS 21.5-inch Full HD 1920x1080 1ms HDMI VGA Eye Care Monitor (VP228HE) |
| 91 | ASUS VP228HE 21.5-inch (VP228HE) |
| 92 | ASUS VP228QG Gaming Monitor (VP228QG) |
| 93 | ASUS VP239H-P Wall Mountable 23-inch IPS Frame-less Monitor (VP239H-P) |
| 94 | ASUS VP247H 23.6-inch Full HD Gaming Monitor (VP247H), also including: ASUS VP247QG 23.6-inch Full HD Monitor (VP247QG) ASUS Gaming Monitor - 23.6-inch FHD (1920x1080), 1ms, Low Blue Light, Flicker Free 178 of Vertical and Horizontal Ultra Wide View (VP247H) |
| 95 | ASUS VP247H Gaming Monitor (VP247H-P) |
| 96 | ASUS 24-inch Full HD 1920x1080 1ms DP HDMI VGA Adaptive Sync/FreeSync Eye Care Monitor (VP248QG), also including: ASUS 24-inch Full HD 1920x1080 1ms DP HDMI VGA Adaptive Sync/FreeSync Eye Care Monitor (VP248QGL) |
| 97 | ASUS VP249HE Eye Care Monitor (VP249HE), also including: ASUS VP249H 23.8-inch Full HD Monitor (VP249H) |
| 98 | ASUS VP278H 27-inch Full HD Gaming Monitor (VP278H), also including: ASUS VP278H 27-inch Full HD Gaming Monitor (VP278H-P) |
| 99 | ASUS VP278QG 27-inch Gaming Monitor (VP278QG), also including: ASUS 27-inch Full HD 1920x1080 1ms DP HDMI VGA Adaptive Sync/FreeSync Eye Care Monitor (VP278QGL) |
| 100 | ASUS VP278QGL 27-inch (VP278QGL) |
| 101 | ASUS VP279Q-P Wall Mountable 27-inch Frame-less Monitor (VP279Q-P) |
| 102 | ASUS VP28UQG 28-inch 4K/UHD Monitor (VP28UQG) |
| 103 | ASUS VS197D-P Superior Image Quality Meets Classic Elegant Design (VS197D-P), also including: ASUS VS197T-P (VS197T-P) |
| 104 | ASUS VS197T-P Superior Visual and Audio Enjoyment Meet Classic Elegant Design (VS197T-P) |
| 105 | ASUS VS207D-P Superior Image Quality Meets Classic Elegant Design (VS207D-P), also including: ASUS VS207T-P 19.5-inch Monitor (VS207T-P) |
| 106 | ASUS VS207T-P 19.5-inch Monitor (VS207T-P) |
| 107 | ASUS VS208N-P Superior Image Quality Meets Classic Elegant Design (VS208N-P) |
| 108 | ASUS VS228H-P Superior Image Quality Meets Classic Elegant Design (VS228H-P), also including: ASUS VS247H-P (VS247H-P) ASUS VS238H-P (VS238H-P) |
| 109 | ASUS VS228T-P Superior Image Quality Meets Classic Elegant Design (VS228T-P) |
| 110 | ASUS VS248H-P Superior Image Quality Meets Classic Elegant Design (VS248H-P) |
| 111 | ASUS VT168H 15.6-inch Monitor (VT168H) |
| 112 | ASUS VT207N 19.5-inch Touch Monitor (VT207N) |
| 113 | ASUS VT229H 21.5-inch (VT229H) |
| 114 | ASUS VW199T-P Fabulous Colors for Work and Entertainment (VW199T-P) |
| 115 | ASUS VX228H 21.5-inch Full HD Gaming Monitor (VX228H) |
| 116 | ASUS VX238H 23-inch Full HD Gaming Monitor (VX238H), also including: ASUS VX238H-W (VX238H-W) |
| 117 | ASUS VX238H-W Superior Image Quality Meets Ultra-Slim Elegant Design (VX238H-W) |

| | |
|---|---|
| 118 | ASUS VX248H 24-inch Full HD Gaming Monitor (VX248H) |
| 119 | ASUS VX24AH 23.8-inch 2K WQHD Monitor (VX24AH) |
| 120 | ASUS VZ229H Exquisite ultra-slim, frameless design FullHD monitor (VZ229H) |
| 121 | ASUS VZ239H Ultra Slim 23-inch Monitor (VZ239H) |
| 122 | ASUS VZ239H-W Eye Care Monitor - 23-inch, Full HD, IPS, Ultra-slim, Frameless, Flicker Free, Blue Light Filter (VZ239H-W) |
| 123 | ASUS 23.8-inch Full HD 1080p IPS Eye Care Monitor with HDMI and VGA (VZ249HE) |
| 124 | ASUS VZ279H 27-inch Full HD Monitor (VZ279H), also including: ASUS 27-inch Full HD 1080p IPS Eye Care Monitor with HDMI and VGA (VZ279HE) |
| 125 | ASUS VZ279HE 27-inch (VZ279HE) |
| 126 | ASUS VZ27AQ 27-inch WQHD Monitor (VZ27AQ) |
| 127 | ASUS Curved VZ27VQ 27-inch Full HD Monitor (VZ27VQ) |
| 128 | ASUS ROG Strix XG248Q Gaming Monitor (XG248Q) |
| 129 | ASUS ROG Strix XG258Q Gaming Monitor (XG258Q) |
| 130 | ASUS ROG Strix XG27VQ 27-inch Curved Full HD Gaming Monitor (XG27VQ) |
| 131 | ASUS ROG Strix XG32VQ 31.5-inch Curved WQHD Gaming Monitor (XG32VQ), also including: ASUS ROG Strix XG35VQ 35-inch Curved UWQHD Gaming Monitor (XG35VQ) |
| 132 | ASUS ROG Strix Curved HDR Gaming Monitor 32 inch WQHD (2560x1440), 144Hz, FreeSync 2 HDR, DisplayHDR 400, DCI-P3 94%, Shadow Boost (XG32VQR) |
| 133 | ASUS ROG Strix XG35VQ 35-inch (XG35VQ) |
| 134 | ASUS ROG Strix Super Ultra-Wide HDR Gaming Monitor 49-inch 32:9 (3840 x 1080), 144Hz, FreeSync 2 HDR, DisplayHDR 400, DCI-P3: 90%, Shadow Boost (XG49VQ) |
| 135 | ASUS B1MR Portable LED Projector (B1MR) |
| 136 | ASUS LED Projector, FULL HD (1920*1080), 1200 Lumens, Short Throw, Horizontal & Vertical Keystone Adjustment , Auto Focus, 2.1 Channel Audio, Audio by Harman Kardon, Wireless Projection, HDMI (F1) |
| 137 | ASUS P3B Portable LED Projector (P3B) |
| 138 | ASUS P3E Portable LED Projector (P3E) |
| 139 | ASUS S1 Portable LED Projector (S1) |