# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ASUSTEK COMPUTER INC. <br><br> Defendant. | § § § § § § § § § § § § § Civil Action No. 6:19-cv-00059-RWS <br><br> **JURY TRIAL DEMANDED** <br><br> LEAD CASE |

## NOTICE OF SUBPOENA TO MEDIATEK USA, INC.

Please take notice that pursuant to Federal Rule of Civil Procedure 45, Plaintiff Lone Star Technological Innovations, LLC ("Lone Star"), by and through its undersigned attorneys, intends to issue the attached Subpoena to MediaTek USA, Inc. 5914 W. Courtyard Drive, Austin, Texas 78730 for the production of documents and electronically stored information. The Subpoena commands the production of documents to WITTLIFF | CUTTER, PLLC, c/o John Saba, 1209 Nueces St., Austin, Texas 78701 by July 10, 2020, at or before 10:00 a.m. (or as otherwise mutually agreed)

Dated: June 17, 2020

                                                                Respectfully submitted,

                                                                By: */s/ John D. Saba*
                                                                    Bradley D. Liddle
                                                                    Texas Bar No. 24074599
                                                                    bliddle@carterarnett.com
                                                                    Minghui Yang
                                                                    Texas Bar No. 24091486
                                                                    myang@carterarnett.com
                                                                    Laura Maninger
                                                                    Texas Bar No. 24106245

lmaninger@carterarnett.com
**CARTER ARNETT PLLC**
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206
Telephone: No.: (214) 550-8188
Facsimile No.: (214) 550-8185

John D. Saba Jr.
Texas State Bar No. 24037415
**WITTLIFF | CUTTER PLLC**
1209 Nueces St.
Austin, Texas 78701
(512) 960-4438 (Phone)
(512) 960-4869 (Fax)
john@wittliffcutter.com

John Lee (admitted to E.D. Texas)
California Bar No. 229911
**BANIE & ISHIMOTO LLP**
3705 Haven Ave. #137
Menlo Park, CA 94025
(650) 241-2771
(650) 241-2770 (Fax)
jlee@banishlaw.com

*Counsel for Plaintiff*
LONE STAR TECHNOLOGICAL
INNOVATIONS, LLC,

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2020, I electronically filed the foregoing Motion using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

          */s/ John D. Saba*
          John D. Saba, Jr.