## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

|  |  |  |
|---|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, | § § § § | |
| *Plaintiff*, | § § | Civil Action No. 6:19-CV-00059-RWS |
| v. | § § | **LEAD CASE** |
| ASUSTEK COMPUTER INC., | § § | |
| *Defendant*. | § § § § § § | JURY TRIAL DEMANDED |

## <u>ORDER</u>

After considering Plaintiff Lone Star Technological Innovations, LLC's Unopposed Motion to respond to Defendant Barco N.V.'s Motion to Exclude (Docket No. 151), the Court finds that the Motion should be **GRANTED**.

**It is therefore ORDERED** that Lone Star Technological Innovations, LLC shall have until December 9, 2020 to respond to Barco N.V.'s Motion to Exclude and Defendant Barco N.V. shall have until December 16, 2020 to reply thereto.