# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, | § § § |
| | §    CIVIL ACTION NO. 6:19-CV-00059-RWS |
| Plaintiff, | § § |
| | §    **LEAD CASE** |
| v. | § § |
| ASUSTEK COMPUTER INC., | § § § |
| Defendant. | § § |

## ORDER

Before the Court is Plaintiff Lone Star Technological Innovations, LLC's ("Lone Star") Unopposed Motion for Extension of Time to Respond to Barco N.V.'s ("Barco") Motion to Exclude (Docket No. 155).  Because the motion is unopposed, the Court is of the opinion it should be **GRANTED**.  It is therefore

**ORDERED** that the deadline for Lone Star to respond to Barco's Motion to Exclude (Docket No. 151) is extended to December 9, 2020.  In addition, Barco's deadline for filing a reply in support of its motion is extended to December 16, 2020.

**So ORDERED and SIGNED this 7th day of December, 2020.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE