# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BARCO NV, <br><br> Defendant. | § § § § § § § § § § § § CIVIL ACTION 6:19CV59 (LEAD CASE) <br> **CIVIL ACTION NO. 6:19-CV-00060-RWS** |

## ORDER

Before the Court is Plaintiff Lone Star Technological Innovations, LLC ("Lone Star") and Defendant Barco N.V.'s ("Barco") Stipulated Motion for Dismissal With Prejudice (Docket No. 36). The parties agree to dismiss this case with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Docket No. 36. Having considered the motion, the Court is of the opinion that it should be and hereby is **GRANTED**. It is thus

**ORDERED** that all claims and counterclaims asserted in this suit between Lone Star and Barco are hereby **DISMISSED WITH PREJUDICE**, subject to the terms of that certain agreement entitled "PATENT LICENSE AND SETTLEMENT AGREEMENT" and dated December 23, 2020. Each party shall bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 4th day of February, 2021.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE