# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, § § § | |
| § | CIVIL ACTION NO. 6:19-CV-00059-RWS |
| Plaintiff, § § | |
| § | LEAD CASE |
| v. § | |
| § | |
| ASUSTEK COMPUTER INC., § § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is Barco N.V.'s ("Barco") Motion to Exclude All or Portions of the Expert Report and Proposed Testimony of Plaintiff Lone Star's Damages Expert Glenn W. Perdue (Docket No. 151). After Barco filed its motion, Barco and Plaintiff Lone Star Technological Innovations, LLC ("Lone Star") settled their dispute and the Court dismissed the claims between them. Docket No. 165. As such, it is

**ORDERED** that Barco's motion (Docket No. 151) is **DENIED-AS-MOOT**.

**So ORDERED and SIGNED this 18th day of March, 2021.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE