IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, | § § § § § § § § § § § § | CIVIL ACTION NO. 6:19-CV-00059-RWS <br><br> LEAD CASE |
| Plaintiff, | | |
| v. | | |
| ASUSTEK COMPUTER INC., | | |
| Defendant. | | |

## ORDER

Due to scheduling conflicts, the Court **CANCELS** the hearing set for Wednesday, March 31, 2021 at 10 a.m. Unless the parties request otherwise, the Court intends to address any outstanding motions at the pretrial conference currently set for Tuesday, May 4, 2021 at 10 a.m.

**So ORDERED and SIGNED this 30th day of March, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE