# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, | § § § § § § § § § § § § | CIVIL ACTION NO.  6:19-CV-00059-RWS |
| Plaintiff, | | |
| v. | | |
| ASUSTEK COMPUTER INC., | | |
| Defendant. | | |

## ORDER

Before the Court is the parties' Joint Motion for Extension of Time to File the Joint Final Pretrial Order, Joint Proposed Jury Instructions, Form of the Verdict, and Pretrial Objections (Docket No. 177). Having considered the motion, and because it is agreed, the Court finds that the motion should be and hereby is **GRANTED**. It is thus

**ORDERED** that the deadline for the parties to file their Joint Final Pretrial Order, Joint Proposed Jury Instructions, Form of the Verdict and Pretrial Objections is extended to April 27, 2021.

**So ORDERED and SIGNED this 21st day of April, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE