# EXHIBIT 2



**MAYNARD**
COOPER GALE

John M. Hintz
DIRECT 646.609.9284
EMAIL jhintz@maynardcooper.com

October 2, 2020

### ENCLOSURES = RESTRICTED CONFIDENTIAL SOURCE CODE

| | |
|---|---|
| **BY EMAIL (w/o encls.)** <br> **(encls. sent separately as instructed)** | **BY EMAIL (w/o encls.)** <br> **BY FEDEX (w/encls.)** |
| John D. Saba, Esq. <br> (john@wittliffcutter.com) <br> WITTLIFF \| CUTTER <br> 1209 Nueces Street <br> Austin, TX  78701 | Andrew Oliver, Esq. <br> (aoliver@ATWiplaw.com) <br> Amin, Turocy & Watson, LLP <br> 160 West Santa Clara Street – Suite 975 <br> San Jose, CA  95113 |

Re:  *Lone Star Technological Innovations, LLC v. ASUSTeK Computer, Inc.*, Civil Action No. 6:19-cv-00059-RWS (E.D. Texas) – Printouts of Excerpts of MediaTek Inc.'s Code Requested on September 21, 2020

Based on Mr. Saba's September 28 email to me confirming that Plaintiff Lone Star Technological Innovations, LLC ("Lone Star") agrees that third party MediaTek Inc. may rely on the protections of the "Protective Order" (D.I. 40) entered in the above-identified action, and based on Mr. Oliver's October 1 email to me confirming that Defendant ASUSTek Computer, Inc. ("ASUS") agrees that third party MediaTek Inc. may rely on the protections of that "Protective Order," and subject to the provisions relating to "RESTRICTED CONFIDENTIAL SOURCE CODE" in that "Protective Order," MediaTek Inc. hereby produces one copy to each addressee of printouts of MediaTek Inc.'s code that were requested by Lone Star's expert, Daniel Burroughs, at the conclusion of an inspection of MediaTek Inc.'s code that he conducted on September 21.  The pages have been numbered as MTK-CODE-0001 to MTK-CODE-0236 and labeled as "RESTRICTED CONFIDENTIAL SOURCE CODE."

MediaTek Inc. expects that Lone Star and ASUS, and their respective attorneys and experts, will treat these documents and the contents thereof in accordance with the terms of Paragraph 10 of the "Protective Order" and all other applicable provisions of the "Protective Order."  MediaTek Inc. advises Lone Star and ASUS that, in accordance with Paragraph 22 of the "Protective Order," MediaTek Inc. will require all copies of MediaTek Inc.'s documents, including the documents identified in this letter, to be returned to me by FedEx at the conclusion of the underlying action.

Very truly yours,

*/s/ John M. Hintz*
John M. Hintz