IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC.,<br><br>Defendant. | Civil Action No. 6:19-CV-00059-RWS<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT ASUSTEK COMPUTER INC.'S
CERTIFICATE OF CONFERENCE FOR ITS OPPOSED MOTIONS *IN LIMINE*
[DKT. 179]**

**CERTIFICATE OF CONFERENCE**

I hereby certify that Counsel for Defendant ASUSTeK Computer Inc. met and conferred with Counsel for Plaintiff Lone Star Technological Innovations, LLC about Defendant's motions in *limine* by email and by a telephone conference that was held on Friday April 16, 2021.

                                                        /s/ *Vinay V. Joshi*
                                                        Vinay V. Joshi (Calif. Bar No. 213487)
vjoshi@thepatentattorneys.com
Andrew T. Oliver (Calif. Bar No. 226098)
aoliver@atwiplaw.com
Michael C. Ting (Calif. Bar No. 2476100)
mting@atwiplaw.com
Amin Turocy & Watson LLP
160 West Santa Clara Street
Suite 975
San Jose CA 95113
Telephone: (408) 893-1512

Counsel for Defendant
ASUSTeK Computer Inc.

1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.



/s/ *Vinay V. Joshi*
Vinay V. Joshi