# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, | § § § § § § § § § § § § | CIVIL ACTION NO. 6:19-CV-00059-RWS |
| Plaintiff, | | |
| v. | | |
| ASUSTEK COMPUTER INC., | | |
| Defendant. | | |

## ORDER

Before the Court is the parties' Joint Motion for Extension of Time to Respond to Motions *in Limine* (Docket No. 183). Having considered the motion, and because it is agreed, the Court finds that the motion should be and hereby is **GRANTED**. It is thus

**ORDERED** that deadline for the parties to file their responses to the respective Motions *in Limine* is extended to April 29, 2021.

**So ORDERED and SIGNED this 26th day of April, 2021.**

*[signature: Robert W Schroeder III]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE