# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>ASUSTEK COMPUTER INC.,<br><br>   Defendant. | Civil Action No. 6:19-CV-00059-RWS<br><br>LEAD CASE<br><br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S TRIAL WITNESSES LIST**

    Plaintiff Lone Star Technological Innovations, LLC, pursuant to the Court's Docket Control Order (Dkt. 140) entered in this case, files this Trial Witness List for identification and categorization of trial witnesses.  Plaintiff reserves the right to call any witness identified by Defendant.

  At this time, Plaintiff identifies the following witnesses for trial:

| | **WITNESS, employer, topic of testimony** | **WILL CALL** | **MAY CALL** | **MAY, BUT PROBABLY WILL NOT CALL** |
|---|---|---|---|---|
| 1. | Mr. Jesse Rice, Director of Lone Star Technological Innovations, LLC | X | | |
| 2. | Mr. Yosef Segman, Inventor | | | X |
| 3. | Corporate Representative of Lone Star Technological Innovations, LLC | | | X |
| 4. | Dr. Al Ducharme, Expert on Infringement and Validity | X | | |

| | | | | |
|---|---|---|---|---|
| 5. | Mr. Glenn W. Perdue, Damages Expert | X | | |
| 6. | Corporate Representative of ASUSTeK Computer Inc. ("ASUS") | | X | |
| 7. | Mr. Alvin Lin, ASUS | | X | |
| 8. | Mr. James Lee, ASUS | | X | |
| 9. | Mr. Jaime Morquecho, ASUS | | X | |
| 10. | Corporate Representative of MediaTek USA, Inc. | | X | |
| | | | | |