# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **LONE STAR TECHNOLOGICAL INNOVATIONS, LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**ASUSTEK COMPUTER INC.,**<br><br>  Defendant. | Civil Action No. 6:19-CV-00059-RWS<br><br>**LEAD CASE**<br><br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S DEPOSITION DESIGNATIONS OF TRIAL WITNESSES**

Pursuant to the Court's Second Amended Docket Control Order (Dkt. 140), Plaintiff Lone Star Technological Innovations, LLC ("Lone Star") respectfully intends to use the following witness deposition testimony/video, at trial:

| WITNESS | DEPOSITION DESIGNATIONS |
|---|---|
| Mr. Jaime Morquecho (Dec. 1, 2020) | 7:5-8:4; :23-9:11; 12:5-20, 12:24-13:4; 13:7-8; 17:25-9; 19:14-20; 23:12-24:5; 24:12-16; 29:16-21; 29:25-30:2; 30:9-23; 32:1-33:15; 39:9-16; 40:18-41:3; 52:20-54:9; 56:5-14; 57:2-58:8; 59:1-14. |

| James Lee (Dec. 1, 2020) | 10:19-22; 14:1-2; 14:7-25; 15:4-7; 15:12-15; 16:8-18; 16:22; 17:14-23; 18:9-23 19:1-4; 20:1-22; 22:2-13; 22:17-23:19; 23:23-25:8; 25:14-27:2; 27:16-20; 28:12-18; 29:15-30:5; 30:19-21; 37:16-38:1; 38:5-7; 47:22-48:6; 52:25-53:7; 53:15-54:6; 54:21-54:24 |

Lone Star reserves the right to supplement its deposition designations including, counter-designations.  Lone Star further reserves the right to use impeachment testimony at trial in accordance with the rules.