# Exhibit C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC.,<br><br>Defendant. | Civil Action No. 6:19-CV-00059-RWS<br><br>**LEAD CASE** |

## DEFENDANT ASUSTEK COMPUTER INC.'S TRIAL WITNESS LIST

Defendant ASUSTeK Computer Inc., pursuant to the Court's October 6, 2020 Second Amended Docket Control Order, hereby submits its Trial Witness List for those issues on which Defendant does not bear the burden of proof. Defendant reserves the right to rely on any witnesses identified by Plaintiff. For sake of convenience, this list includes the witnesses identified by Defendant to Plaintiff on March 23, 2021.

|  | WITNESS, employer, topic of testimony | WILL CALL | MAY CALL | MAY, BUT PROBABLY WILL NOT |
|---|---|---|---|---|
| 1. | Mr. Alvin Lin, ASUSTeK Computer Inc, Development/Operation of ASUS Products | X | | |
| 2. | Mr. James Lee, ASUSTeK Computer Inc, Marketing of ASUS Products | X | | |
| 3. | Mr. Jaime Morquecho, ASUS Computer International, Sales | X | | |
| 4. | Dr. Robert Louis Stevenson, University of Notre Dame, Expert on Invalidity | X | | |
| 5. | Mr. Brett L. Reed, Competition Economics LLC, Expert on Damages. | X | | |

Dated:  April 6, 2021 	Respectfully submitted,

By: 	*/s/ Michael C. Ting*
Vinay V. Joshi (Calif. Bar No. 213487)
vjoshi@thepatentattorneys.com
Andrew T. Oliver (Calif. Bar No. 226098)
aoliver@atwiplaw.com
Michael C. Ting (Calif. Bar No. 247610)
mting@atwiplaw.com
Amin Turocy & Watson LLP
160 West Santa Clara Street
Suite 975
San Jose CA 95113
Telephone: (650) 618-6481
Facsimile:  (216) 696-8731

Counsel for Defendant
ASUSTeK Computer Inc.

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2021, I emailed the foregoing document on the following counsel for Plaintiff Lone Star Technological Innovations, Inc.:

> Bradley D. Liddle
> Texas State Bar No. 24074599
> Minghui Yang
> Texas State Bar No. 24091486
> Laura Maninger
> Texas State Bar No. 24106245
> **CARTER ARNETT, PLLC**
> 8150 N. Central Expressway, Suite 500
> Dallas, Texas 75206
> (214)-550-8188 (Phone)
> (214) 550-8185 (Fax)
> bliddle@carterarnett.com
> myang@carterarnett.com
> lmaninger@carterarnett.com
>
> John D. Saba Jr.
> Texas State Bar No. 24037415
> **WITTLIFF | CUTTER PLLC**
> 1209 Nueces St.
> Austin, Texas 78701
> (512) 960-4438 (Phone)
> (512) 960-4869 (Fax)
> john@wittliffcutter.com
>
> John Lee (admitted to E.D. Texas)
> California Bar No. 229911
> **BANIE & ISHIMOTO LLP**
> 3705 Haven Ave. #137
> Menlo Park, CA 94025
> (650) 241-2771
> (650) 241-2770 (Fax)
> jlee@banishlaw.com
>
> _/s/ Michael C. Ting_
> **Michael C. Ting**