# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC.,<br><br>Defendant. | Civil Action No. 6:19-CV-00059-RWS<br><br>LEAD CASE |

DEFENDANT ASUSTEK COMPUTER INC.'S OBJECTIONS AND COUNTER-
DESIGNATIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

Pursuant to the Court's Second Amended Docket Control Order (Dkt. 140), Defendant ASUSTeK Computer Inc. respectfully submits the following objections and counter-designations to Lone Star's March 23, 2021 Preliminary Designation of Deposition Testimony/Video:

**Mr. Jaime Morquecho**

| Lone Star Designation | Counter Designation | Objections |
|---|---|---|
| 7:5-8:4 | | |
| :23-9:11 | | Designation is incomplete; lacks foundation |
| 12:5-20 | 12:21-23 | Outside the scope of 30(b)6; lacks foundation |
| 12:24-13:4 | 13:5-6 | |
| 13:7-8 | | Incomplete; lacks foundation |
| 17:25-9 | 18:15-19:3 | Lacks personal knowledge |
| 19:14-20 | 19:4-13 | Incomplete; lacks foundation |
| 23:12-24:5 | 24:6-11 | Lacks personal knowledge |
| 24:12-16 | 24:17-18 | Misstates testimony; lacks foundation |
| 29:16-21 | 19:22-24 | |
| 29:25-30:2 | 30:3-8 | Vague; question is compound |
| 30:9-23 | | |
| 32:1-33:15 | 33:16-34:6 | |
| 39:9-16 | | |

| Lone Star Designation | Counter Designation | Objections |
|---|---|---|
| 40:18-41:3 | 41:4-15 | |
| 52:20-54:9 | 54:10-56:4 | |
| 56:5-14 | | |
| 57:2-58:8 | | |
| 59:1-14 | | Incomplete; lacks foundation |

**Mr. James Lee**

| Lone Star Designation | Counter Designation | Objections |
|---|---|---|
| 10:19-22 | 9:16-10:18; 12:15-13:10; 19:5-12 | Lacks foundation; misstates testimony |
| 14:1-2 | 14:3-6 | |
| 14:7-25 | 15:1-3 | Outside the scope of 30(b)6; lacks foundation |
| 15:4-7 | | |
| 15:12-15 | | |
| 16:8-18 | 16:19-21 | Lacks foundation |
| 16:22 | | Incomplete; lacks foundation |
| 17:14-23 | 17:24-18:8 | Lacks foundation; misstates testimony |
| 18:9-23 | 18:24-25 | Lacks foundation; misstates |

3

| Lone Star Designation | Counter Designation | Objections |
|---|---|---|
|  |  | testimony |
| 19:1-4 |  | Lacks personal knowledge |
| 20:1-22 | 19:24-25 | Incomplete; no question designated; |
| 22:2-13 | 22:14-16 |  |
| 22:17-23:19 | 22:18-19 | Lacks personal knowledge; |
| 23:23-25:8 | 25:9-13 |  |
| 25:14-27:2 | 27:3-10 | Mischaracterizes the record; misstates testimony |
| 27:16-20 |  |  |
| 28:12-18 | 28:19-29:7 |  |
| 29:15-30:5 | 30:6-13 |  |
| 30:19-21 |  | Not relevant; designation likely made in error; not admissible |
| 37:16-38:1 | 38:2-4 | Incomplete; no question designated |
| 38:5-7 | 38:8-10 |  |

4

| Lone Star Designation | Counter Designation | Objections |
|---|---|---|
| 47:22-48:6 | 48:7-49:22 | Lacks foundation; incomplete hypothetical; misstates record |
| 52:25-53:7 | 53:8-14 | |
| 53:15-54:6 | | |
| 54:21-54:24 | | |

Defendant reserves the right to supplement these counter designations. Defendant further reserves the right to use impeachment testimony at trial in accordance with all applicable rules.

Dated: April 6, 2021          Respectfully submitted,

By:    /s/ *Michael C. Ting*
Vinay V. Joshi (Calif. Bar No. 213487)
vjoshi@thepatentattorneys.com
Andrew T. Oliver (Calif. Bar No. 226098)
aoliver@atwiplaw.com
Michael C. Ting (Calif. Bar No. 247610)
mting@atwiplaw.com
Amin Turocy & Watson LLP
160 West Santa Clara Street
Suite 975
San Jose CA 95113
Telephone: (650) 618-6481
Facsimile: (216) 696-8731

Counsel for Defendant
ASUSTeK Computer Inc.

5

CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2021, I emailed the foregoing document on the following counsel for Plaintiff Lone Star Technological Innovations, Inc.:

>Bradley D. Liddle
>Texas State Bar No. 24074599
>Minghui Yang
>Texas State Bar No. 24091486
>Laura Maninger
>Texas State Bar No. 24106245
>CARTER ARNETT, PLLC
>8150 N. Central Expressway, Suite 500
>Dallas, Texas 75206
>(214)-550-8188 (Phone)
>(214) 550-8185 (Fax)
>bliddle@carterarnett.com
>myang@carterarnett.com
>lmaninger@carterarnett.com
>
>John D. Saba Jr.
>Texas State Bar No. 24037415
>WITTLIFF | CUTTER PLLC
>1209 Nueces St.
>Austin, Texas 78701
>(512) 960-4438 (Phone)
>(512) 960-4869 (Fax)
>john@wittliffcutter.com
>
>John Lee (admitted to E.D. Texas)
>California Bar No. 229911
>BANIE & ISHIMOTO LLP
>3705 Haven Ave. #137
>Menlo Park, CA 94025
>(650) 241-2771
>(650) 241-2770 (Fax)
>jlee@banishlaw.com
>
>*/s/ Michael C. Ting*
>    Michael Ting