Exhibit F

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

LONE STAR TECHNOLOGICAL
INNOVATIONS, LLC,

        Plaintiff,

    v.

ASUSTEK COMPUTER INC.,

        Defendant.

Civil Action No. 6:19-CV-00059-RWS

**JURY TRIAL DEMANDED**

## DEFENDANT ASUSTEK COMPUTER INC.'S TRIAL EXHIBIT LIST

Defendant ASUSTeK Computer Inc., pursuant to the Court's October 6, 2020 Second Amended

Docket Control Order, hereby submits this Exhibit List for those issues on which Defendant does

not bear the burden of proof.  Defendant reserves the right to rely on any exhibits identified by

Plaintiff.  For the sake of convenience, this list includes the Exhibits Defendant identified to

Plaintiff on March 23, 2021.

| Judge Robert W. Schroeder III | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY<br>Vinay V. Joshi/Andrew T. Oliver |
|---|---|---|---|---|
| TRIAL DATE (S) | | | COURT REPORTER | COURTROOM DEPUTY |
| PL. / Def.<br>No. | DATE<br>OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS* | |
| DX-1 | | | U.S. Patent No. 6,724,435 | |
| DX-2 | | | Prosecution History File for U.S. Patent No. 6,724,435 | |
| DX-3 | | | U.S. Patent No. 6,122,012 | |
| DX-4 | | | Prosecution History File for U.S. Patent No. 6,122,012 | |
| DX-5 | | | U.S. Patent No. 7,714,938 | |
| DX-6 | | | *Curriculum Vitae* of Dr. Robert Louis Stevenson | |
| DX-7 | | | List of Prior Engagements Dr. Robert Louis Stevenson | |
| DX-8 | | | U.S. Patent No. 5,452,018 | |
| DX-9 | | | U.S. Patent No. 5,850,471 | |
| DX-10 | | | U.S. Patent No. 5,930,009 | |
| DX-11 | | | U.S. Patent No. 6,476,793 | |
| DX-12 | | | U.S. Patent No. 6,535,301 | |
| DX-13 | | | U.S. Patent No. 6,259,428 | |
| DX-14 | | | U.S. Patent No. 5,995,164 | |
| DX-15 | | | U.S. Patent No. 5,051,928 | |
| DX-16 | | | U.S. Patent No. 5,905,094 | |
| DX-17 | | | Studio Display User's Manual; Apple Computer, Inc. 1998 | |
| DX-18 | | | Polaroid Polaview 330 LCD Projector, 1998 | |
| DX-19 | | | July 31, 2020 Claim Construction Order, ECF No. 105 | |
| DX-20 | | | Lone Star's Opening Claim Construction Brief, Case No. 6:15-cv-00973, ECF No. 50, with attachments (ECF Nos. 50-1 through 50-8) | |

| DX-21 | | | Lone Star Infringement Chart '435 Patent vs. Barco MDSC-2232 |
|---|---|---|---|
| DX-22 | | | Lone Star Infringement Chart '012 Patent vs. Barco MDSC-2232 |
| DX-23 | | | *Curriculum Vitae* of Brett L. Reed |
| DX-24 | | | ASUS Sales Data (ASUSL00412) |
| DX-25 | | | ASUS/Magnacross LLC Settlement and Non-Exclusive Patent License Agreement (ASUSLS00413-426) |
| DX-26 | | | ASUS/Iris Connec LLC Non-Exclusive Patent License and Settlement Agreement (ASUSLS00427-447) |
| DX-27 | | | ASUS/Wireless Concinnitas Technologies LLC License Agreement (ASUSLS00448-457) |
| DX-28 | | | ASUS Unopposed Motion for Entry of Judgment as to Corydoras Technologies, LLC (ASUSLS00458-467) |
| DX-29 | | | Judgment Corydoras Technologies, LLC v. ASUSTeK Computer Inc. (ASUSLS00468-470) |
| DX-30 | | | Lone Star/Acer America Corporation Patent License and Settlement Agreement (LSTI00201-211) |
| DX-31 | | | Lone Star/Sharp Electronics Corporation and Sharp Corporation Patent License and Settlement Agreement (LSTI00212-222) |
| DX-32 | | | Lone Star/NEC Corporation and NEC Display Solutions Patent License and Settlement Agreement (LSTI00223-234) |
| DX-33 | | | "An Economic Perspective on Patent Licensing Structure and Provisions,", Thomas R. Varner, Business Economics, Vol. 46, No. 4 (2011), pp. 229–238. |
| DX-34 | | | Intellectual Property: Valuation Exploitation and Infringement Damages, Gordon V. Smith, and Russell L. Parr, pp. 649-650. |
| DX-35 | | | LES High Tech Sector Royalty Rates & Deal Terms Survey Report 2017 |
| DX-36 | | | https://www.ip.philips.com/licensing/program/117/tv-set-top-boxes |
| DX-37 | | | Royalty Rate Structure for HEVC Advance Licensees Effective July 1, 2020 |
| DX-38 | | | https://rrf.ktmine.com/AgreementPopup.aspx?aid=111352 |
| DX-39 | | | https://rrf.ktmine.com/AgreementPopup.aspx?aid=105025 |

| DX-40 | | | https://rrf.ktmine.com/AgreementPopup.aspx?aid=96694 |
|---|---|---|---|
| DX-41 | | | https://rrf.ktmine.com/AgreementPopup.aspx?aid=67989 |
| DX-42 | | | https://rrf.ktmine.com/AgreementPopup.aspx?aid=9772 |
| DX-43 | | | https://rrf.ktmine.com/AgreementPopup.aspx?aid=9670 |
| DX-44 | | | https://rrf.ktmine.com/AgreementPopup.aspx?aid=25745 |
| DX-45 | | | https://rrf.ktmine.com/AgreementPopup.aspx?aid=74891 |
| DX-46 | | | https://rrf.ktmine.com/AgreementPopup.aspx?aid=81349 |
| DX-47 | | | https://rrf.ktmine.com/AgreementPopup.aspx?aid=101887 |
| DX-48 | | | https://rrf.ktmine.com/AgreementPopup.aspx?aid=11007 |
| DX-49 | | | https://rrf.ktmine.com/AgreementPopup.aspx?aid=56404 |
| DX-50 | | | https://rrf.ktmine.com/AgreementPopup.aspx?aid=105919 |
| DX-51 | | | https://scholar.google.com/scholar_case?case=2570397237511139499&q=chimei+&hl=en&as_sdt=6,43 |
| DX-52 | | | Universal Display Corp. 10-K for Period Ending 12/31/2012 |
| DX-53 | | | License Agreement between Motorola, Inc. and Universal Display Corp., 9/27/2000 |
| DX-54 | | | Acer Annual Report 2015 |
| DX-55 | | | Acer Annual Report 2016 |
| DX-56 | | | Acer Annual Report 2017 |
| DX-57 | | | Acer Annual Report 2018 |
| DX-58 | | | Acer Annual Report 2019 |
| DX-59 | | | ASUS Annual Report 2017 |
| DX-60 | | | ASUS Annual Report 2018 |
| DX-61 | | | ASUS Annual Report 2019 |

| DX-62 | | | Acer Quarterly Report Q2 2020 |
|---|---|---|---|
| DX-63 | | | https://www.acer.com/ac/en/MY/press/2015/153926 |
| DX-64 | | | https://www.acer.com/ac/en/MY/press/2015/157378 |
| DX-65 | | | https://www.displayninja.com/acer-xg270hu-review/ |
| DX-66 | | | https://www.displayninja.com/best-gaming-monitor/ |
| DX-67 | | | https://www.ip.philips.com/data/downloadables/2/0/2/0/tv_stb-patent-list.pdf |
| DX-68 | | | https://www.amazon.com/Acer-Curved-34-inch-UltraWide-Display/dp/B0111MRT90 |
| DX-69 | | | https://www.bestbuy.com/site/acer-xg270hu-27-led-qhd-freesync-g-sync-monitor-blackorange/4434101.p?skuId=4434101 |
| DX-70 | | | https://www.newegg.com/black-metallic-gray-acer-xr341ck-bmijpphz-34/p/N82E16824106002# |
| DX-71 | | | https://www.technicolor.com/hdr |
| DX-72 | | | https://www.technicolor.com/hdr/ce-manufacturers |
| DX-73 | | | https://www.acer.com/ac/en/US/content/group/monitors |
| DX-74 | | | https://www.asus.com/us/ |
| DX-75 | | | https://www.asus.com/us/Monitors/ROG-SWIFT-PG278QR/ |
| DX-76 | | | https://www.asus.com/us/ROG-Republic-Of-Gamers/ROG-SWIFT-PG279Q/ |
| DX-77 | | | https://www.asus.com/us/Monitors/VG245H/ |
| DX-78 | | | https://www.asus.com/us/Monitors/VG248QE/ |
| DX-79 | | | https://www.asus.com/us/Monitors/VG278Q/ |
| DX-80 | | | https://www.asus.com/us/Monitors/ProArt-PA248Q/ |
| DX-81 | | | https://www.asus.com/us/Monitors/ProArt-PA328Q/ |
| DX-82 | | | https://www.asus.com/us/Monitors/ROG-Strix-XG32VQ/ |
| DX-83 | | | https://www.asus.com/us/Monitors/VS247HP/ |

| DX-84 | | | https://www.asus.com/us/Monitors/VS248HP/?SearchKey=vs248h-/ |
| DX-85 | | | https://www.asus.com/us/Monitors/VP247QG/ |
| DX-86 | | | https://www.asus.com/us/Monitors/MB169BPlus/ |
| DX-87 | | | https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/PG278QR/PG278QR_English_V1.pdf |
| DX-88 | | | https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/PG279/PG279_English.pdf |
| DX-89 | | | https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/VG245/VG245_English.pdf |
| DX-90 | | | https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/VG248/VG248_English.pdf |
| DX-91 | | | https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/VG278/VG278_English.pdf |
| DX-92 | | | https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/PA248Q/PA248_English.pdf |
| DX-93 | | | https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/PA328/PA328_English.pdf |
| DX-94 | | | https://dlcdnets.asus.com/pub/ASUS/mb/idx/CNL/ROG_STRIX_XG32VQ_XG32VQR_XG35VQ_English.pdf |
| DX-95 | | | https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/ASUS_VS228VS238VS247_English.pdf |
| DX-96 | | | https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/VS248/VS248_English.pdf |
| DX-97 | | | https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/VP247/VP247_english_20171114.pdf |
| DX-98 | | | https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/MB169B/MB169_English.pdf |
| DX-99 | | | https://www.synnexcorp.com/us/about/locations/ |
| DX-100 | | | https://www.synnexcorp.com/us/about/ |
| DX-101 | | | https://www.synnexcorp.com/us/govsolv/ |

| | | |
|---|---|---|
| DX-102 | | https://www.malabs.com/company/aboutus.php |
| DX-103 | | https://www.malabs.com/company/contactus.php |
| DX-104 | | https://corp.ingrammicro.com/About-Us/At-a-Glance/By-the-Numbers.aspx |
| DX-105 | | https://corp.ingrammicro.com/Contact-Us/Map-of-Locations.aspx |
| DX-106 | | PG278QR Overview and Specifications (https://www.asus.com/us/Monitors/ROG-SWIFT-PG278QR/) |
| DX-107 | | PG278QR User Manual (https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/PG278QR/PG278QR_English_V1.pdf) |
| DX-108 | | PG279Q Overview and Specifications (https://www.asus.com/us/ROG-Republic-Of-Gamers/ROG-SWIFT-PG279Q/) |
| DX-109 | | PG279Q User Manual (https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/PG279/PG279_English.pdf) |
| DX-110 | | VG245H Overview and Specifications (https://www.asus.com/us/Monitors/VG245H/) |
| DX-111 | | VG245H User Manual (https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/VG245/VG245_English.pdf) |
| DX-112 | | VG248QE Overview and Specifications (https://www.asus.com/us/Monitors/VG248QE/) |
| DX-113 | | VG248QE User Manual (https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/VG248/VG248_English.pdf) |
| DX-114 | | VG278Q Overview and Specifications (https://www.asus.com/us/Monitors/VG278Q/) |
| DX-115 | | VG278Q User Manual (https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/VG278/VG278_English.pdf) |
| DX-116 | | PA248Q Overview and Specifications (https://www.asus.com/us/Monitors/ProArt-PA248Q/) |

| DX-117 | | | PA248Q User Manual (https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/PA248Q/PA248_English.pdf) |
|---|---|---|---|
| DX-118 | | | PA328Q Overview and Specifications (https://www.asus.com/us/Monitors/ProArt-PA328Q/) |
| DX-119 | | | PA328Q User Manual (https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/PA328/PA328_English.pdf) |
| DX-120 | | | XG32VQ Overview and Specifications (https://www.asus.com/us/Monitors/ROG-Strix-XG32VQ/) |
| DX-121 | | | XG32VQ User Manual (https://dlcdnets.asus.com/pub/ASUS/mb/idx/CNL/ROG_STRIX_XG32VQ_XG32VQR_XG35VQ_English.pdf) |
| DX-122 | | | VS247H-P Overview and Specifications (https://www.asus.com/us/Monitors/VS247HP/) |
| DX-123 | | | VS247H-P User Manual (https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/ASUS_VS228VS238VS247_English.pdf) |
| DX-124 | | | VS248H-P Overview and Specifications (https://www.asus.com/us/Monitors/VS248HP/?SearchKey=vs248h-/) |
| DX-125 | | | VS248H-P User Manual (https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/VS248/VS248_English.pdf) |
| DX-126 | | | VP247QG Overview and Specifications (https://www.asus.com/us/Monitors/VP247QG/) |
| DX-127 | | | VP247QG User Manual (https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/VP247/VP247_english_20171114.pdf) |
| DX-128 | | | MB169B+ Overview and Specifications (https://www.asus.com/us/Monitors/MB169BPlus/) |
| DX-129 | | | MB169B+ User Manual (https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/MB169B/MB169_English.pdf) |
| DX-130 | | | Lone Star Technological Innovations, LLC v Acer, Inc. and Acer America Corporation complaint, Case No. 6:15-cv-00973, ECF No. 1, filed November 10, 2015 |

| DX-131 | | | Acer Press Release, "Acer Launches Gaming Monitor Enabled by AMD FreeSync Technology," 3/23/2015 (https://www.acer.com/ac/en/MY/press/2015/153926) |
| DX-132 | | | Acer Press Release, "Acer Launches World's First Curved Monitor with NVIDIA G-SYNC Technology," 4/23/2015 (https://www.acer.com/ac/en/MY/press/2015/157378) |
| DX-133 | | | https://fred.stlouisfed.org/series/AEXTAUS (annual 2016-2019) |
| DX-134 | | | https://fred.stlouisfed.org/series/EXTAUS (2020 exchange rate is average of monthly rates for Jan-August) |
| DX-135 | | | Plaintiff Lone Star Technological Innovations LLC's July 27, 2020 Response to ASUSTeK Computer Inc.'s First Set of Interrogatories |

Dated:  April 6, 2021                          Respectfully submitted,


By:      */s/ Michael C. Ting*
          Vinay V. Joshi (Calif. Bar No. 213487)
          vjoshi@thepatentattorneys.com
          Andrew T. Oliver (Calif. Bar No. 226098)
          aoliver@atwiplaw.com
          Michael C. Ting (Calif. Bar No. 247610)
          mting@atwiplaw.com
          Amin Turocy & Watson LLP
          160 West Santa Clara Street
          Suite 975
          San Jose CA 95113
          Telephone: (650) 618-6481
          Facsimile:  (216) 696-8731

          Counsel for Defendant
          ASUSTeK Computer Inc.

9

## <u>CERTIFICATE OF SERVICE</u>

I, Michael C. Ting, hereby certify that on April 6, 2021, I emailed the foregoing document on the following counsel for Plaintiff Lone Star Technological Innovations, Inc.:

Bradley D. Liddle
Texas State Bar No. 24074599
Minghui Yang
Texas State Bar No. 24091486
Laura Maninger
Texas State Bar No. 24106245
**CARTER ARNETT, PLLC**
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206
(214)-550-8188 (Phone)
(214) 550-8185 (Fax)
bliddle@carterarnett.com
myang@carterarnett.com
lmaninger@carterarnett.com

John D. Saba Jr.
Texas State Bar No. 24037415
**WITTLIFF | CUTTER PLLC**
1209 Nueces St.
Austin, Texas 78701
(512) 960-4438 (Phone)
(512) 960-4869 (Fax)
john@wittliffcutter.com

John Lee (admitted to E.D. Texas)
California Bar No. 229911
**BANIE & ISHIMOTO LLP**
3705 Haven Ave. #137
Menlo Park, CA 94025
(650) 241-2771
(650) 241-2770 (Fax)
jlee@banishlaw.com

_/s/ Michael C. Ting_
**Michael C. Ting**