# Exhibit I

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **LONE STAR TECHNOLOGICAL INNOVATIONS, LLC,** | § § § § | |
| *Plaintiff*, | § § | **Civil Case No. 6:19-cv-00059-RWS** |
| v. | § § | **LEAD CASE** |
| **ASUSTEK COMPUTER INC.,** | § § § | |
| *Defendant*. | § § § § | |

# VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the court's charge.  As used in this Verdict Form, "Lone Star" means the Plaintiff Lone Star Technological, Innovations, LLC and "ASUS" means Defendant ASUSTek Computer Inc.

**QUESTION NO. 1: INFRINGEMENT**

Has Lone Star proved by a preponderance of the evidence that ASUS has directly infringed any of the following claims of U.S. Patent No. 6,724,435 (the '435 patent) in connection with the 3-axis product VG248QE?

**Write "Yes" or "No" in the space provided beside each particular claim.**

| Patent Claim | Infringed |
|---|---|
| Claim 1 | |
| Claim 2 | |
| Claim 3 | |
| Claim 5 | |
| Claim 6 | |
| Claim 13 | |
| Claim 14 | |
| Claim 15 | |

**Proceed to the next question.**

**QUESTION NO. 2: INFRINGEMENT**

Has Lone Star proved by a preponderance of the evidence that ASUS has directly infringed any of the following claims of U.S. Patent No. 6,724,435 (the '435 patent) in connection with the 6-axis product ASUS PA328Q?

**Write "Yes" or "No" in the space provided beside each particular claim.**

| Patent Claim | Infringed |
|---|---|
| Claim 1 | |
| Claim 2 | |
| Claim 3 | |
| Claim 5 | |
| Claim 6 | |
| Claim 13 | |
| Claim 14 | |
| Claim 15 | |

**Proceed to the next question.**

**QUESTION NO. 3: INFRINGEMENT**

Has Lone Star proved by a preponderance of the evidence that ASUS actively induced infringement of any of the following claims of U.S. Patent No. 6,724,435 (the '435 patent) in connection with the 3-axis product VG248QE?

**Write "Yes" or "No" in the space provided beside each particular claim.**

| Patent Claim | Infringed |
|---|---|
| Claim 1 | |
| Claim 2 | |
| Claim 3 | |
| Claim 5 | |
| Claim 6 | |
| Claim 13 | |
| Claim 14 | |
| Claim 15 | |

**Proceed to the next question.**

**QUESTION NO. 4: INFRINGEMENT**

Has Lone Star proved by a preponderance of the evidence that ASUS has actively induced infringement of any of the following claims of U.S. Patent No. 6,724,435 (the '435 patent) in connection with the 6-axis product ASUS PA328Q?

**Write "Yes" or "No" in the space provided beside each particular claim.**

| Patent Claim | Infringed |
|---|---|
| Claim 1 | |
| Claim 2 | |
| Claim 3 | |
| Claim 5 | |
| Claim 6 | |
| Claim 13 | |
| Claim 14 | |
| Claim 15 | |

**Proceed to the next question.**

**QUESTION NO. 5: INFRINGEMENT**

Has Lone Star proved by a preponderance of the evidence that ASUS is liable as a contributory infringer of any of the following claims of U.S. Patent No. 6,724,435 (the '435 patent) in connection with the 3-axis product VG248QE?

**Write "Yes" or "No" in the space provided beside each particular claim.**

| Patent Claim | Infringed |
|---|---|
| Claim 1 | |
| Claim 2 | |
| Claim 3 | |
| Claim 5 | |
| Claim 6 | |
| Claim 13 | |
| Claim 14 | |
| Claim 15 | |

**Proceed to the next question.**

**QUESTION NO. 6: INFRINGEMENT**

Has Lone Star proved by a preponderance of the evidence that ASUS is liable as a contributory infringer of any of the following claims of U.S. Patent No. 6,724,435 (the '435 patent) in connection with the 6-axis product ASUS PA328Q?

**Write "Yes" or "No" in the space provided beside each particular claim.**

| Patent Claim | Infringed |
|---|---|
| Claim 1 | |
| Claim 2 | |
| Claim 3 | |
| Claim 5 | |
| Claim 6 | |
| Claim 13 | |
| Claim 14 | |
| Claim 15 | |

**Proceed to the next question.**

**QUESTION NO. 7: INFRINGEMENT**

Has Lone Star proved by a preponderance of the evidence that ASUS sold, offered to sell, or imported any of the following products knowing same to be especially made or especially adapted for use in an infringement of U.S. Patent No. 6,724,435 (the '435 patent)?

**Write "Yes" or "No" in the space provided beside each product.**

| Product | Yes or No? |
|---|---|
| VG248QE | |
| ASUS PA328Q | |

**Proceed to the next question.**

**QUESTION NO. 8: INVALIDITY**

Has ASUS proved by clear and convincing evidence that any of the following claims of Lone Star's U.S. Patent No. 6,724,435 ('435 patent) are invalid?

**Write "Yes" or "No" in the space provided for each question and claim.**

| Patent Claim | Invalid |
|---|---|
| Claim 1 | |
| Claim 2 | |
| Claim 3 | |
| Claim 5 | |
| Claim 6 | |
| Claim 13 | |
| Claim 14 | |
| Claim 15 | |

**Please proceed to the next question.**

**QUESTION NO. 9: DAMAGES**

Only award damages if you found that at least one of the asserted claims of the '435 Patent (Claims 1, 2, 3, 5, 6, 13, 14, 15) was infringed and not invalid.

What sum of money, if paid now, do you find by a preponderance of the evidence would fairly and reasonably compensate Lone Star for ASUS's infringement of the '435 Patent up to the time of trial?

*DO NOT answer this part of the question unless you found one or more valid claims of U.S. Patent No. 6,724,435 ('435 patent) infringed by ASUS.*

Answer in dollars and cents.        $_____

**Please proceed to the next page, and your Presiding Juror will sign the Verdict Form**

We, the jury, unanimously answered the preceding questions by a preponderance of the evidence or by clear and convincing evidence as instructed for each question.

Submitted the _____ day of _____, 2021 at \_\_\_\_\_ o'clock ,\_\_\_. m.

_____
PRESIDING JUROR

PROPOSED JURY VERDICT FORM