IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC | § § § | |
| V. | § § | CIVIL NO. 6:19-cv-00059 |
| ASUS COMPUTER INTERNATIONAL, et al | § § § | |

MINUTES FOR PRETRIAL CONFERENCE
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
MAY 11, 2021

OPEN: 9:08 a.m.                                                                 ADJOURN: 12:03 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Brad Liddle, John Saba, Joshua Bennett and Monica Litle |
| ATTORNEYS FOR DEFENDANTS: | Vinay Joshi |
| LAW CLERK: | Jonathan Powers |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Kate McAlpine |

| | |
|---|---|
| 9:08 a.m. | Case called; parties introduce themselves and announce ready, Court welcomes everyone and gives preliminary comments |
| 9:10 a.m. | Mr. Brad Liddle argues Plaintiff's Motion to Strike Invalidity Contentions (dkt. #128) |
| 9:17 a.m. | Court questions Mr. Liddle; Mr. Liddle responds |
| 9:20 a.m. | Mr. Vinay Joshi responds to argument |
| 9:25 a.m. | Court questions Mr. Joshi; Mr. Joshi responds |

| | |
|---|---|
| 9:28 a.m. | Mr. Liddle replies |
| 9:30 a.m. | Ms. Monica Litle argues Plaintiff's Motion to Compel (dkt. #169) |
| 9:35 a.m. | Court questions Ms. Litle; Ms. Litle responds |
| 9:39 a.m. | Mr. Joshi responds to argument |
| 9:43 a.m. | Court questions Ms. Joshi; Mr. Joshi responds |
| 9:45 a.m. | Ms. Litle replies |
| 9:46 a.m. | Court advises the parties it has and will allow video conference testimony; Court and parties discuss issues contained in Defendant's Motion to Authorize Video Conference Testimony (dkt. #175) |
| 10:00 a.m. | Mr. John Saba argues Plaintiff's first Motion in Limine (dkt. #178) |
| 10:03 a.m. | Mr. Joshi responds |
| 10:04 a.m. | Court questions Mr. Joshi; Mr. Joshi responds |
| 10:05 a.m. | Mr. Saba argues Plaintiff's MIL #2 |
| 10:06 a.m. | Mr. Joshi responds |
| 10:08 a.m. | Mr. Saba advises that Plaintiff's MIL #3 is agreed upon |
| 10:09 a.m. | Mr. Saba argues Plaintiff's MIL #4 |
| 10:13 a.m. | Mr. Joshi responds |
| 10:15 a.m. | Court questions Mr. Joshi; Mr. Joshi responds |
| 10:15 a.m. | Mr. Saba replies |
| 10:16 a.m. | Mr. Saba advises that Plaintiff's MIL #5 is agreed upon |
| 10:17 a.m. | Mr. Saba argues Plaintiff's MIL #6 |
| 10:17 a.m. | Mr. Joshi responds |
| 10:19 a.m | Mr. Saba argues Plaintiff's MIL #7 |
| 10:20 a.m. | Mr. Joshi responds |

| | |
|---|---|
| 10:21 a.m. | Court questions Mr. Joshi; Mr. Joshi responds |
| 10:22 a.m. | Mr. Saba replies |
| 10:23 a.m. | Mr. Saba withdraws Plaintiff's MIL #8 |
| 10:23 a.m. | Mr. Saba argues Plaintiff's MIL #9 |
| 10:24 a.m. | Mr. Joshi responds |
| 10:25 a.m. | Court questions Mr. Joshi; Mr. Joshi responds |
| 10:26 a.m. | Mr. Saba argues Plaintiff's MIL #10 |
| 10:27 a.m. | Mr. Joshi agrees to MIL #10; Court - granted as agreed |
| 10:27 a.m. | Mr. Saba argues Plaintiff's MILS #11 and 12 |
| 10:28 a.m. | Mr. Joshi responds |
| 10:31 a.m. | Mr. Saba replies |
| 10:31 a.m. | Mr. Saba argues Plaintiff's MIL #13; Mr. Joshi advises this is agreed; Court - granted as agreed; Mr. Saba advises that MIL #14 will be resolved by the Motion to Strike |
| 10:32 a.m. | Recess |
| 10:50 a.m. | Mr. Joshi argues Defendant's MIL #1 |
| 10:56 a.m. | Court questions Mr. Joshi; Mr. Joshi responds |
| 10:58 a.m. | Mr. Saba responds |
| 11:01 a.m. | Mr. Joshi replies |
| 11:03 a.m. | Mr. Joshi argues Defendant's MIL #2 |
| 11:04 a.m. | Court questions Mr. Joshi; Mr. Joshi responds |
| 11:07 a.m. | Mr. Saba responds |
| 11:07 a.m. | Mr. Joshi replies |
| 11:09 a.m. | Mr. Joshi argues Defendant's MIL #3 |

| | |
|---|---|
| 11:12 a.m. | Court questions Mr. Joshi; Mr. Joshi responds |
| 11:17 a.m. | Mr. Saba responds |
| 11:18 a.m. | Mr. Joshi advises that he will withdraw Defendant's MIL #4 |
| 11:18 a.m. | Mr. Joshi argues Defendant's MIL #5 |
| 11:21 a.m. | Mr. Saba responds |
| 11:23 a.m. | Court questions Mr. Saba; Mr. Saba responds |
| 11:24 a.m. | Mr. Joshi replies |
| 11:25 a.m. | Mr. Joshi argues Defendant's MIL #6 |
| 11:26 a.m. | Mr. Saba responds |
| 11:26 a.m. | Mr. Joshi replies |
| 11:26 a.m. | Mr. Joshi argues Defendant's MIL #7 |
| 11:28 a.m. | Mr. Saba responds |
| 11:29 a.m. | Mr. Joshi replies |
| 11:29 a.m. | Mr. Joshi argues Defendant's MIL #8 |
| 11:30 a.m. | Mr. Saba responds |
| 11:31 a.m. | Mr. Joshi advises that Defendant's MILS #9 and 10 are agreed upon; Court - granted as agreed |
| 11:33 a.m. | Court questions the parties regarding the objections to deposition designations; Mr. Bennett responds |
| 11:34 a.m. | Mr. Bennett questions the Court regarding juror notebooks; parties are to supply the Court with a notebook by close of business on Thursday |
| 11:36 a.m. | Mr. Joshi advises definitions will be provided in the notebooks; Mr. Joshi objects to Plaintiff's Exhibit #26 |
| 11:37 a.m. | Mr. Saba responds to the objection |
| 11:38 a.m. | Court questions Mr. Saba; Mr. Saba responds; Court instructs the parties to try |

|            |            |
|------------|------------|
|            | and work it out |
| 11:39 a.m. | Mr. Joshi replies |
| 11:41 a.m. | Mr. Bennett objects to actual monitor being submitted to the jury; Court responds |
| 11:42 a.m. | Mr. Bennett questions the Court regarding size of panel; Court responds |
| 11:43 a.m. | Court advises that the parties will have 30 minutes for voir dire and opening statements and 30-45 minutes for closing arguments; Court questions the parties regarding11 hours per side for trial; Mr. Bennett responds; parties will be allowed 12 hours per side; Court discusses trial schedule - trial will start at 9:00 and end around 5:00 (depending on witness) with two breaks and a lunch break; there will be no sidebars |
| 11:53 a.m. | Mr. Bennett questions the Court regarding sealing the courtroom; Court responds; Mr. Joshi responds |
| 11:55 a.m. | Court instructs the parties that because the courtroom will be reconfigured due to COVID they will have to remain at the podium in order to get a clear record; Court and parties discuss calling of witnesses |
| 12:03 p.m. | Recess |