IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, | § § § | |
|---|---|---|
| *Plaintiff,* | § § | Civil Case No. 6:19-cv-00059-RWS |
| v. | § § | LEAD CASE |
| ASUSTEK COMPUTER INC., | § § | JURY TRIAL DEMANDED |
| *Defendant.* | § § § § | |

**PLAINTIFF'S SECOND AMENDED TRIAL EXHIBIT LIST**

Pursuant to the Court's October 6, 2020 Second Amended Docket Control Order (Dkt. 140), Plaintiff Lone Star Technological Innovations, LLC hereby submits this Second Amended Exhibit List.

Plaintiff reserves the right to rely on any exhibits identified by Defendant.

| Judge Robert W. Schroeder III | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S) May 17, 2021 | COURT REPORTER | COURTROOM DEPUTY |

| PL / Def. No. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|
| P-1 | | | US Patent No. 6,724,435 |
| P-2 | | | Prosecution History for US Patent No. 6,724,435 |
| P-3 | | | [GAP] |
| P-4 | | | [GAP] |
| P-5 | | | [GAP] |
| P-6 | | | [GAP] |
| P-7 | | | [GAP] |
| P-8 | | | [GAP] |
| P-9 | | | [GAP] |

| | | | |
|---|---|---|---|
| P-10 | | | [GAP] |
| P-11 | | | Device: ASUS VG248QE |
| P-12 | | | Device: ASUS  PA328Q |
| P-13 | | | ASUS email dated September 18, 2017 re: 21.6 4K OLED Panel open issue discussion (not labeled) |
| P-14 | | | ASUS webpage |
| P-15 | | | ASUS PA328 Series LCD Monitor User Guide (available at https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/PA328/PA328_English.pdf ) |
| P-16 | | | ASUS webpage  (https://www.asus.com/us/Monitors/ProArt-PA328Q/) |
| P-17 | | | ASUS webpage  (https://www.asus.com/us/Monitors/ProArt-Display-PA248QV ) |
| P-18 | | | ASUS Materials |
| P-19 | | | ASUS Materials |
| P-20 | | | Test Report: Color Evaluation of ASUSTEK Model PA328Q (Ducharm) |
| P-21 | | | Test Report: Color Evaluation of ASUSTEK Model VG248QE (Ducharm) |
| P-22 | | | ASUS VG248QE Teardown |
| P-23 | | | MediaTek Source Code |
| P-24 | | | [GAP] |
| P-25 | | | [GAP] |
| P-26 | | | *See* Attachment A |
| P-27 | | | [GAP] |
| P-28 | | | Defendants' Responses to Plaintiff's First Set of Interrogatories to Defendant ASUSTek Computer, Inc. (Nos. 1-10) |
| P-29 | | | Defendants' Supplemental Responses to Plaintiff's First Set of Interrogatories to Defendant ASUSTek Computer, Inc. (Nos. 1-10) |
| P-30 | | | Defendants' Responses to Plaintiff's Second Set of Interrogatories to Defendant ASUSTek Computer, Inc. (Nos. 11-15) |
| P-31 | | | ASUSTek Computer Inc.'s Revised Initial and Additional Disclosures |
| P-32 | | | Patent License and Settlement Agreement between Lone Star Technological Innovations, LLC and Acer America Corporation |

| | | | |
|---|---|---|---|
| P-33 | | | Patent License and Settlement Agreement between Lone Star Technological Innovations, LLC and NEC Corporation (LSTI00223) |
| P-34 | | | Patent License and Settlement Agreement between Lone Star Technological Innovations, LLC and Sharp Electronics Corporation |
| P-35 | | | ASUS sales data 0313_0219 |
| P-36 | | | ASUS 2019 10-K/Annual Report |
| P-37 | | | [GAP] |
| P-38 | | | Plaintiff's Rule 30(B)(6) Notice of Oral and Videotaped Deposition of Defendant Asustek Computer Inc. + all amendments |
| P-39 | | | Settlement and Non-Exclusive Patent License Agreement between Magnacross LLC and Asus Computer International |
| P-40 | | | Non-Exclusive Patent License and Settlement Agreement between Iris Connex, LLC, Pico Byte Systems, LLC, and ASUSTek |
| P-41 | | | Patent License and Release Agreement between Wireless Concinnitas Technologies, LLC and ASUSTek Computer, Inc. |
| P-42 | | | Defendant ASUSTek's Motion for Entry of Judgment between Corydoras Technologies, LLC v. ASUSTek Computer, Inc. |
| P-43 | | | Offer of Judgment (FRCP 68) between Corydoras Technologies, LLC v. ASUSTek Computer, Inc. |
| P-44 | | | Notice of Acceptance of Defendant's Rule 68 Offer of Judgment between Corydoras Technologies, LLC v. ASUSTek Computer, Inc. |
| P-45 | | | ASUS information (by model/customer thru Mar 2020) + supplemental materials |
| P-46 | | | Plaintiff's Amended Rule 30(B)(6) Notice of Oral and Videotaped Deposition of Defendant Asustek |
| P-47 | | | Universal Display Corp Form 10-K for the year ending 12/31/2012 obtained from EDGAR Online |
| P-48 | | | [GAP] |
| P-49 | | | [GAP] |
| P-50 | | | ASUS Webpage: (https://www.asus.com/us/Monitors/ProArt-PA328Q/ - last accessed 8/31/2020) |
| P-51 | | | ASUS webpage (https://www.asus.com/us/Monitors/ProArt-PA328Q/specifications/ - last accessed 8/31/2020) |
| P-52 | | | Various Asus website pages. |
| P-53 | | | [GAP] |
| P-54 | | | Plaintiff's Pleadings (including, but not limited to its live complaint and answer to counter-claims) |

|  |  |  |  |
|---|---|---|---|
| P-55 | | | Plaintiff's Motions to Compel and all Orders thereto. |
| P-56 | | | All of Defendants' discovery responses and disclosures in this matter |
| P-57 | | | James Lee Deposition Exhibit 1 |
| P-58 | | | James Lee Deposition Exhibit 2 |
| P-59 | | | James Lee Deposition Exhibit 3 |
| P-60 | | | James Lee Deposition Exhibit 4 |
| P-61 | | | James Lee Deposition Exhibit 5 |
| P-62 | | | James Lee Deposition Exhibit 6 |
| P-63 | | | James Lee Deposition Exhibit 7 |
| P-64 | | | James Lee Deposition Exhibit 8 |
| P-65 | | | Alvin Lin Deposition Exhibit 1 |
| P-66 | | | Alvin Lin Deposition Exhibit 2 |
| P-67 | | | Alvin Lin Deposition Exhibit 3 |
| P-68 | | | Alvin Lin Deposition Exhibit 4 |
| P-69 | | | Alvin Lin Deposition Exhibit 5 |
| P-70 | | | Alvin Lin Deposition Exhibit 6 |
| P-71 | | | Alvin Lin Deposition Exhibit 7 |
| P-72 | | | Alvin Lin Deposition Exhibit 8 |
| P-73 | | | Alvin Lin Deposition Exhibit 9 |
| P-74 | | | Alvin Lin Deposition Exhibit 10 |
| P-75 | | | Alvin Lin Deposition Exhibit 11 |
| P-76 | | | Alvin Lin Deposition Exhibit 12 |

| | | | |
|---|---|---|---|
| P-77 | | | Alvin Lin Deposition Exhibit 13 |
| P-78 | | | Alvin Lin Deposition Exhibit 14 |
| P-79 | | | Jaime Morquecho Deposition Exhibit 1 |
| P-80 | | | Jaime Morquecho Deposition Exhibit 2 |
| P-81 | | | Jaime Morquecho Deposition Exhibit 3 |
| P-82 | | | Jaime Morquecho Deposition Exhibit 4 |
| P-83 | | | Jaime Morquecho Deposition Exhibit 5 |
| P-84 | | | Jaime Morquecho Deposition Exhibit 6 |
| P-85 | | | Jaime Morquecho Deposition Exhibit 7 |
| P-86 | | | Jaime Morquecho Deposition Exhibit 8 |
| P-87 | | | Jaime Morquecho Deposition Exhibit 9 |
| P-88 | | | Jaime Morquecho Deposition Exhibit 10 |
| P-89 | | | Jaime Morquecho Deposition Exhibit 11 |
| P-90 | | | [GAP] |
| P-91 | | | Barco License Agreement |
| P-92 | | | https://www.ip.philips.com/licensing/program/117/tv-set-top-boxes |
| P-93 | | | HEVC Advance License Royalty Rate Summary |
| P-94 | | | ASUSLS000412 |
| P-95 | | | Perdue Report 4 Exhibit 4 Agreements |
| P-96 | | | LES 2017 Survey |
| P-97 | | | An Economic Perspective on Patent Licensing Structure and Provisions by Thomas R. Varner, Business Economics, Vol. 46 No. 4 |
| P-98 | | | Intellectual Property: Valuation Exploitation and Infringement Damages, Gordon V. Smith pages 650-651 |

Attachment A

|  | Representative Product Name | Bates Number |
|---|---|---|
| P-26-1 | ASUS Pro C422AQ (C422AQ) | LSTI-ASUS00000990-00001036 |
| P-26-2 | ASUS Pro C423AQ (C423AQ) | LSTI-ASUS00004374-00004414 |
| P-26-3 | ASUS Pro C424AQ (C424AQ) | LSTI-ASUS00004415-00004455 |
| P-26-4 | ASUS Pro C620AQ (C620AQ) | LSTI-ASUS00005358-00005398 |
| P-26-5 | ASUS Pro C622AQ (C622AQ) | LSTI-ASUS00005399-00005439 |
| P-26-6 | ASUS Pro C622AQH Business Monitor | LSTI-ASUS00005440-00005480 |
| P-26-7 | ASUS Pro C623AQH Business Monitor | LSTI-ASUS00005481-00005521 |
| P-26-8 | ASUS Pro C624AQH Business Monitor | LSTI-ASUS00005522-00005562 |
| P-26-9 | ASUS MB169C+ Portable 15.6-inch Full HD | LSTI-ASUS00001455-00001479 |
| P-26-10 | ASUS ZenScreen MB16AC 15.6-inch Full HD | LSTI-ASUS00001510-00001534 |
| P-26-11 | ASUS ZenScreen GO Portable USB Monitor - 15.6-inch, Full HD, Built-in Battery, Hybrid Signal Solution, USB Type-C, Flicker Free, | LSTI-ASUS00000295-00000322 |
| P-26-12 | ASUS MG248QE Gaming Monitor | LSTI-ASUS00006503-00006530 |
| P-26-13 | ASUS MG24UQ 23.6-inch 4K UHD Gaming | LSTI-ASUS00001558-00001586 |
| P-26-14 | ASUS MG278Q 27-inch 2K WQHD Gaming | LSTI-ASUS00001610-00001637 |
| P-26-15 | ASUS MG279Q 27-inch 2K WQHD Gaming | LSTI-ASUS00001667-00001693 |
| P-26-16 | ASUS MG28UQ 28-inch 4K UHD Gaming | LSTI-ASUS00001719-00001746 |
| P-26-17 | ASUS Designo MX239H 23-inch Full HD | LSTI-ASUS00001759-00001780 |
| P-26-18 | ASUS Designo MX259H 25-inch Full HD | LSTI-ASUS00001792-00001815 |
| P-26-19 | ASUS Designo MX25AQ 25-inch 2K WQHD | LSTI-ASUS00001838-00001864 |
| P-26-20 | ASUS Designo MX279H 27-inch Full HD | LSTI-ASUS00001876-00001898 |
| P-26-21 | ASUS Designo MX27AQ 27-inch 2K WQHD | LSTI-ASUS00001923-00001949 |
| P-26-22 | ASUS Designo MX27UC 27-inch 4K UHD | LSTI-ASUS00001977-00002006 |
| P-26-23 | ASUS Designo MX299Q 29-inch Monitor | LSTI-ASUS00002023-00002044 |
| P-26-24 | ASUS Designo Curve MX32VQ 32-inch | LSTI-ASUS00002072-00002097 |
| P-26-25 | ASUS Designo Curved MX34VQ 34-inch | LSTI-ASUS00002122-00002148 |
| P-26-26 | ASUS Designo Curve Ultra-wide Curved Monitor - 37.5-inch, UWQHD, 2300R Curvature, Frameless, Qi Wireless Charger, | LSTI-ASUS00000342-00000368 |
| P-26-27 | ASUS Designo Ultraslim Monitor - 27-inch, Full HD, IPS, Frameless, Ultraslim design, | LSTI-ASUS00000382-00000411 |
| P-26-28 | ASUS Designo MZ27AQ 27-inch WQHD | LSTI-ASUS00002175-00002202 |
| P-26-29 | ASUS Designo MZ27AQL 27-inch WQHD | LSTI-ASUS00002225-00002253 |
| P-26-30 | ASUS ProArt PA248Q 24.1-inch Professional | LSTI-ASUS00002266-00002291 |
| P-26-31 | ASUS ProArt HDR Professional Monitor - 24-inch, WUXGA, HDR-10, 100% sRGB, | LSTI-ASUS00000435-00000469 |
| P-26-32 | ASUS PA27AC 27-inch WQHD Monitor | LSTI-ASUS00002325-00002358 |
| P-26-33 | ASUS ProArt PA328Q 32-inch 4K UHD | LSTI-ASUS00002385-00002413 |
| P-26-34 | ASUS ProArt 4K HDR Professional Monitor - 32-inch, 4K, HDR-10, VESA DisplayHDR 600, 98% DCI-P3, 100% Adobe RGB, 100% sRGB, | LSTI-ASUS00006111-00006143 |
| P-26-35 | ASUS ProArt PA329Q 32-inch 4K UHD | LSTI-ASUS00002445-00002475 |
| P-26-36 | ASUS PA32UC 32-inch Ultra HD Monitor | LSTI-ASUS00002510-00002543 |
| P-26-37 | ASUS ProArt Professional Curved Monitor 34-inch, UWQHD, HDR10, 100% sRGB, Color | LSTI-ASUS00000498-00000531 |

| | | |
|---|---|---|
| P-26-38 | ASUS ProArt PA34VC Professional Curved Monitor 34-inch, UWQHD, HDR10, 100% sRGB, Color Accuracy, Hardware Calibration, | LSTI-ASUS00004556-00004589 |
| P-26-39 | ASUS PB238Q 23-inch Full HD Professional | LSTI-ASUS00002549-00002573 |
| P-26-40 | ASUS PB258Q 25-inch WQHD Frameless | LSTI-ASUS00002589-00002616 |
| P-26-41 | ASUS PB277Q 27-inch 2K WQHD Monitor | LSTI-ASUS00002633-00002662 |
| P-26-42 | ASUS PB278Q Professional 27-inch Monitor | LSTI-ASUS00002679-00002705 |
| P-26-43 | ASUS PB287Q 28-inch 4K UHD Monitor | LSTI-ASUS00002724-00002751 |
| P-26-44 | ASUS PB328Q 32-inch 2K WQHD | LSTI-ASUS00002769-00002797 |
| P-26-45 | ASUS ROG Swift PG248Q 24-inch Full HD | LSTI-ASUS00002823-00002850 |
| P-26-46 | ASUS ROG Swift PG258Q 24.5-inch Full HD | LSTI-ASUS00002886-00002914 |
| P-26-47 | ASUS ROG Swift PG278Q Gaming Monitor - 27-inch 2K WQHD (2560 x 1440), 1ms, up to | LSTI-ASUS00006417-00006440 |
| P-26-48 | ASUS ROG Swift PG278QE Gaming Monitor | LSTI-ASUS00006454-00006483 |
| P-26-49 | ASUS ROG Swift PG278QR 27-inch Gaming | LSTI-ASUS00002928-00002955 |
| P-26-50 | ASUS ROG Swift PG279Q 27-inch 2K WQHD | LSTI-ASUS00002981-00003007 |
| P-26-51 | ASUS ROG Swift Gaming Monitor - 27-inch 2K WQHD (2560 x 1440) IPS, overclockable | LSTI-ASUS00006064-00006090 |
| P-26-52 | ASUS ROG Swift PG27AQ 27-inch 4K UHD | LSTI-ASUS00003034-00003058 |
| P-26-53 | ASUS ROG Swift PG27UQ 27-inch 4K UHD | LSTI-ASUS00003084-00003115 |
| P-26-54 | ASUS ROG Swift PG27VQ 27-inch 2K WQHD Curved Gaming Monitor (PG27VQ) | LSTI-ASUS00003146-00003176 |
| P-26-55 | ASUS ROG Swift Curved PG348Q 34-inch 21:9 Ultra-wide QHD Gaming Monitor | LSTI-ASUS00003206-00003233 |
| P-26-56 | ASUS ROG Swift PG349Q Ultra-wide Gaming | LSTI-ASUS00004613-00004643 |
| P-26-57 | ASUS ProArt PQ22UC 21.6-inch Professional | LSTI-ASUS00006184-00006211 |
| P-26-58 | ASUS PQ22UC Professional OLED Monitor - 21.6-inch, 4K, OLED, HDR-10, 99% DCI-P3 | LSTI-ASUS00000553-00000580 |
| P-26-59 | ASUS ROG Strix XG27VQ 27-inch Curved Full HD 1080p 144Hz DP HDMI DVI Eye Care | LSTI-ASUS00005327-00005357 |
| P-26-60 | ASUS 23.8-inch Full HD 1080p HDMI VGA Eye Care Monitor with 178 Wide Viewing | LSTI-ASUS00000591-00000616 |
| P-26-61 | ASUS Eye Care Monitor 27 inch, Full HD, Low Blue Light, Flicker Free, Wall Mountable, | LSTI-ASUS00000633-00000665 |
| P-26-62 | ASUS Large Viewing Experience with Eye Care Features (VA325H) (VA325H) | LSTI-ASUS00006540-00006564 |
| P-26-63 | ASUS VA326H 31.5-inch Full HD Gaming | LSTI-ASUS00006581-00006602 |
| P-26-64 | ASUS VA327H 31.5-inch Curved Monitor | LSTI-ASUS00006618-00006640 |
| P-26-65 | ASUS VA32AQ 31.5-inch WQHD Monitor | LSTI-ASUS00006655-00006681 |
| P-26-66 | ASUS VB199T-P True-to-life Pictures | LSTI-ASUS00006693-00006711 |
| P-26-67 | ASUS VC239H 23-inch Full HD Monitor | LSTI-ASUS00006727-00006754 |
| P-26-68 | ASUS VC279H 27-inch Full HD Monitor | LSTI-ASUS00006771-00006799 |
| P-26-69 | ASUS Fabulous Colors for Work and | LSTI-ASUS00006808-00006835 |
| P-26-70 | ASUS VE208T Fabulous Colors for Work and | LSTI-ASUS00005274-00005301 |
| P-26-71 | ASUS VE247H 23.6-inch Full HD Monitor | LSTI-ASUS00006842-00006871 |
| P-26-72 | ASUS Multimedia Entertainment on Desk | LSTI-ASUS00006879-00006901 |
| P-26-73 | ASUS VE278Q True-to-life Pictures Powered | LSTI-ASUS00006908-00006930 |
| P-26-74 | ASUS VG245H 24-inch Full HD Gaming | LSTI-ASUS00006941-00006971 |
| P-26-75 | ASUS VG245HE 24-inch (VG245HE) | LSTI-ASUS00005234-00005264 |

| | | |
|---|---|---|
| P-26-76 | ASUS VG248QE 24-inch Full HD Gaming | LSTI-ASUS00006980-00007003 |
| P-26-77 | ASUS VG248QG Gaming Monitor | LSTI-ASUS00005182-00005211 |
| P-26-78 | ASUS 24-inch Full HD 1080p 144Hz 1ms DP HDMI DVI Esports Gaming Monitor | LSTI-ASUS00000678-00000701 |
| P-26-79 | ASUS VG258Q 24.5-inch Full HD Gaming | LSTI-ASUS00007025-00007051 |
| P-26-80 | ASUS VG258QR Gaming Monitor - 24.5-inch, Full HD, 0.5ms, 165Hz, G-SYNC Compatible, | LSTI-ASUS00006301-00006327 |
| P-26-81 | ASUS VG275Q 27-inch Full HD Gaming | LSTI-ASUS00007064-00007092 |
| P-26-82 | ASUS VG278HV 27-inch Full HD Gaming | LSTI-ASUS00007097-00007119 |
| P-26-83 | ASUS VG278Q 27-inch Full HD Gaming | LSTI-ASUS00007128-00007154 |
| P-26-84 | ASUS VG278QR Gaming Monitor - 27-inch, Full HD, 0.5ms, 165Hz, G-SYNC Compatible, | LSTI-ASUS00006353-00006382 |
| P-26-85 | ASUS 27-inch Full HD 1080p IPS 144Hz 1ms (MPRT) DP HDMI DVI Eye Care Gaming | LSTI-ASUS00000732-00000761 |
| P-26-86 | ASUS TUF Gaming VG32VQ Curved HDR Gaming Monitor - 32-inch WQHD (2560x1440), 144Hz, Extreme Low Motion | LSTI-ASUS00006249-00006275 |
| P-26-87 | ASUS Personal Entertainment on Desk | LSTI-ASUS00007161-00007179 |
| P-26-88 | ASUS 178-degree Ultra Wide View Meets a Super Narrow Frame Design (VN248Q-P) | LSTI-ASUS00007192-00007212 |
| P-26-89 | ASUS 178-degree Ultra Wide View Meets a Super Narrow Frame Design (VN279Q) | LSTI-ASUS00007223-00007252 |
| P-26-90 | ASUS VP228H 21.5-inch Full HD Monitor | LSTI-ASUS00007260-00007289 |
| P-26-91 | ASUS VP228HE 21.5-inch (VP228HE) | LSTI-ASUS00005086-00005115 |
| P-26-92 | ASUS VP228QG Gaming Monitor (VP228QG) | LSTI-ASUS00005132-00005161 |
| P-26-93 | ASUS VP239H-P Wall Mountable 23-inch IPS Frame-less Monitor (VP239H-P) | LSTI-ASUS00007298-00007326 |
| P-26-94 | ASUS VP247H 23.6-inch Full HD Gaming | LSTI-ASUS00004057-00004087 |
| P-26-95 | ASUS VP247H Gaming Monitor (VP247H-P) | LSTI-ASUS00005042-00005072 |
| P-26-96 | ASUS 24-inch Full HD 1920x1080 1ms DP HDMI VGA Adaptive Sync/FreeSync Eye Care | LSTI-ASUS00000778-00000810 |
| P-26-97 | ASUS VP249HE Eye Care Monitor | LSTI-ASUS00005005-00005031 |
| P-26-98 | ASUS VP278H 27-inch Full HD Gaming | LSTI-ASUS00004094-00004123 |
| P-26-99 | ASUS VP278QG 27-inch Gaming Monitor | LSTI-ASUS00004141-00004170 |
| P-26-100 | ASUS VP278QGL 27-inch (VP278QGL) | LSTI-ASUS00004283-00004313 |
| P-26-101 | ASUS VP279Q-P Wall Mountable 27-inch | LSTI-ASUS00004178-00004207 |
| P-26-102 | ASUS VP28UQG 28-inch 4K/UHD Monitor | LSTI-ASUS00004225-00004253 |
| P-26-103 | ASUS VS197D-P Superior Image Quality Meets Classic Elegant Design (VS197D-P) | LSTI-ASUS00003242-00003262 |
| P-26-104 | ASUS VS197T-P Superior Visual and Audio Enjoyment Meet Classic Elegant Design | LSTI-ASUS00004970-00004990 |
| P-26-105 | ASUS VS207D-P Superior Image Quality Meets Classic Elegant Design (VS207D-P) | LSTI-ASUS00003275-00003295 |
| P-26-106 | ASUS VS207T-P 19.5-inch Monitor (VS207T- | LSTI-ASUS00004940-00004960 |
| P-26-107 | ASUS VS208N-P Superior Image Quality Meets Classic Elegant Design (VS208N-P) | LSTI-ASUS00003305-00003324 |
| P-26-108 | ASUS VS228H-P Superior Image Quality Meets Classic Elegant Design (VS228H-P) | LSTI-ASUS00003334-00003355 |
| P-26-109 | ASUS VS228T-P Superior Image Quality Meets Classic Elegant Design (VS228T-P) | LSTI-ASUS00003368-00003388 |

| | | |
|---|---|---|
| P-26-110 | ASUS VS248H-P Superior Image Quality Meets Classic Elegant Design (VS248H-P) | LSTI-ASUS00003400-00003421 |
| P-26-111 | ASUS VT168H 15.6-inch Monitor (VT168H) | LSTI-ASUS00003438-00003465 |
| P-26-112 | ASUS VT207N 19.5-inch Touch Monitor | LSTI-ASUS00003481-00003507 |
| P-26-113 | ASUS VT229H 21.5-inch (VT229H) | LSTI-ASUS00004333-00004361 |
| P-26-114 | ASUS VW199T-P Fabulous Colors for Work | LSTI-ASUS00003528-00003547 |
| P-26-115 | ASUS VX228H 21.5-inch Full HD Gaming | LSTI-ASUS00003557-00003584 |
| P-26-116 | ASUS VX238H 23-inch Full HD Gaming | LSTI-ASUS00003603-00003627 |
| P-26-117 | ASUS VX238H-W Superior Image Quality Meets Ultra-Slim Elegant Design (VX238H-W) | LSTI-ASUS00004907-00004931 |
| P-26-118 | ASUS VX248H 24-inch Full HD Gaming | LSTI-ASUS00003640-00003669 |
| P-26-119 | ASUS VX24AH 23.8-inch 2K WQHD Monitor | LSTI-ASUS00003682-00003710 |
| P-26-120 | ASUS VZ229H Exquisite ultra-slim, frameless design FullHD monitor (VZ229H) | LSTI-ASUS00003723-00003751 |
| P-26-121 | ASUS VZ239H Ultra Slim 23-inch Monitor | LSTI-ASUS00003768-00003798 |
| P-26-122 | ASUS VZ239H-W Eye Care Monitor - 23-inch, Full HD, IPS, Ultra-slim, Frameless, Flicker | LSTI-ASUS00004866-00004896 |
| P-26-123 | ASUS 23.8-inch Full HD 1080p IPS Eye Care Monitor with HDMI and VGA (VZ249HE) | LSTI-ASUS00000825-00000856 |
| P-26-124 | ASUS VZ279H 27-inch Full HD Monitor | LSTI-ASUS00003815-00003844 |
| P-26-125 | ASUS VZ279HE 27-inch (VZ279HE) | LSTI-ASUS00005576-00005605 |
| P-26-126 | ASUS VZ27AQ 27-inch WQHD Monitor | LSTI-ASUS00003864-00003889 |
| P-26-127 | ASUS Curved VZ27VQ 27-inch Full HD | LSTI-ASUS00003901-00003926 |
| P-26-128 | ASUS ROG Strix XG248Q Gaming Monitor | LSTI-ASUS00004820-00004852 |
| P-26-129 | ASUS ROG Strix XG258Q Gaming Monitor | LSTI-ASUS00004767-00004796 |
| P-26-130 | ASUS ROG Strix XG27VQ 27-inch Curved Full HD Gaming Monitor (XG27VQ) | LSTI-ASUS00003950-00003980 |
| P-26-131 | ASUS ROG Strix XG32VQ 31.5-inch Curved WQHD Gaming Monitor (XG32VQ) | LSTI-ASUS00004005-00004037 |
| P-26-132 | ASUS ROG Strix Curved HDR Gaming Monitor 32 inch WQHD (2560x1440), 144Hz, FreeSync 2 HDR, DisplayHDR 400, DCI-P3 | LSTI-ASUS00000876-00000913 |
| P-26-133 | ASUS ROG Strix XG35VQ 35-inch (XG35VQ) | LSTI-ASUS00004668-00004705 |
| P-26-134 | ASUS ROG Strix Super Ultra-Wide HDR Gaming Monitor 49-inch 32:9 (3840 x 1080), 144Hz, FreeSync 2 HDR, DisplayHDR 400, | LSTI-ASUS00000928-00000958 |
| P-26-135 | ASUS B1MR Portable LED Projector (B1MR) | LSTI-ASUS00001112-00001185 |
| P-26-136 | ASUS LED Projector, FULL HD (1920*1080), 1200 Lumens, Short Throw, Horizontal & Vertical Keystone Adjustment , Auto Focus, | LSTI-ASUS00005990-00006047 |
| P-26-137 | ASUS P3B Portable LED Projector (P3B) | LSTI-ASUS00001208-00001283 |
| P-26-138 | ASUS P3E Portable LED Projector (P3E) | LSTI-ASUS00001306-00001381 |
| P-26-139 | ASUS S1 Portable LED Projector (S1) | LSTI-ASUS00001396-00001441 |