# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC.,<br><br>Defendant. | Civil Action No. 6:19-CV-00059-RWS<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT ASUSTEK COMPUTER INC.'S THIRD AMENDED TRIAL EXHIBIT LIST**

Defendant ASUSTeK Computer Inc., pursuant to Section M, paragraph 5 of the Parties' Joint Pretrial Order (Dkt. 186), hereby submits its Third Amended Exhibit List. Defendant reserves the right to rely on any exhibits identified by Plaintiff.

| Judge Robert W. Schroeder III | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY<br>Vinay V. Joshi/Andrew T. Oliver |
|---|---|---|---|---|
| TRIAL DATE (S) | | | COURT REPORTER | COURTROOM DEPUTY |
| PL / Def. No. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS* | |
| DX-1 | | | U.S. Patent No. 6,724,435 | |
| DX-2 | | | Prosecution History File for U.S. Patent No. 6,724,435 | |
| DX-3 | | | U.S. Patent No. 6,122,012 | |
| DX-4 | | | Prosecution History File for U.S. Patent No. 6,122,012 | |
| DX-5 | | | U.S. Patent No. 7,714,938 | |
| DX-6 | | | *Curriculum Vitae* of Dr. Robert Louis Stevenson | |
| DX-7 | | | List of Prior Engagements Dr. Robert Louis Stevenson | |
| DX-8 | | | U.S. Patent No. 5,452,018 | |
| DX-9 | | | U.S. Patent No. 5,850,471 | |
| DX-10 | | | U.S. Patent No. 5,930,009 | |
| DX-11 | | | U.S. Patent No. 6,476,793 | |
| DX-12 | | | U.S. Patent No. 6,535,301 | |
| DX-13 | | | U.S. Patent No. 6,259,428 | |
| DX-14 | | | U.S. Patent No. 5,995,164 | |
| DX-15 | | | U.S. Patent No. 5,051,928 | |
| DX-16 | | | U.S. Patent No. 5,905,094 | |
| DX-17 | | | Studio Display User's Manual; Apple Computer, Inc. 1998 | |
| DX-18 | | | Polaroid Polaview 330 LCD Projector, 1998 | |
| DX-19 | | | July 31, 2020 Claim Construction Order, ECF No. 105 | |
| DX-20 | | | Lone Star's Opening Claim Construction Brief, Case No. 6:15-cv-00973, ECF No. 50, with attachments (ECF Nos. 50-1 through 50-8) | |
| DX-21 | | | Lone Star Infringement Chart '435 Patent vs. Barco MDSC-2232 | |
| DX-22 | | | Lone Star Infringement Chart '012 Patent vs. Barco MDSC-2232 | |

| | | | |
|---|---|---|---|
| DX-23 | | | *Curriculum Vitae* of Brett L. Reed |
| DX-24 | | | ASUS Sales Data (ASUSL00412) |
| DX-25 | | | ASUS/Magnacross LLC Settlement and Non-Exclusive Patent License Agreement (ASUSLS00413-426) |
| DX-26 | | | ASUS/Iris Connec LLC Non-Exclusive Patent License and Settlement Agreement (ASUSLS00427-447) |
| DX-27 | | | ASUS/Wireless Concinnitas Technologies LLC License Agreement (ASUSLS00448-457) |
| DX-28 | | | ASUS Unopposed Motion for Entry of Judgment as to Corydoras Technologies, LLC (ASUSLS00458-467) |
| DX-29 | | | Judgment Corydoras Technologies, LLC v. ASUSTeK Computer Inc. (ASUSLS00468-470) |
| DX-30 | | | Lone Star/Acer America Corporation Patent License and Settlement Agreement (LSTI00201-211) |
| DX-31 | | | Lone Star/Sharp Electronics Corporation and Sharp Corporation Patent License and Settlement Agreement (LSTI00212-222) |
| DX-32 | | | Lone Star/NEC Corporation and NEC Display Solutions Patent License and Settlement Agreement (LSTI00223-234) |
| DX-33 | | | "An Economic Perspective on Patent Licensing Structure and Provisions,", Thomas R. Varner, Business Economics, Vol. 46, No. 4 (2011), pp. 229–238. |
| DX-34 | | | Intellectual Property: Valuation Exploitation and Infringement Damages, Gordon V. Smith, and Russell L. Parr, pp. 649-650. |
| DX-35 | | | LES High Tech Sector Royalty Rates & Deal Terms Survey Report 2017 |
| DX-36 | | | https://www.ip.philips.com/licensing/program/117/tv-set-top-boxes |
| DX-37 | | | Royalty Rate Structure for HEVC Advance Licensees Effective July 1, 2020 |
| DX-38 | | | https://rrf.ktmine.com/AgreementPopup.aspx?aid=111352 |
| DX-39 | | | https://rrf.ktmine.com/AgreementPopup.aspx?aid=105025 |
| DX-40 | | | https://rrf.ktmine.com/AgreementPopup.aspx?aid=96694 |
| DX-41 | | | https://rrf.ktmine.com/AgreementPopup.aspx?aid=67989 |

| | | | |
|---|---|---|---|
| DX-42 | | | https://rrf.ktmine.com/AgreementPopup.aspx?aid=9772 |
| DX-43 | | | https://rrf.ktmine.com/AgreementPopup.aspx?aid=9670 |
| DX-44 | | | https://rrf.ktmine.com/AgreementPopup.aspx?aid=25745 |
| DX-45 | | | https://rrf.ktmine.com/AgreementPopup.aspx?aid=74891 |
| DX-46 | | | https://rrf.ktmine.com/AgreementPopup.aspx?aid=81349 |
| DX-47 | | | https://rrf.ktmine.com/AgreementPopup.aspx?aid=101887 |
| DX-48 | | | https://rrf.ktmine.com/AgreementPopup.aspx?aid=11007 |
| DX-49 | | | https://rrf.ktmine.com/AgreementPopup.aspx?aid=56404 |
| DX-50 | | | https://rrf.ktmine.com/AgreementPopup.aspx?aid=105919 |
| DX-51 | | | https://scholar.google.com/scholar_case?case=2570397237511139499&q=chimei+&hl=en&as_ sdt=6,43 |
| DX-52 | | | Universal Display Corp. 10-K for Period Ending 12/31/2012 |
| DX-53 | | | License Agreement between Motorola, Inc. and Universal Display Corp., 9/27/2000 |
| DX-54 | | | Acer Annual Report 2015 |
| DX-55 | | | Acer Annual Report 2016 |
| DX-56 | | | Acer Annual Report 2017 |
| DX-57 | | | Acer Annual Report 2018 |
| DX-58 | | | Acer Annual Report 2019 |
| DX-59 | | | ASUS Annual Report 2017 |
| DX-60 | | | ASUS Annual Report 2018 |
| DX-61 | | | ASUS Annual Report 2019 |
| DX-62 | | | Acer Quarterly Report Q2 2020 |
| DX-63 | | | https://www.acer.com/ac/en/MY/press/2015/153926 |

| | | | |
|---|---|---|---|
| DX-64 | | | https://www.acer.com/ac/en/MY/press/2015/157378 |
| DX-65 | | | https://www.displayninja.com/acer-xg270hu-review/ |
| DX-66 | | | https://www.displayninja.com/best-gaming-monitor/ |
| DX-67 | | | https://www.ip.philips.com/data/downloadables/2/0/2/0/tv_stb-patent-list.pdf |
| DX-68 | | | https://www.amazon.com/Acer-Curved-34-inch-UltraWide-Display/dp/B0111MRT90 |
| DX-69 | | | https://www.bestbuy.com/site/acer-xg270hu-27-led-qhd-freesync-g-sync-monitor-blackorange/4434101.p?skuId=4434101 |
| DX-70 | | | https://www.newegg.com/black-metallic-gray-acer-xr341ck-bmijpphz-34/p/N82E16824106002# |
| DX-71 | | | https://www.technicolor.com/hdr |
| DX-72 | | | https://www.technicolor.com/hdr/ce-manufacturers |
| DX-73 | | | https://www.acer.com/ac/en/US/content/group/monitors |
| DX-74 | | | https://www.asus.com/us/ |
| DX-75 | | | https://www.asus.com/us/Monitors/ROG-SWIFT-PG278QR/ |
| DX-76 | | | https://www.asus.com/us/ROG-Republic-Of-Gamers/ROG-SWIFT-PG279Q/ |
| DX-77 | | | https://www.asus.com/us/Monitors/VG245H/ |
| DX-78 | | | https://www.asus.com/us/Monitors/VG248QE/ |
| DX-79 | | | https://www.asus.com/us/Monitors/VG278Q/ |
| DX-80 | | | https://www.asus.com/us/Monitors/ProArt-PA248Q/ |
| DX-81 | | | https://www.asus.com/us/Monitors/ProArt-PA328Q/ |
| DX-82 | | | https://www.asus.com/us/Monitors/ROG-Strix-XG32VQ/ |
| DX-83 | | | https://www.asus.com/us/Monitors/VS247HP/ |
| DX-84 | | | https://www.asus.com/us/Monitors/VS248HP/?SearchKey=vs248h-/ |
| DX-85 | | | https://www.asus.com/us/Monitors/VP247QG/ |

5

| | | | |
|---|---|---|---|
| DX-86 | | | https://www.asus.com/us/Monitors/MB169BPlus/ |
| DX-87 | | | https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/PG278QR/PG278QR_English_V1.pdf |
| DX-88 | | | https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/PG279/PG279_English.pdf |
| DX-89 | | | https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/VG245/VG245_English.pdf |
| DX-90 | | | https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/VG248/VG248_English.pdf |
| DX-91 | | | https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/VG278/VG278_English.pdf |
| DX-92 | | | https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/PA248Q/PA248_English.pdf |
| DX-93 | | | https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/PA328/PA328_English.pdf |
| DX-94 | | | https://dlcdnets.asus.com/pub/ASUS/mb/idx/CNL/ROG_STRIX_XG32VQ_XG32VQR_XG35VQ_English.pdf |
| DX-95 | | | https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/ASUS_VS228VS238VS247_English.pdf |
| DX-96 | | | https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/VS248/VS248_English.pdf |
| DX-97 | | | https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/VP247/VP247_english_20171114.pdf |
| DX-98 | | | https://dlcdnets.asus.com/pub/ASUS/LCD%20Monitors/MB169B/MB169_English.pdf |
| DX-99 | | | https://www.synnexcorp.com/us/about/locations/ |
| DX-100 | | | https://www.synnexcorp.com/us/about/ |
| DX-101 | | | https://www.synnexcorp.com/us/govsolv/ |
| DX-102 | | | https://www.malabs.com/company/aboutus.php |
| DX-103 | | | https://www.malabs.com/company/contactus.php |

6

| | | | |
|---|---|---|---|
| DX-104 | | | https://corp.ingrammicro.com/About-Us/At-a-Glance/By-the-Numbers.aspx |
| DX-105 | | | https://corp.ingrammicro.com/Contact-Us/Map-of-Locations.aspx |
| DX-106 | | | [GAP] |
| DX-107 | | | [GAP] |
| DX-108 | | | [GAP] |
| DX-109 | | | [GAP] |
| DX-110 | | | [GAP] |
| DX-111 | | | [GAP] |
| DX-112 | | | [GAP] |
| DX-113 | | | [GAP] |
| DX-114 | | | [GAP] |
| DX-115 | | | [GAP] |
| DX-116 | | | [GAP] |
| DX-117 | | | [GAP] |

| | | |
|---|---|---|
| DX-118 | | [GAP] |
| DX-119 | | [GAP] |
| DX-120 | | [GAP] |
| DX-121 | | [GAP] |
| DX-122 | | [GAP] |
| DX-123 | | [GAP] |
| DX-124 | | [GAP] |
| DX-125 | | [GAP] |
| DX-126 | | [GAP] |
| DX-127 | | [GAP] |
| DX-128 | | [GAP] |
| DX-129 | | [GAP] |
| DX-130 | | Lone Star Technological Innovations, LLC v Acer, Inc. and Acer America Corporation complaint, Case No. 6:15-cv-00973, ECF No. 1, filed November 10, 2015 |
| DX-131 | | Acer Press Release, "Acer Launches Gaming Monitor Enabled by AMD FreeSync Technology," 3/23/2015 (https://www.acer.com/ac/en/MY/press/2015/153926) |

| | | | |
|---|---|---|---|
| DX-132 | | | Acer Press Release, "Acer Launches World's First Curved Monitor with NVIDIA G-SYNC Technology," 4/23/2015 (https://www.acer.com/ac/en/MY/press/2015/157378) |
| DX-133 | | | https://fred.stlouisfed.org/series/AEXTAUS (annual 2016-2019) |
| DX-134 | | | https://fred.stlouisfed.org/series/EXTAUS (2020 exchange rate is average of monthly rates for Jan-August) |
| DX-135 | | | Plaintiff Lone Star Technological Innovations LLC's July 27, 2020 Response to ASUSTeK Computer Inc.'s First Set of Interrogatories |
| DX-136 | | | ASUS VG248QE Monitor including materials and packaging |
| DX-137 | | | ASUS VG245H Monitor including materials and packaging |
| DX-138 | | | Lone Star/Barco Settlement Agreement |
| DX-139 | | | ASUS Products with ODMs identified (ASUSLS00471-481) |
| DX-140 | | | Alvin Lin Deposition Exhibit 7 (previously P-71 from Lone Star's list) |
| DX-141 | | | Alvin Lin Deposition Exhibit 10 (previously P-74 from Lone Star's list) |
| DX-142 | | | Alvin Lin Deposition Exhibit 11 (previously P-75 from Lone Star's list) |

Dated: May 16, 2021            Respectfully submitted,

By:     */s/ Michael C. Ting*
Vinay V. Joshi (Calif. Bar No. 213487)
vjoshi@thepatentattorneys.com
Andrew T. Oliver (Calif. Bar No. 226098)
aoliver@atwiplaw.com
Michael C. Ting (Calif. Bar No. 247610)
mting@atwiplaw.com
Amin Turocy & Watson LLP
160 West Santa Clara Street
Suite 975
San Jose CA 95113
Telephone: (650) 618-6481
Facsimile: (216) 696-8731

Counsel for Defendant
ASUSTeK Computer Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                            /s/ *Michael C. Ting*
                                                              **Michael C. Ting**