Exhibit 1

| Bates Range | Description |
|---|---|
| LSTI-ASUS00000001-6 | Third party website selling PA32UC (https://www.bhphotovideo.com/c/product/1430401-REG/asus_pa32uc_32_16_9_wide_gamut.html) |
| LSTI-ASUS00000007-22 | Third party review of ASUS VN279QL (https://displaylag.com/asus-vn279ql-review-27-amva-low-input-lag/) |
| LSTI-ASUS00000023-26 | Third party website with various links to places to purchase ASUS VZ27VQ (https://skinflint.co.uk/asus-vz27vq-90lm03e0-b01170-a1654015.html) |
| LSTI-ASUS00000027-32 | Third party website for ASUS MX34VQ (https://www.kitguru.net/peripherals/james-morris/asus-designo-curve-mx34vq-34in-curved-monitor/4/) |
| LSTI-ASUS00000033-41 | Third party website for MX259H (https://www.reviewed.com/monitors/products/asus-mx259h) |
| LSTI-ASUS00000042-45 | Third party website for MX25AQ (https://pcmonitors.info/asus/asus-mx25aq-brings-25-inches-of-style/) |
| LSTI-ASUS00000046-49 | Third party website for MX25AQ (https://pcmonitors.info/asus/asus-mx25aq-brings-25-inches-of-style/) |
| LSTI-ASUS00000050-56 | Third party website for MX239H (https://www.displayspecifications.com/en/model/bfbef0d) |
| LSTI-ASUS00000057-63 | Third party website for MX27AQ (https://www.displayspecifications.com/en/model/c50f63a) |
| LSTI-ASUS00000064-72 | Third party website review of MZ27AQ (https://www.monitornerds.com/asus-mz27aq-preview/) |
| LSTI-ASUS00000073-77 | Third party website for MZ27AQL (https://www.provantage.com/asus-mz27aql~7ASUM06M.htm) |
| LSTI-ASUS00000078-89 | Third party website review of MB169C (http://bestpcmonitor.org/asus-mb169c-usb-type-c-portable-monitor-review/) |
| LSTI-ASUS00000090-96 | Third party website review of MG278Q (https://www.tomsguide.com/us/asus-mg278q-monitor,review-3094.html) |
| LSTI-ASUS00000097-98 | Third party website review of MG279Q (http://www.tftcentral.co.uk/reviews/asus_mg279q.htm) |
| LSTI-ASUS00000099-111 | Third party website review of MG28UQ (https://filmora.wondershare.com/4k/asus-mg28uq-4k-uhd-monitor-review.html) |
| LSTI-ASUS00000112 | Third party website review of PB277Q (https://www.rtings.com/monitor/reviews/asus/pb277q) |
| LSTI-ASUS00000113-120 | Third party website review of PB287Q (https://www.displayspecifications.com/en/model/14b763b) |
| LSTI-ASUS00000121-131 | Third party website review of XG27VQ (https://www.techspot.com/review/1487-asus-rog-strix-xg27vq/page2.html) |

| Bates Range | Description |
|---|---|
| LSTI-ASUS00000132 | Third party website review of PG248Q (https://pcmonitors.info/reviews/asus-pg248q/) |
| LSTI-ASUS00000133-135 | Third party website review of PG258Q (http://www.tftcentral.co.uk/reviews/asus_rog_swift_pg258q.htm) |
| LSTI-ASUS00000136-143 | Third party website review of PG278QR (https://www.displayspecifications.com/en/model/7e787a7) |
| LSTI-ASUS00000144-151 | Third party website for VA326H (https://www.displayspecifications.com/en/model/1fe38ee) |
| LSTI-ASUS00000152-158 | Third party website for VA32AQ (https://www.displayspecifications.com/en/model/a10883a) |
| LSTI-ASUS00000159-165 | Third party website for VC239H (https://www.displayspecifications.com/en/model/7763ef0) |
| LSTI-ASUS00000166-172 | Third party website for VC279H (https://www.displayspecifications.com/en/model/7ad8bc) |
| LSTI-ASUS00000173-178 | Third party website for VP228H (https://www.displayspecifications.com/en/model/2115813) |
| LSTI-ASUS00000179-186 | Third party website for VP247H (https://www.displayspecifications.com/en/model/606d819) |
| LSTI-ASUS00000187-193 | Third party website for VP278H (https://www.displayspecifications.com/en/model/415b816) |
| LSTI-ASUS00000194-201 | Third party website for VP278QG (https://www.displayspecifications.com/en/model/e56accf) |
| LSTI-ASUS00000202-208 | Third party website for VP28UQG (https://www.displayspecifications.com/en/model/18d1cfd) |
| LSTI-ASUS00000209-217 | Third party website review for VX238H (https://www.reviewed.com/monitors/products/asus-vx238h) |
| LSTI-ASUS00000218-224 | Third party website for VX248H (https://www.displayspecifications.com/en/model/f6861000) |
| LSTI-ASUS00000225-234 | Third party website review for MB16AC (https://www.monitornerds.com/asus-zenscreen-mb16ac-review/) |
| LSTI-ASUS00000235-242 | Third party website review for PB258Q (https://www.displayspecifications.com/en/model/3bce615) |