IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC | § § § | |
| V. | § § | CIVIL NO. 6:19-cv-00059 |
| ASUS COMPUTER INTERNATIONAL, et al | § § § | |

_____

MINUTES FOR JURY SELECTION AND FIRST DAY OF TRIAL
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
MAY 17, 2021

OPEN: 8:21 a.m.                                                                                          ADJOURN: 5:24 p.m.
_____

ATTORNEYS FOR PLAINTIFF:     John Saba, Joshua Bennett and Monica Litle

ATTORNEYS FOR DEFENDANT:  Vinay Joshi and Andrew Oliver

LAW CLERK:                             Jonathan Powers

COURTROOM DEPUTY:          Betty Schroeder

COURT REPORTER:                 Kate McAlpine
_____

| | |
|---|---|
| 8:21-8:33 a.m. | In chambers conference |
| 9:44 a.m. | Case called; parties introduce themselves and announce ready, Court welcomes everyone, introduces himself and staff and gives preliminary comments; begins voir dire |
| 9:58 a.m. | Panel members introduce themselves |
| 10:15 a.m. | Mr. Joshua Bennett introduces himself, co-counsel, client and witnesses |
| 10:16 a.m. | Court questions the panel regarding knowledge of Plaintiff's attorneys or witnesses; no response |

| | |
|---|---|
| 10:16 a.m. | Mr. Andrew Oliver introduces himself, co-counsel, client and witnesses |
| 10:19 a.m. | Court questions the panel regarding knowledge of Defendant's attorneys or witnesses; no response |
| 10:19 a.m. | Court continues with voir dire |
| 10:34 a.m. | Mr. Bennett begins voir dire for the Plaintiff |
| 10:51 a.m. | Mr. Oliver begins voir dire for the Defendant |
| 10:57 a.m. | Court asks for additional questions from the parties |
| 11:00 a.m. | Court dismisses the panel, except for those called out, for a break |
| 11:01 a.m. | Court questions the three panel members regarding their hardships; no objections from the parties; all three panel members released |
| 11:07 a.m. | Mr. Oliver questions the Court regarding a member; Mr. Bennett concurs; she is released by agreement |
| 11:09 a.m. | A member of the panel informs the Court of a medical condition; Mr. Bennett questions the panel member; Court questions the parties; no objections for him to be released |
| 11:15 a.m. | Recess |
| 11:38 a.m. | Jury announced and remaining panel members excused |
| 11:40 a.m. | Jury sworn in; Court gives preliminary comments to the jury |
| 11:45 a.m. | Recess |
| 1:07 p.m. | Outside the presence of the jury, Court and parties discuss Plaintiff's Exhibit 26; Court overrule's Defendant's objection based on authentication; Court and parties discuss Plaintiff's issue with claim 17 |
| 1:14 p.m. | Jury seated |
| 1:15 p.m. | Court gives preliminary instructions to jury |
| 1:41 p.m. | Mr. John Saba gives opening statement for Plaintiff |
| 2:00 p.m. | Mr. Oliver gives opening statement for Defendant |

| Time | Event |
|---|---|
| 2:22 p.m. | Objection by Mr. Saba; Court - will give some latitude |
| 2:31 p.m. | Court inquiries if the parties want to invoke the rule; neither party wishes to invoke the rule |
| 2:32 p.m. | Jury out |
| 2:33 p.m. | Outside the presence of the jury, Court and parties discuss the objections made during opening statements |
| 2:33 p.m. | Recess |
| 2:51 p.m. | Jury seated |
| 2:53 p.m. | Mr. Bennett calls Jesse Rice; witness sworn in |
| 2:54 p.m. | Mr. Bennett begins direct examination of Mr. Rice |
| 3:10 p.m. | Mr. Vinay Joshi begins cross examination of Mr. Rice |
| 3:19 p.m. | Objection by Mr. Bennett; Mr. Joshi will rephrase the question |
| 3:22 p.m. | Mr. Bennett begins redirect examination of Mr. Rice |
| 3:26 p.m. | Mr. Joshi begins recross examination of Mr. Rice |
| 3:28p.m. | Mr. Bennett calls Alvin Lin (will testify via remote link) |
| 3:28 p.m. | Jury excused to get the remote set up |
| 3:29 p.m. | Outside the presence of the jury, Mr. Joshi advises that the remote witness is ready and standing by along with attorney and interpreter; Mr. Bennett objects to the issue of testing with Mr. Lin; Mr. Joshi responds; Court responds - sustained |
| 4:00 p.m. | Jury seated |
| 4:01 p.m. | Court explains to the jury our delay regarding technical delays |
| 4:02 p.m. | Interpreter sworn in; Mr. Lin sworn in |
| 4:03 p.m. | Mr. Bennett begins direct examination of Mr. Lin |
| 4:29 p.m. | Objection by Mr. Joshi; Court - overruled |
| 4:33 p.m. | Objection by Mr. Joshi; Mr. Bennett responds; Court - overruled |

| | |
|---|---|
| 4:48 p.m. | Objection by Mr. Bennett; Court - sustained |
| 5:13 p.m. | Jury excused |
| 5:14 p.m. | Outside the presence of the jury; Court instructs the interpreter and witness to be back tomorrow via remote by 8:45 a.m. and instructs the witness to not have any communications with attorneys regarding his testimony |
| 5:21 p.m. | Court and parties discuss objections to be made, time remaining and parties are to try to resolve any issues that may come up overnight |
| 5:24 p.m. | Recess |