IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC | § § § | |
| V. | § § | CIVIL NO. 6:19-cv-00059 |
| ASUS COMPUTER INTERNATIONAL, et al | § § § | |

_____

MINUTES FOR THIRD DAY OF TRIAL
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
MAY 19, 2021

OPEN: 9:00 a.m.                                                                                      ADJOURN: 5:57 p.m.
_____

ATTORNEYS FOR PLAINTIFF:   John Saba, Joshua Bennett, Bradley Liddle, Monica Litle and John Lee

ATTORNEYS FOR DEFENDANT:   Vinay Joshi and Andrew Oliver

LAW CLERK:   Jonathan Powers

COURTROOM DEPUTY:   Betty Schroeder

COURT REPORTER:   Kate McAlpine
_____

| | |
|---|---|
| 9:00 a.m. | Outside the presence of the jury, Mr. Bennett advises the Court they will have charge to the Court after lunch and possible sidebar that may need to take place; Court responds |
| 9:02 a.m. | Jury seated |
| 9:03 a.m. | Mr. Saba continues with direct examination of Dr. Ducharme |
| 9:15 a.m. | Mr Joshi begins cross examination of Dr. Ducharme |
| 9:25 a.m. | Objection by Mr. Saba; Court - rephrase the question |

| Time | Event |
|---|---|
| 9:25 a.m. | Objection by Mr. Saba; Court - overruled |
| 9:26 a.m. | Objection by Mr. Saba; Court - overruled |
| 9:38 a.m. | Objection by Mr. Saba; Court - overruled |
| 9:47 a.m. | Objection by Mr. Saba; Mr. Joshi responds; Court responds |
| 9:56 a.m. | Objection by Mr. Saba; Court - rephrase the question |
| 10:09 a.m. | Objection by Mr. Saba; Court - sustained - jury will ignore the last statement |
| 10:10 a.m. | Recess |
| 10:28 a.m. | Outside the presence of the jury, Mr. Joshi informs the Court he will be using the source code; Court responds; Mr. Bennett argues for mistrial or curative instruction on redirect; Mr. Joshi responds; Court responds - will deny the request for mistrial and will either give curative instruction or Mr. Saba can read the rest of the order; Mr. Bennett would like the curative instruction to be given |
| 10:35 a.m. | Jury seated |
| 10:38 a.m. | Objection by Mr. Saba; Mr. Joshi responds; Court - overruled |
| 10:44 a.m. | Courtroom sealed |
| 10:53 a.m. | Objection by Mr. Saba; Court - rephrase the question |
| 11:12 a.m. | Objection by Mr. Saba; Court - rephrase the question |
| 11:19 a.m. | Objection by Mr. Saba; Court - sustained |
| 11:22 a.m. | Courtroom unsealed |
| 11:25 a.m. | Objection by Mr. Saba; Mr. Joshi responds; Court responds |
| 11:27 a.m. | Objection by Mr. Saba; Court - overruled |
| 11:33 a.m. | Objection by Mr. Saba; Court responds |
| 11:41 a.m. | Objection by Mr. Saba; Court responds |
| 11:44 a.m. | Objection by Mr. Saba; Court responds |
| 11:45 a.m. | Objection by Mr. Saba; Court responds |

| | |
|---|---|
| 11:59 a.m. | Objection by Mr. Saba; Court - sustained |
| 12:02 p.m. | Objection by Mr. Saba; Court - sustained |
| 12:04 p.m. | Objection by Mr. Saba; Court - sustained |
| 12:04 p.m. | Court questions Mr. Joshi; Mr. Joshi responds |
| 12:05 p.m. | Jury excused |
| 12:06 p.m. | Outside the presence of the jury, Court and parties discuss the preferred embodiment questions and curative instructions; charge will be due by 6:00 p.m. |
| 12:15 p.m. | Recess |
| 1:09 p.m. | Outside the presence of the jury, the Court and parties discuss the curative instructions to be given; Court denies as moot Plaintiff's Motion for New Trial (dkt. #214) |
| 1:16 p.m. | Jury seated |
| 1:16 p.m. | Mr. Joshi continues with cross examination of Dr. Ducharme |
| 1:33 p.m. | Objection by Mr. Saba; Court - lay a foundation |
| 1:37 p.m. | Objection by Mr. Saba; Mr. Joshi responds; Court - overruled |
| 1:45 p.m. | Mr. Saba begins redirect examination of Dr. Ducharme |
| 1:51 p.m. | Objection by Mr. Joshi; Mr. Saba responds; Court - overruled |
| 1:54 p.m. | Objection by Mr. Joshi; Court - overruled |
| 2:02 p.m. | Mr. Joshi begins recross examination of Dr. Ducharme |
| 2:09 p.m. | Mr. Saba continues with redirect examination of Dr. Ducharme |
| 2:10 p.m. | Objection by Mr. Joshi; Court - rephrase the question |
| 2:10 p.m. | Objection by Mr. Joshi; Court - overruled |
| 2:10 p.m. | Objection by Mr. Joshi; Court - lay a foundation |
| 2:11 p.m. | Objection by Mr. Joshi; Court - overruled |

| Time | Event |
|---|---|
| 2:12 p.m. | Objection by Mr. Joshi; Court - lay a foundation |
| 2:14 p.m. | Mr. Joshi continues with recross examination of Dr. Ducharme |
| 2:17 p.m. | Court gives curatives instructions to the jury |
| 2:19 p.m. | Jury excused |
| 2:19 p.m. | Outside the presence of the jury, Court and parties discuss objections to the demonstratives or slides to be used with the next witness |
| 2:31 p.m. | Recess |
| 2:47 p.m. | Jury seated |
| 2:47 p.m. | Mr. Bennett calls Glenn Perdue; witness sworn in |
| 2:48 p.m. | Mr. John Lee begins direct examination of Mr. Perdue |
| 2:55 p.m. | Mr. Lee offers Mr. Perdue as an expert in damages; no objections |
| 2:57 p.m. | Objection by Mr. Oliver; Mr. Lee responds; Court - overruled |
| 3:17 p.m. | Objection by Mr. Oliver; Court - rephrase the question |
| 3:44 p.m. | Objection by Mr. Oliver; Court - lay a foundation |
| 3:51 p.m. | Objection by Mr. Oliver; Mr. Lee responds; Court - overruled; Mr. Oliver requests a standing objection; no objection from Mr. Lee for a standing objection |
| 3:58 p.m. | Objection by Mr. Oliver; Court - overruled |
| 4:08 p.m. | Mr. Oliver begins cross examination of Mr. Perdue |
| 4:21 p.m. | Objection by Mr. Lee; Mr. Oliver responds; Court - overruled |
| 4:30 p.m. | Objection by Mr. Lee; Court - sustained |
| 4:35 p.m. | Objection by Mr. Lee; Court - rephrase the question |
| 4:37 p.m. | Objection by Mr. Lee; Court - sustained |
| 4:41 p.m. | Objection by Mr. Lee; Mr. Oliver responds; Court - overruled |
| 4:55 p.m. | Objection by Mr. Lee; Court - overruled |

| | |
|---|---|
| 5:23 p.m. | Objection by Mr. Lee; Court - overruled |
| 5:40 p.m. | Jury excused |
| 5:41 p.m. | Outside the presence of the jury, Court would like a new set of jury instructions and a joint verdict form by 10:00 a.m. tomorrow; will have charge conference at the end of the day tomorrow; Mr. Bennett advises that the Plaintiff will rests after the testimony of Mr. Perdue; Court does not want to make the jury wait in regards to hearing JMOLs - can hear them either in the morning, during breaks or at the end of the day; Mr. Joshi addresses the Court regarding Dr. Stevenson's testimony; Mr. Bennett responds; Court responds; will deal with exhibits in the morning; Mr. Oliver moves the Court to reconsider the argument made at claim construction and to clarify the claim construction; Court requests that Mr. Oliver submit a short brief by 10:00 p.m. tonight and a response by Plaintiff by 10:30 a.m. tomorrow; Court and parties discuss time remaining and schedule |
| 5:57 p.m. | Recess |