# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, | § § § |
| Plaintiff, | §  Civil Action No. 6:19-cv-00059-RWS § § **LEAD CASE** |
| v. | § § |
| ASUSTEK COMPUTER, INC. | § § § |
| Defendant. | § § |

## STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST "PROJECTOR PRODUCTS"

The parties, Lone Star Technological Innovations, LLC ("Lone Star") and Asustek Computer, Inc., hereby jointly stipulate that Lone Star's claims of patent infringement against the "Projector Products" (B1M, B1MR, E1, E1Z, P1, P2B, P2E, P3B, P3E, S1) are hereby **DISMISSED WITH PREJUDICE**.

**Approved as to form and substance**:

Attorneys for Plaintiff:       /s/ Joshua J. Bennett

Attorneys for Defendant:      /s/ Vinay V. Joshi