IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC | § § § | |
| V. | § § | CIVIL NO. 6:19-cv-00059 |
| ASUS COMPUTER INTERNATIONAL, et al | § § § | |

_____

MINUTES FOR FOURTH DAY OF TRIAL
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
MAY 20, 2021

OPEN: 8:57 a.m.                                                                                   ADJOURN: 6:15 p.m.
_____

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | John Saba, Joshua Bennett, Bradley Liddle, Monica Litle and John Lee |
| ATTORNEYS FOR DEFENDANT: | Vinay Joshi and Andrew Oliver |
| LAW CLERK: | Jonathan Powers |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Kate McAlpine |

_____

| | |
|---|---|
| 8:57 a.m. | Outside the presence of the jury, Mr. Joshi offers into evidence exhibits used thus far; no objections |
| 8:59 a.m. | Jury seated |
| 8:59 a.m. | Mr. Oliver continues with cross examination of Mr. Perdue |
| 9:13 a.m. | Objection by Mr. Lee; Court - sustained |
| 9:13 a.m. | Objection by Mr. Lee; Court - overruled |
| 9:26 a.m. | Mr. Lee begins redirect examination of Mr. Perdue |

| Time | Event |
|---|---|
| 9:41 a.m. | Mr. Oliver begins recross examination of Mr. Perdue |
| 9:48 a.m. | Mr. Lee continues with redirect examination of Mr. Perdue |
| 9:50 a.m. | Mr. Bennett announces that Plaintiff rests |
| 9:50 a.m. | Mr. Joshi calls Jaime Morquecho via video; witness sworn in |
| 9:51 a.m. | Mr. Joshi begins direct examination of Mr. Morquecho |
| 9:58 a.m. | Mr. Bennett begins cross examination of Mr. Morquecho |
| 9:58 a.m. | Objection by Mr. Joshi; Court - overruled |
| 9:59 a.m. | Mr. Joshi calls Dr. Robert Stevenson; witness sworn in |
| 10:00 a.m. | Mr. Joshi begins direct examination of Dr. Stevenson |
| 10:26 a.m. | Objection by Mr. Bradley Liddle; Court - break it up |
| 10:31 a.m. | Objection by Mr. Liddle; Court - break it up |
| 10:39 a.m. | Objection by Mr. Liddle; Court - overruled |
| 10:43 a.m. | Recess |
| 11:01 a.m. | Jury seated |
| 11:02 a.m. | Mr. Joshi continues with direct examination of Dr. Stevenson |
| 11:09 a.m. | Objection by Mr. Liddle; Mr. Joshi responds; Court - overruled |
| 11:22 a.m. | Objection by Mr. Liddle; Mr. Joshi responds; Court - overruled |
| 11:34 a.m. | Objection by Mr. Liddle; Court - overruled |
| 11:44 a.m. | Objection by Mr. Liddle; Mr. Joshi responds - will rephrase the question |
| 11:50 a.m. | Objection by Mr. Liddle; Mr. Joshi responds |
| 11:51 a.m. | Bench conference |
| 11:54 a.m. | Court - overruled |
| 11:54 a.m. | Mr. Joshi continues with direct examination of Dr. Stevenson |

| Time | Event |
|---|---|
| 12:06 p.m. | Recess |
| 1:15 p.m. | Outside the presence of the jury, Mr. Bennett advises the Court that no demonstratives were disclosed from defendant; Mr. Joshi responds; Court responds |
| 1:17 p.m. | Jury seated |
| 1:18 p.m. | Mr. Joshi continues with direct examination of Dr. Stevenson |
| 1:34 p.m. | Objection by Mr. Liddle; Court - overruled |
| 1:40 p.m. | Objection by Mr. Liddle; Court - sustained - rephrase the question |
| 1:42 p.m. | Mr. Liddle begins cross examination of Dr. Stevenson |
| 2:25 p.m. | Mr. Oliver calls Brett Reed; witness sworn in |
| 2:26 p.m. | Mr. Oliver begins direct examination of Mr. Reed |
| 2:26 p.m. | Mr. Oliver offers Mr. Reed as an expert to offer opinion testimony of patent infringement; no objections |
| 3:15 p.m. | Jury excused |
| 3:16 p.m. | Outside the presence of the jury, Mr. Lee objects to one of the slides used with Mr. Reed; Mr. Oliver responds; Court - overruled |
| 3:20 p.m. | Recess |
| 3:46 p.m. | Jury seated |
| 3:46 p.m. | Mr. Oliver continues with direct examination of Mr. Reed |
| 3:54 p.m. | Objection by Mr. Lee; Court - sustained |
| 4:40 p.m. | Mr. Lee begins cross examination of Mr. Reed |
| 4:50 p.m. | Objection by Mr. Lee; Court - rephrase the question |
| 4:54 p.m. | Objection by Mr. Lee; Court - rephrase the question |
| 4:56 p.m. | Objection by Mr. Lee; Court - sustained |
| 4:59 p.m. | Objection by Mr. Lee; Court - sustained |

| | |
|---|---|
| 5:07 p.m. | Mr. Oliver begins redirect examination of Mr. Reed |
| 5:13 p.m. | Objection by Mr. Lee; Court - rephrase the question |
| 5:14 p.m. | Objection by Mr. Lee; Court - break it up |
| 5:16 p.m. | Objection by Mr. Lee; Court - break it up |
| 5:16 p.m. | Mr. Oliver questions the Court regarding the previous objection on the slide; Court responds |
| 5:17 p.m. | Objection by Mr. Lee; Court - overruled |
| 5:18 p.m. | Mr. Oliver advises that the Defendant rests |
| 5:18 p.m. | Mr. Bennett advises that the Plaintiff rests on its entire case |
| 5:18 p.m. | Mr. Oliver rests on the evidence; will present Rule 50 motions |
| 5:18 p.m. | Court advises the jury that testimony is complete and they will begin deliberations tomorrow after instructions and opening statements |
| 5:20 p.m. | Jury excused |
| 5:20 p.m. | Outside the presence of the jury, Court questions Mr. Oliver regarding his last line of questioning; Mr. Oliver responds; Mr. Bennett responds; Court responds |
| 5: 23 p.m. | Mr. Bennett argues his Rule 50 motions |
| 5:26 p.m. | Mr. Oliver responds to argument |
| 5:28 p.m. | Mr. Oliver argues his Rule 50 motions |
| 5:32 p.m. | Court questions Mr. Oliver; Mr. Oliver responds |
| 5:33 p.m. | Mr. Oliver continues with his Rule 50 motions |
| 5:39 p.m. | Court questions Mr. Oliver; Mr. Oliver responds |
| 5:41 p.m. | Mr. Oliver continues with his Rule 50 motions |
| 5:43 p.m. | Court questions Mr. Oliver; Mr. Oliver responds |
| 5:44 p.m. | Court and parties discuss number of motions presented; Court would like the motions to be filed on the docket (by 11:00 p.m. and response by 7:00 a.m.) and taken up in |

|          |                                                                                                                                                                                  |
|----------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          | the morning                                                                                                                                                                      |
| 5:54 p.m. | Court and parties discuss jury instructions and verdict form                                                                                                                    |
| 6:13 p.m. | Court will have jury instructions out tonight or very early in the morning; objections to be placed on the record before the jury comes; 30 minutes for closing argument |
| 6:15 p.m. | Recess                                                                                                                                                                           |