IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC | § § § | |
| V. | § § | CIVIL NO. 6:19-cv-00059 |
| ASUS COMPUTER INTERNATIONAL, et al | § § § | |

_____

MINUTES FOR FIFTH DAY OF TRIAL
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
MAY 21, 2021

OPEN: 8:56 a.m.                                                    ADJOURN: 2:27 p.m.
_____

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | John Saba, Joshua Bennett, Bradley Liddle, Monica Litle and John Lee |
| ATTORNEYS FOR DEFENDANT: | Vinay Joshi and Andrew Oliver |
| LAW CLERK: | Jonathan Powers |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Kate McAlpine |

_____

| | |
|---|---|
| 8:56 a.m. | Outside the presence of the jury, the Court and parties discuss objections to the jury instructions and verdict form; parties inform the Court they will rest on their submissions in regard to Defendant's JMOLs; Court will carry the motions; Mr. Bennett argues Plaintiff's objection to a demonstrative; Mr. Oliver responds; Court sustains the objection; Mr. Oliver argues Defendant's objection to a demonstrative; Mr. Bennett responds; Court overrules the objection |
| 9:12 a.m. | Jury seated |
| 9:13 a.m. | Court gives instructions to the jury |
| 10:23 a.m. | Recess |

| | |
|---|---|
| 10:36 a.m. | Jury seated |
| 10:37 a.m. | Mr. Bennett begins closing argument for Plaintiff |
| 10:59 a.m. | Mr. Oliver gives closing argument for Defendant |
| 11:03 a.m. | Objection by Mr. Bennett; Court responds |
| 11:30 a.m. | Mr. Oliver concludes his closing argument |
| 11:40 a.m. | Jury excused to begin deliberations |
| 11:40 a.m. | Outside the presence of the jury, Court instructs the parties to stay close and to provide phone numbers |
| 11:42 a.m. | Recess |
| 2:16 p.m. | Court informs the parties a verdict has been reached; Court informs the parties about his policy regarding parties talking to the jury |
| 2:17 p.m. | Jury seated |
| 2:18 p.m | Court questions the foreperson as to whether a verdict has been reached and if it is unanimous; foreperson responds |
| 2:18 p.m. | Verdict read |
| 2:21 p.m. | Court polls the jury; all members of the jury stood; verdict accepted; Court thanks the jurors for their service |
| 2:24 p.m. | Jury released |
| 2:25 p.m. | Court asks the parties to meet and confer regarding a post-trial briefing schedule and place on the docket by next Friday |
| 2:27 p.m. | Adjourned |