1               IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF TEXAS
2                      TYLER DIVISION

3   LONE STAR TECHNOLOGICAL        )(
    INNOVATIONS, LLC,              )(
4        PLAINTIFF,                )(    CIVIL ACTION NO.
                                   )(    6:19-CV-59-RWS
5                                  )(
    VS.                            )(
6                                  )(
                                   )(    TYLER, TEXAS
7                                  )(
    ASUSTEK COMPUTER, INC.,        )(    MAY 18, 2021
8        DEFENDANT.                )(    8:54 A.M.

9                   TRANSCRIPT OF JURY TRIAL

10      BEFORE THE HONORABLE ROBERT W. SCHROEDER, III

11              UNITED STATES DISTRICT JUDGE

12
    FOR THE PLAINTIFF:       Mr. Joshua J. Bennett
13                           Mr. Bradley D. Liddle
                             Ms. Monica Litle
14                           CARTER ARNETT, PLLC
                             8150 N. Central Expressway
15                           5th Floor
                             Dallas, Texas 75206
16
                             Mr. John D. Saba, Jr.
17                           WITTLIFF & CUTTER, PLLC
                             1209 Nueces Street
18                           Austin, Texas 78701

19                           Mr. John Lee
                             BANIE & ISHIMOTO, LLP
20                           2100 Geng Road
                             Suite 210
21                           Palo Alto, California 94303

22  COURT REPORTER:         Ms. Kate McAlpine, RPR, CSR, CCR
                            Federal Official Court Reporter
23                          Texarkana Division
                            500 N. State Line Avenue
24                          Texarkana, Texas 75501

25  (Proceedings recorded by mechanical stenography, transcript
    produced on a CAT system.)

```
 1   FOR THE DEFENDANT:        Mr. Vinay V. Joshi
                               Mr. Andrew T. Oliver
 2                             AMIN, TUROCY, & WATSON
                               160 W. Santa Clara Street
 3                             Suite 975
                               San Jose, California 95113
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
| 07:54:48 | 1  | P R O C E E D I N G S                                    |
| 07:54:48 | 2  | (Jury out.)                                              |
| 08:54:05 | 3  | THE COURT:  Okay.  Let's go on the record.               |
| 08:54:08 | 4  | Good morning, everyone.  It's about 10 minutes           |
| 08:54:12 | 5  | until 9:00.  I know there were some filings overnight,   |
| 08:54:20 | 6  | including a motion for a mistrial or a curative          |
| 08:54:26 | 7  | instruction.  I do want to hear from the parties about   |
| 08:54:28 | 8  | that.                                                    |
| 08:54:29 | 9  | I don't think it's necessary that we resolve that        |
| 08:54:32 | 10 | right now.  I certainly wouldn't -- you know, assuming the |
| 08:54:40 | 11 | Court doesn't grant a mistrial, I certainly wouldn't give a |
| 08:54:44 | 12 | curative instruction during the middle of a witness's    |
| 08:54:47 | 13 | testimony, but I do think it's -- how long do we expect  |
| 08:54:51 | 14 | this witness's testimony to take?                        |
| 08:54:55 | 15 | MR. BENNETT:  I don't have any more documents to         |
| 08:54:58 | 16 | cover with Mr. Lin.  I hope 30 minutes or so, depending on |
| 08:55:05 | 17 | what happens.                                            |
| 08:55:06 | 18 | THE COURT:  Okay.  And then how long --                  |
| 08:55:11 | 19 | MR. JOSHI:  I expect my cross and my direct to be        |
| 08:55:14 | 20 | an hour and an hour and a half.                          |
| 08:55:15 | 21 | THE COURT:  Okay.  So we'll certainly get to the         |
| 08:55:18 | 22 | morning break by that point, and we can deal with the    |
| 08:55:22 | 23 | mistrial, curative instruction request.                 |
| 08:55:24 | 24 | Is there anything we need to address before we           |
| 08:55:28 | 25 | begin the witness's examination this morning?            |

08:55:31  1          MR. JOSHI:  Not for us, Your Honor.

08:55:33  2          MR. BENNETT:  No, Your Honor.

08:55:34  3          THE COURT:  Okay.  Let's have the jury brought in,

08:55:37  4   please.

08:55:38  5          COURT SECURITY OFFICER:  All rise for the jury.

08:55:42  6          (Jury in.)

08:56:28  7          THE COURT:  Please be seated.

08:56:30  8          Good morning, ladies and gentlemen of the jury.

08:56:34  9   Welcome back.  I hope you all had a pleasant evening.  I

08:56:38  10  appreciate your being here promptly so that we can start on

08:56:42  11  time, actually a little bit early this morning.

08:56:45  12          When we concluded the day yesterday, Mr. Bennett

08:56:51  13  was in his examination of the witness.

08:56:53  14          At this time, Mr. Bennett, you may continue.

08:56:56  15          MR. BENNETT:  Thank you, Your Honor.

08:56:56  16       ALFRED LIN, PLAINTIFF'S WITNESS, PREVIOUSLY SWORN

08:56:56  17              CONTINUED DIRECT EXAMINATION

08:57:00  18  BY MR. BENNETT:

08:57:00  19  Q.  Good morning, Mr. Lin -- or morning for us, I should

08:57:04  20  say.  It's probably evening for you, I would imagine.

08:57:11  21  A.  Good morning.

08:57:12  22  Q.  Just because we've spanned testimony over the day, I

08:57:18  23  just want to review where we were really briefly so we can

08:57:23  24  get on the same page this morning, okay?

08:57:37  25  A.  Okay.

08:57:44   1              MR. BENNETT:  Are you --

08:57:45   2              THE COURT:  We're working on it, Mr. Bennett.

08:58:37   3              Okay.  Let's try that, Mr. Bennett.

08:58:40   4              MR. BENNETT:  Thank you, Your Honor.

08:58:44   5              Do you have access, Denver?

08:58:50   6              We're having trouble pulling up our exhibits.

08:58:55   7    Please bear with us.

08:59:10   8              THE WITNESS:  Okay.

08:59:41   9              THE COURT:  Mr. Bennett, excuse me just a moment.

08:59:45  10    I want to ask Ms. Josh something.

08:59:48  11              Ms. Josh, are you sharing your screen, by chance?

08:59:55  12              THE INTERPRETER:  No.  No, Your Honor, no.  It's

08:59:56  13    not me.

08:59:56  14              THE COURT:  Okay.  I just wanted to verify.

09:00:18  15              THE INTERPRETER:  Your Honor, if I may, it's a

09:00:20  16    traditional Chinese on the screen, so you might need to ask

09:00:25  17    the witness.

09:00:26  18              THE COURT:  Okay.  Would you ask the witness if

09:00:30  19    he's sharing his screen?  Ms. Josh?

09:00:38  20              THE INTERPRETER:  Can you hear me, Your Honor?

09:00:40  21    Yes?

09:00:40  22              THE COURT:  Okay.  Can you ask the witness if he

09:00:44  23    is sharing his screen?

09:01:04  24              THE WITNESS:  Is that better now?

09:01:04  25              THE COURT:  Yes.

| 09:01:07 | 1 | THE WITNESS:  How about this? |

```
09:01:07   1            THE WITNESS:  How about this?

09:01:07   2            THE COURT:  That's better, but I'm not sure that

09:01:11   3   it solved it.

09:01:28   4            Just sit tight a moment.  The IT folks are trying

09:01:32   5   to force a restart, and if you'll give us just a moment,

09:01:39   6   we'll see if that will work.

09:01:49   7            THE WITNESS:  Okay.

09:02:34   8            THE COURT:  Ms. Josh, I am --

09:02:34   9            THE INTERPRETER:  Yes, Your Honor?

09:02:36  10            THE COURT:  -- I am informed that the witness is,

09:02:40  11   in fact, sharing his screen, and that's what's creating the

09:02:45  12   problem.

09:02:45  13            Can you ask him to make sure he's not?

09:02:47  14            THE WITNESS:  Okay.  I got it, but I'm not sure

09:03:40  15   how to enable or disable the sharing feature, and I see

09:03:44  16   right here on my screen there's one arrow on the right --

09:03:49  17   far right of my side, is that the one that I should disable

09:03:53  18   to make it color red?  That's the way that I will stop

09:03:58  19   sharing; is that right?

09:04:00  20            THE COURT:  Let's see -- it's the only thing I can

09:04:01  21   suggest.  Let's try that.

09:04:05  22            THE WITNESS:  Okay.

09:04:11  23            THE COURT:  That should do it, Mr. Bennett.

09:04:14  24            MR. BENNETT:  Thank you.

09:04:17  25            THE WITNESS:  Okay.
```

09:04:21   1          THE COURT:  Let's try that.

09:04:22   2          MR. BENNETT:  Okay.  Thank you, Your Honor.

09:04:24   3  BY MR. BENNETT:

09:04:24   4  Q.  Yesterday, Mr. Lin, I just -- like I said before, I

09:04:28   5  want to just kind of review where we were since we've all

09:04:32   6  had an evening to sleep, get on the same page, and get back

09:04:36   7  into some of the documents we need to look at today.

09:04:39   8          But, first, we looked at Plaintiff's Trial

09:04:44   9  Exhibit 13, which was the email between you and an ASUS

09:04:48   10  project manager.

09:04:49   11          Do you remember that?

09:05:16   12  A.  Yes.

09:05:17   13  Q.  And we talked about how ASUS requests features like

09:05:21   14  those listed in 7, 8, and 9 and implemented those features

09:05:26   15  in its display products.

09:05:28   16          Do you remember that?

09:05:38   17  A.  Yes.

09:05:54   18  Q.  Okay.  Then we looked at Plaintiff's Exhibit 14A, which

09:06:00   19  was that FAQ page that discussed 6-axis color independent

09:06:05   20  control.

09:06:06   21          Remember that?

09:06:27   22  A.  Yes.

09:06:27   23  Q.  And right there at the middle of that page, there was

09:06:30   24  those products listed that the FAQ -- strike that.

09:06:31   25          Right there in the middle of the page, there's a

| | | |
|---|---|---|
| 09:06:34 | 1 | listing of products to which the FAQ, F-A-Q, applies. |
| 09:06:40 | 2 | Do you remember that discussion? |
| 09:07:02 | 3 | A.  Yes. |
| 09:07:03 | 4 | Q.  Okay.  We talked about the first -- strike that. |
| 09:07:06 | 5 | We looked at the user guide for the first product |
| 09:07:10 | 6 | listed there, which is PA248. |
| 09:07:17 | 7 | Do you remember that? |
| 09:07:24 | 8 | A.  Yes. |
| 09:07:24 | 9 | Q.  Okay.  Now what I want to do is go to -- talk about |
| 09:07:28 | 10 | just a -- two more of the products listed in that product |
| 09:07:30 | 11 | listing, PA328 and PA329, okay? |
| 09:07:46 | 12 | A.  Okay. |
| 09:07:46 | 13 | Q.  So let me take you to Plaintiff's Exhibit 15 and |
| 09:07:59 | 14 | specifically to Page 20 of the overall documents marked 3-2 |
| 09:08:16 | 15 | within the user manual. |
| 09:08:18 | 16 | Do you see that, sir? |
| 09:08:31 | 17 | A.  I can see the picture right now. |
| 09:08:34 | 18 | Q.  Okay.  And this is the part of the manual that |
| 09:08:38 | 19 | instructs ASUS users on how to adjust the settings on -- in |
| 09:08:43 | 20 | their stream, correct? |
| 09:09:13 | 21 | A.  The fonts are very small.  Is it possible for you to |
| 09:09:16 | 22 | help me to enlarge the portion we are going to discuss, |
| 09:09:21 | 23 | please? |
| 09:09:22 | 24 | Q.  Yes.  This is not an eye exam.  I'm happy to bring it |
| 09:09:27 | 25 | up. |

09:09:27   1          MR. BENNETT:  If you could bring up that table,

09:09:29   2   Denver.  That's what I wanted to focus on, the function,

09:09:29   3   brightness contrast.

09:09:37   4   BY MR. BENNETT:

09:09:37   5   Q.  Do you see that better, sir?

09:09:42   6   A.  Thank you.  Yes.

09:09:47   7   Q.  Okay.  In this table, ASUS is showing its users that

09:09:55   8   they can change saturation under certain user modes, right?

09:10:02   9   If you look at the far right-hand column and the row for

09:10:07  10   saturation, it shows users, if they want to change

09:10:10  11   saturation, they've got to go into User Mode 1 or User

09:10:16  12   Mode 2, right?

09:10:43  13   A.  Yes, I can see that.

09:10:45  14   Q.  All right.  And that's at -- so if users are to

09:10:49  15   follow -- strike that.

09:10:50  16          If users followed ASUS's instructions in this

09:10:54  17   manual, they could adjust the saturation settings under

09:10:59  18   User Mode 1 or User Mode 2, right?

09:11:06  19   A.  Yes.

09:11:26  20   Q.  And same question for hue.  If the user -- if the user

09:11:33  21   follows the instructions of this manual, they can go into

09:11:37  22   User Mode 1 or 2 and change the hue, as well?

09:11:44  23   A.  Yes.

09:11:58  24   Q.  And then on the following page, ASUS teaches its users

09:12:05  25   about how to specifically change the hue and saturation in

09:12:16   1   the monitor settings, right?

09:12:33   2   A.  Would you please enlarge the portion we're discussing

09:12:36   3   now, please?

09:12:37   4   Q.  Sure.  Actually, I misstated.  I said the following

09:12:40   5   page.  It's the following page in my binder but not in the

09:12:44   6   manual.

09:12:48   7            MR. BENNETT:  Let me go two pages -- two pages

09:12:49   8   over, please.

09:12:49   9   BY MR. BENNETT:

09:12:59  10   Q.  So here in this manual, ASUS instructs users how to set

09:13:04  11   a desired -- set a color setting from the On-Screen-Display

09:13:11  12   menu, right?

09:13:24  13   A.  From what I see on the screen, yes.

09:13:28  14   Q.  Okay.  And below that, one of the bullet-pointed

09:13:31  15   settings, and it's similar to one we've seen already, is

09:13:36  16   advanced setting, and it teaches users how to change the

09:13:40  17   6-axis hue adjustment, right?

09:14:00  18   A.  Yes.

09:14:01  19   Q.  And it also teaches users how to change the 6-axis

09:14:06  20   saturation adjustment if they wanted to change that

09:14:10  21   setting, too?

09:14:10  22   A.  It's written in a very simple way.  However, I don't

09:14:44  23   believe I can use a yes or no to answer your question.

09:14:51  24   Q.  Let me rephrase.

09:14:53  25            The purpose of Section 3 --

09:14:56  1            MR. BENNETT:  If you can zoom out, Denver.

09:14:56  2  BY MR. BENNETT:

09:15:00  3  Q.  -- of this user manual is to tell users, instruct them

09:15:04  4  on how to change the color settings in their display,

09:15:08  5  right?

09:15:09  6  A.  It shows the functionality here.  However, I don't

09:15:50  7  believe there's any teaching here for them to follow

09:15:53  8  "how-to" procedures.

09:16:01  9            MR. BENNETT:  Can you blow up that screenshot,

09:16:04  10  please, Denver?

09:16:04  11  BY MR. BENNETT:

09:16:13  12  Q.  Now, that's a screenshot from an ASUS monitor, isn't

09:16:18  13  it, Mr. Lin?

09:16:20  14  A.  It appears so.

09:16:37  15  Q.  Do you have any reason to doubt that this ASUS manual

09:16:40  16  is showing an ASUS On-Screen-Display screenshot?

09:16:48  17  A.  The reason -- I said it appears so.  However, I will

09:17:24  18  not be able to verify is because that we had several

09:17:29  19  versions for different period of time and for different

09:17:33  20  models.  That's why I cannot tell for sure.

09:17:39  21  Q.  Mr. Lin, we're talking about the 3 -- PA328 model right

09:17:44  22  now.  Are you still with me?

09:17:48  23  A.  That's right.  What I am seeing right now on the screen

09:18:03  24  is the manual for the specific one, yes.

09:18:06  25  Q.  Okay.  So this is the menu screen for the PA328,

09:18:12    1   correct?

09:18:13    2   A.  It appears as so.  However, I have to explain here.

09:18:55    3        We had adopted two different procedures for this.

09:19:01    4   One was a screenshot only.  The other one was to rejoin

09:19:08    5   everything.  So I'm not sure which one this should be.

09:19:12    6        MR. BENNETT:  Your Honor, I object and move to

09:19:15    7   strike that answer as nonresponsive.

09:19:17    8        THE COURT:  I'll sustain the objection.

09:19:26    9        MR. JOSHI:  Your Honor, may I note a -- my

09:19:33   10   response objection?

09:19:34   11        I believe he is just telling the truth answering

09:19:36   12   the question.

09:19:36   13        THE COURT:  I understand.  He has given him

09:19:39   14   multiple opportunities to respond, and I'll sustain the

09:19:42   15   objection and strike the -- strike the response.

09:19:45   16        Ask your next question.

09:19:47   17        MR. BENNETT:  Thank you, Your Honor.

09:19:47   18   BY MR. BENNETT:

09:19:49   19   Q.  Let me try it this way, Mr. Lin.  When the manual

09:19:54   20   says --

09:19:54   21        MR. BENNETT:  Back out to the subpoint, please,

09:19:57   22   Denver.

09:19:57   23   BY MR. BENNETT:

09:19:58   24   Q.  When the manual says set a desired color setting from

09:20:02   25   this menu, "this menu" is referring to that screenshot,

09:20:06  1  right?

09:20:25  2  A.  From what I can see on the screen, yes.

09:20:27  3  Q.  Okay.  And two up -- one up from the bottom -- or two

09:20:32  4  up from the bottom on that screenshot, there's a listing

09:20:36  5  for advanced settings.

09:20:38  6       Do you see that?

09:20:40  7  A.  Yes, I can see that.

09:20:46  8  Q.  Okay.

09:20:47  9       MR. BENNETT:  Can you zoom back out, please, and

09:20:50  10  go to the advanced setting bullets?

09:20:50  11  BY MR. BENNETT:

09:20:55  12  Q.  So what the manual is telling the user and what ASUS is

09:21:00  13  specifically telling and instructing users is that if you

09:21:04  14  want to adjust the 6-axis hue adjustment, you will find

09:21:10  15  that adjustment under the advanced setting menu, right?

09:21:33  16  A.  Yes.

09:21:33  17  Q.  Right.  And that makes sense because this series of

09:21:39  18  products, the PA series, in this case, the PA328, is a

09:21:44  19  high-end monitor, right?

09:21:49  20  A.  Instead of that, we actually defined it as a

09:22:08  21  professional series.

09:22:10  22  Q.  Right.  And professional series means you charge a lot

09:22:13  23  more for this than you would a different model that you

09:22:18  24  sell at Walmart, right?

09:22:39  25  A.  We also have other gaming type of monitors, also pretty

09:22:46  1  expensive.

09:22:47  2       MR. BENNETT:  Your Honor, I move to strike that

09:22:51  3  answer as nonresponsive.

09:22:52  4       THE COURT:  I'll sustain the objection and strike

09:22:54  5  the response.

09:22:54  6  BY MR. BENNETT:

09:22:59  7  Q.  Let me try it this way.  The PA328 is a monitor -- is

09:23:07  8  one of the monitors that costs the most that ASUS sells,

09:23:11  9  it's one of the highest-priced monitors that ASUS sells,

09:23:15  10  right?

09:23:40  11  A.  My answer will be no.

09:23:41  12  Q.  Your answer is no?

09:23:43  13       I just want to make sure I understood correctly.

09:23:46  14  Your answer is, no, this is not one of the monitors that

09:23:49  15  ASUS charged -- is one of the -- ASUS's higher-priced

09:23:54  16  monitors.

09:24:04  17  A.  Well, if you were just asking whether it's a one of

09:24:15  18  those, my answer will be, yes, it was one of those

09:24:21  19  higher-priced.

09:24:22  20  Q.  Okay.  And as one of those higher-priced models,

09:24:28  21  the 6-axis control feature is a feature that ASUS

09:24:32  22  specifically posts on its website and advertises to

09:24:37  23  consumers, right?

09:24:40  24  A.  The majority of these series were -- are equipted [sic]

09:25:14  25  with this functionality.

09:25:16  1        MR. BENNETT:  Your Honor, I move to strike that

09:25:18  2  answer as nonresponsive.

09:25:29  3        MR. JOSHI:  May I please have the question read

09:25:32  4  back to me?

09:25:33  5        THE COURT:  No, just rephrase the question, and

09:25:36  6  let's give him a opportunity to answer.

09:25:39  7  BY MR. BENNETT:

09:25:39  8     My question is, sir:  The 6-axis control, hue,

09:25:44  9  saturation, is a feature ASUS specifically advertises to

09:25:49 10  these consumers for their use in ASUS display products,

09:25:56 11  right?

09:26:12 12  A.  Yes, for these series.

09:26:32 13  Q.  Okay.  I want to look at one more of these series,

09:26:37 14  which is the PA329.

09:26:39 15        MR. BENNETT:  Go to Plaintiff's Exhibit 69,

09:26:43 16  please, Denver.

09:26:43 17  BY MR. BENNETT:

09:26:57 18  Q.  Can you see that okay, Mr. Lin?

09:26:59 19  A.  Yes, I can.

09:27:05 20  Q.  All right.  This is another one of the professional

09:27:08 21  series, right?  Professional Artist Series?

09:27:20 22  A.  From the screen, yes.

09:27:22 23  Q.  Okay.  And this particular model, the PA329 has been

09:27:27 24  selling pretty good, hasn't it?

09:27:30 25  A.  Well, I cannot answer that question because I am not a

```
09:27:46   1   sales.
09:27:48   2   Q.  Do you remember when we took your deposition in
09:27:50   3   November of 2020, Mr. Lin?
09:28:06   4   A.  Yeah, we did discuss yesterday that there was a
09:28:10   5   deposition like this, yes.
09:28:11   6   Q.  And when you took that deposition, you swore to tell
09:28:15   7   the truth, didn't you, sir?
09:28:17   8   A.  Yes.
09:28:25   9   Q.  And you did tell the truth, right?
09:28:28  10   A.  Right.
09:28:33  11   Q.  And during that deposition, we asked you if you were
09:28:38  12   familiar with the PA329 series monitor.  Do you remember
09:28:44  13   what your answer was?
09:29:01  14   A.  Excuse me.  I don't think that I remember what my
09:29:04  15   answer was.
09:29:11  16   Q.  On page 17, lines 21 through 24, your answer was:
09:29:15  17   "This is one of the monitor in our PA series.  It's been
09:29:19  18   selling pretty good."
09:29:37  19        And you stand by that testimony now, don't you?
09:29:45  20   A.  I forgot how I answered at that time.
09:29:48  21   Q.  That wasn't my question, sir.  My question is:  You
09:30:00  22   stand by that testimony today in front of this jury, right?
09:30:21  23   A.  Of course.  And I told you the truth during the
09:30:27  24   deposition taken of me.  I just don't recall right now what
09:30:33  25   I may have said in that deposition.
```

09:30:37  1   Q.  But your deposition testimony in November of 2020 was

09:30:42  2   different from what you first told me today in front of

09:30:45  3   this jury, wasn't it?

09:31:07  4   A.  I'm sorry.  I really forgot what I said during the

09:31:12  5   deposition held on November 30th.

09:31:16  6   Q.  Fair enough.

09:31:20  7           MR. BENNETT:  Let's, Denver, go to Plaintiff's

09:31:24  8   Exhibit 69, to page, Bates 121, please.

09:31:24  9   BY MR. BENNETT:

09:31:37  10  Q.  And I don't want to belabor the point, Mr. Lin, and I'm

09:31:41  11  not going to spend a lot of time here, but can we agree

09:31:45  12  that the instructions here are very similar to the manual

09:31:48  13  we just looked at, the PA328?

09:32:07  14  A.  Yes, similar.

09:32:08  15  Q.  Okay.

09:32:15  16          MR. BENNETT:  Let me flip to page 127, Denver,

09:32:21  17  please.

09:32:21  18  BY MR. BENNETT:

09:32:23  19  Q.  It's another one of those troubleshooting FAQs from the

09:32:27  20  monitor manual.

09:32:28  21          So we talked about one of these toward the end of

09:32:53  22  the day yesterday, and I just wanted to review quickly --

09:32:53  23  just, again, review what the purpose is and then one

09:32:53  24  specific or two -- a couple of pieces of this particular

09:32:54  25  FAQ.

09:32:54   1          So, first, we still agree today, don't we,

09:32:55   2   Mr. Lin, that the purpose of the troubleshooting FAQ is for

09:33:00   3   ASUS to instruct purchasers, users of the display on how to

09:33:04   4   solve potential problems they may run into with their

09:33:08   5   display product?

09:33:39   6   A.  Yes, that's the purpose, right.

09:33:42   7   Q.  Okay.  And, again, for the sake of time, I want to skip

09:33:47   8   just down to the third one from the bottom:  Screen image

09:33:52   9   has color defects.  And we talked about this yesterday, but

09:34:10   10  what ASUS is telling users to do here is if their screen

09:34:14   11  has color defects in it, they should adjust the RGB control

09:34:23   12  settings, right?

09:34:39   13  A.  Yes.

09:34:39   14  Q.  All right.  I want to take you to a little different

09:34:46   15  product now.

09:34:47   16         MR. BENNETT:  Denver, go to 26-76.

09:34:47   17  BY MR. BENNETT:

09:35:15   18  Q.  Do you see the user guide for the VG248?

09:35:25   19  A.  From the screen, I can see it.

09:35:26   20  Q.  Okay.  And this particular display model is what's

09:35:34   21  known as a 3-axis model, right?

09:35:58   22  A.  No.

09:35:58   23  Q.  Do you know what a 3-axis model is, Mr. Lin?

09:36:03   24  A.  I know the difference between 3-axis from 6-axis.

09:36:13   25  Q.  Okay.  In a 3-axis display, the color inputs are red,

09:36:21  1   green, and blue, right?

09:36:30  2   A.  Yes, for the models using 3-axis color control.

09:36:46  3   Q.  Okay.

09:36:47  4        MR. BENNETT:  Let's skip, Denver, to 6997, please.

09:36:47  5   Right near that feather -- actually, sorry, just blow up

09:36:47  6   that whole -- thanks.

09:36:47  7   BY MR. BENNETT:

09:37:25  8   Q.  Can you see that Section 2 under Color, Mr. Lin?

09:37:25  9   A.  Yes.

09:37:27  10  Q.  All right.  In this section under the heading of

09:37:38  11  Number 2 Header, ASUS tells its users you can adjust

09:37:42  12  brightness, contrast, saturation, color temp, skin tone,

09:37:47  13  and smart view from this menu, right?

09:38:12  14  A.  Yes, I can see that.

09:38:13  15  Q.  All right.  And "this menu" means the menu adjacent to

09:38:20  16  those colors, the one pictured there in the manual?

09:38:32  17  A.  It appears so.

09:38:36  18  Q.  Okay.  I want to focus now on -- there's this little --

09:38:43  19  looks like a feather to me down below.  And just for your

09:38:56  20  benefit, I'll read this so the translator can translate it

09:38:59  21  for you:  In the user mode, colors of R, red; G, green; and

09:39:05  22  B, blue, are user configurable?

09:39:33  23  A.  Yes.

09:39:33  24  Q.  And then it says:  The adjusting range is from 0 to

09:39:42  25  100.

09:39:43   1   A.   Yes.

09:39:44   2   Q.   So if an ASUS user who purchased this particular model,

09:39:48   3   the VG248, followed these instructions, they can put the

09:39:56   4   monitor in user mode and adjust R from 0 to 100?

09:40:22   5   A.   Yes.

09:40:22   6   Q.   They could adjust green from 0 to 100?

09:40:30   7   A.   Yes.

09:40:33   8   Q.   And they could adjust blue from 0 to 100?

09:40:40   9   A.   Yes.

09:40:44  10   Q.   All right.   And then as we saw before with this 6-axis

09:40:49  11   manual --

09:40:50  12        MR. BENNETT:   Go to 7001, please.

09:40:50  13   BY MR. BENNETT:

09:40:57  14   Q.   -- we have a troubleshooting FAQ in this manual.   Can

09:41:10  15   you see that?

09:41:11  16   A.   Yes, I can see that.

09:41:15  17   Q.   All right.   And just like before, in this three-color

09:41:20  18   product, RGB, ASUS tells the user that if they have

09:41:25  19   problems -- if the screen image has color defects, one of

09:41:30  20   the solutions is to adjust the RGB color settings to

09:41:35  21   improve the color defects, right?

09:42:12  22   A.   Well, hard for me to answer that question.   So your

09:42:15  23   question is actually referring to the white balance

09:42:18  24   feature.

09:42:22  25   Q.   Well, let's -- let's go back.   Let's go back to

| | | |
|---|---|---|
| 09:42:30 | 1 | Exhibit 15. |
| 09:42:39 | 2 | MR. BENNETT:  Page 311 or 29, Denver. |
| 09:42:39 | 3 | BY MR. BENNETT: |
| 09:42:52 | 4 | Q.  We talked about this one already, right?  This is the |
| 09:42:56 | 5 | same Troubleshooting FAQ we just saw, didn't we? |
| 09:43:02 | 6 | A.  Yes. |
| 09:43:08 | 7 | Q.  All right.  And in this 6-axis monitor, users can |
| 09:43:13 | 8 | experience color defects in their monitors, right? |
| 09:43:18 | 9 | A.  To this specific question, my answer would be no. |
| 09:43:36 | 10 | Q.  My specific question was:  Users of 6-axis products can |
| 09:43:43 | 11 | experience color defects with their monitors? |
| 09:44:01 | 12 | A.  To this specific question, my answer remains no. |
| 09:44:13 | 13 | Q.  Just so I'm clear, my specific question is, you're |
| 09:44:17 | 14 | saying, no, ASUS users don't experience color defects with |
| 09:44:25 | 15 | their monitors? |
| 09:44:30 | 16 | MR. JOSHI:  Objection, that's a |
| 09:44:49 | 17 | mischaracterization of his testimony. |
| 09:44:50 | 18 | THE COURT:  Overruled. |
| 09:45:13 | 19 | A.  Well, I can explain a little here.  To my |
| 09:45:18 | 20 | understanding, this cannot be called a color defect. |
| 09:45:24 | 21 | MR. BENNETT:  Your Honor, I move to strike that |
| 09:45:27 | 22 | answer as nonresponsive. |
| 09:45:29 | 23 | THE COURT:  I'm going to overrule that.  I -- |
| 09:45:31 | 24 | you can rephrase the question, perhaps, but I don't think |
| 09:45:34 | 25 | it's -- |

09:45:34  1           MR. BENNETT:  Okay.

09:45:35  2           THE COURT:  -- nonresponsive.

09:45:35  3  BY MR. BENNETT:

09:45:36  4  Q.  Let me try this -- let me try it this way.

09:45:38  5           MR. BENNETT:  Denver, take the exhibit down,

09:45:38  6  please.

09:45:38  7  BY MR. BENNETT:

09:45:55  8  Q.  Okay.  There's no exhibit up.  I'm talking just

09:45:59  9  generally.

09:46:00  10          When a user buys --

09:46:02  11          MR. BENNETT:  Go ahead, Ms. Josh.  I -- excuse me.

09:46:05  12  Go ahead.

09:46:05  13  BY MR. BENNETT:

09:46:14  14  Q.  When a user buys an ASUS product, one of the problems

09:46:17  15  that they can encounter is color defects in their monitors,

09:46:22  16  right?

09:46:40  17  A.  It's probably the user just do not like the color --

09:46:55  18  the color setting because they dislike the color, so they

09:47:00  19  wish to make adjustments.

09:47:05  20  Q.  Oh, sure.  I understand that.  Sometimes users want to

09:47:09  21  adjust the colors on their monitor to suit their --

09:47:13  22  whatever it is that they want.  They want to enhance one

09:47:17  23  particular color or another, right?

09:47:24  24  A.  That's right.  That's right, that question.

09:47:38  25  Q.  Okay.  But my questions are a little bit different.

09:47:42  1          Let me try it this way.  Sometimes with prolonged
09:47:46  2    use of a monitor, the colors can skew, or you can get a
09:47:51  3    defect in a particular color type, right?
09:48:11  4    A.  I do not deny that there is a possibility for that.
09:48:16  5    Q.  Okay.  And so when users experience that problem, they
09:48:23  6    like to go to ASUS's user manual to find solutions to that
09:48:31  7    problem, right?
09:48:32  8    A.  Well, some users would, but some other users may have
09:48:56  9    some basic knowledge of how to do that themselves.
09:49:00 10    Q.  Oh, sure.  But some users -- we agree, some users will
09:49:06 11    go back to the user manual, right?
09:49:08 12    A.  I cannot -- I cannot deny that, that it's true that
09:49:29 13    some users would refer to the manual.
09:49:33 14    Q.  And for those users, ASUS provides the Troubleshooting
09:49:39 15    FAQ, right?
09:49:42 16    A.  Well, they can go to the troubleshooting section to
09:49:58 17    resolve the problems.
09:49:59 18    Q.  And users may experience problems with a variety of
09:50:04 19    colors, whether it's red, green, or blue, right?
09:50:08 20    A.  Well, my answer would be, yes, because each individual
09:50:35 21    user, they may have their own requirement.
09:50:40 22    Q.  And so color defects aren't limited to the color of
09:50:45 23    white, right?  Could be other colors?
09:50:47 24    A.  Well, from a professional perspective, a white color
09:51:11 25    would be used for references.

09:51:14   1   Q.   Okay.  Last question for now, Mr. Lin.

09:51:24   2        ASUS users choose ASUS products because ASUS

09:51:33   3   supplies options for them to customize the color settings

09:51:38   4   on their monitors, right?

09:51:42   5   A.   Well, I will say this 3-axis or 6-axis feature are one

09:52:24   6   of the common features that ASUS provide.  However, the

09:52:31   7   reason ASUS users choose ASUS products was not only for

09:52:37   8   that.

09:52:38   9   Q.   Oh, I agree.  There's lots of other reasons.  But

09:52:41   10  that's at least one of their reasons or a common reason?

09:52:44   11  A.   To this specific question, I can say, yes.

09:53:05   12  Q.   All right.  And that includes --

09:53:08   13       MR. BENNETT:  If you put up 14A again, please.

09:53:08   14  BY MR. BENNETT:

09:53:21   15  Q.   -- features like color independent control?

09:53:44   16  A.   Are you asking me whether this specific feature, color

09:53:52   17  independent control, is one of the features contained in

09:53:57   18  ASUS products?

09:53:59   19  Q.   It's a little different than that.  It's one of the

09:54:03   20  features that ASUS users like about ASUS products.

09:54:09   21  A.   Well, that is one of our features for our product.

09:54:36   22  However, I do not know how to answer a question regarding

09:54:44   23  what's the customers' preference.

09:54:48   24  Q.   Well, is it safe to say that ASUS markets features that

09:54:54   25  it thinks customers like?

09:54:57  1   A.  Because I'm not in charge of the marketing section,

09:55:28  2   that's why I cannot answer that question either.

09:55:32  3   Q.  Fair enough, Mr. Lin.  Thank you for your time.

09:55:35  4           MR. BENNETT:  I'll pass, Your Honor.

09:55:37  5           THE COURT:  Cross-examination?

09:55:38  6           MR. JOSHI:  Yes, Your Honor.  Cross-examination

09:55:39  7   and also my direct here, Your Honor.

09:55:43  8           MR. BENNETT:  We agreed for the sake of time to

09:55:46  9   allow that.

09:55:51  10          THE COURT:  Fair enough.

09:55:58  11                      CROSS-EXAMINATION

09:55:58  12  BY MR. JOSHI:

09:55:59  13  Q.  Good morning, Mr. Lin.

09:56:10  14  A.  Good morning.

09:56:10  15  Q.  What time is it in Taipei?

09:56:13  16  A.  10:56 p.m.

09:56:15  17  Q.  Well, thank you.  Thank you for staying up today.

09:56:22  18  A.  You're welcome.

09:56:23  19  Q.  Would you tell us about your academic background?

09:56:30  20  A.  I graduated from National Taiwan University,

09:56:53  21  Electronics Research Institute.  I have a master degree.

09:57:00  22  Q.  And you started working at ASUS in 1996.  Do you recall

09:57:04  23  saying that yesterday?

09:57:12  24  A.  Yes.

09:57:13  25  Q.  And since you joined ASUS in 1996, have you always been

09:57:21  1   in an engineering function with the company?

09:57:31  2   A.  I have always been in an engineering function with the

09:57:45  3   company.

09:57:46  4   Q.  And when you first started at the entry level at ASUS,

09:57:51  5   what was your title?

09:58:00  6   A.  Engineer.

09:58:03  7   Q.  And what is your job title now?

09:58:06  8   A.  Division director.

09:58:14  9   Q.  Are there engineers that work for you, meaning direct

09:58:21  10  reports to you?

09:58:22  11  A.  Yes.

09:58:29  12  Q.  How many engineers report to you directly?

09:58:33  13  A.  Seven.

09:58:43  14  Q.  Do you have any function in customer service at ASUS?

09:59:01  15  A.  No.

09:59:01  16  Q.  Do you have any function in the department at ASUS that

09:59:07  17  writes technical documents or user guides -- strike that

09:59:11  18  question.  I didn't mean to say...

09:59:13  19          Do you have any function in the ASUS department

09:59:19  20  that writes user guides?

09:59:21  21  A.  No.

09:59:37  22  Q.  Yesterday, there was a discussion between you and

09:59:45  23  Mr. Bennett about companies called ODMs.

09:59:51  24          Do you recall that?

10:00:04  25  A.  Yes.

| | | |
|---|---|---|
| 10:00:05 | 1 | Q.  Is ODM an acronym for original device manufacturer? |
| 10:00:19 | 2 | A.  Yes. |
| 10:00:22 | 3 | MR. JOSHI:  May I please have DX-139? |
| 10:00:22 | 4 | (Off the record discussion.) |
| 10:00:22 | 5 | BY MR. JOSHI: |
| 10:01:17 | 6 | Q.  And so I see a list here.  Do you see a company named |
| 10:01:26 | 7 | SolidPro Technology Corporation? |
| 10:01:34 | 8 | A.  Yes. |
| 10:01:35 | 9 | Q.  Then if we go down a little bit, do you see a company |
| 10:01:39 | 10 | called Coretronic Corporation? |
| 10:01:50 | 11 | A.  Yes. |
| 10:01:50 | 12 | Q.  And if we go down a few more rows, there is a Qisda |
| 10:02:11 | 13 | Corporation? |
| 10:02:11 | 14 | A.  Yes. |
| 10:02:17 | 15 | MR. JOSHI:  Can you keep scrolling down slowly? |
| 10:02:17 | 16 | BY MR. JOSHI: |
| 10:02:22 | 17 | Q.  Then there is a TPV Technology, Limited.  Do you see |
| 10:02:28 | 18 | that? |
| 10:02:31 | 19 | A.  Yes. |
| 10:02:32 | 20 | Q.  And are all of these companies ODMs? |
| 10:02:36 | 21 | MR. BENNETT:  Objection.  Objection, leading, |
| 10:02:39 | 22 | foundation. |
| 10:02:40 | 23 | THE COURT:  Can you rephrase the question so that |
| 10:02:42 | 24 | it's not leading? |
| 10:02:42 | 25 | BY MR. JOSHI: |

10:02:45   1    Q.  What is the relationship between ASUS and these

10:02:48   2    companies?

10:03:02   3    A.  Our products were entrusted with those companies to

10:03:07   4    manufacture.

10:03:09   5    Q.  Is it your testimony, sir, that the products that ASUS

10:03:17   6    sells are actually manufactured by these companies?

10:03:23   7            MR. BENNETT:  Objection.  Leading.

10:03:25   8            THE COURT:  Sustained.  Rephrase the question.

10:03:25   9    BY MR. JOSHI:

10:03:34   10   Q.  You discussed some products with Mr. Bennett yesterday

10:03:39   11   and today, correct, for example, PA328, PA329?  Do you

10:03:51   12   recall having that discussion?

10:04:07   13   A.  Yes.

10:04:07   14   Q.  Who makes those products for ASUS?

10:04:12   15   A.  By those ODM suppliers here.

10:04:22   16   Q.  And whose brand name is actually on the products?

10:04:37   17   A.  The brand belongs to ASUS.

10:04:40   18   Q.  In your job function, do you have interactions with

10:04:49   19   ODMs?

10:04:50   20   A.  Yes.

10:04:53   21   Q.  You discussed several products with Mr. Bennett

10:05:03   22   yesterday and today.  Are you familiar with operations of

10:05:06   23   those products?

10:05:08   24   A.  Basically familiar.

10:05:25   25   Q.  Okay.

| | | |
|---|---|---|
| 10:05:29 | 1 | MR. JOSHI:  Can we please have P-262 -- 26-2. |
| 10:05:29 | 2 | BY MR. JOSHI: |
| 10:05:56 | 3 | Q.  Mr. Lin, I'll represent to you this document is a user |
| 10:06:01 | 4 | guide for products C620A. |
| 10:06:07 | 5 | MR. BENNETT:  Objection, Your Honor.  Improper |
| 10:06:10 | 6 | predicate. |
| 10:06:12 | 7 | THE COURT:  Can you lay a foundation for it, |
| 10:06:15 | 8 | Mr. Joshi? |
| 10:06:15 | 9 | MR. JOSHI:  Sure. |
| 10:06:15 | 10 | BY MR. JOSHI: |
| 10:06:18 | 11 | Q.  Mr. Lin, this document was produced in this litigation |
| 10:06:21 | 12 | by Lone Star, and it purports to be a user guide for a |
| 10:06:26 | 13 | product named C620a and a few other products. |
| 10:06:32 | 14 | MR. BENNETT:  Your Honor, same objection. |
| 10:06:34 | 15 | Improper predicate. |
| 10:06:36 | 16 | THE COURT:  I'm going to allow it. |
| 10:06:37 | 17 | MR. JOSHI:  May I proceed, Your Honor? |
| 10:06:39 | 18 | THE COURT:  You may. |
| 10:06:40 | 19 | MR. JOSHI:  Okay. |
| 10:06:43 | 20 | Please scroll down to -- I'm sorry.  Please wait. |
| 10:06:43 | 21 | BY MR. JOSHI: |
| 10:06:48 | 22 | Q.  Are you familiar with the operation of the products |
| 10:06:51 | 23 | mentioned here? |
| 10:06:54 | 24 | A.  I am familiar.  However, I did not personally operate |
| 10:07:09 | 25 | it on each and every one before. |

10:07:14  1      MR. JOSHI:  Mr. Oliver, would you scroll down to

10:07:18  2  the color menu?  Could you make that bigger, please.

10:07:18  3  BY MR. JOSHI:

10:07:53  4  Q.  Mr. Lin, can you see what's shown on this page?

10:07:58  5  A.  Yes.

10:08:04  6  Q.  If a user of this product wanted to adjust a hue or a

10:08:16  7  saturation of a particular color, for example, red or green

10:08:19  8  or blue, how would he do it?

10:08:41  9      MR. BENNETT:  Objection.  Foundation.

10:08:42  10      THE COURT:  I'll allow it.  Overruled.

10:09:01  11  A.  For this specific model, the feature to allow users to

10:09:08  12  make color adjustment for red, green, blue will not provide

10:09:14  13  it.

10:09:14  14  BY MR. JOSHI:

10:09:23  15  Q.  If you -- if you look at the user interface before you,

10:09:27  16  do you see that saturation is mentioned there?

10:09:30  17  A.  Yes.

10:09:38  18  Q.  What saturation control is that?

10:09:43  19  A.  We wish to provide a feature to adjust the saturation

10:10:06  20  for the display.

10:10:08  21  Q.  For which color?

10:10:11  22  A.  Well, technically or theoretically it's not restricted

10:10:28  23  any color, and all the color will be affected.

10:10:35  24  Q.  Okay.  So three rows below the user interface, do you

10:10:42  25  see the mention of saturation, the adjusting range is from

219

| | | |
|---|---|---|
| 10:10:46 | 1 | 0 to 100? |
| 10:10:50 | 2 | A.  Yes. |
| 10:11:00 | 3 | Q.  What will happen when the user tries to adjust the |
| 10:11:06 | 4 | saturation range from 0 to 100? |
| 10:11:10 | 5 | A.  For all the colors, 0 means not intense and 100 means |
| 10:11:43 | 6 | very intensive. |
| 10:11:49 | 7 | Q.  For which particular color? |
| 10:11:51 | 8 | A.  It will affect all the colors. |
| 10:12:00 | 9 | Q.  Do those colors include red? |
| 10:12:07 | 10 | A.  Of course. |
| 10:12:09 | 11 | Q.  Will those colors include green? |
| 10:12:13 | 12 | A.  Of course. |
| 10:12:16 | 13 | Q.  Will those colors include blue? |
| 10:12:20 | 14 | A.  Of course. |
| 10:12:26 | 15 | Q.  Will those colors include pink? |
| 10:12:30 | 16 | A.  Yes. |
| 10:12:34 | 17 | Q.  How about blueish colors, yellowish colors, magenta, |
| 10:12:47 | 18 | cyan, skin colors? |
| 10:13:00 | 19 | A.  Yes, included. |
| 10:13:02 | 20 |      MR. JOSHI:  Mr. Oliver, could you scroll down a |
| 10:13:04 | 21 | little bit?  Would you please pull up P-26-49. |
| 10:13:04 | 22 | BY MR. JOSHI: |
| 10:13:30 | 23 | Q.  Mr. Lin, this document was produced to us by Lone Star |
| 10:13:34 | 24 | in this litigation.  Are you familiar with the product that |
| 10:13:38 | 25 | is mentioned there? |

10:13:58   1   A.  Yes.  This is one of our gaming monitors.

10:14:03   2          MR. JOSHI:  Mr. Oliver, would you scroll down to

10:14:06   3   the color menu.

10:14:06   4   BY MR. JOSHI:

10:14:39   5   Q.  Mr. Lin, if the user of this product wanted to adjust

10:14:45   6   either hue or saturation of a particular color, for

10:14:52   7   example, a red or a green or a blue, how would he or she do

10:14:59   8   it?

10:14:59   9   A.  For this model, these adjustment functionality was not

10:15:30  10   provided.

10:15:33  11   Q.  Do you see saturation mentioned in the user interface?

10:15:50  12   A.  Yes.

10:15:51  13   Q.  What is that feature used to do?

10:16:04  14   A.  To adjust the saturation for the output images of the

10:16:17  15   monitors.

10:16:17  16   Q.  For which colors?

10:16:19  17   A.  All the colors.

10:16:26  18   Q.  In the user interface, do you see a mention of

10:16:31  19   brightness?

10:16:39  20   A.  Yes.

10:16:40  21   Q.  Is brightness different from hue or saturation?

10:16:46  22   A.  Brightness is different from the color hue and

10:17:02  23   saturation.

10:17:02  24   Q.  Do you also see a mention of contrast in the user

10:17:22  25   interface?

10:17:22  1  A.  Yes.

10:17:23  2  Q.  Is contrast different -- strike that.

10:17:31  3      Is contrast different from hue or saturation?

10:17:38  4  A.  That's right.  They are different indicators.

10:17:51  5  Q.  Do you see a mention of color temp in the user

10:18:03  6  interface?

10:18:03  7  A.  Yes.

10:18:08  8  Q.  Is color temp different from hue or saturation?

10:18:18  9  A.  Hue temp, usually referring to white color, is

10:18:42  10  temperature only, and that's why it's different from the

10:18:46  11  hue and the saturations for other colors.

10:18:53  12  Q.  What is brightness?

10:18:55  13  A.  What is brightness?  I can say that in a coordinate

10:19:30  14  system, the brightness and colors, they are separated.  So

10:19:37  15  I will say the brightness is a different indicator from the

10:19:40  16  other two.

10:19:45  17      MR. JOSHI:  Can you scroll down a little bit,

10:19:48  18  Andrew?  A little bit more.

10:19:48  19  BY MR. JOSHI:

10:19:59  20  Q.  Mr. Lin, when ASUS ships its products to its customers,

10:20:08  21  meaning puts them in a box, are they precalibrated?

10:20:19  22  A.  Well, after the products are out of ODM manufacturers,

10:20:44  23  we will not do any calibrations.

10:20:48  24  Q.  Who does the calibrations?

10:20:50  25  A.  Well, after the users purchase the product, if they

10:21:07  1  believe there is a need, they need to figure out a way to

10:21:10  2  do the calibration.

10:21:12  3  Q.  Does ASUS require its customers to do calibration?

10:21:35  4  A.  We do not require the users to do the calibration.  We

10:21:46  5  only provided options for them to do so if they wish to.

10:21:49  6  Q.  When a consumer purchases an ASUS product and pulls it

10:22:00  7  out of the box, is that product immediately ready for use

10:22:06  8  without calibration?

10:22:13  9  A.  Yes.

10:22:32  10  Q.  Now, Mr. Bennett showed you several user manuals

10:22:38  11  yesterday and today, correct?

10:22:47  12  A.  Yes.

10:22:48  13  Q.  Do you recall if Mr. Bennett showed you anywhere in any

10:22:53  14  user manual where a recommendation or a requirement for a

10:23:08  15  color calibration was made?

10:23:10  16  A.  I don't recall I ever seen that.

10:23:34  17        MR. JOSHI:  Could I please have P-26-76?

10:23:34  18  BY MR. JOSHI:

10:23:58  19  Q.  Earlier today, do you recall having a conversation with

10:24:04  20  Mr. Bennett about VG248?

10:24:10  21  A.  Yes.

10:24:16  22  Q.  Are you familiar with this product?

10:24:26  23  A.  Yes.

10:24:27  24        MR. JOSHI:  Mr. Oliver, could you scroll down to

10:24:39  25  the color menu?

10:24:39  1   BY MR. JOSHI:

10:24:43  2   Q.  Mr. Lin, do you need that a little more enlarged or can

10:24:47  3   you see it?

10:24:48  4   A.  I can see it clearly.

10:24:53  5   Q.  If a user of this product wanted to adjust hue or

10:25:05  6   saturation of a particular color, for example, a red, a

10:25:09  7   green, or a blue, how would he or she do it?

10:25:14  8   A.  For this model, such functionality was not provided.

10:25:41  9   Q.  Below the user menu, about two lines down, do you see a

10:25:51 10   mention of saturation, the adjusting range is from 0 to

10:25:55 11   100?

10:25:57 12   A.  Yes.

10:26:05 13   Q.  If a user of this product were to adjust the saturation

10:26:11 14   range from 0 to 100, what would happen?

10:26:25 15        MR. BENNETT:  Objection.  Foundation.

10:26:27 16        THE COURT:  Overruled.

10:26:39 17   A.  Well, from 0 to 100 means that the color will be less

10:26:47 18   intensive to very intensive.

10:26:55 19   BY MR. JOSHI:

10:26:55 20   Q.  Which color or colors is that feature meant to adjust?

10:27:15 21   A.  All the colors on the display will be changed.

10:27:20 22   Q.  Can that feature be used to adjust saturation of just

10:27:30 23   one color but not saturation of other colors?

10:27:34 24   A.  No.

10:27:55 25        MR. JOSHI:  Madam Interpreter, could you say a bit

| | | |
|---|---|---|
| 10:27:58 | 1 | louder? |
| 10:28:00 | 2 | THE INTERPRETER:  No. |
| 10:28:02 | 3 | MR. JOSHI:  Thank you. |
| 10:28:03 | 4 | Andrew, could you scroll down just a little bit |
| 10:28:07 | 5 | more?  Okay. |
| 10:28:07 | 6 | BY MR. JOSHI: |
| 10:28:12 | 7 | Q.  Mr. Lin, do you recall Mr. Bennett pointed to this |
| 10:28:17 | 8 | sentence on this page:  In the user mode, colors of R, red; |
| 10:28:24 | 9 | G, green; and B, blue; are user configurable.  The |
| 10:28:31 | 10 | adjusting range is from 0 to 100. |
| 10:28:38 | 11 | Do you see that? |
| 10:28:39 | 12 | A.  I can see that. |
| 10:29:02 | 13 | Q.  What range is being referred to there? |
| 10:29:07 | 14 | A.  It to represent the range for, say, color red, it can |
| 10:29:33 | 15 | be from 0 to 100 value. |
| 10:29:52 | 16 | Q.  For the color red, what specifically is being adjusted? |
| 10:29:58 | 17 | A.  To adjust the value of gain.  In English, it's the word |
| 10:30:27 | 18 | "gain." |
| 10:30:28 | 19 | Q.  So to clarify, the phrase "adjusting range is from 0 to |
| 10:30:39 | 20 | 100" refers to gain, G-A-I-N? |
| 10:30:46 | 21 | A.  Yes. |
| 10:30:56 | 22 | Q.  Is gain same or different from hue and saturation? |
| 10:31:04 | 23 | A.  They're different. |
| 10:31:18 | 24 | Q.  What is gain? |
| 10:31:22 | 25 | A.  Well, it represented the value for the voltage to drive |

225

| | | |
|---|---|---|
| 10:31:48 | 1 | the color red. |
| 10:31:53 | 2 | MR. JOSHI:  May I please have P-26-74? |
| 10:31:53 | 3 | BY MR. JOSHI: |
| 10:32:16 | 4 | Q.  Mr. Lin, this exhibit, Plaintiff's 26-74, was produced |
| 10:32:21 | 5 | in this litigation by Lone Star. |
| 10:32:23 | 6 | Are you familiar with a product named VG245? |
| 10:32:31 | 7 | A.  Yes. |
| 10:32:46 | 8 | MR. JOSHI:  Mr. Oliver, could you scroll down to |
| 10:32:49 | 9 | the color menu? |
| 10:32:49 | 10 | BY MR. JOSHI: |
| 10:33:11 | 11 | Q.  Can you see the user interface there, Mr. Lin? |
| 10:33:16 | 12 | A.  Yes. |
| 10:33:18 | 13 | Q.  If a user of this product wanted to adjust hue or |
| 10:33:33 | 14 | saturation of a particular color, for example, a red, a |
| 10:33:37 | 15 | blue, or a green, how would he or she do it? |
| 10:33:41 | 16 | A.  The same answer.  For this particular model, such |
| 10:34:07 | 17 | functionality was not provided. |
| 10:34:09 | 18 | Q.  You had a conversation with Mr. Bennett and a |
| 10:34:23 | 19 | phrase "6-axis control" was used.  Do you recall? |
| 10:34:40 | 20 | A.  Yes. |
| 10:34:41 | 21 | Q.  The products that you and I discussed so far, do any of |
| 10:34:46 | 22 | them have 6-axis control? |
| 10:34:57 | 23 | A.  No. |
| 10:35:03 | 24 | Q.  So let's take a look at one product that does have |
| 10:35:10 | 25 | 6-axis control. |

10:35:23   1          MR. JOSHI:  Mr. Oliver, would you mind pulling

10:35:30   2   up 14A?  Could you scroll down to where user interface

10:35:53   3   shows up?  I believe it's toward the end.

10:35:53   4   BY MR. JOSHI:

10:35:58   5   Q.  Mr. Lin, can you see this user interface okay?

10:36:02   6   A.  I can see it, but the picture is very small.

10:36:12   7   Q.  How about now?

10:36:18   8   A.  Yes, now.

10:36:23   9   Q.  Now, Mr. Bennett would -- would discuss with you

10:36:28  10   something, if -- strike that, please.  Sorry.

10:36:32  11          Mr. Bennett discussed with you a feature called

10:36:37  12   Advanced Setting.  Do you recall?

10:36:45  13   A.  Yes.

10:36:45  14   Q.  And through this Advanced Setting, is a user allowed to

10:36:52  15   select either a 6-axis hue or a 6-axis saturation?

10:37:10  16   A.  Yes.

10:37:11  17   Q.  And then after the user selects either a 6-axis hue or

10:37:16  18   a 6-axis saturation, is the user allowed to select a

10:37:19  19   specific color?

10:37:20  20   A.  For what we offered here, there were six options of the

10:37:54  21   axis for the user to pick from.  They are R, G, B, C, M, Y.

10:38:02  22   Q.  Does R stand for red?

10:38:07  23   A.  Yes.

10:38:08  24   Q.  Do G, B, C, M, and Y stand for green, blue, cyan,

10:38:16  25   magenta, and yellow?

10:38:18   1   A.   Yes.

10:38:27   2   Q.   And once the user selects a color, for example red, he

10:38:37   3   and she -- he or she can then select a value such as 50,

10:38:41   4   correct?

10:38:42   5   A.   Yes.

10:38:55   6   Q.   And none of the products that you and I discussed have

10:39:00   7   this 6-axis menu, correct?

10:39:10   8   A.   Well, other than this particular one we are discussing

10:39:24   9   about now, none of those we discussed before are -- is the

10:39:33   10  6-axis ones.

10:39:34   11         MR. JOSHI:   May I please have DX-87, please?

10:39:38   12         THE COURT:   Mr. Joshi, when you get to a good

10:39:40   13  stopping point, I think it's probably time.

10:39:43   14         MR. JOSHI:   We can stop now.

10:39:44   15         THE COURT:   Is now an okay time?

10:39:46   16         MR. JOSHI:   Yes.

10:39:47   17         THE COURT:   All right.  Ladies and gentlemen of

10:39:47   18  the jury, we're going to take our morning recess at this

10:39:50   19  time.

10:39:51   20         As a reminder to you, please don't discuss the

10:39:54   21  case with anyone, including among yourselves, until all of

10:39:58   22  the evidence has been presented and I've instructed you on

10:40:01   23  the law.

10:40:02   24         We'll be in recess about 15 minutes.

10:40:06   25         COURT SECURITY OFFICER:   All rise.

```
10:40:07   1              (Jury out.)
10:40:41   2              THE COURT:  Okay.  Please be seated.
10:40:44   3              I do want to hear from the parties about the
10:40:53   4   motion for mistrial or a curative instruction that was
10:40:59   5   filed last night.
10:41:02   6              Mr. Lee [sic], you can stand down.
10:41:12   7              Mr. Bennett?
10:41:14   8              MR. JOSHI:  Your Honor, his name is Lin, L-i-n.
10:41:19   9              THE COURT:  I'm sorry.  Thank you.
10:41:20  10              MR. BENNETT:  Thank you, Your Honor.
10:41:20  11              May I take my mask off?  Is that all right?
10:41:26  12              THE COURT:  Yes, of course.
10:41:27  13              MR. BENNETT:  For the sake of the mic, I probably
10:41:28  14   ought to go to the podium.
10:41:31  15              Yesterday during opening, Mr. Oliver violated this
10:41:40  16   Court's claim construction order.  Very last paragraph of
10:41:43  17   that order prohibited the parties, Lone Star followed it,
10:41:47  18   from referring directly or indirectly to each other's claim
10:41:58  19   construction positions in the presence of the jury.
10:42:00  20              It continues on.  We quote it in our motion.
10:42:04  21   Your Honor is familiar with it.
10:42:06  22              At some point, Mr. Oliver gave the jury -- not
10:42:09  23   just bad facts.  We can deal with bad facts.  That's what
10:42:13  24   trial is for.  That's what cross-examination is for.
10:42:16  25   That's what experts are for.  He gave them the wrong legal
```

10:42:19  1   standard, and he infected -- we're very concerned that he

10:42:23  2   infected the jury with not just an improper burden of proof

10:42:26  3   but the improper standard that violates the Court's order,

10:42:29  4   in fact expresses a view of claim construction that this

10:42:34  5   Court expressly rejected.

10:42:35  6        And that view was Ducharme, and by extension Lone

10:42:41  7   Star, has to show that you can change red without changing

10:42:45  8   any other colors.

10:42:45  9        And we cited several portions of the claim

10:42:48  10  construction order that -- the rationale of the order that

10:42:55  11  rejected that.

10:42:56  12       Page 14, the Court says:  To the extent Defendants

10:42:59  13  argue Claim 1's identifying step is limited to identifying

10:43:03  14  input image pixels that have the exact individual cover --

10:43:08  15  color previously selected, they are incorrect.

10:43:12  16       It continues on, on Page 14 still:  Pixels are

10:43:14  17  identified as having red when they satisfy logical

10:43:17  18  conditions, not when they correspond to a particular color

10:43:21  19  point.

10:43:22  20       Page 15 -- excuse me.

10:43:25  21       Page 16:  When it discusses the claim term without

10:43:28  22  affecting the hue or the saturation of any other individual

10:43:31  23  color in the remaining plurality of input image pixels,

10:43:40  24  rejects another similar argument by the Defendant that's

10:43:43  25  echoed in Mr. Oliver's assertions to the jury.  And it

10:43:47   1   continued on.  It's not just that one isolated statement.

10:43:52   2          We cited other portions to the Court in our

10:43:54   3   motion.  I won't belabor it.  We're on a 15-minute recess.

10:43:58   4          The last one is on Page 24:  Defendant's

10:44:00   5   interpretation would require all input pixels before

10:44:05   6   transformation to be an RGB format.

10:44:05   7          This isn't a matter that a curative instruction,

10:44:09   8   in our view, really probably can fix.  And the reason for

10:44:12   9   that is the jury saw -- it wasn't just the statement but

10:44:16  10   the demonstration along with the statement.

10:44:17  11          THE COURT:  So there was an demonstration, and an

10:44:20  12   objection was lodged by Mr. Saba, but the argument you're

10:44:25  13   making now wasn't made at the time by Mr. Saba or anyone

10:44:28  14   else.  Why is this argument not waived?

10:44:32  15          MR. BENNETT:  The reason it's not waived is we

10:44:35  16   objected at the appropriate time before --

10:44:37  17          THE COURT:  You objected to the demonstration but

10:44:41  18   not -- an objection was not made on the basis of the

10:44:43  19   argument you're making now.

10:44:44  20          MR. BENNETT:  The dem -- well, two things.  One,

10:44:46  21   we objected to the demonstration.  The demonstration then

10:44:50  22   went, and Mr. Oliver got the statement out before we

10:44:53  23   could -- before we could object.  And we were put in the

10:44:55  24   awkward position of having -- after the Judge had already

10:44:59  25   overruled our objection, to then standing up again and

10:45:02  1  saying, Judge, you just overruled us.  Now we're going to

10:45:06  2  go back for more in front of the jury --

10:45:07  3       THE COURT:  I understand -- I understand your

10:45:10  4  hesitancy in doing so, but there wasn't -- there was no

10:45:13  5  argument made outside the presence of the jury after

10:45:16  6  openings were made, or really, frankly, at any course

10:45:19  7  during the day.

10:45:20  8       The first time this argument was made was close to

10:45:24  9  midnight last night when the motion was filed.  So it's

10:45:28  10 just a new one on me.  And I'm not -- I guess I'm just

10:45:33  11 curious what -- why you all didn't object following

10:45:38  12 Mr. Oliver's opening.

10:45:39  13      MR. BENNETT:  Mr. Saba's statement was "that ship

10:45:45  14 has sailed," or, in other words, the bell can't be unrung.

10:45:48  15 And I don't think that's a waiver as much as just an

10:45:52  16 expression of that's happened.  Now what do we do about it?

10:45:55  17      We got the daily transcript.  We wanted to see

10:45:58  18 what the statement actually was before we did something

10:45:59  19 this drastic to see if the harm was as bad as we thought it

10:46:04  20 may be, and it was.

10:46:06  21      We thought maybe the curative instruction, in

10:46:08  22 light of what we'd heard, maybe it took care of it, but in

10:46:13  23 re-reading the transcript, we don't think that it does.  An

10:46:16  24 instruction that attorneys don't provide evidence doesn't

10:46:16  25 cure the wrong legal standard infecting the jury's mind

10:46:20   1   about what infringes and what does not.

10:46:20   2       THE COURT:  Well, not to put too fine a point

10:46:23   3   about it, but whatever Mr. Saba said, whether it was

10:46:32   4   Versata said, whether it was about, you know, the ship has

10:46:34   5   sailed or the moment has passed or something like that, I

10:46:36   6   thought, at least in my mind, that was referring to the

10:46:39   7   fact that a demonstration had occurred over your objection,

10:46:45   8   but, again, no argument was made at the time.

10:46:47   9       So I understand it's maybe, you know, too fine of

10:46:52  10   a point here, but I just, you know -- anyway, is that your

10:47:01  11   argument?  I'll be glad to hear from --

10:47:02  12       MR. BENNETT:  The last point we'll make is to

10:47:04  13   Your Honor's point.  Yes, if possible, on a mistrial, but a

10:47:08  14   curative instruction is always warranted upon request.

10:47:12  15   Your Honor has discretion to grant it.

10:47:14  16       And in light of the prejudice that we've set forth

10:47:16  17   in the motion, at least a curative instruction should be

10:47:19  18   given to let the jury know what they saw and the -- and the

10:47:22  19   legal assertion Mr. Oliver made is not accurate and that

10:47:25  20   they should wipe from their minds any prejudice they may

10:47:29  21   have incurred about our infringement position on that.

10:47:32  22       THE COURT:  Thank you, Mr. Bennett.

10:47:34  23       Mr. Oliver.

10:47:36  24       MR. OLIVER:  Yes, Your Honor.  Defendant does

10:47:46  25   agree that any objection was waived.  But even putting

10:47:49   1   aside the -- the waiver here, nothing that was said

10:47:55   2   violated the claim construction order.  The claim

10:48:00   3   construction order talked about the different colors and

10:48:03   4   made reference to a -- an equation, an inequality.  And I

10:48:10   5   said a color having red is one where the red component is

10:48:15   6   greater than the blue component and the red component is

10:48:20   7   greater than the green component.  I made reference to two

10:48:26   8   colors, yellow and magenta.

10:48:29   9          In our opposition, we attached a portion of --

10:48:36  10   this is ECF 215.  We attached a portion from Plaintiff's

10:48:43  11   expert's report in which he shows magenta and yellow

10:48:48  12   towards the bottom, and he clarifies the color values.  And

10:48:52  13   he says red is 255, and blue is 255.

10:48:57  14          In that instance, red is not greater than blue so

10:49:00  15   this is not a red color.  It's a different color.  And then

10:49:04  16   I adjusted red, and this different color changed.

10:49:08  17          Same with yellow.  In this report, he shows yellow

10:49:13  18   as 250 -- or red as 255 and green as 255.  Red is not

10:49:19  19   greater than green.  It's equal to green.

10:49:22  20          Under the claim construction order, that's a

10:49:23  21   different color.  And I mentioned and showed that yellow

10:49:27  22   changed.  Nothing violated the claim construction order,

10:49:31  23   Your Honor.

10:49:36  24          THE COURT:  When the -- tell me when the -- who

10:49:41  25   the infringement experts are and when their testimony is

| | | |
|---|---|---|
| 10:49:46 | 1 | scheduled for. |
| 10:49:47 | 2 | MR. OLIVER:  The Plaintiff -- |
| 10:49:48 | 3 | MR. BENNETT:  Sorry.  Dr. Ducharme will testify |
| 10:49:50 | 4 | following Mr. Lin. |
| 10:49:51 | 5 | THE COURT:  This afternoon or today? |
| 10:49:53 | 6 | MR. BENNETT:  Yes. |
| 10:49:55 | 7 | Mr. Oliver. |
| 10:49:58 | 8 | MR. OLIVER:  Yes, and our -- the Defendant's |
| 10:49:59 | 9 | expert is Dr. Stevenson, and I believe he is the second or |
| 10:50:03 | 10 | third witness in the Defense case. |
| 10:50:05 | 11 | THE COURT:  Okay.  Mr. Bennett, let me have you |
| 10:50:08 | 12 | respond to Mr. Oliver's comments. |
| 10:50:10 | 13 | MR. BENNETT:  So if we're going to talk about |
| 10:50:13 | 14 | testing data, that's fine.  If that were what opening were |
| 10:50:19 | 15 | limited to, I wouldn't be here.  That's not what it's |
| 10:50:23 | 16 | limited to. |
| 10:50:24 | 17 | What Mr. Oliver said directly reflects the |
| 10:50:26 | 18 | arguments this Court rejected.  It is the wrong standard. |
| 10:50:30 | 19 | So we ask that the Court at least grant a limiting |
| 10:50:35 | 20 | instruction or a curative instruction that tells the jury |
| 10:50:38 | 21 | that what was said was wrong, that if it tipped the scales |
| 10:50:42 | 22 | at all, that they ought to wipe them clean and everybody |
| 10:50:46 | 23 | deserves a fresh start and Dr. Ducharme can testify and |
| 10:50:49 | 24 | we'll take that result.  But what we can't have is the jury |
| 10:50:52 | 25 | living with the wrong standard in their head as though |

10:50:55  1  Mr. Oliver were the law.

10:50:56  2       THE COURT:  I totally agree with you, Mr. Bennett.

10:50:58  3  However, what Mr. Oliver is saying is that the test

10:51:02  4  reflected testimony that their expert is going to offer

10:51:04  5  that, at least in his argument, does not argue against the

10:51:10  6  Court's claim construction order.  And, you know, we'll see

10:51:16  7  whether the testimony of ASUS's expert is -- is that or

10:51:20  8  not.

10:51:20  9       But I have to tell you, Mr. Oliver, I am

10:51:23  10  considerably troubled by the argument you made.  I did let

10:51:27  11  the demonstration go forward.  Candidly, I think that was a

10:51:32  12  mistake in my part -- on my part.  I'm not sure that it

10:51:37  13  rose to the level of any real prejudice here.  At least

10:51:41  14  based on the arguments the parties have made so far, I

10:51:45  15  certainly don't think it rises to the level of a -- of any

10:51:49  16  prejudice that requires a mistrial here, that creates any

10:51:52  17  unfairness, but I -- I am considering whether a curative

10:51:57  18  instruction is necessary.  I would like to hear what the

10:52:01  19  expert's testimony is.

10:52:04  20       So I will say this, Mr. Oliver.  I don't think you

10:52:09  21  should do demonstrations where counsel for the Plaintiff

10:52:12  22  cannot see what you are doing or indicating to the jury,

10:52:18  23  and certainly not where I cannot see.

10:52:21  24       MR. OLIVER:  Okay.  Your Honor, we -- we -- first,

10:52:25  25  one point of clarification on what you stated.  The portion

10:52:29  1  of the expert report that we attached and that I just

10:52:32  2  referenced was actually based on what the Plaintiff's

10:52:36  3  expert said.  So we were relying on his evaluation.

10:52:40  4       THE COURT:  That's fair enough.  We'll certainly

10:52:43  5  be in a better position after we hear Dr. Ducharme's

10:52:48  6  testimony this afternoon.

10:52:48  7       MR. OLIVER:  And we --

10:52:48  8       THE COURT:  And if I think it's appropriate, I

10:52:52  9  will give a curative instruction on this at the end of the

10:52:54  10  day today, and you can cross him on it.

10:52:57  11       MR. OLIVER:  And we will have a demonstration in

10:52:59  12  the cross or in the impeachment that uses a monitor that we

10:53:04  13  will need to be able to show the witness and the jury, and

10:53:08  14  it has to --

10:53:08  15       THE COURT:  As long as Mr. Bennett can see it and

10:53:11  16  as long as I can see it, you know, that at least goes --

10:53:15  17  that at least deals with my main objection about how the

10:53:19  18  demonstration yesterday afternoon unfolded.  Mr. Bennett

10:53:22  19  has to be able to see it, as do I.

10:53:25  20       MR. OLIVER:  Your Honor, it has to be on the

10:53:27  21  monitor.  We're not able to project it on all the monitors.

10:53:31  22  So perhaps -- I have been in another courtroom where the

10:53:34  23  Judge has come down and sat in the gallery or sat in the

10:53:39  24  jury box so they could see the demonstration, unless you

10:53:43  25  want us to try and turn the monitor back and forth.

| | | |
|---|---|---|
| 10:53:45 | 1 | THE COURT:  We'll work on that.  We'll see -- |
| 10:53:47 | 2 | MR. OLIVER:  Okay.  Thank you, Your Honor. |
| 10:53:48 | 3 | THE COURT:  Okay.  We'll take a short recess. |
| 10:53:51 | 4 | COURT SECURITY OFFICER:  All rise. |
| 10:53:58 | 5 | (Recess.) |
| 11:10:38 | 6 | COURT SECURITY OFFICER:  All rise. |
| 11:10:46 | 7 | THE COURT:  Okay.  Let's have the jury brought in. |
| 11:10:51 | 8 | (Jury in.) |
| 11:11:16 | 9 | THE COURT:  Please be seated. |
| 11:11:21 | 10 | All right, Mr. Joshi.  You may continue. |
| 11:11:23 | 11 | MR. JOSHI:  Thank you, Your Honor. |
| 11:11:23 | 12 | BY MR. JOSHI: |
| 11:11:38 | 13 | Q.  Welcome back, Mr. Lin.  I understand it's past midnight |
| 11:11:49 | 14 | where you are.  How are you doing? |
| 11:11:51 | 15 | A.  I'm okay. |
| 11:12:00 | 16 | Q.  All right.  So we'll look at a few more manuals now, |
| 11:12:05 | 17 | then I have a couple more questions after that. |
| 11:12:10 | 18 | MR. JOSHI:  Mr. Oliver, could you please bring up |
| 11:12:20 | 19 | DX-87? |
| 11:12:20 | 20 | BY MR. JOSHI: |
| 11:13:14 | 21 | Q.  Mr. Lin, are you familiar with operation of a product |
| 11:13:18 | 22 | known as PG278QR? |
| 11:13:26 | 23 | A.  Yes. |
| 11:13:33 | 24 | MR. JOSHI:  Mr. Oliver, will you please scroll |
| 11:13:36 | 25 | down to the color menu? |

| | | |
|---|---|---|
| 11:13:36 | 1 | BY MR. JOSHI: |
| 11:13:55 | 2 | Q.  Mr. Lin, is this user interface different from the |
| 11:14:03 | 3 | 6-axis user interface we looked at in the last document? |
| 11:14:10 | 4 | A.  This one, as featured, was 3-axis functionality, not |
| 11:14:36 | 5 | the 6-axis functionality. |
| 11:14:41 | 6 | Q.  If the user of this product wanted to adjust hue or |
| 11:14:51 | 7 | saturation of a particular color, for example, a red, a |
| 11:14:54 | 8 | green, or a blue, how would he or she do it? |
| 11:15:19 | 9 | A.  For this model, we did not provide such functionality, |
| 11:15:24 | 10 | though. |
| 11:15:25 | 11 | MR. JOSHI:  Mr. Oliver, would you mind going to |
| 11:15:28 | 12 | the top of this document?  We see there's an index.  It |
| 11:15:34 | 13 | would be the second page. |
| 11:15:34 | 14 | BY MR. JOSHI: |
| 11:15:55 | 15 | Q.  So, Mr. Lin, are your ODMs located in the United States |
| 11:16:06 | 16 | or outside the United States? |
| 11:16:08 | 17 | A.  Outside the United States. |
| 11:16:21 | 18 | Q.  Are the factories of your ODMs located inside the |
| 11:16:34 | 19 | United States or outside the United States? |
| 11:16:41 | 20 | A.  Outside the United States. |
| 11:16:44 | 21 | Q.  Are the ASUS products made by the ODMs put into boxes |
| 11:16:52 | 22 | and packaged at the ODM factories? |
| 11:16:57 | 23 | A.  Yes. |
| 11:17:18 | 24 | Q.  Before ASUS products are put into boxes, are they |
| 11:17:28 | 25 | tested by the ODMs? |

| | | |
|---|---|---|
| 11:17:34 | 1 | A.   ODM manufacturers are responsible for testing. |
| 11:17:54 | 2 | Q.   Before ASUS products are put in boxes, are they |
| 11:18:07 | 3 | calibrated by ODMs? |
| 11:18:10 | 4 | A.   Yes. |
| 11:18:10 | 5 | Q.   Do all ASUS products come with user manuals in the |
| 11:18:23 | 6 | boxes? |
| 11:18:35 | 7 | A.   Generally speaking, now the physical copies of the |
| 11:18:50 | 8 | manuals will not be provided.   It can be downloaded. |
| 11:18:54 | 9 | Q.   And by downloaded, you mean downloaded from the |
| 11:18:58 | 10 | Internet? |
| 11:19:00 | 11 | A.   Yes. |
| 11:19:10 | 12 | MR. JOSHI:   Could I please have DX-88, please? |
| 11:19:10 | 13 | BY MR. JOSHI: |
| 11:19:25 | 14 | Q.   Mr. Lin, are you familiar with the PG279 product? |
| 11:19:31 | 15 | A.   Yes. |
| 11:19:40 | 16 | MR. JOSHI:   Mr. Oliver, would you just scroll down |
| 11:19:43 | 17 | one page -- or two pages to where the index is or table of |
| 11:19:49 | 18 | contents?   Please scroll down to where the color is. |
| 11:19:49 | 19 | BY MR. JOSHI: |
| 11:20:06 | 20 | Q.   Now, Mr. Lin, you have looked at several user guides, |
| 11:20:13 | 21 | and each time I have had to ask Mr. Oliver to scroll down |
| 11:20:19 | 22 | to where the color user interface is.   Do you see that the |
| 11:20:24 | 23 | user manuals have many pages? |
| 11:20:45 | 24 | A.   Yes. |
| 11:20:45 | 25 | Q.   Do user manuals provide important -- strike that. |

11:20:52   1           Do user manuals provide instructions for

11:20:56   2   assembling the product?

11:20:59   3           MR. BENNETT:  Objection.  Leading.

11:21:01   4           THE COURT:  Hold on just a moment.  Can you

11:21:06   5   rephrase the question to avoid the objection?

11:21:06   6   BY MR. JOSHI:

11:21:15   7   Q.  What are the various types of instructions included in

11:21:19   8   the user manuals?

11:21:22   9   A.  I don't quite understand this question.  I'm sorry.

11:21:36  10   Q.  Okay.  Let's -- let's go to this color user interface.

11:21:49  11   Are you able to see it, sir?

11:21:51  12   A.  Yes, I can.

11:21:59  13   Q.  In this PG279 product, if a user wanted to adjust hue

11:22:13  14   or saturation of a particular color, for example, red,

11:22:17  15   green, or blue, how would he or she do it?

11:22:45  16   A.  Same answer.  On this particular model, the

11:22:48  17   functionality was not provided.

11:22:51  18   Q.  The saturation feature shown in that user interface, is

11:22:59  19   that for adjusting saturation of one color, some colors, or

11:23:05  20   all colors?

11:23:27  21   A.  All the colors can be adjusted.

11:23:32  22   Q.  Together or individually?

11:23:41  23   A.  All together.

11:23:51  24   Q.  How many different colors are shown on ASUS's monitors?

11:24:01  25   A.  In the typical models of our products, they would be

11:24:23   1   over 100,000.

11:24:26   2   Q.  Did you say 100,000 different colors?

11:24:37   3   A.  Yes.

11:24:39   4        MR. JOSHI:  Mr. Oliver, may I have 89 -- DX-89

11:24:46   5   brought up?

11:24:46   6   BY MR. JOSHI:

11:24:57   7   Q.  Mr. Lin, are you familiar with a VG245 product?

11:25:08   8   A.  Yes.

11:25:13   9        MR. JOSHI:  Mr. Oliver, could you go to the color

11:25:16   10  user interface?  Actually, go back up a little bit, Andrew.

11:25:31   11  Would you go up to where -- go up to...

11:25:55   12  BY MR. JOSHI:

11:26:10   13  Q.  Mr. Lin, is this product designed to be connected to

11:26:17   14  all of these various cables shown here?

11:26:33   15  A.  Yes.

11:26:33   16  Q.  Does ASUS require that its customers use all of those

11:26:47   17  cables?

11:26:59   18  A.  No.

11:26:59   19  Q.  Then why are they shown there?

11:27:04   20  A.  Well, as needed, the users would come to the menu to

11:27:26   21  check the references about what type of cables can be

11:27:31   22  connected.

11:27:35   23  Q.  If the users choose not to use several of these cables,

11:27:43   24  would the monitor still function normally?

11:27:46   25  A.  No.

11:28:06  1   Q.  Let me reask my question.

11:28:10  2        The users -- do the users have to use all these

11:28:16  3   cables?

11:28:19  4        MR. BENNETT:  Objection.  Leading.

11:28:22  5        THE COURT:  Can you rephrase the question?

11:28:26  6        MR. JOSHI:  Sure.

11:28:26  7   BY MR. JOSHI:

11:28:31  8   Q.  Which ones of these cables are not essential for the

11:28:35  9   operation of the monitor?

11:28:37  10  A.  The users can only pick one of those cables shown here,

11:29:10  11  that only one will make the monitor work.

11:29:18  12  Q.  Would you agree that the power cable would be essential

11:29:23  13  for operation of the monitor?

11:29:28  14  A.  Agree.

11:29:38  15  Q.  Would you agree that an HDMI cable is not essential for

11:29:45  16  operation of a monitor?

11:29:47  17        MR. BENNETT:  Objection.  Leading.

11:29:48  18        THE COURT:  Sustained.

11:29:49  19        MR. JOSHI:  All right.  Let's move on.  Go down to

11:29:52  20  the color menu, please.

11:29:52  21  BY MR. JOSHI:

11:30:25  22  Q.  With reference to this user interface, Mr. Lin, is the

11:30:30  23  use of this user interface by a user essential or optional?

11:30:43  24  A.  Not essential.

11:30:55  25  Q.  If the user of this ASUS product never used this user

11:31:13  1  interface, what would happen?

11:31:14  2       MR. BENNETT:  Objection.  Foundation.  Calls for a

11:31:18  3  hypothetical.  Speculation.

11:31:21  4       THE COURT:  If you could lay a foundation and

11:31:22  5  instruct the witness not to speculate about it, I will

11:31:26  6  allow it.

11:31:28  7       MR. JOSHI:  All right.

11:31:28  8  BY MR. JOSHI:

11:31:29  9  Q.  Please don't speculate, Mr. Lin.

11:31:32  10      When would a user use this user interface?

11:32:04  11 A.  When they are unsatisfied or unhappy about the hue and

11:32:13  12 saturation of a -- output image color, they would go to

11:32:21  13 make such adjustment according to the manual.

11:32:35  14      Strike it.

11:32:38  15      THE INTERPRETER:  May interpreter request a

11:32:41  16 repetition, please?

11:32:42  17      MR. JOSHI:  Are you asking me to repeat my

11:32:44  18 question?

11:32:46  19      THE INTERPRETER:  No.  May the interpreter request

11:32:51  20 a repetition from the witness for the answer, please?

11:32:54  21      MR. JOSHI:  Yes.

11:33:17  22 A.  When the users are unsatisfied or unhappy about the

11:33:22  23 brightness, contrast, saturations of the output images,

11:33:30  24 they can come to make the adjustment according to this

11:33:34  25 manual.

11:33:34   1   BY MR. JOSHI:

11:33:40   2   Q.  Can this product be operated without making adjustments

11:33:45   3   to this user interface?

11:34:01   4   A.  No.

11:34:08   5   Q.  Okay.  Let's -- let me -- let me move on to a new --

11:34:20   6   new exhibit.

11:34:21   7        MR. JOSHI:  Could you please pull up No. 90,

11:34:28   8   Defense 90?

11:34:28   9   BY MR. JOSHI:

11:34:45   10  Q.  Mr. Lin, are you familiar with a product VG248?

11:34:56   11  A.  Yes.

11:34:59   12        MR. JOSHI:  Could you please go down to the color?

11:35:03   13        MR. BENNETT:  This is asked and answered,

11:35:05   14  Your Honor.  We've already covered --

11:35:07   15        THE COURT:  I'm sorry?

11:35:08   16        MR. JOSHI:  I'm sorry.

11:35:09   17        MR. BENNETT:  This is asked and answered.  We have

11:35:12   18  already covered this manual.

11:35:13   19        THE COURT:  Let's move along, Mr. Joshi.

11:35:15   20        MR. JOSHI:  All right.  Let's do just one or two

11:35:19   21  more.  Please give me DX-91.  Sorry about that.

11:35:19   22  BY MR. JOSHI:

11:35:34   23  Q.  Mr. Lin, are you familiar with operation of VG278?

11:35:47   24  A.  Yes.

11:35:48   25        MR. JOSHI:  Mr. Oliver, would you please scroll

11:35:52   1   down to the color menu?

11:35:52   2   BY MR. JOSHI:

11:36:04   3   Q.  Mr. Lin, momentarily you used words such as

11:36:13   4   "satisfied," "unhappy."  Do you recall that, just moments

11:36:17   5   ago?

11:36:17   6   A.  Yes.

11:36:28   7   Q.  If a user is satisfied with the display colors, is the

11:36:38   8   user required to make adjustments to this menu to operate

11:36:43   9   the monitor?

11:37:10  10   A.  Generally if they are satisfied, there's no need for

11:37:16  11   them to make such adjustments.

11:37:21  12   Q.  If a user of this product wanted to adjust a hue or a

11:37:29  13   saturation of a particular color, for example, a red, a

11:37:33  14   green, or a blue, how would he or she do it?

11:37:37  15   A.  Same answer.  This particular model, this function is

11:38:01  16   not provided.

11:38:02  17   Q.  This product does not provide the 6-axis hue control;

11:38:16  18   is that true?

11:38:17  19        MR. BENNETT:  Objection --

11:38:18  20        THE COURT:  I'll sustain the objection.

11:38:20  21        MR. JOSHI:  I'll rephrase.

11:38:20  22   BY MR. JOSHI:

11:38:25  23   Q.  You recall we talked about a 6-axis hue and 6-axis

11:38:30  24   saturation user interface awhile ago.  Do you recall that?

11:38:35  25   A.  Yes.

| | | |
|---|---|---|
| 11:38:45 | 1 | Q.  This product does not provide the 6-axis -- I'm sorry. |
| 11:38:52 | 2 | Does this product provide the 6-axis control user |
| 11:38:58 | 3 | interface? |
| 11:39:09 | 4 | A.  No. |
| 11:39:09 | 5 | Q.  What percentage of ASUS's products provide the 6-axis |
| 11:39:16 | 6 | control user interface? |
| 11:39:18 | 7 | MR. BENNETT:  Objection.  Foundation. |
| 11:39:20 | 8 | THE COURT:  Sustained. |
| 11:39:20 | 9 | BY MR. JOSHI: |
| 11:39:26 | 10 | Q.  Mr. Lin, do you know which ASUS products provide the |
| 11:39:34 | 11 | 6-axis hue or saturation control user interface and which |
| 11:39:42 | 12 | ones don't? |
| 11:39:44 | 13 | A.  Generally speaking, only professional series would have |
| 11:40:16 | 14 | the 6-axis control functionality. |
| 11:40:20 | 15 | Q.  Did you say professional series? |
| 11:40:24 | 16 | A.  Yes. |
| 11:40:33 | 17 | Q.  Does professional series refer to a specific subset of |
| 11:40:45 | 18 | ASUS's products? |
| 11:40:47 | 19 | A.  It's one of the series of ASUS monitors. |
| 11:41:21 | 20 | Q.  Do the products in the professional series of monitors |
| 11:41:24 | 21 | have 6-axis hue or saturation control? |
| 11:41:33 | 22 | THE INTERPRETER:  Interpreter requests a |
| 11:41:44 | 23 | repetition because of connection, please. |
| 11:41:47 | 24 | The interpreter requests a repetition of the |
| 11:41:53 | 25 | question due to the connection, please. |

| | | |
|---|---|---|
| 11:41:54 | 1 | MR. JOSHI:  Okay.  Sure. |
| 11:41:54 | 2 | BY MR. JOSHI: |
| 11:41:56 | 3 | Q.  Do ASUS's monitors covered by the professional series |
| 11:42:00 | 4 | provide 6-axis hue or saturation control? |
| 11:42:12 | 5 | A.  Yes. |
| 11:42:23 | 6 | Q.  Do you know what percentage of ASUS's monitors fall in |
| 11:42:34 | 7 | the professional series category? |
| 11:42:38 | 8 | MR. BENNETT:  Objection.  Foundation. |
| 11:42:40 | 9 | THE COURT:  Can you lay a foundation? |
| 11:42:43 | 10 | MR. JOSHI:  Well, he said he's familiar with these |
| 11:42:46 | 11 | products. |
| 11:42:46 | 12 | MR. BENNETT:  Percentages are different than the |
| 11:42:49 | 13 | products.  The overall products that ASUS sells, he's not |
| 11:42:53 | 14 | laid any foundation. |
| 11:42:55 | 15 | THE COURT:  Can you lay a foundation for it, |
| 11:42:57 | 16 | Mr. Joshi? |
| 11:42:57 | 17 | BY MR. JOSHI: |
| 11:43:01 | 18 | Q.  Do you know which ASUS monitors fall in the |
| 11:43:05 | 19 | professional series category? |
| 11:43:09 | 20 | A.  Generally speaking, if the model names start with the |
| 11:43:33 | 21 | letter P, it will fall into this category. |
| 11:43:38 | 22 | Q.  Do you know which ASUS monitors fall outside the |
| 11:43:42 | 23 | professional series category? |
| 11:43:45 | 24 | A.  Well, yes.  Other than those model numbers starting |
| 11:44:07 | 25 | with the letter P, the others would not fall into this |

11:44:11   1   category.

11:44:12   2   Q.  Are monitors whose names begin with the letters PG fall

11:44:28   3   within the professional series category?

11:44:59   4   A.  Well, I need to correct my answers provided earlier.

11:45:06   5         So here, PG stands for professional gaming.

11:45:13   6   Professional gaming.  That's why I need to correct my

11:45:15   7   answer.

11:45:23   8   Q.  Thank you, Mr. Lin.

11:45:25   9         Do monitors whose names begin with PA fall in the

11:45:34   10  professional series category?

11:45:49   11  A.  Yes.  Well, I need to add an explanation for that.

11:46:09   12  That was short for P-R-O-A-R-T.  You don't need to

11:46:17   13  translate that.

11:46:19   14  Q.  Let me -- let me -- please just answer the questions

11:46:23   15  I'm asking you, Mr. Lin.  I know you want to explain more,

11:46:27   16  but please just tell me what I'm asking you.

11:46:37   17  A.  Okay.

11:46:38   18  Q.  Okay.  Do monitors whose names begin with PA fall in

11:46:48   19  the professional series category?

11:46:58   20  A.  Yes.

11:46:58   21  Q.  Do monitors of ASUS whose names begin with PG fall in

11:47:10   22  the professional series category?

11:47:12   23  A.  No.

11:47:21   24  Q.  Okay.  So do the monitors that fall -- strike that.

11:47:32   25         Do the monitors whose names begin with PG fall

11:47:41  1  outside the professional series category?

11:47:43  2  A.  Yes.

11:47:54  3  Q.  Okay.  Do monitors that fall within the professional

11:48:01  4  series category contain the 6-axis hue or 6-axis saturation

11:48:11  5  user interface?

11:48:14  6  A.  Should be the case for all of those.

11:48:38  7  Q.  For the monitors that fall outside the professional

11:48:45  8  series category, do they have the 6-axis control or do they

11:48:54  9  not have the 6-axis control?

11:48:56  10  A.  They do not.

11:49:16  11  Q.  Do you know what percentage of ASUS's monitors fall in

11:49:30  12  the professional series category?

11:49:32  13          MR. BENNETT:  Objection, foundation.

11:49:34  14          MR. JOSHI:  I laid the foundation --

11:49:36  15          THE COURT:  He asked:  Do you know?

11:49:37  16          MR. BENNETT:  Oh, do you know, I'm sorry.  You're

11:49:39  17  right.

11:49:58  18  A.  I do not know.

11:49:58  19  BY MR. JOSHI:

11:50:00  20  Q.  Okay.  Thank you, Mr. Lin.

11:50:08  21  A.  You're welcome.

11:50:15  22                  REDIRECT EXAMINATION

11:50:15  23  BY MR. BENNETT:

11:50:45  24  Q.  Mr. Lin, I'd like to take you back to Plaintiff's

11:50:49  25  Exhibit 26-76.

| | | |
|---|---|---|
| 11:51:17 | 1 | Do you remember our conversation about this |
| 11:51:19 | 2 | manual? |
| 11:51:21 | 3 | A.  Yes. |
| 11:51:25 | 4 | Q.  Do you remember our conversation about this manual |
| 11:51:29 | 5 | during your deposition? |
| 11:51:30 | 6 | A.  I do not. |
| 11:51:45 | 7 | Q.  I figured. |
| 11:51:49 | 8 | Just now, I heard Mr. Joshi ask you a whole bunch |
| 11:51:52 | 9 | of questions about this manual.  Do you remember your |
| 11:51:54 | 10 | conversation with Mr. Joshi about this manual? |
| 11:51:57 | 11 | A.  Yes, I do. |
| 11:52:13 | 12 | Q.  And he asked you about what happens when you adjust the |
| 11:52:18 | 13 | R value.  Do you remember when he asked you about that, |
| 11:52:21 | 14 | changing RGB values? |
| 11:52:33 | 15 | A.  Yes, I do. |
| 11:52:34 | 16 | Q.  But that's different than what you told us during your |
| 11:52:41 | 17 | deposition, isn't it, sir? |
| 11:52:44 | 18 | A.  I don't remember we had any discussion in this matter |
| 11:53:02 | 19 | during the deposition, or I forgot. |
| 11:53:05 | 20 | Q.  Well, let me remind you a little bit more about your |
| 11:53:10 | 21 | deposition.  You were designated -- |
| 11:53:13 | 22 | MR. BENNETT:  Go ahead, Ms. Josh.  Go ahead. |
| 11:53:22 | 23 | MR. JOSHI:  Your Honor? |
| 11:53:23 | 24 | BY MR. BENNETT: |
| 11:53:25 | 25 | Q.  Your employer, ASUS, designated you as a witness -- |

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 11:53:29 | 1  | THE COURT:  Hold on just a moment.                           |
| 11:53:30 | 2  | What's the objection?                                         |
| 11:53:31 | 3  | MR. JOSHI:  Your Honor, if he has -- if he wants              |
| 11:53:33 | 4  | to impeach the witness with something he said, that's one    |
| 11:53:36 | 5  | thing, but we're past discovery now.                         |
| 11:53:38 | 6  | THE COURT:  I think we're getting to the                     |
| 11:53:41 | 7  | impeachment.                                                 |
| 11:53:41 | 8  | MR. JOSHI:  Okay, sir.                                        |
| 11:53:42 | 9  | MR. BENNETT:  Indeed.                                         |
| 11:53:42 | 10 | BY MR. BENNETT:                                               |
| 11:53:45 | 11 | Q.  We asked your employer to produce somebody at a          |
| 11:53:49 | 12 | deposition to answer our questions about manuals like        |
| 11:53:52 | 13 | Plaintiff's Exhibit 76.  Do you remember that?               |
| 11:54:23 | 14 | A.  I'm sorry.  You weren't asking me whether I remember      |
| 11:54:28 | 15 | that?                                                         |
| 11:54:29 | 16 | Q.  I'll tell you what.  I'll do one better.                  |
| 11:54:32 | 17 | MR. BENNETT:  Your Honor, for demonstrative                  |
| 11:54:34 | 18 | purposes only, I'd like to publish to the jury the           |
| 11:54:37 | 19 | deposition notice of ASUSTeK.                                |
| 11:54:39 | 20 | THE COURT:  I'll allow that.                                  |
| 11:54:41 | 21 | MR. BENNETT:  Thank you.                                      |
| 11:54:43 | 22 | It's Plaintiff's Exhibit 72, Denver.                         |
| 11:54:43 | 23 | BY MR. BENNETT:                                               |
| 11:54:58 | 24 | Q.  This is the deposition notice.  You'll see at the top    |
| 11:55:01 | 25 | right-hand corner there's a stamp.  And that stamp is there  |

```
11:55:13   1   because we discussed this document at your deposition,
11:55:16   2   right?
11:55:32   3   A.  I'm sorry.  I don't understand the content of this
11:55:37   4   document.
11:55:39   5        MR. BENNETT:  Madam Interpreter, you're welcome to
11:55:42   6   translate that into Chinese for him so he can understand.
11:55:46   7   And then let me know, please, when you're done.
11:55:49   8        THE INTERPRETER:  May the interpreter clarify?
11:55:51   9   The interpreter is required to interpret the notice in its
11:55:55  10   entirety or just the caption?
11:55:57  11        MR. BENNETT:  Thank you for that clarification.
11:55:59  12        Definitely not in its entirety, ma'am.  Just the
11:56:02  13   part you can see on your screen.
11:56:41  14        THE INTERPRETER:  Would you please scoot it up a
11:56:45  15   little bit?
11:56:45  16        MR. BENNETT:  That's all.  If you're through what
11:56:49  17   you can see just through the title of the document, that's
11:56:52  18   all I need for now, ma'am.
11:56:54  19        THE INTERPRETER:  The interpreter can't see the
11:56:56  20   title --
11:56:56  21        MR. BENNETT:  Oh, okay.
11:56:56  22        THE INTERPRETER:  -- yet.  It's blocked by the
11:56:58  23   video.
11:57:00  24        MR. BENNETT:  So can you scroll down just a little
11:57:02  25   bit, Denver?
```

11:57:02   1   BY MR. BENNETT:

11:57:30   2   Q.  Did that refresh your recollection, Mr. Lin?

11:57:41   3   A.  Well, I did attend the deposition.

11:57:43   4   Q.  All right.  And I know you did because we took it, but

11:57:46   5   my question is this:  When we asked ASUSTeK to produce

11:57:52   6   somebody at a deposition, they gave us you, correct?

11:58:11   7   A.  Right.

11:58:16   8   Q.  Okay.  Now, just a moment ago, we in this courtroom and

11:58:20   9   the jury heard you tell Mr. Joshi all about how if you

11:58:25  10   adjust one axis, when we're looking at Plaintiff's

11:58:31  11   Exhibit 26-76, what will happen.  Do you remember that

11:58:35  12   conversation with Mr. Joshi?

11:58:55  13   A.  Yes, with Mr. Joshi.

11:58:59  14   Q.  Okay.  Now, when we took your deposition, do you

11:59:05  15   remember the circumstances at that deposition?  Do you

11:59:07  16   remember it was 3:00 a.m. in Dallas when we took that

11:59:09  17   deposition?

11:59:13  18   A.  Well, it was in the morning time in Taipei.  I am not

11:59:36  19   sure what time in Dallas.

11:59:37  20   Q.  Fair enough.

11:59:39  21        But when we asked you at your deposition, where

11:59:44  22   you represented your employer, if I increased the R value

11:59:48  23   from 50 to 60, meaning the value of red, I have not changed

11:59:54  24   the value of G or B, and we asked you if that was correct,

12:00:00  25   do you remember what your answer was under oath back in

| | | |
|---|---|---|
| 12:00:04 | 1 | November? |
| 12:00:23 | 2 | A.  Well, I don't remember what I answered to that question |
| 12:00:34 | 3 | at that time. |
| 12:00:34 | 4 | Q.  Your answer was on Line 8 of Page 20 -- Page 23, |
| 12:00:40 | 5 | Line 8:  I'm not sure. |
| 12:00:42 | 6 | We followed up -- |
| 12:00:44 | 7 | MR. BENNETT:  Go ahead. |
| 12:00:44 | 8 | BY MR. BENNETT: |
| 12:01:04 | 9 | Q.  And that was true -- and that was a truthful answer, |
| 12:01:06 | 10 | wasn't it, sir? |
| 12:01:08 | 11 | MR. BENNETT:  I'm sorry.  Please interpret it. |
| 12:01:11 | 12 | A.  Okay.  I see it now. |
| 12:01:11 | 13 | BY MR. BENNETT: |
| 12:01:18 | 14 | Q.  And that was a truthful answer, wasn't it, sir? |
| 12:01:31 | 15 | A.  Hold on.  I'm reading this question still. |
| 12:01:37 | 16 | Q.  Sir, I've already read you the question.  Your answer |
| 12:01:40 | 17 | was:  I'm not sure.  And you -- and that was -- |
| 12:01:55 | 18 | A.  From the record you're showing, I did answer this way |
| 12:02:01 | 19 | at that time. |
| 12:02:02 | 20 | Q.  That's right.  And then we followed up again.  We asked |
| 12:02:07 | 21 | you why.  And on Line 10 to 11, you said:  We provide the |
| 12:02:13 | 22 | adjustment to the R axis, but I'm not sure whether it will |
| 12:02:18 | 23 | affect the others. |
| 12:02:19 | 24 | That's what you said in November. |
| 12:02:37 | 25 | THE COURT:  Mr. Bennett, just a moment.  There's |

| | | |
|---|---|---|
| 12:02:41 | 1 | an objection. |
| 12:02:42 | 2 | MR. JOSHI:  Your Honor, there's nothing |
| 12:02:44 | 3 | inconsistent here.  He's making an objection with a prior |
| 12:02:47 | 4 | consistency -- |
| 12:02:48 | 5 | THE COURT:  Sit down, Mr. Joshi. |
| 12:02:50 | 6 | Continue. |
| 12:02:50 | 7 | BY MR. BENNETT: |
| 12:02:55 | 8 | A.  I think -- |
| 12:02:55 | 9 | MR. BENNETT:  Go ahead, translator.  Please |
| 12:02:58 | 10 | translate, and then I guess we'll get an answer.  Let me |
| 12:03:02 | 11 | try again. |
| 12:03:04 | 12 | THE INTERPRETER:  The interpreter did not hear the |
| 12:03:06 | 13 | answer. |
| 12:03:06 | 14 | BY MR. BENNETT: |
| 12:03:08 | 15 | Q.  Okay.  We followed up and asked you why -- and your |
| 12:03:12 | 16 | answer, 3:00 a.m. Dallas time on November 30th, 2020, was: |
| 12:03:16 | 17 | We provide the adjustment to the R axis, but I'm not sure |
| 12:03:21 | 18 | whether it will affect the others. |
| 12:03:24 | 19 | It's on screen, sir.  That was your testimony, |
| 12:03:27 | 20 | wasn't it? |
| 12:03:56 | 21 | A.  Now I see it. |
| 12:03:58 | 22 | Q.  And you told the truth that day, didn't you? |
| 12:04:00 | 23 | A.  On that day I did tell the truth. |
| 12:04:10 | 24 | Q.  And then we followed up again, trying to get an answer |
| 12:04:15 | 25 | to the question that you had been provided to give us.  On |

```
12:04:19   1   Line 19 to 21, we asked:  If I change the value of R
12:04:23   2   without changing the value of G, does the value of G
12:04:28   3   change?
12:04:29   4          And your answer was:  Again, I am not sure.  We
12:04:35   5   provide the adjustment to R, G, and B.
12:04:38   6          Do you see that?
12:04:40   7   A.  Well, this answer looked a little strange.  I don't
12:05:38   8   know what the original question was about.
12:05:43   9          MR. BENNETT:  I move to strike, Your Honor, as
12:05:47   10  nonresponsive.
12:05:48   11         THE COURT:  I'll sustain the objection.  Strike
12:05:50   12  the answer and instruct the jury to ignore the response.
12:05:50   13  BY MR. BENNETT:
12:06:04   14  Q.  I'll try again, Mr. Lin.
12:06:06   15         On November 30, 2000 [sic], we asked you under
12:06:11   16  oath:  If I change the value of R without changing the
12:06:16   17  value of G, does the value of G change?
12:06:20   18         And your answer under oath on that day, sir, was:
12:06:24   19  I'm not sure.  We provide the adjustment to R, G, and B.
12:06:30   20         Correct?
12:07:22   21  A.  I see that.  However, Ms. Interpreter, would you please
12:07:30   22  help me to ask clarification here, please.  When it says,
12:07:35   23  "I'm not sure," does that mean that I am not sure whether
12:07:39   24  we do provide that functionality?
12:07:45   25  Q.  Mr. Lin, I don't know what you meant.  I just got your
```

| | | |
|---|---|---|
| 12:07:48 | 1 | answers on a piece of paper because ASUS gave us you as a |
| 12:07:53 | 2 | witness.  Your answer was:  I'm not sure. |
| 12:07:55 | 3 | Let me ask it this way.  Let me try this.  After a |
| 12:07:59 | 4 | deposition, you were given a chance -- you were -- or at |
| 12:08:02 | 5 | least your company was, your employer was given a chance on |
| 12:08:06 | 6 | a form called an errata to make changes, to make any |
| 12:08:11 | 7 | clarifications to your testimony that they wanted. |
| 12:08:14 | 8 | MR. BENNETT:  Please provide the translation, and |
| 12:08:16 | 9 | I'll finish the question. |
| 12:08:16 | 10 | BY MR. BENNETT: |
| 12:08:58 | 11 | Q.  And you never provided any changes or clarifications to |
| 12:09:04 | 12 | your November 30th deposition between now and today when |
| 12:09:10 | 13 | you appeared in this courtroom, correct? |
| 12:09:15 | 14 | A.  Who should I make -- who should I have made that |
| 12:09:40 | 15 | clarification to? |
| 12:09:42 | 16 | Q.  Mr. Lin, you can ask your lawyers questions when you're |
| 12:09:47 | 17 | not on cross.  My question is real simple.  There is a |
| 12:09:50 | 18 | process whereby you can make changes and clarifications to |
| 12:09:54 | 19 | your testimony. |
| 12:09:54 | 20 | My question is this:  ASUS, you will agree with |
| 12:09:57 | 21 | me, never approached you to make any changes or |
| 12:10:01 | 22 | clarifications to your November 30th testimony; isn't that |
| 12:10:05 | 23 | true, sir? |
| 12:10:45 | 24 | A.  Well, after the deposition, I have never received such |
| 12:10:51 | 25 | record, and I do not have any motive to pursue that, |

| | | |
|---|---|---|
| 12:10:59 | 1 | either, right? |
| 12:11:01 | 2 | Q.  Well, the problem, Mr. Lin, is today, despite all of |
| 12:11:07 | 3 | those answers on November 30th, 2020, you walked into this |
| 12:11:11 | 4 | court -- or you walked and appeared in this court with |
| 12:11:17 | 5 | Mr. Joshi and contradicted every answer you gave us on |
| 12:11:21 | 6 | November 30th that we just reviewed; isn't that right? |
| 12:11:31 | 7 | A.  It's not exactly contrary to those answers, right?  And |
| 12:11:58 | 8 | at that moment my answer was I was not sure. |
| 12:12:02 | 9 | Q.  That's right.  On November 30th, you told us you didn't |
| 12:12:06 | 10 | know and you weren't sure.  But today you walked in and |
| 12:12:09 | 11 | told Mr. Joshi that you were to this jury, right? |
| 12:12:15 | 12 | A.  That's right.  Because the time changed, right?  And |
| 12:12:44 | 13 | now it is already six months after the deposition. |
| 12:12:51 | 14 | Q.  That's true, except I think we still agree, and you can |
| 12:12:58 | 15 | correct me if I'm wrong, you never submitted that form to |
| 12:13:01 | 16 | tell us that you were going to change your answers, did |
| 12:13:07 | 17 | you? |
| 12:13:07 | 18 | A.  I do not even know such procedure exists. |
| 12:13:33 | 19 | Q.  And you swore to tell the truth to this jury when we |
| 12:13:39 | 20 | swore you in yesterday, right? |
| 12:13:42 | 21 | A.  Yes. |
| 12:13:54 | 22 | Q.  Which version of the truth do you want the jury to |
| 12:13:58 | 23 | believe, Mr. Lin, the one you told on the 30th or the one |
| 12:14:02 | 24 | you told today? |
| 12:14:04 | 25 | MR. JOSHI:  Objection, Your Honor. |

259

12:14:05  1            THE COURT:  What's the objection?

12:14:06  2            MR. JOSHI:  I haven't had a chance, Your Honor, to

12:14:09  3   ask him questions about what he said at the deposition.

12:14:11  4            THE COURT:  I'm sorry?

12:14:13  5            MR. JOSHI:  I haven't had a chance to ask him what

12:14:16  6   he said at the deposition.

12:14:16  7            THE COURT:  What's the objection to the question,

12:14:20  8   Mr. Joshi?

12:14:20  9            MR. JOSHI:  Mischaracterizing the witness's

12:14:23  10  testimony.

12:14:23  11           THE COURT:  I'm going to let him.  You'll have a

12:14:25  12  opportunity to ask questions.

12:14:30  13           MR. JOSHI:  Thank you.

12:14:30  14           MR. BENNETT:  Let me repeat the question, Madam

12:14:34  15  Translator.

12:14:34  16  BY MR. BENNETT:

12:14:34  17  Q.  Which version of the truth do you want the jury to

12:14:37  18  believe, your November 30th, 2020, testimony when you

12:14:39  19  didn't know a thing, when ASUS was supposed to produce

12:14:43  20  somebody who did, or your version of the testimony to this

12:14:45  21  jury now?  Which version?

12:15:15  22  A.  I told you the truth during the deposition.  So am I

12:15:20  23  telling the truth here in this trial.

12:15:25  24           MR. BENNETT:  I see we're past noon, Your Honor.

12:15:27  25  I can stop for lunch or --

| | | |
|---|---|---|
| 12:15:29 | 1 | THE COURT:  Yeah, I think we should probably stop. |
| 12:15:33 | 2 | How much more do you have, Mr. Bennett? |
| 12:15:35 | 3 | MR. BENNETT:  I have a lot. |
| 12:15:36 | 4 | THE COURT:  Okay.  Let's go ahead and break for |
| 12:15:40 | 5 | lunch now. |
| 12:15:40 | 6 | Ladies and gentlemen of the jury, we'll recess for |
| 12:15:42 | 7 | lunch now.  Don't discuss the case until all of the |
| 12:15:46 | 8 | evidence has been presented and I have instructed you on |
| 12:15:50 | 9 | the law. |
| 12:15:51 | 10 | We'll be in recess until about 1:15. |
| 12:15:54 | 11 | COURT SECURITY OFFICER:  All rise for the jury. |
| 12:16:04 | 12 | (Jury out.) |
| 12:16:20 | 13 | THE COURT:  Okay.  Please be seated. |
| 12:16:23 | 14 | Mr. Joshi, I want to say, I apologize for being |
| 12:16:26 | 15 | short with you in response to one of your objections.  I'm |
| 12:16:30 | 16 | not a fan of speaking objections. |
| 12:16:32 | 17 | MR. JOSHI:  Okay. |
| 12:16:32 | 18 | THE COURT:  So if you have an objection to a |
| 12:16:34 | 19 | question, say that you have an objection and state the |
| 12:16:37 | 20 | grounds for it.  But this sort of discussion about how the, |
| 12:16:40 | 21 | you know, answer was not inconsistent with the prior |
| 12:16:43 | 22 | testimony, that was not appropriate.  So I shut that |
| 12:16:46 | 23 | conversation down, and perhaps I did so too rudely.  So my |
| 12:16:53 | 24 | apologies. |
| 12:16:54 | 25 | MR. JOSHI:  Thank you, Your Honor. |

| | |
|---|---|
| 12:16:57 | 1 |
| 12:17:02 | 2 |
| 12:17:08 | 3 |
| 12:17:08 | 4 |
| 12:17:12 | 5 |
| 12:17:17 | 6 |
| 12:17:21 | 7 |
| 12:17:26 | 8 |
| 12:17:32 | 9 |
| 12:17:36 | 10 |
| 12:17:43 | 11 |
| 12:17:47 | 12 |
| 12:17:48 | 13 |
| 12:17:52 | 14 |
| 12:17:54 | 15 |
| 12:17:57 | 16 |
| 12:18:01 | 17 |
| 12:18:05 | 18 |
| 12:18:05 | 19 |
| 12:18:07 | 20 |
| 12:18:10 | 21 |
| 12:18:16 | 22 |
| 12:18:19 | 23 |
| 12:18:22 | 24 |
| 12:18:24 | 25 |

         MR. BENNETT:  We have a discovery sanction problem
now.  There was a limine.  It happened too fast, so that's
my fault, but the sidebar problem contributed to it.
         I'm sorry.
         But this man was designated as ASUS's corporate
representative on these topics, and he changed materially
that testimony, and we just confirmed it on the record.
         His entire, air quotes, cross by Mr. Joshi is
suspect on these topics.  All of these color changes that
he didn't know about before that they deprived us of an
opportunity to obtain, and now they show up here with
something totally different.
         I cross-examined him, but we move to strike almost
his entire testimony or that the jury be given an
instruction that given the failure to produce somebody on
November 30th who actually knew to answer the questions,
they should disregard Mr. Lin's testimony entirely on those
issues.
         MR. JOSHI:  So, Your Honor, let me explain.
         THE COURT:  It's not on.  The light has to be
green.
         MR. JOSHI:  Let me explain a big problem here that
I picked up on.  I was at the deposition.
         Your Honor, there are two -- two sides to the
discussion on colors.  When one is on the user interface

12:18:30   1   side selecting a color, which is what I mostly spoke with

12:18:34   2   Mr. Lin about, when you can either select this color, that

12:18:37   3   color, does this menu allow this, does that menu allow

12:18:41   4   that, that's one side of the conversation.

12:18:43   5        The conversation at the deposition was about what

12:18:46   6   happens on the display.  So there are two sides to this,

12:18:51   7   and that's the confusion, where he is getting confused.

12:18:54   8        My conversation with him today was entirely about

12:18:58   9   the user interface side.

12:18:59  10        Okay.  On the display side, if the green changes

12:19:02  11   to red, if -- you know, that's where he said, I'm not sure.

12:19:05  12        So these are two different conversations, and I

12:19:09  13   see no inconsistency here --

12:19:09  14        THE COURT:  Well --

12:19:11  15        MR. JOSHI:  -- and I was there.

12:19:12  16        THE COURT:  Okay.  That's certainly an argument

12:19:14  17   you-all can make.

12:19:15  18        Mr. Bennett, I'm going to let you continue with

12:19:18  19   your cross-examination, and you'll see, you know, just

12:19:18  20   however you think is necessary.

12:19:25  21        Mr. Joshi can follow up however he wants to.

12:19:25  22        If there's a case that you've got on this point,

12:19:25  23   Mr. Bennett, I'll be glad to look at it.

12:19:31  24        I do know cates [sic] -- courts, you know, treat

12:19:33  25   errata sheets differently and whether a witness can change

| | | |
|---|---|---|
| 12:19:38 | 1 | 30(b)(6) testimony. |
| 12:19:39 | 2 | I'm certainly not in a position right now to make |
| 12:19:42 | 3 | a ruling on this.  We'll see what the testimony looks like |
| 12:19:46 | 4 | when it's fully completed.  And to the extent the parties |
| 12:19:50 | 5 | can assist us with directing us to any case law, that would |
| 12:19:56 | 6 | be very helpful. |
| 12:19:57 | 7 | MR. BENNETT:  Understood, Your Honor. |
| 12:19:58 | 8 | MR. JOSHI:  Thank you. |
| 12:19:59 | 9 | COURT SECURITY OFFICER:  All rise. |
| 12:20:07 | 10 | (Recess.) |
| 01:16:58 | 11 | COURT SECURITY OFFICER:  All rise. |
| 01:16:59 | 12 | THE COURT:  Okay.  Let's have the jury brought in. |
| 01:17:04 | 13 | (Jury in.) |
| 01:17:29 | 14 | THE COURT:  Please be seated. |
| 01:17:37 | 15 | All right.  Mr. Bennett, you may continue. |
| 01:17:40 | 16 | MR. BENNETT:  Thank you, Your Honor. |
| 01:17:41 | 17 | BY MR. BENNETT: |
| 01:17:43 | 18 | Q.  Mr. Lin, just to confirm, back in November of 2020, |
| 01:17:49 | 19 | whether it was a 6-axis product or a 3-axis product, you |
| 01:17:53 | 20 | weren't sure whether adjusting the R axis, for example, |
| 01:17:58 | 21 | would affect other colors.  Is that fair? |
| 01:18:33 | 22 | A.  Well, during the deposition and -- I answered your |
| 01:18:38 | 23 | questions according to the situations at that time. |
| 01:18:42 | 24 | Q.  And that's fair.  And I'm just asking a question about |
| 01:18:48 | 25 | what you knew back in November of 2020.  So let me try one |

01:18:52   1   more time.

01:18:53   2          Back then, November of 2020, whether it was a

01:18:56   3   6-axis product or a 3-axis product, you weren't sure, did

01:19:00   4   not know, whether adjusting the R axis, for example, would

01:19:05   5   affect the other colors?  At that time, you weren't sure?

01:20:04   6   A.  Well, I'm not sure whether I knew or not at that

01:20:11   7   specific time.  However, I did answer questions and

01:20:18   8   according to the -- that situation at that time, and I am

01:20:24   9   sure that the answer I gave at that time were the answers

01:20:32  10   you just showed me.

01:20:34  11   Q.  Okay.  But you're sure now, right?

01:21:04  12   A.  Well, I trust the record you just showed me because

01:21:19  13   that was an official record for that.

01:21:25  14   Q.  Yeah, and I'm not talk -- we can put aside that -- that

01:21:29  15   deposition just for a moment.  I'm just asking about where

01:21:35  16   things are now.

01:21:38  17          While you may have been -- strike that.

01:21:40  18          Let me try it this way.  You were unsure in

01:21:45  19   November of 2020 whether a 6-axis product would adjust the

01:21:50  20   R axis, for example, and affect other colors?

01:21:56  21   A.  That's right.  If I answered to this question at that

01:22:30  22   time was "I am not sure," that must have been my answer at

01:22:36  23   that time.  I was not sure.

01:22:37  24   Q.  Okay.  And what about a 3-axis product?  Back in

01:22:41  25   November of 2020, you weren't sure at that time whether

01:22:48    1  adjusting the R axis would affect other colors in the

01:22:53    2  3-axis product at that time, correct?

01:22:55    3  A.  It must be my answer then if the record shows that.

01:23:25    4  Q.  Well, I'm -- let me ask it this way.  Regardless of

01:23:30    5  what the record shows, best you can remember back in

01:23:34    6  November of 2020, you did not know what would happen to the

01:23:37    7  other colors if R were adjusted on a 3-axis product, right?

01:23:46    8  A.  I don't remember whether I knew it or not at that

01:24:14    9  specific time.

01:24:15   10  Q.  Fair enough.  Thank you, Mr. Lin.

01:24:25   11  A.  You're welcome.

01:24:26   12  Q.  ASUS -- ASUS's lawyer took you through a lot of

01:24:29   13  different documents.  I'm going to try and go through those

01:24:34   14  as quickly as I can and ask you a few questions about them.

01:24:37   15         MR. BENNETT:  Denver, let's start first with

01:24:41   16  Plaintiff's Exhibit 26-2, please.

01:24:58   17         And, for the record, I think I walked too far from

01:25:02   18  the mic.  It's Plaintiff's Exhibit 26-2.

01:25:02   19  BY MR. BENNETT:

01:25:10   20  Q.  Do you remember discussing this document with

01:25:12   21  Mr. Joshi?

01:25:13   22  A.  Yes.

01:25:20   23  Q.  Okay.  Now, before we go there or to the part of this

01:25:24   24  manual I want to talk about, I want to flip back real quick

01:25:32   25  to a document that you and I discussed, which was

01:25:37  1  Plaintiff's Exhibit 26-30.

01:25:45  2        Do you remember discussing this document with me,

01:25:47  3  Mr. Lin?

01:25:59  4  A.  Yes, probably.

01:25:59  5        MR. BENNETT:  Denver, 24...

01:26:00  6  BY MR. BENNETT:

01:26:00  7  Q.  Okay.  We specifically looked at a Troubleshooting FAQ.

01:26:17  8  Do you remember that, our conversation?

01:26:28  9  A.  Yes, I do.  I do remember we probably have, yes.

01:26:31  10  Q.  And we looked at a few of these, but we talked

01:26:35  11  specifically about the problem, screen image has color

01:26:38  12  defects and the solution that ASUS instructs users to

01:26:44  13  follow if they experience that problem.  Do you remember

01:26:48  14  that?

01:26:50  15  A.  We did discuss this matter.

01:27:07  16  Q.  And one of the possible solutions to that issue is

01:27:11  17  adjust the RGB color settings, right?

01:27:15  18  A.  Yes.

01:27:29  19  Q.  Okay.

01:27:33  20        MR. BENNETT:  Let's go back to Plaintiff's

01:27:35  21  Exhibit 26-2, please.  And go to Page 4402, please, Denver.

01:28:00  22  Maybe a little down -- I'm sorry, 4409.  Can't read my own

01:28:15  23  handwriting.  Apologies.

01:28:17  24  BY MR. BENNETT:

01:28:24  25  Q.  This is another one of those Troubleshooting FAQs,

01:28:28   1   isn't it, Mr. Lin?

01:28:34   2   A.  It appears so.

01:28:37   3   Q.  Okay.

01:28:38   4        MR. BENNETT:  And if you'll scroll down, please,

01:28:42   5   Denver, and specifically focus on color display adjustment.

01:28:56   6   BY MR. BENNETT:

01:28:56   7   Q.  This is the same instructions in this manual as the

01:28:59   8   6-axis manual we just looked at, right?

01:29:02   9   A.  Well, there's no mention of 6-axis anywhere here.

01:29:22  10   Q.  That wasn't my question, Mr. Lin.

01:29:24  11        My question was, the instruction on how to

01:29:27  12   troubleshoot this problem in Plaintiff's Exhibit 26-2 is

01:29:33  13   the same as the instruction in the 6-axis menu, which is to

01:29:39  14   adjust the RGB color settings, right?

01:29:45  15   A.  Well, the text are the same, that's right.

01:30:12  16   Q.  Okay.

01:30:12  17   A.  But --

01:30:13  18   Q.  Thank you.

01:30:19  19        MR. BENNETT:  Let's go to Plaintiff's

01:30:34  20   Exhibit 26-49, please.

01:30:37  21   BY MR. BENNETT:

01:30:40  22   Q.  Do you remember discussing this user manual with

01:30:42  23   Mr. Joshi, Mr. Lin?

01:30:44  24   A.  Yes.

01:30:50  25        MR. BENNETT:  Denver, will you please go to

01:30:53   1   Page 25 of the PDF?

01:31:12   2   BY MR. BENNETT:

01:31:12   3   Q.   That very last -- if you'll look at that very bottom

01:31:17   4   box under Problem, Mr. Lin, and Problem Solution, it lists

01:31:24   5   the same solution to that color defects problem, right?

01:31:29   6   Adjust the RGB color settings?

01:31:48   7   A.   Well, they looked identical, looked like they just

01:31:54   8   copied and pasted it.

01:31:55   9   Q.   And that may be.  Maybe they did copy and paste, but

01:32:00  10   whatever they did, ASUS is telling users who experience

01:32:05  11   color defects in their screen image that one of the

01:32:08  12   possible solutions for this model is to adjust the RGB

01:32:12  13   color settings, right?

01:32:15  14   A.   Well, just like I -- just like I explained earlier this

01:33:07  15   morning, and this is not a color defect, so-called, and it

01:33:15  16   was for something with the color white.  I have to make a

01:33:20  17   correction here.

01:33:23  18          MR. BENNETT:  Your Honor, I move to strike that

01:33:25  19   answer as nonresponsive.

01:33:26  20          THE COURT:  I will grant the motion and strike the

01:33:30  21   response and instruct the jury to ignore the answer.

01:33:38  22   BY MR. BENNETT:

01:33:43  23   Q.   Mr. Lin, my question was pretty simple.  Let me try it

01:33:43  24   again.

01:33:48  25          Whether they copied or pasted it or whatever ASUS

01:33:50  1  did with this user manual, if a user of this product has a

01:33:53  2  screen image that has color defects and they look in this

01:33:56  3  manual, one of the solutions that ASUS tells them exists to

01:34:00  4  the problem is adjust the RGB color settings, right?

01:34:50  5  A.  It's possible that the users will go to look at this

01:34:54  6  and make adjustment like this accordingly.

01:35:05  7        MR. BENNETT:  Let's go to Plaintiff's

01:35:08  8  Exhibit 26-74, please, Denver.

01:35:10  9  BY MR. BENNETT:

01:35:20  10 Q.  All right.  You discussed this manual with Mr. Joshi,

01:35:23  11 as well, right?

01:35:33  12 A.  Right.

01:35:34  13        MR. BENNETT:  Let's go to Page 6969.

01:35:37  14 BY MR. BENNETT:

01:35:52  15 Q.  All right.  For this product, ASUS gives the same

01:35:57  16 advice to users of this product, every other product that

01:36:01  17 we've seen.  If the screen image has color defects, we

01:36:06  18 should adjust the RGB color settings, right?

01:36:33  19 A.  Well, these texts you are showing me now are identical

01:36:40  20 to the ones you showed me previously, yes.

01:36:54  21 Q.  I want to take you back to Defense Exhibit 87, please.

01:37:08  22        Now, when discussing this manual with Mr. Joshi,

01:37:11  23 you confirmed for us this manual is an example of 3-axis

01:37:17  24 functionality, right -- or excuse me.  Strike that.  I'm

01:37:24  25 sorry.

01:37:24    1        When you were speaking about this manual with

01:37:27    2   Mr. Joshi, you confirmed for us that the product described

01:37:30    3   in this user manual is an example of 3-axis functionality,

01:37:34    4   right?

01:37:55    5   A.  Oh, are you asking these questions to me?

01:38:02    6   Q.  Yes, Mr. Lin.  I'm asking you, when you spoke with

01:38:06    7   Mr. Joshi about this document, he asked you about this

01:38:09    8   product, the PG278QR.  And you told him -- and I'm just

01:38:13    9   making sure we're still in agreement, that this is an

01:38:16   10   example of 3-axis functionality?

01:38:44   11   A.  Yes.

01:38:45   12        MR. BENNETT:  Okay.  Denver, can we go to Page 25

01:38:49   13   of the PDF, please?

01:38:50   14   BY MR. BENNETT:

01:38:54   15   Q.  Here we are again, the ubiquitous Troubleshooting FAQ,

01:38:59   16   and this FAQ and this 3-axis monitor gives ASUS users the

01:39:05   17   same instructions as every other manual we've looked at

01:39:09   18   when it comes to a possible solution to a color defect

01:39:12   19   which is adjust the RGB color settings, right?

01:40:00   20   A.  Yes, the texts are identical.

01:40:03   21        MR. BENNETT:  All right.  Let's go the Defense

01:40:07   22   Exhibit 88.

01:40:08   23   BY MR. BENNETT:

01:40:08   24   Q.  And I'm sorry to belabor this, I'm not trying to

01:40:11   25   pester, but Mr. Joshi went over these documents so we have

| | | |
|---|---|---|
| 01:40:15 | 1 | to, too. |
| 01:40:28 | 2 | A.  I understand. |
| 01:40:28 | 3 | Q.  Thank you.  So this is the PG279 series.  You see that? |
| 01:40:37 | 4 | A.  I can see that. |
| 01:40:40 | 5 | Q.  All right. |
| 01:40:42 | 6 | MR. BENNETT:  And I apologize, Denver.  I don't |
| 01:40:44 | 7 | have a page for you.  But it's 3-7 in the manual.  That's |
| 01:40:48 | 8 | the one.  Thank you. |
| 01:40:49 | 9 | BY MR. BENNETT: |
| 01:40:58 | 10 | Q.  And like every other manual we've looked at so far, |
| 01:41:02 | 11 | this manual, too, when users of this product encounter |
| 01:41:06 | 12 | color defects, one of the possible solutions to that |
| 01:41:10 | 13 | problem is to adjust the RGB color settings? |
| 01:41:40 | 14 | A.  My answer will remain the same as the previous one. |
| 01:41:43 | 15 | Q.  Which is what, Mr. Lin? |
| 01:42:02 | 16 | A.  From the literal meaning here, one of the solutions |
| 01:42:07 | 17 | would be adjust the RGB color settings. |
| 01:42:15 | 18 | MR. BENNETT:  Let's go to -- I think we've covered |
| 01:42:17 | 19 | that one already -- Defense Exhibit 91. |
| 01:42:30 | 20 | BY MR. BENNETT: |
| 01:42:30 | 21 | Q.  This is the manual for the VG278, right? |
| 01:42:37 | 22 | A.  Right. |
| 01:42:38 | 23 | Q.  And you discussed this manual with Mr. Joshi, as well? |
| 01:42:41 | 24 | A.  Yes. |
| 01:42:55 | 25 | Q.  And like every other manual we've looked at, it |

01:42:59   1   suggests to users of this particular product, when a screen

01:43:05   2   image has color defects, they should adjust the RGB color

01:43:08   3   settings, right?

01:43:37   4   A.  Well, I still wanted to make this clarification that

01:43:41   5   the words in that -- in that bracket actually are the real

01:43:47   6   meaning we meant to say.

01:43:52   7        MR. BENNETT:  Your Honor, I move to strike that

01:43:54   8   answer as nonresponsive.

01:43:55   9        THE COURT:  I'll strike the response and instruct

01:44:00  10   the jury to ignore it.

01:44:02  11        MR. BENNETT:  I'll move on.

01:44:03  12   BY MR. BENNETT:

01:44:22  13   Q.  I want to look at Defense Exhibit 139, please.

01:44:29  14        Do you remember speaking with Mr. Joshi about this

01:44:38  15   document, Mr. Lin?

01:44:40  16   A.  Yes.

01:44:47  17   Q.  All right.  And he took you through this, has a lot of

01:44:56  18   manufacturers, companies that -- ODMs that help ASUS

01:45:01  19   assemble these various display products, right?

01:45:07  20   A.  Yes.

01:45:22  21   Q.  All right.  Whatever products these ODMs make, they

01:45:30  22   make subject to ASUS's specifications, right?

01:45:47  23   A.  Yes.

01:45:47  24   Q.  And if these ODMs ship products to the United States

01:45:52  25   for sale here, they do so at ASUS's direction, right?

| | | |
|---|---|---|
| 01:45:58 | 1 | A.  Yes. |
| 01:46:13 | 2 | Q.  And you're here today on ASUS's behalf, right? |
| 01:46:31 | 3 | A.  Would you please verify that "on behalf of ASUS"?  What |
| 01:46:38 | 4 | specific matters? |
| 01:46:40 | 5 | Q.  Well, let me ask it differently.  You're here appearing |
| 01:46:45 | 6 | as an ASUS employee, right? |
| 01:46:54 | 7 | Let me repeat the question. |
| 01:47:04 | 8 | MR. BENNETT:  Madam Translator, are you there |
| 01:47:07 | 9 | still? |
| 01:47:18 | 10 | THE INTERPRETER:  Your Honor? |
| 01:47:19 | 11 | THE COURT:  Yes. |
| 01:47:35 | 12 | A.  Yes, I am ASUS employee. |
| 01:47:37 | 13 | BY MR. BENNETT: |
| 01:47:38 | 14 | Q.  Okay.  And the product features that we've discussed |
| 01:47:43 | 15 | today are in those products because ASUS wanted them in the |
| 01:47:48 | 16 | products, right? |
| 01:48:04 | 17 | A.  Yes. |
| 01:48:05 | 18 | Q.  All right.  And ASUS products that are purchased in the |
| 01:48:10 | 19 | United States are here because ASUS wanted those products |
| 01:48:13 | 20 | here in the United States, right? |
| 01:48:33 | 21 | A.  Well, it sounds about right, logically. |
| 01:48:39 | 22 | Q.  I'll take that answer. |
| 01:48:41 | 23 | MR. BENNETT:  I'll pass, Your Honor. |
| 01:48:43 | 24 | THE COURT:  All right. |
| 01:48:55 | 25 | RECROSS-EXAMINATION |

01:48:55    1    BY MR. JOSHI:

01:49:09    2    Q.  Hello, Mr. Lin.  This is Vinay Joshi again.

01:49:15    3            Hello.  Can you hear me, Mr. Lin?

01:49:20    4    A.  Yes, I can hear you.  I can hear you.

01:49:23    5    Q.  Mr. Lin, you had a conversation with Mr. Bennett about

01:49:32    6    your deposition.  Do you remember?

01:49:41    7    A.  Yes.

01:49:42    8    Q.  And he said you're inconsistent between what you said

01:49:46    9    at the deposition and what you said to me here today.  Do

01:49:52   10    you recall that?

01:50:04   11    A.  We did discuss that, yes.

01:50:05   12    Q.  And, in fact, he pointed out on a couple of occasions

01:50:10   13    you said you weren't sure at the deposition, but then he

01:50:13   14    said you had clear answers here today.  Do you recall that?

01:50:16   15    A.  I did remember we do have such discussion.

01:50:37   16    Q.  Okay.  So I'm going to ask you some questions now about

01:50:41   17    the deposition.  If you don't remember, say:  I don't

01:50:46   18    remember.  Otherwise answer truthfully, okay?

01:51:05   19    A.  Okay.

01:51:05   20    Q.  Do you remember if I was present at the deposition?

01:51:10   21    A.  Yes.

01:51:20   22    Q.  Do you remember if Mr. Bennett was present at the

01:51:24   23    deposition?

01:51:24   24            MR. BENNETT:  Your Honor, objection.  Relevance.

01:51:28   25            THE COURT:  What's it go to, Mr. Joshi?

01:51:31   1          MR. JOSHI:  I'll connect the dots soon.  I'm going

01:51:34   2   to show what the misunderstanding is.

01:51:36   3          THE COURT:  I'll give you a little latitude.

01:51:39   4          MR. JOSHI:  Thank you, Your Honor.

01:52:23   5   A.  Person who was present during the deposition with me

01:52:29   6   looked like a Chinese American.

01:52:39   7   BY MR. JOSHI:

01:52:40   8   Q.  Now, today, your conversation with me, Mr. Lin, I asked

01:52:44   9   you a lot of questions about user interfaces, correct?

01:52:57  10   A.  Right.

01:52:57  11   Q.  For example, I asked you questions like whether a user

01:53:02  12   can adjust hue or saturation for a particular color like

01:53:09  13   red, correct?

01:53:25  14   A.  Right.

01:53:26  15   Q.  So my questions were about adjustments to the user

01:53:32  16   interface, correct?

01:53:33  17   A.  Yes.

01:53:40  18   Q.  And I don't recall asking you very many questions, if

01:53:47  19   any at all, about adjusting the colors on the display side;

01:53:52  20   is that correct?

01:53:53  21          MR. BENNETT:  Objection.  Leading.

01:53:54  22          THE COURT:  I'll sustain the objection.

01:53:57  23   BY MR. JOSHI:

01:54:00  24   Q.  Mr. Lin, when Mr. Bennett was talking to you about your

01:54:08  25   deposition, did he provide context on whether the questions

01:54:13  1   posed to you at the deposition were about the user

01:54:17  2   interface or the display?

01:54:18  3         MR. BENNETT:  Objection, Your Honor.

01:54:20  4   Argumentative.

01:54:21  5         THE COURT:  Overruled.

01:55:03  6   A.  I did not see it.

01:55:07  7   BY MR. JOSHI:

01:55:16  8   Q.  Okay.  Is the technology for adjusting colors on the

01:55:20  9   user interface side different from the technology for

01:55:25  10  adjusting colors on the display side in ASUS monitors?

01:55:28  11  A.  Not different.

01:55:52  12  Q.  Let me -- let me ask you different questions.

01:56:00  13        The user interface, is it the same or different

01:56:06  14  from the display?

01:56:07  15        MR. BENNETT:  Objection.  Asked and answered.

01:56:12  16  Leading.

01:56:13  17        THE COURT:  I'll sustain that.

01:56:14  18        Move along, Mr. Joshi.

01:56:15  19        MR. JOSHI:  All right.

01:56:16  20        Could I please have Plaintiff's 26-74 brought up

01:56:34  21  and go to Bates 6969?  Thank you.

01:56:57  22  BY MR. JOSHI:

01:56:59  23  Q.  Mr. Lin, Mr. Bennett showed you this -- this page and

01:57:03  24  several other manuals where -- do you see that phrase:

01:57:08  25  Screen image has color defects, open paren, white does not

01:57:12  1  look white, close paren.

01:57:14  2          Do you see that?

01:57:35  3  A.  Yes.

01:57:35  4  Q.  And on the right-hand side column, it says:  Adjust the

01:57:39  5  RGB color settings or select the color temperature via OSD.

01:58:05  6          Do you see that?

01:58:05  7  A.  Yes, I can see that.

01:58:06  8  Q.  My question is this:  The reference to adjust in that

01:58:10  9  sentence, is that for adjusting gain, hue, or saturation or

01:58:23  10  brightness or something else?

01:58:52  11  A.  Adjust the power used.  I'm sorry, strike that.

01:58:59  12          Adjust the gain, G-A-I-N.

01:59:07  13  Q.  And would your answer be the same if I asked you the

01:59:21  14  same questions about the other manuals discussed with

01:59:25  15  Mr. Bennett?

01:59:27  16  A.  Yes.

01:59:28  17  Q.  Thank you, Mr. Lin.

01:59:33  18          MR. BENNETT:  Very little.

01:59:35  19          THE COURT:  Very briefly.

01:59:36  20          MR. BENNETT:  Very briefly.

01:59:37  21          THE COURT:  Last examination.

01:59:39  22          MR. BENNETT:  Yes.

01:59:39  23                  DIRECT EXAMINATION

01:59:45  24  BY MR. BENNETT:

01:59:46  25  Q.  Mr. Lin, ASUS, it's goal is to provide accurate

01:59:50   1  instructions to its customers, right?

02:00:06   2  A.  Well, for user manuals, yeah, we do have that goal.

02:00:11   3  Q.  And ASUS would not suggest to its users solutions and

02:00:16   4  options that don't exist, would it?

02:00:37   5  A.  Of course.  If they do not exist, I wouldn't have

02:00:41   6  suggested.

02:00:44   7          MR. BENNETT:  Thank you, Mr. Lin.

02:00:48   8          THE COURT:  Okay.  I think that completes the

02:00:56   9  testimony of this witness.

02:00:58   10          Ms. Josh, thank you for assisting us with the

02:01:03   11  examination.

02:01:19   12          THE INTERPRETER:  My pleasure, Your Honor.

02:01:20   13          THE COURT:  Thank you very much.

02:01:22   14          Okay.  Plaintiffs may call their next witness.

02:01:25   15          THE INTERPRETER:  Your Honor, may interpreter be

02:01:27   16  excused?

02:01:28   17          THE COURT:  Yes.  Thank you, ma'am.

02:01:30   18          THE INTERPRETER:  Okay.

02:01:30   19          MR. BENNETT:  I'm going to move my stuff out of

02:01:32   20  the way, but we call Dr. Al Ducharme.

02:01:43   21          THE INTERPRETER:  Hold on, Your Honor.  May I be

02:01:47   22  excused, as well, from witness?

02:01:49   23          THE COURT:  Yes, you may.  Thank you very much.

02:01:52   24          THE INTERPRETER:  I wanted to make sure,

02:02:03   25  Your Honor.  Is there any further request for me to appear

| 02:02:06 | 1 | here for rest of the day from the witness? |
| 02:02:11 | 2 | THE COURT:  May the witness be released? |
| 02:02:13 | 3 | MR. JOSHI:  Yes, Your Honor. |
| 02:02:13 | 4 | THE COURT:  May the witness be released, |
| 02:02:16 | 5 | Mr. Bennett? |
| 02:02:16 | 6 | MR. BENNETT:  Oh, yes. |
| 02:02:17 | 7 | THE COURT:  Thank you very much, Mr. Lin. |
| 02:02:26 | 8 | THE INTERPRETER:  Thank you. |
| 02:02:31 | 9 | THE COURT:  Okay.  If you would come around, sir, |
| 02:02:33 | 10 | and raise your right hand to be sworn. |
| 02:02:38 | 11 | THE WITNESS:  Right here? |
| 02:02:39 | 12 | (Witness sworn.) |
| 02:02:53 | 13 | MR. SABA:  Your Honor, can we just have two |
| 02:02:56 | 14 | minutes to grab something out of the -- |
| 02:03:00 | 15 | THE COURT:  Yes, yes. |
| 02:03:02 | 16 | MR. SABA:  So sorry about that. |
| 02:03:03 | 17 | THE COURT:  No, that's fine.  You're fine. |
| 02:03:08 | 18 | MR. BENNETT:  Your Honor, I apologize for not |
| 02:03:14 | 19 | raising this sooner.  For Dr. Ducharme, we do have some |
| 02:03:18 | 20 | visual materials, possibly a demonstration -- not |
| 02:03:21 | 21 | possibly -- we will have one.  We had discussed this kind |
| 02:03:25 | 22 | of configuration and how we make sure everyone in the |
| 02:03:30 | 23 | courtroom can see the demonstration when it happens.  Can I |
| 02:03:33 | 24 | indulge the Court for a brief moment to get set up in a |
| 02:03:36 | 25 | place where it's satisfactory to -- |

02:03:38   1            THE COURT:  Are we going to start that with him

02:03:41   2    right now?

02:03:42   3            MR. SABA:  Yes, Your Honor.  I apologize.

02:03:44   4            THE COURT:  Okay.  That's all right.

02:03:45   5            Let's take a very short recess, ladies and

02:03:47   6    gentlemen of the jury.  We'll meet back in the courtroom as

02:03:51   7    quickly as we can.

02:03:54   8            MR. SABA:  Thank you, Your Honor.

02:03:56   9            COURT SECURITY OFFICER:  All rise for the jury.

02:03:59  10            (Jury out.)

02:04:21  11            MR. BENNETT:  And, Your Honor, I think there's

02:04:23  12    some objections to some of the demonstratives.

02:04:27  13            THE COURT:  I looked at the demonstratives.  I

02:04:30  14    don't have color copies here, but I did look at -- at color

02:04:34  15    copies earlier.

02:04:37  16            Can I hear what the objection is?

02:04:39  17            MR. JOSHI:  Well, sir, the 33 to 35, I believe,

02:04:41  18    the later ones, they -- they're just some colored papers,

02:04:46  19    but what we're told is they may relate to a demonstration

02:04:51  20    that he's going to do.

02:04:53  21            So as a part of his expert report, he hasn't

02:04:57  22    really provided any kind of a demonstration or a video or

02:05:01  23    anything like that, so we're not familiar with what he's

02:05:04  24    going to do.  Your Honor has already ruled that he's

02:05:07  25    limited by his expert report.

02:05:11  1          Now, of course that doesn't mean that he has to

02:05:13  2    only read it, but at the same time we don't want to be

02:05:18  3    surprised by a test that he's never disclosed before.

02:05:20  4          THE COURT:  Okay.

02:05:20  5          MR. BENNETT:  This is not a test that's not been

02:05:23  6    disclosed before.  This is to abate the prejudice that we

02:05:31  7    experienced as a result of the opening.

02:05:31  8          THE COURT:  I think your battery is dying.

02:05:33  9          MR. BENNETT:  I think my battery may be going out.

02:05:37  10   May I approach?

02:05:38  11         THE COURT:  Yes, please.

02:05:40  12         MR. BENNETT:  I think this one is going out, too.

02:05:43  13         THE COURT:  Try the third one.  Maybe the third

02:05:45  14   time will be the charm.

02:05:47  15         MR. BENNETT:  How's that?

02:05:49  16         THE COURT:  Much better.

02:05:50  17         MR. BENNETT:  Okay.  Thank you, Your Honor.

02:05:52  18         This is mostly directed to what happened at

02:05:54  19   opening and statements made and assertions made against,

02:06:00  20   specifically, Dr. Ducharme.  It's entirely consistent with

02:06:03  21   his report.  It's entirely consistent with what he said in

02:06:07  22   that report, and the demonstratives that were provided show

02:06:11  23   that.

02:06:12  24         I think the pages that Mr. Joshi's specifically

02:06:15  25   referring to are the ones that they used in their opening.

02:06:19   1   So this goes to what -- I won't rehash these issues but it

02:06:25   2   goes directly at that.

02:06:29   3        MR. JOSHI:  If we used it in our slides, then we

02:06:32   4   withdraw the objection.  We just -- we didn't know if they

02:06:35   5   were just going to use the slide, or it was going to be a

02:06:38   6   part of -- of a demonstration.

02:06:39   7        But there are other slides, like the one they have

02:06:42   8   now, that looks like it's going to be part of a

02:06:46   9   demonstration.  We have never seen it before.

02:06:48  10        THE COURT:  Well, you know, here's my view about

02:06:49  11   this.  The Plaintiffs, likewise, didn't hear -- see the

02:06:53  12   demonstration or didn't have any knowledge about the

02:06:56  13   demonstration was that Mr. Oliver performed in his opening

02:06:59  14   statement.

02:07:00  15        As long as the witness's testimony is consistent

02:07:03  16   with the expert report that he's provided and presumably

02:07:09  17   was deposed on and there's nothing new there, I'm going to

02:07:12  18   permit him to testify consistent with that -- that report.

02:07:16  19        Now, if there's something entirely new, that's a

02:07:21  20   different matter, and you'll, you know, obviously be fully

02:07:23  21   entitled to go into that on cross-examination.  But an

02:07:29  22   expert sitting in the courtroom having observed a

02:07:33  23   demonstration is able, it seems to me, to fairly comment on

02:07:40  24   the demonstration when he gives his testimony.

02:07:44  25        Again, if there's something completely new here,

02:07:48  1  that would be a different matter, and we would, you know,

02:07:51  2  need to take that up outside the presence of the jury.  But

02:07:55  3  so far as I'm concerned, if it fairly meets the

02:08:01  4  demonstration that Mr. Oliver did without notice to

02:08:04  5  opposing counsel in his opening, I think it's fair.

02:08:09  6          MR. JOSHI:  So then that just leaves one slide.

02:08:12  7  And there -- he has some kind of a temperature graph we've

02:08:15  8  never seen before, and that had nothing to do with this

02:08:19  9  morning, but we don't know what that is.

02:08:21  10          THE COURT:  Do you have any idea what that is?

02:08:24  11          MR. SABA:  I don't know what he's talking about,

02:08:26  12  but I --

02:08:26  13          MR. JOSHI:  Those curves, you know, that...

02:08:27  14          MR. SABA:  Oh, that's the demonstrative scientific

02:08:30  15  slide that has to do with the testing equipment that I

02:08:33  16  think the Judge ruled on already.

02:08:36  17          MR. OLIVER:  A human visual perception --

02:08:36  18          MR. JOSHI:  Yeah, there's a human visual

02:08:37  19  perception graph that we haven't seen before.

02:08:39  20          MR. BENNETT:  It's a standard graph.  I think with

02:08:41  21  some predicate, if you want us to ask Dr. Ducharme about it

02:08:47  22  now, we're happy to, but...

02:08:49  23          THE COURT:  Do you want to voir dire the witness

02:08:51  24  on it now?  I mean, do we really need to keep the jury

02:08:54  25  waiting about this, Mr. Joshi, to be honest with you?

| | | |
|---|---|---|
| 02:08:58 | 1 | MR. JOSHI:  Okay.  We'll just withdraw it. |
| 02:09:01 | 2 | THE COURT:  Very well.  Let's proceed. |
| 02:09:01 | 3 | MR. BENNETT:  Thank you, Your Honor. |
| 02:09:05 | 4 | MR. SABA:  Thanks, Your Honor. |
| 02:09:07 | 5 | THE COURT:  Let's have the jury brought in. |
| 02:09:08 | 6 | Mr. Saba, are you ready? |
| 02:09:09 | 7 | MR. SABA:  Yes, Your Honor. |
| 02:09:13 | 8 | COURT SECURITY OFFICER:  All rise for the jury. |
| 02:09:13 | 9 | (Jury in.) |
| 02:09:38 | 10 | THE COURT:  Okay.  Please be seated. |
| 02:09:40 | 11 | Mr. Saba, you may proceed.  The witness has been |
| 02:09:43 | 12 | sworn. |
| 02:09:45 | 13 | MR. SABA:  Thank you, Your Honor. |
| 02:09:45 | 14 | ALFRED DUCHARME, PLAINTIFF'S WITNESS, PREVIOUSLY SWORN |
| 02:09:45 | 15 | DIRECT EXAMINATION |
| 02:09:47 | 16 | BY MR. SABA: |
| 02:09:47 | 17 | Q.  Good afternoon, Dr. Ducharme.  Can you please state |
| 02:09:50 | 18 | your full name for the ladies and gentlemen of the jury and |
| 02:09:53 | 19 | the Court? |
| 02:09:53 | 20 | A.  Sure.  It's Alfred Dale Ducharme. |
| 02:09:56 | 21 | Q.  And, Dr. Ducharme, what issues will you be testifying |
| 02:09:59 | 22 | about today? |
| 02:10:00 | 23 | A.  I'm an expert witness, and I'll be testifying about |
| 02:10:05 | 24 | some accused ASUS products and how they relate to the '435 |
| 02:10:12 | 25 | patent. |

02:10:12   1          MR. SABA:  May I approach, Your Honor?

02:10:14   2          THE COURT:  Yes, you may.  I think that will be

02:10:19   3   better.

02:10:23   4   BY MR. SABA:

02:10:23   5   Q.  Dr. Ducharme, we'll talk about your opinions in a

02:10:29   6   little bit more detail later, but can you please -- just to

02:10:32   7   move things along, can you please give the ladies and

02:10:35   8   gentlemen of the jury a brief description of your

02:10:39   9   background as to why you're qualified as an expert?

02:10:43   10  A.  Sure.  I have a Ph.D. in electrical engineering, and

02:10:49   11  during my career I have worked on optical, electrical, and

02:10:53   12  display systems, and I have a specialization in color

02:11:00   13  science, which is the study of color.

02:11:01   14  Q.  And --

02:11:01   15         THE COURT:  Hold on, Mr. Saba.  There's something

02:11:05   16  wrong with that mic.

02:11:06   17         MR. SABA:  Let me get a little closer.

02:11:06   18         THE WITNESS:  I think I turned my head.

02:11:10   19         MR. SABA:  Can you bring it closer to your mouth?

02:11:10   20         THE WITNESS:  If I go like this?

02:11:10   21         MR. SABA:  That's right.

02:11:14   22         THE WITNESS:  How's that?

02:11:14   23         THE COURT:  You can actually hold it if you'd

02:11:17   24  rather do that.

02:11:17   25         THE WITNESS:  I think that would be a bad idea for

02:11:19  1  me.

02:11:19  2           Okay.  Is that better?

02:11:19  3           MR. SABA:  Better.

02:11:20  4           THE WITNESS:  Okay.

02:11:20  5           MR. SABA:  Okay.

02:11:21  6           THE WITNESS:  Would you like me to repeat?

02:11:22  7           MR. SABA:  Please.

02:11:24  8  A.  Okay.  I have a Ph.D. in electrical engineering, and

02:11:27  9  throughout my career I have worked in electrical, optical,

02:11:30  10  and display systems, and I have a specialization in color

02:11:37  11  science, and that's just the study of color and how humans

02:11:38  12  perceive it.

02:11:38  13  BY MR. SABA:

02:11:39  14  Q.  Do you have a specialty in photonics?

02:11:41  15  A.  Yes.  My electrical engineering degree -- my Ph.D. in

02:11:43  16  electrical engineering has a specialization in photonics.

02:11:47  17  I studied at the Center for Research in Electro-Optics and

02:11:52  18  Lasers.

02:11:52  19  Q.  All right.  Did you obtain any ASUS displays in this

02:11:56  20  case?

02:11:57  21  A.  Yes.

02:12:00  22  Q.  Do you see them in the courtroom today?

02:12:02  23  A.  Yes.  They're right up front here.

02:12:04  24  Q.  Now, the court reporter can't under -- you can't --

02:12:06  25  A.  They're --

02:12:07   1   Q.  Hang on one second.  Hang on one second.  I want to

02:12:13   2   talk to you about the VG248QE 3-axis.

02:12:13   3   A.  Okay.

02:12:18   4   Q.  Do you see it in the courtroom?

02:12:20   5   A.  I do.

02:12:20   6   Q.  Which one is it?

02:12:22   7   A.  It's at the center of the room in front of the podium.

02:12:25   8   Q.  Very good.  And I want to talk to you a little bit

02:12:27   9   about that, but before I do, to be clear it's the one

02:12:30   10  that's on with the demonstrative, correct?

02:12:32   11  A.  Yes.

02:12:33   12  Q.  All right.  Yesterday during opening statements,

02:12:36   13  opposing counsel, Mr. Oliver, had stated a few things about

02:12:39   14  your opinions of infringement in this matter, okay?

02:12:43   15  A.  Yes.

02:12:43   16  Q.  And you read that testimony yesterday, correct?

02:12:46   17  A.  I did.

02:12:46   18  Q.  And he gave a little demonstration with an ASUS monitor

02:12:52   19  similar to the one that you tested, right?

02:12:54   20  A.  Yes.

02:12:54   21  Q.  All right.  He said, quote, it's going to become

02:13:02   22  blatantly obvious that the other color change when you

02:13:06   23  change -- the other colors change when you change red.

02:13:07   24  That's one of the reasons ASUS says they don't infringe

02:13:10   25  this patent, because they don't.

02:13:13   1          Do you agree with that -- opposing counsel's

02:13:19   2    statement?

02:13:19   3    A.  No.

02:13:19   4    Q.  Mr. Oliver also said in opening statement:  As we

02:13:25   5    listen to the testimony and as we listen to Dr. Ducharme,

02:13:30   6    who tested only a couple of colors, he's not going to be

02:13:34   7    able to tell you actually what happened.

02:13:38   8          Are you going to be able to tell the ladies and

02:13:41   9    gentlemen of the jury how you tested the monitors to reach

02:13:44  10    your infringement conclusion?

02:13:48  11    A.  Yes.

02:13:49  12    Q.  Let's talk about that right now, sir.  I will point you

02:13:52  13    to --

02:13:54  14          MR. SABA:  Your Honor, may he approach?

02:13:57  15          THE COURT:  He may, yes, as long as he has a

02:14:00  16    microphone.

02:14:01  17          MR. SABA:  I can -- is that thing going to work?

02:14:05  18          MR. BENNETT:  May I approach, Your Honor?

02:14:07  19          THE COURT:  Yes, you may.

02:14:08  20    BY MR. SABA:

02:14:08  21    Q.  Now, Dr. Ducharme, this is going to be a little tricky

02:14:12  22    because I think you might have to face -- no, I guess you

02:14:15  23    could face the jury while you're explaining.  I want to ask

02:14:18  24    you --

02:14:18  25    A.  Hang on.

02:14:19  1   Q.  I want to ask you if you would please describe briefly

02:14:26  2   what we're looking at here, what's been marked as P-11.

02:14:33  3   A.  Okay.  This is a 3-axis ASUS monitor.

02:14:37  4   Q.  What is a 3-axis ASUS monitor?

02:14:41  5   A.  A 3-axis monitor is one that you can change in red,

02:14:46  6   green, and blue.  It has three colors, and so we call it a

02:14:52  7   3-axis monitor.

02:14:52  8   Q.  All right.  So we have three colors on the screen, and

02:14:55  9   it's got some verbiage there.  What does that mean?

02:15:00 10   A.  Okay.  So I'm showing -- I'm showing -- I wasn't sure

02:15:08 11   how my hand was going to look.  I'm showing three vertical

02:15:14 12   bars, and everyone can see that.

02:15:16 13        So what I'm pointing to here is on the left side

02:15:19 14   of the screen and the red bar, I'm showing the amount of

02:15:22 15   red, green, and blue in this vertical bar.  In the center

02:15:26 16   of the screen, I'm showing the amount of red, green, and

02:15:32 17   blue.  And, once again, over here on the right side of the

02:15:35 18   screen, I have blue.

02:15:36 19        So I have my colors red, green, and blue.  And

02:15:40 20   these are just the percentages, just so you can see that

02:15:43 21   this is all blue over here and this is all green and this

02:15:46 22   is all red.  It's just a very simple test pattern.

02:15:50 23   Q.  I would like for you to demonstrate for the jury what

02:15:54 24   would happen when you change the red axis from 100 to 0.

02:16:02 25   A.  Okay.  So when we say change, it means I need to get

02:16:09  1   into the on-screen menu.

02:16:21  2   Q.  Oops.  It's a little clunky.

02:16:22  3   A.  Yeah, I apologize.  I'm usually sitting in front of a

02:16:27  4   monitor when I adjust it.

02:16:29  5         Okay.  So I have gone down a few menus, but as you

02:16:34  6   can see, there's clearly a red, green, and blue slider that

02:16:38  7   I can change the value of.  And hopefully if I don't move

02:16:42  8   the monitor, it doesn't get blurry.

02:16:45  9         So what I'm going to do now is I'm going to reduce

02:16:49 10   red, and I want you to watch the screen as I do this and

02:16:52 11   see what happens.  And you're probably thinking, you know,

02:16:56 12   I was expecting that.  But as I change the slider and

02:17:01 13   change the red axis, I'm selecting the red color, the red

02:17:09 14   changes on the screen.

02:17:10 15         So what changes?  The red.  What does not change?

02:17:14 16   The green and the blue, and that's exactly what I would

02:17:18 17   expect to happen.

02:17:19 18   Q.  Dr. Ducharme, let me ask you a follow-up question.  Can

02:17:21 19   you tell the ladies and gentlemen of the jury why green and

02:17:24 20   blue doesn't change in this example?

02:17:26 21   A.  Green and blue don't change -- oops -- because I have

02:17:32 22   not selected to change the green and the blue.

02:17:36 23         Also, I want you to notice part of the reason we

02:17:39 24   put the numbers here is you can see there's no red in the

02:17:43 25   green color, and there's no red in the blue color.  And

02:17:46  1  that's really important.  It's really important to

02:17:48  2  understand that.  Okay.

02:17:51  3  Q.  Okay.  Is that back to 100?

02:17:55  4  A.  Sorry.  I don't know what that is.

02:18:25  5  Q.  Oh, this right here?  Oh, that's a screen saver.

02:18:25  6  A.  Okay.

02:18:30  7  Q.  All right.  We're back to normal.  You ready to go?

02:18:33  8  All right.

02:18:33  9        MR. SABA:  Denver, could you please pull up that

02:18:38  10  slide -- oh, you've got to do it here.  I'm sorry.  I

02:18:39  11  apologize.

02:18:39  12  BY MR. SABA:

02:18:41  13  Q.  All right.  Dr. Ducharme, now, I'm going to put on the

02:18:44  14  screen six colors.  Do you see that?

02:18:48  15  A.  Does everyone see the six colors?

02:18:50  16  Q.  I'm going to ask you a question, sir.  Please explain

02:18:54  17  to the jury why there are six colors here and the

02:18:58  18  significance of the RGB numbers.

02:19:04  19  A.  There's six colors because this is a 3-axis monitor,

02:19:08  20  and what I want you to see is that when I change the

02:19:11  21  sliders, one of the colors, red, green, and blue, on a

02:19:15  22  3-axis monitor, colors that contain red are going to

02:19:18  23  change.  I would expect that.  So when I move this red --

02:19:23  24  yeah.

02:19:25  25  Q.  Yeah, please don't do that.  Let me give you a

02:19:29  1    question.

02:19:30  2           Would you please tell the jury -- same drill.  You

02:19:34  3    drop -- so red right now is at 100, correct?

02:19:37  4    A.  Yes.

02:19:38  5    Q.  All right.  If you drop red to 0 -- I'm not saying do

02:19:40  6    it -- I'll say in a second -- what will change on the

02:19:44  7    screen?  And I've got stickies if you'd like to use those.

02:19:50  8    If not, you can just point.

02:19:51  9    A.  Yeah, I'll just point.  What's going to change is any

02:19:55  10   color on the screen that contains or includes the red

02:19:58  11   color.  So I can see this is going to change.  It has red,

02:20:00  12   the red stripe on the left.

02:20:03  13          On the far right, we see magenta which has red,

02:20:06  14   and we see yellow on the far right and that -- I'm sorry.

02:20:10  15   Did I say red?  I see yellow on the right side, and that

02:20:14  16   contains red, as well.  So these two colors I would expect

02:20:17  17   to change, along with red, and I would expect that green,

02:20:21  18   blue, and cyan would not change.

02:20:24  19          THE COURT:  Hold on just a moment, Mr. Saba.

02:20:27  20          MR. JOSHI:  We have an objection, Your Honor.

02:20:28  21          THE COURT:  What's the objection?

02:20:30  22          Mr. Oliver, just let Mr. Saba speak -- I mean,

02:20:35  23   Mr. Joshi speak.

02:20:36  24          MR. JOSHI:  This is in violation of the Court's

02:20:39  25   claim --

02:20:39   1         THE COURT:  I'm sorry.

02:20:40   2         MR. JOSHI:  Violation of Court's claim

02:20:42   3   construction order.

02:20:43   4         THE COURT:  All right.  What's --

02:20:48   5         MR. JOSHI:  The red and the blue are equal, and

02:20:50   6   red and the green are equal on the right, and it doesn't

02:20:57   7   have red under the claim construction order because they

02:21:00   8   can't be equal.

02:21:01   9         THE COURT:  I'm going to let you cross him on

02:21:04  10   that.  Overruled.

02:21:05  11         MR. SABA:  Thank you, Your Honor.

02:21:05  12   BY MR. SABA:

02:21:09  13   Q.  Okay.  Dr. Ducharme, will you please continue?  I would

02:21:12  14   like for you to drop the red and explain what we're looking

02:21:17  15   at here.

02:21:35  16   A.  Okay.  So I'm back to the menu, and I'm going to now

02:21:38  17   change red by decreasing it.  And all the colors there that

02:21:48  18   have a red component are going to change.  All the colors

02:21:55  19   that do not have a red component do not change.  That's why

02:21:59  20   I'm moving that slider back and forth so you can maybe look

02:22:02  21   at one of these colors and see the change.

02:22:07  22   Q.  Can you please generally explain how the product is

02:22:12  23   making the change with regard to the pixels?

02:22:17  24   A.  Yes.  The brain inside this monitor, the

02:22:24  25   microprocessor, right, we think of it as the brain, when I

294

02:22:27   1   move the slider, I'm providing a change value, a delta

02:22:33   2   value.  And so the brain inside the monitor looks at all

02:22:35   3   the incoming pixels, this pattern that I'm showing, and it

02:22:40   4   picks out all of the colors, all of the pixels on the

02:22:44   5   screen that contain whatever color I'm changing.  If I'm

02:22:47   6   changing red, they pick out all the pixels on the screen

02:22:52   7   from -- start in the left corner, pixel one.  It takes that

02:22:55   8   pixel, looks to see if it has red in it -- that's the value

02:22:59   9   I'm changing -- and it puts it in a bucket on the right.

02:23:03   10  These are pixels I'm going to change.  Goes to the next

02:23:07   11  pixel.  Let's say it's somewhere in the middle of the

02:23:09   12  screen in the blue.  It looks at that pixel and says:  Does

02:23:12   13  it have any red in it?  Should I change it?  It doesn't, so

02:23:16   14  it puts it in the left bucket which is the don't change

02:23:19   15  pixels.

02:23:20   16       So once it's gone through every pixel on the

02:23:23   17  screen, it now has a bucket of changed pixels, right?  It

02:23:28   18  applies the change that I have selected with the slider,

02:23:32   19  and then it puts all the pixels back together again and

02:23:36   20  displays the image on the screen.  And that's essentially

02:23:39   21  what the brain inside the monitor is trying to do.

02:23:42   22       MR. SABA:  Thank you, Dr. Ducharme.  One more

02:23:45   23  image for this Plaintiff's 11, please.

02:23:45   24  BY MR. SABA:

02:23:56   25  Q.  All right.  Yesterday opposing counsel, during opening

02:23:59  1  statement, showed a pattern like this and changed the color

02:24:02  2  on a similar 3-axis display.  I'd like for you to explain

02:24:06  3  to the jury before you do that here, what will happen and

02:24:09  4  what result, please?

02:24:11  5  A.  Okay.  So I guess this is the slide -- I understand

02:24:17  6  that this is the slide that was used yesterday.  It

02:24:19  7  contains lots of different colors, but it will not behave

02:24:23  8  any differently than what I already described.

02:24:28  9      In the center is a horizontal bar going from the

02:24:32  10  left to the right, and it's red.  Above that is green and

02:24:36  11  then blue, yellow, magenta, and cyan.  These are -- these

02:24:40  12  are the colors we had on the previous slide.  They're

02:24:44  13  just -- on the screen, I will say, slightly more confusing

02:24:48  14  way.

02:24:48  15      Okay.  So when I change the red slider, that's the

02:24:53  16  color I've selected to change.  When I go from 100 down to

02:25:01  17  0, the colors that would change are any color with red, my

02:25:05  18  chosen change color.

02:25:07  19      So the horizontal bar in the middle, the red bar

02:25:12  20  will change.  Green won't change.  Blue won't change.

02:25:15  21  Yellow has some red in it.  We showed that on the previous

02:25:19  22  slide.  That will change.  Magenta will change, and cyan

02:25:22  23  won't change.

02:25:23  24      Down at the bottom, instead of going to white,

02:25:27  25  they go from black, so these are just different brightness

02:25:32    1   levels, and I think you can see that.  But you'll also see

02:25:36    2   the same change in colors down at the bottom of the screen.

02:25:38    3   You'll see red change.  Green and blue won't change.

02:25:42    4   Yellow and magenta will change.  Okay.

02:25:46    5           MR. JOSHI:  Your Honor, I don't want to keep

02:25:50    6   interrupting.  Would you give me a running objection to the

02:25:52    7   demonstratives?

02:25:53    8           THE COURT:  To the demonstratives?

02:25:54    9           MR. JOSHI:  For claim construction violation, yes.

02:25:57   10           THE COURT:  All right.  Well, I mean, I'm going to

02:25:59   11   let you cross him on that.  We'll see -- we'll see where

02:26:03   12   that goes.

02:26:04   13           But, Mr. Saba, to the extent there's an objection

02:26:06   14   here, do you have any opposition to a running objection?

02:26:11   15           MR. SABA:  No, Your Honor.

02:26:12   16           THE COURT:  Very well.

02:26:13   17   A.  Okay.  So now I'm going to move the red slider.  And so

02:26:23   18   we knew that the red, yellow, and magenta were going to

02:26:26   19   change and the green, blue, and cyan would not change.

02:26:32   20   It's what we would expect to happen.

02:26:34   21   BY MR. SABA:

02:26:34   22   Q.  Thank you, Dr. Ducharme.  Now I want to talk to you

02:26:37   23   about -- don't go anywhere yet, but let's --

02:26:40   24           MR. SABA:  I'm going to ask Denver if he will

02:26:43   25   kindly switch us out, and you have that microphone in your

02:26:47  1   hand?  Yes?

02:26:48  2          THE WITNESS:  Yes.

02:26:49  3   BY MR. SABA:

02:26:49  4   Q.  All right.  While Denver is graciously switching out

02:26:52  5   this other monitor, why don't you tell me a little bit

02:26:56  6   about what we're looking at here?

02:27:02  7   A.  This is another monitor that I analyzed.  It's bigger

02:27:07  8   than the previous monitor, but it's also -- instead of only

02:27:13  9   having 3-axis color control, it has 6-axis color control.

02:27:18  10  What that means is I can control or change the color of

02:27:25  11  red, green, and blue, but also cyan, magenta, and yellow as

02:27:30  12  6-axis control.  I can also do that in both hue and

02:27:34  13  saturation.  There's a lot of control with this monitor.

02:27:44  14          MR. SABA:  Do you need help to move it?  Like

02:27:57  15  this?

02:27:57  16          THE WITNESS:  Yeah, I think it's better --

02:28:02  17          MR. SABA:  Yeah, thank you.

02:28:07  18  BY MR. SABA:

02:28:08  19  Q.  It's a little dizzy, but that's okay.  Let's move on so

02:28:12  20  we can get through this.

02:28:12  21          MR. SABA:  I think that's okay.  Thank you.

02:28:12  22  BY MR. SABA:

02:28:15  23  Q.  Dr. Ducharme, you said this is a 6-axis ASUS color

02:28:20  24  control monitor, correct?

02:28:21  25  A.  Yes.

02:28:21   1    Q.  What are we looking at here?

02:28:23   2    A.  This is the same pattern we started with a minute ago,

02:28:27   3    so I've got red on the left, green in the center, and blue

02:28:31   4    on the right, and I'm showing the amounts of each one of

02:28:34   5    those colors.

02:28:35   6    Q.  Now, I want to -- I'm going to just lay the framework

02:28:38   7    for this.  I'd like for you to talk about briefly the same

02:28:43   8    exercise we did for the 3-axis but with regard to the

02:28:46   9    6-axis.  And if you could please start with this slide and

02:28:50   10   explain the same demonstration, dropping red.

02:28:54   11   A.  Okay.  So I'm going to go into the On-Screen-Display.

02:29:13   12   In this monitor, it's in the advanced setting.  And I've

02:29:15   13   gone into the 6-axis saturation.  And you can see I've got

02:29:19   14   sliders and changeable color values:  red, green, blue,

02:29:24   15   cyan, magenta, and yellow.  The neutral value or the center

02:29:31   16   value is 50, so that's the value that I'm at.

02:29:33   17        So as I change the slider, I would expect any

02:29:37   18   color with red will change, and the colors that will not

02:29:43   19   change are the ones that don't have a red component.

02:29:57   20        Get back to 50.

02:30:03   21   Q.  I forgot to ask you a question on the 3-axis.  First of

02:30:08   22   all, we're looking at what's been marked as Plaintiff's 12.

02:30:12   23   But with regard to Plaintiff's 11, was there a hue or

02:30:16   24   saturation selection for the 3-axis or just color change?

02:30:26   25   A.  The red, green, and blue is a change in saturation on

02:30:31   1   the 3-axis monitor that I demonstrated on.

02:30:33   2   Q.  And how is that different than the 6-axis?

02:30:36   3   A.  Well, the 6-axis has six axes.  It has additional

02:30:49   4   colors.

02:30:49   5   Q.  So what I'm asking you is this.  For the 6-axis that

02:30:55   6   we're looking at, they have six for hue and six for

02:30:59   7   saturation, correct?

02:31:00   8   A.  Yes.

02:31:00   9   Q.  And for the 3-axis, it's just RGB for saturation; is

02:31:05   10  that what you said?

02:31:07   11  A.  Yes.

02:31:07   12  Q.  All right.  Here is a picture of the same -- it's the

02:31:10   13  second slide we used on the first one, if you will look at

02:31:13   14  the monitor here, and we see six colors.

02:31:18   15      Before you change it, can you please explain to

02:31:21   16  the jury what you anticipate will happen, change it, and

02:31:24   17  then tell us what happened?

02:31:26   18  A.  Sure.  So in this pattern -- you've seen the pattern

02:31:34   19  before -- we've got some additional colors, right?  We've

02:31:37   20  got red, green, blue, and then cyan, magenta, and yellow.

02:31:40   21  And I'm showing, once again, the amount of red or -- which

02:31:46   22  colors contain red and which don't.

02:31:49   23      So I've got -- on the far left, I've got my red

02:31:53   24  and then green, blue.  The cyan doesn't contain any red.

02:31:57   25  And the magenta contains red.  And I'm pointing at the red

02:32:02  1   value on magenta.  And then the yellow also contains red.

02:32:05  2          So what will change?  What would I expect to

02:32:08  3   change?  The red bar, the magenta bar, and the yellow bar.

02:32:13  4          What should not change?  Anything with the red

02:32:17  5   component, so that's the green bar and the blue bar and the

02:32:20  6   cyan bar.

02:32:22  7          So I'm now going to change the value.  I'm sorry,

02:32:34  8   I misspoke.  I misspoke because I described it for a

02:32:41  9   3-axis.

02:32:42  10  Q.  Okay.  Just continue.  You're talking about a 6-axis,

02:32:45  11  fair?

02:32:45  12  A.  Yes.  I need to correct that.  Because this is a

02:32:53  13  6-axis, how it's different than a 3-axis is that I've got

02:32:59  14  three additional colors that can be adjusted.  And so it's

02:33:02  15  very important to understand that when I change red, red

02:33:05  16  will change, as it's doing now, but magenta and yellow are

02:33:11  17  their own independent colors in a 6-axis monitor.

02:33:17  18         And so as I move the red slider, they will not

02:33:20  19  change.  So the brain in this monitor has the ability to

02:33:29  20  see these additional colors and know whether or not to

02:33:31  21  change them.

02:33:32  22  Q.  You dropped the color, and we talked about that,

02:33:35  23  correct?

02:33:35  24  A.  Yes.

02:33:36  25  Q.  All right.

02:33:36  1          MR. SABA:  Can you put that back up to 50?  We got

02:33:39  2  one more slide.  The checkerboard, please.

02:33:48  3  A.  Okay.  So we've seen this demonstrative.  It was used

02:33:54  4  by opposing counsel the first day.

02:33:57  5          And, once again, I would expect the colors to

02:34:02  6  change when I move the slider.  In this case, the bars are

02:34:09  7  red in the center, green above that, blue, yellow, magenta

02:34:14  8  and cyan.

02:34:15  9          But, remember, this is a 6-axis monitor, so when I

02:34:20 10  vary the red slider, the only bar here that should change

02:34:25 11  is the red bar.  All the other bars should stay the same.

02:34:28 12  So let's test that.

02:34:36 13          So as you can see, when I change red, none of the

02:34:41 14  other bars change, unless I go in specifically to, let's

02:34:47 15  say, magenta.  Now only magenta changes, and that's because

02:34:57 16  this is a 6-axis monitor.  It's a bit different than

02:35:02 17  the 3-axis.

02:35:02 18  BY MR. SABA:

02:35:04 19  Q.  Thank you, Dr. Ducharme.

02:35:07 20          I think you can go back to the penalty box there,

02:35:10 21  just don't trip on that wire, and I'm going to see if we

02:35:14 22  can get this thing down while I keep asking you questions

02:35:14 23  in the interest of time.

02:35:19 24          MR. SABA:  If that's okay, Your Honor?

02:35:20 25          THE COURT:  Yes.

02:35:23  1  BY MR. SABA:

02:35:24  2  Q.  Dr. Ducharme, I want to talk to you about your

02:35:26  3  opinions.

02:35:26  4       All right.  I'm going to start with the summary.

02:35:30  5  A.  Okay.

02:35:30  6  Q.  All right.  In order to expedite things, what is at

02:35:33  7  issue here is the '435 patent, correct?

02:35:35  8  A.  Correct.

02:35:36  9  Q.  All right.  And, generally, what does the '435 patent

02:35:40  10  invention involve?

02:35:41  11  A.  The '435 patent is a system and method for selecting

02:35:49  12  and adjusting individual color without changing the other

02:35:53  13  individual colors.

02:35:57  14  Q.  And you understand that ASUS -- Defendant ASUS is

02:36:02  15  accused of infringing the '435 patent?

02:36:05  16  A.  Yes.

02:36:06  17  Q.  And what types of products allegedly are -- what are

02:36:10  18  the accused products, sir?

02:36:13  19  A.  Displays.

02:36:14  20  Q.  What were you asked to do concerning the ASUS accused

02:36:20  21  products?

02:36:20  22  A.  I was asked to compare the operation of the ASUS

02:36:27  23  products with the method described in the '435 patent.

02:36:31  24  Q.  What was the conclusion of your analysis?

02:36:40  25  A.  That the ASUS products infringe on the '435 patent.

02:36:46  1  Q.  And you also provided some other opinions, rebuttal

02:36:49  2  opinions that we'll get to a little later.  But I want to

02:36:52  3  talk to you about the -- your infringement opinions, okay?

02:36:56  4  A.  Yes.

02:36:58  5  Q.  All right.

02:36:59  6          MR. SABA:  Your Honor, we would like to formally

02:37:02  7  offer -- formally offer P11 and P12.  Those are the

02:37:06  8  monitors that we had just discussed with Dr. Ducharme.

02:37:09  9          THE COURT:  Any objection to those?

02:37:11  10          MR. JOSHI:  Not as long as we can do the same.

02:37:13  11          THE COURT:  Oh, of course, yeah.

02:37:15  12          MR. SABA:  No problem, Your Honor.

02:37:16  13          THE COURT:  Very well.  They will be received.

02:37:16  14  BY MR. SABA:

02:37:20  15  Q.  Dr. Ducharme, if --

02:37:20  16          MR. SABA:  Denver, if you can kindly put on Slide

02:37:24  17  17.

02:37:25  18  BY MR. SABA:

02:37:25  19  Q.  Now, do you see this picture here?

02:37:27  20  A.  Yes.

02:37:27  21  Q.  All right.  Now, what are we looking at?

02:37:31  22  A.  This is a picture that I took last week on the PA328

02:37:36  23  monitor that I demonstrated.  That was the largest -- the

02:37:39  24  larger 6-axis monitor.

02:37:41  25          And I just went on the internet and found a

02:37:45  1  picture of a scarlet macaw and a blue and gold macaw and

02:37:51  2  put it on the screen, and then changed the hue value.  So

02:37:56  3  there are -- there is a 6-axis slider for saturation and

02:37:59  4  for hue.

02:38:02  5          MR. SABA:  And, Denver, if you could go to the

02:38:04  6  next slide, please.

02:38:06  7  BY MR. SABA:

02:38:07  8  Q.  What are we looking at here?

02:38:09  9  A.  So the hue of the -- only the red color in the parrot

02:38:13  10  picture has been changed from 50 to 100.  And when you do

02:38:18  11  that, you're changing the hue.  You're moving the color red

02:38:21  12  or any pixels in the image -- red pixels in the image,

02:38:28  13  you're moving it from red to another color.  That's

02:38:28  14  changing hue.

02:38:30  15          And in this case, when you go from 50 to 100, it

02:38:34  16  moves those red pixels towards yellow.

02:38:34  17          MR. SABA:  Okay.  Denver, you can...

02:38:34  18  BY MR. SABA:

02:38:39  19  Q.  I want to talk to you generally about the '435, sir,

02:38:42  20  okay?

02:38:44  21          Do you remember what year the patent was applied

02:38:47  22  for?

02:38:47  23  A.  It's -- yes.  2001.

02:38:50  24  Q.  Okay.  I've got a slide for you on that one.  Give me

02:38:54  25  one second.  I apologize.  Apologize.

| | | |
|---|---|---|
| 02:39:25 | 1 | What's a priority date, Dr. Ducharme? |
| 02:39:28 | 2 | A.  A priority date is the earliest date to which a patent |
| 02:39:33 | 3 | has rights. |
| 02:39:34 | 4 | Q.  And what's the priority date of the '435? |
| 02:39:38 | 5 | A.  August 2001. |
| 02:39:40 | 6 | Q.  Give me one second.  There we go. |
| 02:39:50 | 7 | And see the highlighted date, August 6, 2001? |
| 02:39:53 | 8 | A.  Yes. |
| 02:39:53 | 9 | Q.  Is that the date that you were talking about? |
| 02:39:56 | 10 | A.  Yes. |
| 02:39:56 | 11 | Q.  Is that the priority date? |
| 02:39:57 | 12 | A.  I believe that is the priority -- yes, the priority |
| 02:40:01 | 13 | date is August 6, 2001. |
| 02:40:03 | 14 | Q.  And is the patent -- the '435 patent valid or is -- has |
| 02:40:08 | 15 | it expired? |
| 02:40:09 | 16 | A.  It's valid. |
| 02:40:10 | 17 | Q.  In the early 2000s, can you please give the ladies and |
| 02:40:15 | 18 | gentlemen of the jury an idea of the problem that existed |
| 02:40:18 | 19 | in the -- at the time -- before the patent was invented? |
| 02:40:22 | 20 | A.  Before this invention, you had hue and saturation |
| 02:40:31 | 21 | control on your display.  But when you moved that delta |
| 02:40:34 | 22 | value and you moved that slider or turned a knob, it |
| 02:40:38 | 23 | changed all of the pixels on the screen.  So it changed all |
| 02:40:42 | 24 | the -- all the pixels of every color. |
| 02:40:44 | 25 | So in here, you can see that on the left, we have |

02:40:47  1  no saturation, essentially black and white, and on the

02:40:51  2  right, we have maximum saturation.  And, remember,

02:40:55  3  saturation is the vividness of the color.  So it looks very

02:41:01  4  bright and colorful on the right.

02:41:03  5  Q.  And the purpose or the summary of the invention in your

02:41:07  6  own words, sir?

02:41:09  7  A.  In summary, the '435 patent is a method for taking

02:41:19  8  incoming video, allowing the user to select a color to be

02:41:24  9  changed, the monitor then uses arithmetic and logical

02:41:33  10  operations to select all the pixels in the image that have

02:41:37  11  that color that's been selected to change.  It then

02:41:42  12  performs the color change, the delta value, reassembles the

02:41:48  13  image, and redisplays it for you.

02:41:50  14       So in digital real-time video, it allows you to

02:41:58  15  select and adjust the color, make the color change and have

02:42:01  16  it be displayed.

02:42:02  17  Q.  Thank you, Dr. Ducharme.  You may have beaten me to the

02:42:06  18  punch here because I want to talk briefly about Claim 1.

02:42:09  19  And -- but I just want a general overview about -- I think

02:42:11  20  you were describing the steps.

02:42:13  21       Let's start with this.  Claim 1 is an independent,

02:42:16  22  right?

02:42:17  23  A.  Yes.  Claim 1 is the -- an independent claim.

02:42:21  24  Q.  All right.  I don't -- we don't need to go to detailed

02:42:25  25  in this, but I will ask you to explain briefly.  This is

```
02:42:28    1   Step 1(a) of Claim 1.  Just take it -- take us through this
02:42:32    2   very briefly.
02:42:33    3   A.  Okay.  As I described previously, a little briefer, so
02:42:39    4   Part (a) is you receive and characterize the video signal.
02:42:46    5   It's a digital video signal, and it has a format.  So
02:42:46    6   that's what we mean by "characterizing."  So it receives
02:42:51    7   the video, digital video image.
02:42:54    8   Q.  And then Step 1(b).
02:42:58    9   A.  "Selecting to independently change" means that you
02:43:01   10   provide some -- some way to a user to submit a delta value,
02:43:08   11   a change color value, like a slider on the screen, and that
02:43:13   12   can be in both hue and saturation.
02:43:16   13   Q.  Step 1(c), please.
02:43:17   14   A.  So in (c), now that the user has decided what color
02:43:23   15   they want to change, the red color, they give that slider a
02:43:27   16   value.
02:43:27   17          In Step (c), the brains of the monitor looks at
02:43:33   18   all of the pixels -- each one of the pixels one by one --
02:43:36   19   or each one of the pixels and identifies which ones of
02:43:39   20   those pixels -- which pixels should be changed because they
02:43:43   21   have the same color that's -- the user has decided to
02:43:48   22   adjust.
02:43:49   23          So once it's -- once the monitor has decided which
02:43:55   24   pixels to change, it then also has a bunch of remaining
02:43:59   25   pixels that aren't to be changed.  But -- and very
```

02:44:07   1   important to this, is it does all of this in a -- in a -- I

02:44:11   2   say the monitor's brain, but it's a microchip.  It has

02:44:16   3   firmware, source code that it's running.  And the way that

02:44:20   4   source code works is it uses arithmetic and logical

02:44:24   5   operations:  plus, minus, greater than, less than.

02:44:24   6   Q.  Okay.  We're going to go to 1(d), please.

02:44:32   7   A.  So once you have determined which pixels need to be

02:44:35   8   changed, you change them, and then you put the image back

02:44:38   9   together.

02:44:39   10  Q.  And the last step is 1(e).

02:44:45   11  A.  And now you display it.  So it's a method.  You receive

02:44:51   12  it, change it, display it.

02:44:53   13  Q.  Dr. Ducharme, do you know how many asserted claims --

02:44:59   14  or what the asserted claims are in this case?

02:45:00   15  A.  Yes.

02:45:01   16  Q.  What are they?

02:45:01   17  A.  1 through 3, 5 and 6, 13 through 15.

02:45:07   18  Q.  Thank you, sir.

02:45:07   19          I want to talk to you about -- switch topics here,

02:45:11   20  and I want to talk to you about the ASUS accused devices,

02:45:16   21  okay?

02:45:21   22          We talked about -- you talked earlier about there

02:45:25   23  being displays at issue.  My question is how many types of

02:45:29   24  accused product families have been accused in this matter?

02:45:33   25  A.  135.

02:45:34  1  Q.  And of those types, how many total displays are there?

02:45:44  2  A.  169.

02:45:46  3  Q.  I think -- you see this slider right here, that's

02:45:52  4  accused families, correct?

02:45:54  5  A.  Yes.

02:45:54  6  Q.  And you refer to all of those as accused devices?

02:45:57  7  A.  Yes.

02:45:58  8  Q.  Okay.  How did you categorize these displays?

02:46:03  9  A.  They're divided into 3-axis displays and 6-axis

02:46:09  10  displays.

02:46:10  11  Q.  And we talked about the difference between 3-axis and

02:46:14  12  6-axis.  Do the accused products include all monitors that

02:46:19  13  ASUS makes?

02:46:20  14  A.  No.

02:46:24  15  Q.  Do you have any idea how many additional devices have

02:46:28  16  not been accused?

02:46:29  17  A.  No.

02:46:32  18  Q.  Okay.  In your original expert report -- you served an

02:46:41  19  expert report in this matter, correct?

02:46:42  20  A.  Yes.

02:46:42  21  Q.  And they contain your infringement and validity

02:46:46  22  opinions?

02:46:46  23  A.  Yes.

02:46:46  24  Q.  And in your original report back in -- I think it was

02:46:49  25  September of 2020, did you include analysis of ASUS

02:46:55  1  projectors?

02:46:56  2  A.  Yes.

02:47:00  3  Q.  Do you remember how many projectors were at issue?

02:47:02  4  A.  There were four projectors.

02:47:04  5  Q.  Are they still asserted in this case?

02:47:07  6  A.  No.

02:47:07  7  Q.  Just monitors?

02:47:08  8  A.  Yes.

02:47:09  9  Q.  I forgot to ask you this question.  I apologize.  I'm

02:47:22  10  going to have to ask you.

02:47:23  11      We talked about the monitors that you tested,

02:47:26  12  right?  Will they work -- can you do the color change if

02:47:28  13  there's anything -- if there's not anything connected to

02:47:30  14  the monitor?

02:47:32  15      In other words, if I don't have a computer or a

02:47:35  16  cable box or whatever connected to it, can you pull up the

02:47:39  17  color changes in the menu and make it change colors?

02:47:48  18  A.  I don't know.

02:47:49  19  Q.  Okay.  I'm sorry.  I apologize for that.  I should

02:47:49  20  have...

02:48:01  21      All right.  You said that you rendered an opinion

02:48:07  22  on infringement.  Let's talk about your analysis that

02:48:10  23  underlies that opinion, okay?

02:48:13  24  A.  Yes.

02:48:13  25  Q.  What did you generally do to formulate your opinion

| | | |
|---|---|---|
| 02:48:19 | 1 | that the accused products infringe? |
| 02:48:22 | 2 | A.  I reviewed the '435 patent and all of the claim |
| 02:48:34 | 3 | limitations that were asserted in the case through the eyes |
| 02:48:39 | 4 | of the Court's construction, how the terms in these claims |
| 02:48:43 | 5 | were defined.  And I compared those to the accused products |
| 02:48:47 | 6 | in three ways. |
| 02:48:49 | 7 | I looked at all of the technical documents and |
| 02:48:52 | 8 | user manuals that we could find -- that I could find.  I |
| 02:48:58 | 9 | reviewed source code for the brain that's inside the |
| 02:49:02 | 10 | monitor, and then I also tested the monitors. |
| 02:49:05 | 11 | Q.  We're going to talk about all three of those, okay? |
| 02:49:10 | 12 | Let's start with the technical materials.  You said that |
| 02:49:15 | 13 | you reviewed product manuals, correct? |
| 02:49:17 | 14 | A.  Yes. |
| 02:49:18 | 15 | Q.  All right.  To your right, there are three binders. |
| 02:49:23 | 16 | They're marked P-26-1 through P-26-135.  Do you see those? |
| 02:49:37 | 17 | A.  Yes. |
| 02:49:46 | 18 | Q.  What are they?  And feel free to pick them up and |
| 02:49:50 | 19 | peruse them. |
| 02:50:09 | 20 | A.  Volume I is user's manual from the ASUS products. |
| 02:50:14 | 21 | Q.  Okay.  Could you please just confirm the same for II |
| 02:50:18 | 22 | and III? |
| 02:50:20 | 23 | A.  Volume II is also user manuals, and Volume III is also |
| 02:50:59 | 24 | ASUS display user's manuals. |
| 02:51:04 | 25 | MR. SABA:  Your Honor, at this time we'll offer |

02:51:06  1  P-26-1 through P-26-135.

02:51:10  2        THE COURT:  Any objections?

02:51:11  3        MR. JOSHI:  Subject to our objections.

02:51:14  4        THE COURT:  Subject to the previous objections?

02:51:16  5        MR. JOSHI:  Yes.

02:51:16  6        THE COURT:  All right.  They will be received.

02:51:18  7        MR. SABA:  Thank you.

02:51:22  8  BY MR. SABA:

02:51:23  9  Q.  Thank you, Dr. Ducharme.  Do you have -- can you tab

02:51:27  10  over to 30 very quickly here?  Let me be clear.  P-26-30.

02:51:32  11  First binder.  Yeah, that's correct.

02:51:58  12  A.  I'm at P-26-30.

02:52:02  13  Q.  Yes, sir.

02:52:04  14        MR. SABA:  May I approach, Your Honor?

02:52:06  15        THE COURT:  You may.

02:52:08  16  BY MR. SABA:

02:52:08  17  Q.  Okay.  Dr. Ducharme, what are we looking at here?

02:52:13  18  A.  This is a user manual for the P248 series monitor.

02:52:22  19  Q.  Could you -- maybe it would be easier if we just did it

02:52:26  20  on the screen.  I'm showing you a copy of what's been

02:52:26  21  published.  Oops, pardon me.

02:52:31  22        MR. SABA:  Can we go to Page 3-2, Denver, please?

02:52:35  23  I don't have an actual PDF page.

02:52:38  24  BY MR. SABA:

02:52:39  25  Q.  Okay.  Dr. Ducharme, do you see that on your screen?

| | | |
|---|---|---|
| 02:52:40 | 1 | A.  Yes. |
| 02:52:41 | 2 | Q.  All right.  What is the -- do you see the box function, |
| 02:52:43 | 3 | brightness, contrast, saturation hue? |
| 02:52:46 | 4 | A.  Yes. |
| 02:52:46 | 5 | Q.  I mean, can you explain what this is, briefly? |
| 02:52:49 | 6 | A.  It's just explaining in the different modes what |
| 02:52:54 | 7 | options the user has control of. |
| 02:52:56 | 8 | Q.  Does the -- does this particular display have the |
| 02:53:04 | 9 | ability to change all colors, as well as individual colors? |
| 02:53:12 | 10 | A.  Yes.  There are separate saturation and hue controls. |
| 02:53:16 | 11 | Q.  But your analysis was concerned with individual colors, |
| 02:53:19 | 12 | correct? |
| 02:53:19 | 13 | A.  Yes. |
| 02:53:22 | 14 | MR. SABA:  And, Denver, if we could go to the next |
| 02:53:26 | 15 | page, 3-3.  And if you could highlight that -- just that |
| 02:53:29 | 16 | top half of those menus.  Okay. |
| 02:53:34 | 17 | BY MR. SABA: |
| 02:53:34 | 18 | Q.  I want to ask you about, for the record, what is an OSD |
| 02:53:38 | 19 | is.  Dr. Ducharme, do you know what an OSD is? |
| 02:53:40 | 20 | A.  Yeah.  It's an acronym for On-Screen-Display. |
| 02:53:46 | 21 | Q.  And is that just the menu on the device? |
| 02:53:49 | 22 | A.  Yes. |
| 02:53:55 | 23 | Q.  What -- were the menus on the device across the devices |
| 02:53:58 | 24 | that you looked at for the most part the same?  Let me -- |
| 02:54:03 | 25 | that's a bad question.  Let me rephrase it. |

314

| | | |
|---|---|---|
| 02:54:07 | 1 | For the 6-axis monitors, were the OSD menus |
| 02:54:13 | 2 | relatively the same, in your experience? |
| 02:54:19 | 3 | A.  Can you clarify that? |
| 02:54:20 | 4 | Q.  Yeah.  Did the 6-axis menus -- could you navigate them? |
| 02:54:25 | 5 | Did the functionality appear to be the same for the 6-axis |
| 02:54:28 | 6 | products? |
| 02:54:29 | 7 | A.  Yes. |
| 02:54:30 | 8 | Q.  And the same question for the 3-axis products. |
| 02:54:37 | 9 | A.  Yes. |
| 02:54:47 | 10 | MR. SABA:  And, Denver, if we could go to 3-9, |
| 02:54:51 | 11 | please. |
| 02:54:52 | 12 | BY MR. SABA: |
| 02:54:53 | 13 | Q.  Okay.  And I think we talked at -- a third from the |
| 02:54:59 | 14 | bottom, please.  This is a troubleshooting section here, |
| 02:55:07 | 15 | Dr. Ducharme? |
| 02:55:07 | 16 | A.  Yes. |
| 02:55:08 | 17 | Q.  And it says:  Screen image has color defects.  White |
| 02:55:11 | 18 | does not look white. |
| 02:55:12 | 19 | Can you explain to us what the remedy is here? |
| 02:55:17 | 20 | A.  From this troubleshooting frequently asked questions, |
| 02:55:24 | 21 | FAQ, ASUS is instructing their users to adjust the red, |
| 02:55:29 | 22 | green, and blue color settings to fix the defect. |
| 02:55:37 | 23 | Q.  When you say defect, what do you mean? |
| 02:55:39 | 24 | A.  I mean a difference from what someone might desire. |
| 02:55:45 | 25 | Q.  Real world example, please. |

| | | |
|---|---|---|
| 02:55:50 | 1 | A.  Your vacation pictures look kind of reddish, and you |
| 02:55:56 | 2 | don't want them to on your monitor.  So you can adjust the |
| 02:56:01 | 3 | red, green, and blue sliders so that your pictures match |
| 02:56:03 | 4 | your memories, I guess you could say. |
| 02:56:07 | 5 | Q.  Does that have anything to do with gain? |
| 02:56:13 | 6 | A.  Gain could be one way that you would describe this. |
| 02:56:19 | 7 | Q.  Does it have anything to do with hue or saturation? |
| 02:56:24 | 8 | A.  I would need to know more about, you know, the device. |
| 02:56:36 | 9 | It could have -- it could be -- it could change both hue |
| 02:56:41 | 10 | and saturation.  In the 3-axis that I demonstrated, it was |
| 02:56:45 | 11 | saturation. |
| 02:56:55 | 12 | Q.  Okay.  I'd like to -- I'm sure this has been offered. |
| 02:57:00 | 13 | Dr. Ducharme, let me -- |
| 02:57:02 | 14 | MR. SABA:  May I approach, Your Honor? |
| 02:57:04 | 15 | THE COURT:  You may. |
| 02:57:06 | 16 | BY MR. SABA: |
| 02:57:06 | 17 | Q.  Let me show you -- I'm showing you what's been marked |
| 02:57:59 | 18 | as Plaintiff's 17, sir.  Do you recognize this document? |
| 02:58:02 | 19 | A.  Yes. |
| 02:58:03 | 20 | Q.  And what do you recognize it to be? |
| 02:58:05 | 21 | A.  It's product literature for the ProArt display PA248. |
| 02:58:15 | 22 | Q.  Was that the manual that we were looking at earlier? |
| 02:58:20 | 23 | A.  Yes. |
| 02:58:20 | 24 | Q.  Okay. |
| 02:58:23 | 25 | MR. SABA:  Your Honor, we'd offer Plaintiff's 17. |

| | | |
|---|---|---|
| 02:58:25 | 1 | THE COURT:  Any objection? |
| 02:58:26 | 2 | MR. JOSHI:  No objection. |
| 02:58:27 | 3 | THE COURT:  It'll be received. |
| 02:58:28 | 4 | MR. SABA:  Thank you. |
| 02:58:30 | 5 | Denver, will you kindly put that on? |
| 02:58:34 | 6 | BY MR. SABA: |
| 02:58:34 | 7 | Q.  This is a picture of a colorful copy of 17.  I'd like |
| 02:58:40 | 8 | for you to turn to Page 4.  It's a little small, but I'm |
| 02:58:51 | 9 | going to read it.  Under this monitor it says:  ProArt |
| 02:58:54 | 10 | display PA248QV is a 24.1-inch monitor designed to satisfy |
| 02:59:02 | 11 | the needs of creative professionals from photo and video |
| 02:59:06 | 12 | editing to graphic design. |
| 02:59:07 | 13 | And then it says:  ProArt display PA248QV is a |
| 02:59:14 | 14 | factory calibrated and Calman verified to deliver superb |
| 02:59:23 | 15 | color accuracy Delta E less than 2. |
| 02:59:26 | 16 | Did I read that right? |
| 02:59:27 | 17 | A.  Yes. |
| 02:59:28 | 18 | Q.  What's Delta E less than 2 mean? |
| 02:59:32 | 19 | A.  Delta E in color science is a measure of color |
| 02:59:39 | 20 | difference. |
| 02:59:39 | 21 | Q.  Can you elaborate? |
| 02:59:42 | 22 | A.  Okay.  So for any two colors, we can measure their |
| 02:59:48 | 23 | difference using a formula and the result of the formula is |
| 02:59:51 | 24 | Delta E. |
| 02:59:58 | 25 | In general, most people -- let me repeat that. |

03:00:02   1        It's generally accepted that humans cannot see

03:00:04   2   color differences less than 2.  So this is a very good

03:00:09   3   monitor.  It has a color difference less than 2.  So you

03:00:12   4   will not be able to tell if you have two reds next to each

03:00:15   5   other if they're -- they'll be exactly the same color is

03:00:19   6   the point.

03:00:19   7   Q.  I forgot to ask you this earlier.  I believe that when

03:00:23   8   I was in elementary school, the primary colors were red,

03:00:26   9   yellow, and blue, but we're talking about red, green, and

03:00:31  10   blue.  I may have gotten that wrong.  What's the difference

03:00:34  11   with light?

03:00:35  12   A.  Okay.  When you're talking about inks and you mix inks

03:00:42  13   together and mix paints together or crayons, that's called

03:00:45  14   subtractive color addition.  So when you have light,

03:00:52  15   that's -- "additive color mixture" is the phrase.  So if

03:00:57  16   you take red, green, and blue light of equal parts and you

03:01:01  17   mix it together, you get white.

03:01:03  18        So it is a little bit different when we think

03:01:07  19   about how these colors are created on a monitor.  But red,

03:01:13  20   green, and blue are just component colors of light that can

03:01:15  21   make all the colors of the rainbow.

03:01:29  22   Q.  And if -- thank you, sir.

03:01:29  23        MR. SABA:  Denver, can you go to the next page,

03:01:33  24   please?

03:01:33  25   BY MR. SABA:

| | | |
|---|---|---|
| 03:01:33 | 1 | Q.  There is -- if you look at your monitor, sir, |
| 03:01:33 | 2 | there's -- it's -- it looks to be cut off.  If you scroll |
| 03:01:36 | 3 | down -- there you go -- see that bottom right-hand section? |
| 03:01:39 | 4 | That's it. |
| 03:01:40 | 5 | Dr. Ducharme, I want to ask you about this |
| 03:01:42 | 6 | statement here.  It says:  High color fidelity for truly |
| 03:01:46 | 7 | expressive hues. |
| 03:01:48 | 8 | Can you tell us a little bit about that? |
| 03:01:53 | 9 | A.  Can you clarify your question? |
| 03:01:55 | 10 | Q.  Sure.  Are we still talking about the Delta E less |
| 03:01:58 | 11 | than 2 with regard to hues here? |
| 03:02:02 | 12 | A.  Yes.  It's color difference, so it's a hue difference. |
| 03:02:11 | 13 | What they're -- |
| 03:02:13 | 14 | Q.  You wanted to add something? |
| 03:02:15 | 15 | A.  What this is saying is if you -- if you're working as a |
| 03:02:19 | 16 | professional and you're making, say, brochures or some |
| 03:02:24 | 17 | material that the color really matters, when you're working |
| 03:02:28 | 18 | on it and you've selected a very specific color, when you |
| 03:02:34 | 19 | print it and your work is done, it won't differ from what |
| 03:02:38 | 20 | you see on the screen.  So that's why this is such an |
| 03:02:41 | 21 | important feature. |
| 03:02:42 | 22 | Q.  One more question on this document. |
| 03:02:46 | 23 | MR. SABA:  Denver, it's the upper left-hand side. |
| 03:02:50 | 24 | See that little graph?  That's it. |
| 03:02:53 | 25 | BY MR. SABA: |

03:02:53  1    Q.  Dr. Ducharme, what is that graph here?  Do you know

03:02:57  2    what that is?

03:02:58  3    A.  I do.

03:02:58  4    Q.  Please explain.

03:03:03  5    A.  This is what's referred to as the tongue.  It's the

03:03:09  6    1931 CIE XY color space.  Color space is just an

03:03:16  7    organization of colors so we can look at their differences

03:03:19  8    or look at the different values.  There are many different

03:03:24  9    color spaces.  They call this the tongue because it looks

03:03:28  10   like a tongue.  It has -- it's kind of a strange shape.

03:03:31  11          The way it's formed is we're plotting in x and y,

03:03:35  12   so x is on the bottom -- that's our x-axis.  And y is on

03:03:38  13   the left -- that's our y-axis.  Around the edge of this

03:03:42  14   funny shape are all pure wavelengths of light, so they're

03:03:46  15   all pure colors.  And that's what defines those and this

03:03:49  16   shape and their location on this x and y plot.

03:03:54  17          The white triangle that you see is plotted from

03:03:59  18   the component colors in the monitor.  So I don't have a

03:04:05  19   laser pointer or any way to point to this, but I'm going to

03:04:10  20   point to the far right vertice [sic] of the triangle.  And

03:04:14  21   you can see it's in a reddish area.  That point is defined

03:04:19  22   by the color of the red pixel in this monitor.  So whatever

03:04:30  23   red color that is, that's that point on the vertice.

03:04:33  24          The upper vertice in green is the green pixel or

03:04:37  25   green component color.  And then on the left is blue, and

03:04:39    1    that's the blue component color.

03:04:41    2         The white triangle formed by connecting those dots

03:04:46    3    together is what's called the gamut.  Those are all of the

03:04:52    4    colors that the monitor can reproduce.  Most of us can see

03:04:58    5    all of the colors.

03:04:59    6    Q.  Thank you, sir.

03:05:00    7         All right.  We talked about the documents.  In

03:05:06    8    addition to the manuals that we had, P-26-1 through 135,

03:05:15    9    did you also reference other technical materials?

03:05:17   10    A.  Yes.

03:05:18   11    Q.  And can you give the ladies and gentlemen of the jury

03:05:22   12    just a brief summary of what that was, some examples?

03:05:26   13    A.  FAQs and --

03:05:29   14    Q.  Product specs?

03:05:31   15    A.  Product specifications, websites, things like that.

03:05:40   16    Q.  Let's talk about testing.  All right.  So we talked

03:05:43   17    about the technical materials, and then you said you also

03:05:47   18    tested the two monitors that we had here in the courtroom

03:05:52   19    or we have here in the courtroom, right?

03:05:55   20    A.  Yes.

03:05:55   21    Q.  All right.  The first question I have for you is just

03:05:59   22    generally explain what you did to test.

03:06:05   23    A.  Okay.  To test the monitors, I needed to measure change

03:06:12   24    in color, that Delta E.  That was one of the things that

03:06:16   25    was very important.  So I needed to be able to measure that

03:06:20  1  myself, and you can't do that by looking at the monitor.

03:06:23  2  Q.  Dr. Ducharme, hold on one second.

03:06:30  3  A.  Okay.

03:06:34  4  Q.  I've got a slide for you.

03:06:44  5       While we're pulling that up, what kind of test did

03:06:48  6  you perform?

03:06:49  7  A.  I made a color analysis test.

03:06:53  8  Q.  And what did you use to test for color analysis?

03:06:57  9  A.  So in order to measure color difference, that Delta E

03:07:05  10  value that we saw previously, I needed an instrument to do

03:07:09  11  that.  And so the instrument that we use in color science

03:07:13  12  is called a color analyzer.  It's a specialized really

03:07:18  13  rather expensive camera.

03:07:19  14       But you point it at the screen, a monitor -- and

03:07:22  15  it's designed to do this.  You point it at a monitor, and

03:07:25  16  it gives you numbers, and those numbers fall on that CIE

03:07:34  17  chromaticity curve, that tongue picture that I showed you

03:07:39  18  on the previous.  So that will give you --

03:07:39  19  Q.  Excuse me.  I'm sorry.  I didn't mean to interrupt you.

03:07:42  20       Before we talk about the -- we'll talk about the

03:07:43  21  actual equipment you used to test in a second.  You're

03:07:45  22  talking about color and how it's perceived, and there's a

03:07:48  23  demo of an apple there.

03:07:53  24       That's your image, correct?

03:07:54  25  A.  It is.

03:07:55  1  Q.  Tell us about that.

03:07:57  2  A.  Well, we're kind of far along here, but color is what

03:08:01  3  humans perceive light to be, right?  So it's a response

03:08:08  4  that our eyes have to light.

03:08:10  5       And a problem with measuring color as humans see

03:08:13  6  it, there's no way to connect an instrument to someone's

03:08:17  7  mind or their eyes to be able to measure what they see.  So

03:08:22  8  you have to ask a whole bunch of people what they see.

03:08:26  9       So I'm showing you a red apple.  You know, the

03:08:29  10  question you have is, is it a red apple?  And we all have

03:08:33  11  slightly different ideas of what exact color this is.

03:08:36  12       So the way that you get two numbers in color

03:08:39  13  science is you ask a whole bunch of people what color they

03:08:43  14  see under very controlled circumstances.  You have small --

03:08:46  15  and I'm holding my fingers showing a circle, a small

03:08:52  16  circle.  And you have color swatches, and you ask a whole

03:08:56  17  bunch of people what they see.

03:08:59  18       When you're all done, statistically you can form

03:09:04  19  curves that represent the human perception of light into

03:09:07  20  color.  And I don't know if you have that.

03:09:09  21  Q.  I have the next slide here.  I think this says,

03:09:12  22  Standard Observer.

03:09:13  23       Tell us about these curbs -- curves.

03:09:16  24  A.  So a standard observer is another fancy word for you

03:09:19  25  asked a bunch of people, and you did a survey of color, and

323

03:09:29    1   the result of this is -- are these three curves.  There's a

03:09:36    2   blue curve, a green curve, and a red curve.  And that is

03:09:36    3   how our human eyes convert wavelengths of light to colors.

03:09:41    4   It forms this standard observer.

03:09:43    5           A color analyzer utilizes this in a

03:09:49    6   microprocessor.  It detects light, it senses it like the

03:09:50    7   human eye does, and then it uses a standard observer like

03:09:53    8   this to output numbers.  And if those numbers are accurate

03:09:59    9   enough, I can use it to make measurements like the color

03:10:02   10   difference of a monitor.

03:10:03   11   Q.  Let's talk about the color sensor.  And I don't know if

03:10:07   12   I'm butchering that device, but is that a picture of what

03:10:11   13   you used to test?

03:10:12   14   A.  Yes.

03:10:13   15   Q.  Tell us about that.

03:10:15   16   A.  So Konica-Minolta makes color analyzers.  This is the

03:10:19   17   latest model.  It's -- this company is regarded as the best

03:10:22   18   in what they do, and it's pretty standard to see these in

03:10:26   19   the industry.

03:10:27   20           So it's a color camera, very specialized.  On the

03:10:31   21   left is -- it's actually a rubber hood.  So when you put it

03:10:35   22   up against a monitor or a screen, it doesn't allow any

03:10:39   23   ambient light to enter the measurement, and that's what

03:10:42   24   this picture on the right is showing you, the proper use of

03:10:48   25   this hood, they call it.

03:10:50   1         The most important number and thing about this

03:10:53   2   slide is the tolerance.  The tolerance is that chromaticity

03:11:00   3   tolerance that it can measure.  So this device puts out a

03:11:06   4   little "x" and a little "y" from the chromaticity diagram,

03:11:10   5   and that little "x" and little "y" have a tolerance of

03:11:15   6   .002.  That's a very, very small number.  None of us would

03:11:18   7   be able to see differences this small.

03:11:21   8   Q.  You have a picture of this -- I think you said it was

03:11:24   9   the color tongue?

03:11:25  10   A.  Yeah.  So what's a little easier to see in this picture

03:11:30  11   is that I've got an x-axis and a y-axis, and I've got a

03:11:34  12   single point here that is maybe a color that I have

03:11:37  13   measured.  And all I wanted to show -- show was that it has

03:11:41  14   coordinates.  So x equals 0.52, and y equals 0.38.

03:11:51  15         Those numbers allow us to quantify color.  It's

03:11:55  16   very difficult, and you can't do that any other way.  You

03:11:58  17   need to use a device that's especially designed to give you

03:12:02  18   numbers.

03:12:04  19   Q.  And I -- this -- what are we looking at here?

03:12:09  20   A.  This is a microscope enlargement of a typical LCD

03:12:17  21   monitor, and it's showing three -- I'm sorry -- it's

03:12:20  22   showing a pixel, and there are three bars, three color bars

03:12:24  23   in the pixel, blue, red, and green, and those are the

03:12:28  24   component colors.

03:12:29  25         And I spoke earlier about the vertices in the

03:12:33   1   gamut on that tongue picture, those three sources are the

03:12:38   2   three vertices on that triangle.  So those are how we can

03:12:43   3   make millions of colors on a monitor.

03:12:45   4   Q.  All right.  Let me be clear on this.  Going back to

03:12:53   5   this slide.  Do you see the color tongue?

03:12:54   6   A.  Yes.

03:12:56   7   Q.  Did you say that RGB can create any color within that

03:13:01   8   envelope -- tongue, if you will?

03:13:02   9   A.  Within a triangle defining the wavelengths or colors of

03:13:08  10   the component colors.

03:13:10  11   Q.  Is that why there are red, green, and blue subpixels

03:13:17  12   for every pixel on a display?

03:13:19  13   A.  Yes.

03:13:20  14   Q.  Oops, gone too far.

03:13:24  15        All right.  Tell us about how you conducted the

03:13:34  16   test and what you conducted the test on.

03:13:37  17   A.  Okay.  I conducted a test on the 6-axis monitor that

03:13:41  18   we -- was shown earlier, as well as the 3-axis monitor.

03:13:44  19   And I used the color analyzer, and, essentially, what --

03:13:50  20   the way you do one of these tests is you display a color

03:13:55  21   swatch on the screen.  You point the camera at that swatch,

03:13:59  22   and it measures the color.

03:14:02  23        The tedious part is you have to get into the

03:14:05  24   menus, and you change those sliders that we showed earlier,

03:14:09  25   and there's a lot of permutations.  So if you're measuring

03:14:15   1   hue, you have to move the red slider, say, from 0 to 100

03:14:21   2   and then back to 50.  And then you have to do the green

03:14:24   3   slider from 0 -- and you have to do that for each one of

03:14:28   4   the colors.  So it ends up being, as you'll see, a lot of

03:14:31   5   different measurements, but...

03:14:32   6   Q.  Let me ask you this.  Was there a testing protocol that

03:14:35   7   you used without, you know, going into the minute details?

03:14:40   8   Can you give us an idea of what that was?

03:14:43   9   A.  Yeah.  I mean, first and foremost, whenever you make a

03:14:51  10   measurement, it has to be documented what was done, and

03:14:53  11   that's the protocol that the test was done under.

03:14:55  12          So testing these -- it's outlined in detail.  I

03:14:58  13   won't -- if -- unless you want me to do the detail.

03:15:01  14   Q.  Not in detail, but I'd like for you to step through it,

03:15:06  15   please.

03:15:06  16   A.  You turn the lights off in the room.  You let the

03:15:09  17   monitor warm up.  You go into a reset function on the

03:15:13  18   monitor so that it's reset all back to its factory

03:15:15  19   settings, and so on and so forth.

03:15:17  20          But the most important part is that you write it

03:15:20  21   down, and that was written in my report, exactly what was

03:15:24  22   done.

03:15:24  23   Q.  Okay.  So did you test both the monitors, whatever,

03:15:29  24   Plaintiff's 11 and Plaintiff's 12 here?

03:15:31  25          I don't know where they went off to.

```
03:15:31   1    A.  Yes, I did.

03:15:32   2    Q.  There they are right there.

03:15:34   3         And tell us about what you found.  Let me pull

03:15:40   4    that up to help you explain.

03:15:41   5    A.  Okay.  I mean, there's a lot of numbers here, and this

03:15:44   6    is -- there's a lot going on, but I'm going to show you a

03:15:47   7    big table in a moment with all my measurements.

03:15:52   8         For each row, that's a different test criteria, so

03:15:57   9    I'm highlighting one of the rows.  And you can see the test

03:16:01  10    color, that's the swatch I put on the screen.  And then I

03:16:08  11    have the value of that swatch in red, green, and blue

03:16:11  12    values, and these values go from 0 to 255.  It's just a

03:16:17  13    digital representation of the color.

03:16:18  14         So you can see test red, test green, test blue,

03:16:23  15    and I have -- they have values of 255, 0, 0.  Then you see

03:16:29  16    delta red, delta green, delta blue, delta magenta, delta

03:16:34  17    yellow, and delta cyan, those are the slider values.  The

03:16:38  18    neutral value, the middle value is 50.

03:16:42  19         Under x and y, those are the numbers that my color

03:16:45  20    analyzer gives me, and those are noted here, because this

03:16:48  21    is when no change has been applied, what color is red?  And

03:16:52  22    that's the little x and little y that you see.

03:17:00  23         So now, as you go down these charts, I am changing

03:17:05  24    one of the colors.  So here on Line -- I'm sorry, Row 3,

03:17:11  25    I'm using the same red test color, and you can see it's
```

03:17:14   1   tested red, 255, 0, 0, but then as you look at the sliders,

03:17:20   2   I have changed the green slider from 50 to 0.

03:17:26   3        The most important thing to look at is all the way

03:17:29   4   over on the right, the little x and little y numbers.  What

03:17:37   5   should happen is those numbers don't differ.  So the

03:17:41   6   unadjusted red color should be the standard control (x,y)

03:17:47   7   value.  And then as I change the other sliders, those

03:17:51   8   numbers should stay the same.

03:17:54   9   Q.  All right.  So let me see if I can understand this

03:17:58   10  because there's a lot of color science going on here.

03:18:01   11       If -- remember the demonstration you were giving

03:18:05   12  earlier this afternoon?

03:18:06   13  A.  Yes.

03:18:06   14  Q.  All right.  And you used red, green, blue, cyan,

03:18:11   15  yellow, and magenta, correct?

03:18:13   16  A.  Yes.

03:18:13   17  Q.  So when you tested with this color sensing camera, the

03:18:17   18  camera we just saw, was it that you would change red and

03:18:27   19  then measure the other colors to see if there was any

03:18:30   20  significant or any change?

03:18:40   21       Bad question.  Let me ask you -- see if I can ask

03:18:43   22  it like this.

03:18:45   23       What is the significance of the (x,y) coordinates

03:18:49   24  on the right side of the page?

03:18:50   25  A.  Okay.  For the product to infringe the patent, you have

329

| | |
|---|---|
| 03:18:54 | 1 |
| 03:19:01 | 2 |
| 03:19:07 | 3 |
| 03:19:12 | 4 |
| 03:19:17 | 5 |
| 03:19:21 | 6 |
| 03:19:25 | 7 |
| 03:19:29 | 8 |
| 03:19:32 | 9 |
| 03:19:36 | 10 |
| 03:19:36 | 11 |
| 03:19:39 | 12 |
| 03:19:43 | 13 |
| 03:19:49 | 14 |
| 03:19:53 | 15 |
| 03:19:58 | 16 |
| 03:20:02 | 17 |
| 03:20:08 | 18 |
| 03:20:08 | 19 |
| 03:20:11 | 20 |
| 03:20:17 | 21 |
| 03:20:22 | 22 |
| 03:20:28 | 23 |
| 03:20:30 | 24 |
| 03:20:34 | 25 |

1    to select and adjust a color, change it, and the other

2    colors that remain should be unchanged.

3         So what we're testing here is we're using a red

4    color swatch, and we're varying the other sliders.  When

5    that happens, when I move a green slider, red shouldn't

6    change, and that's -- it's kind of the reverse of what I

7    demonstrated earlier, but it's easier when you're testing,

8    and you're getting these menus.

9         So essentially -- it might be easier to see on the

10    bigger chart.

11   Q.  Let me -- let's go to your results.

12   A.  Okay.  So is -- this whole block is -- are all of the

13    tests for just the red color.  Line 2 is still the neutral

14    control value.  And you see under x and y, you see its x

15    and y value.  All the rest of the tests, 3, 4, 5, 6, all

16    the way through 12, are me moving the green, blue, magenta,

17    yellow, and cyan sliders.  I'm moving them from 0 to 100

18    and back to 50.

19         And the most important part is on the right here

20    for x and y, I compared those x and y values to the control

21    value of red, and if they're the same down to .002, the

22    tolerance of this color analyzer, then I list it as pass in

23    the right column.

24   Q.  And so what does "pass" mean, Dr. Ducharme?

25   A.  Pass means the color didn't change, the product

03:20:37  1  infringed.

03:20:38  2  Q.  Down to what tolerance?

03:20:44  3  A.  It's very important that you look at the numbers no

03:20:47  4  lower -- no smaller than .002 because the color analyzer

03:20:54  5  that I have, even though it's the best color analyzer in

03:20:59  6  the world, it has a limitation.  You can't see color

03:21:02  7  differences smaller than .002.  So to look at numbers

03:21:08  8  changing below that doesn't really make sense.  So...

03:21:11  9  Q.  Okay.  Now, the 6-axis monitor that we looked at over

03:21:16  10  here, this -- the larger one, P16 -- sorry, P12, that was

03:21:23  11  the P328Q monitor, correct?

03:21:27  12  A.  Yes.

03:21:27  13  Q.  And I'm going to show you what looks to be your test

03:21:31  14  results on that.  Can you explain that, please?

03:21:33  15  A.  Yes.  I measured a lot of colors in this test.

03:21:38  16        For hue, there were 67 measurements.  There are

03:21:44  17  six colors but 67 measurements.  So those are all the

03:21:49  18  permutations of measuring a color and changing all the

03:21:53  19  other sliders, and you can kind of -- you can see that with

03:21:57  20  the green and the red in the -- in the chart.  And then I

03:22:00  21  repeated those 67 measurements for the saturation controls.

03:22:05  22  Q.  And did you perform the same test for Plaintiff's 11,

03:22:13  23  the VG248QV 3-axis monitor?

03:22:19  24  A.  Yes.

03:22:19  25  Q.  What result?

03:22:21  1   A.  It was the same result.  All of the colors remained

03:22:28  2   unchanged according to this test.  Everything passed.  That

03:22:32  3   product infringed based on that test.  There are far fewer

03:22:36  4   measurements because there are less controls on that

03:22:39  5   monitor.

03:22:39  6   Q.  And so is it your position, sir, or conclusion that all

03:22:48  7   of the tests passed as you had opined?

03:22:52  8   A.  Yes.

03:22:53  9   Q.  And that means that the selected color in the two

03:22:56  10  monitors that you tested didn't change when the other

03:22:59  11  colors were adjusted?

03:23:01  12  A.  That's right.

03:23:01  13  Q.  No, I think I got that wrong.

03:23:07  14       What did -- what is -- what is the result of your

03:23:11  15  test, please, sir.

03:23:13  16  A.  Well, the result of the test is that it demonstrated

03:23:17  17  that the accused ASUS products that I tested practice the

03:23:25  18  claim limitations in the '435 patent, and, therefore,

03:23:29  19  infringe it.

03:23:38  20  Q.  Did you test all the products, Dr. Ducharme?  Did you

03:23:40  21  test all of the accused products?

03:23:43  22  A.  No.

03:23:43  23  Q.  Why not?

03:23:44  24  A.  I needed to verify that the functionality of a

03:23:50  25  3-axis -- that that 3-axis monitor practiced the method

03:23:57   1   that's described in the '435.  And I needed to do the same

03:24:02   2   for a 6-axis.

03:24:05   3            That sampling of a 3-axis and a 6-axis was to

03:24:09   4   verify that that functionality that is described in all of

03:24:13   5   the other user manuals and technical literature, that --

03:24:18   6   you know, what was actually happening.  So that's why we

03:24:22   7   did the measurement.

03:24:23   8   Q.  Did you feel like you needed to test all the products

03:24:26   9   to support your opinion?

03:24:34  10   A.  I was here earlier, and Mr. Lin used a phrase that in

03:24:37  11   the manuals, it looked as if it was cut and pasted.  We

03:24:41  12   would do the same thing in the software industry when we

03:24:45  13   write computer code.  When you've got a function that

03:24:48  14   people like, you're going to cut and paste it and put it in

03:24:51  15   your products.  I would have no -- I have no expectation

03:24:55  16   that the products would work any differently.

03:25:04  17   Q.  As part of your analysis -- I'm going to ask you about

03:25:06  18   a little subtopic here.  As part of your analysis on

03:25:12  19   evaluating the claims in the accused devices, did you -- do

03:25:21  20   you have an opinion of how frequently a user will adjust

03:25:26  21   the colors on a display?

03:25:31  22   A.  In my experience, at least once when you bring the

03:25:38  23   product home or you get the product and you're setting it

03:25:41  24   up.

03:25:41  25   Q.  And have you used color control on your own personal

03:25:48  1   display?

03:25:48  2   A.  Oh, yeah, absolutely.

03:25:51  3   Q.  What about -- do you have an opinion on the frequency

03:25:57  4   of color adjustment for any given display?

03:26:02  5   A.  It's generally recommended that you -- you perform

03:26:06  6   this -- these color adjustments every two to 300 hours.

03:26:21  7              MR. SABA:  Your Honor?

03:26:22  8              THE COURT:  Yes.

03:26:23  9              MR. SABA:  Good time to take a break?

03:26:25  10             THE COURT:  Yes, it is.  Yes.

03:26:29  11             Ladies and gentlemen of the jury, we'll take our

03:26:32  12   afternoon break at this time.  We'll be in recess about

03:26:34  13   15 minutes.

03:26:35  14             COURT SECURITY OFFICER:  All rise for the jury.

03:26:44  15             (Jury out.)

03:26:57  16             (Recess.)

03:50:50  17             COURT SECURITY OFFICER:  All rise.

03:50:52  18             THE COURT:  Please have the jury brought in.

03:50:55  19             (Jury in.)

03:51:44  20             THE COURT:  Please be seated.

03:51:46  21             Mr. Saba, you may continue.

03:51:49  22             MR. SABA:  Thank you, Your Honor.

03:51:51  23   BY MR. SABA:

03:51:52  24   Q.  Dr. Ducharme, I wanted to -- I forgot to ask you

03:51:54  25   something when we started the demonstration this morning,

03:51:57   1   and I wanted -- or this afternoon, and I wanted to go back

03:51:59   2   very briefly and ask you a couple of quick questions.

03:52:03   3              MR. SABA:  Denver, if you could kindly put

03:52:06   4   up 33 -- 34.  That's it.

03:52:09   5   BY MR. SABA:

03:52:10   6   Q.  Do you see that on your screen, sir?

03:52:12   7   A.  Yes.

03:52:13   8   Q.  All right.  When we were -- when you were demonstrating

03:52:16   9   the change in colors, like you picked red this morning and

03:52:22  10   demonstrated a change on the 3-axis display versus the

03:52:26  11   6-axis display, why were colors with red components changed

03:52:35  12   in the 3-axis but not the 6?

03:52:44  13   A.  So this pattern shows all six colors.  When you display

03:52:49  14   it on a 3-axis monitor, we discussed earlier the brain, the

03:52:52  15   microprocessor inside of the 3-axis monitor performs

03:52:59  16   arithmetic and logical operations so it uses plus, minus,

03:53:06  17   multiplication, division, and equalities, and -- as well as

03:53:09  18   less than and greater than operations to determine which

03:53:14  19   colors should change.

03:53:17  20              So in a 3-axis, you're selecting the red color and

03:53:28  21   changing it.  So because its only a 3-axis monitor, those

03:53:32  22   arithmetic and logical operations look for any color on

03:53:38  23   here, including magenta and yellow, that include red.

03:53:41  24              On a 6-axis monitor, it's a bit different.  Inside

03:53:44  25   the brain, the microprocessor on a 6-axis monitor, the

03:53:49  1  arithmetic and logical operations are different.  It's

03:53:53  2  different software.  It makes sense because this isn't a

03:53:53  3  3-axis monitor, it's a 6-axis monitor.

03:53:53  4       So it does -- we could -- it could be said, more

03:54:08  5  sophisticated arithmetic and logical operations to

03:54:12  6  determine which colors to change.

03:54:12  7       So when we did this demonstration and I moved the

03:54:16  8  red slider, red was the only color that changed.  Even

03:54:19  9  though magenta and yellow have red in them, they also have

03:54:24  10  source code running in their brains, their microprocessors,

03:54:28  11  that's able to determine that magenta and yellow are not

03:54:33  12  colors to be -- that those are not colors to change.

03:54:41  13       That's a 6-axis monitor, and these are the six

03:54:43  14  controllable colors.

03:54:45  15  Q.  Thank you, sir.  And now I'm -- we're going to talk

03:54:47  16  about source code now, but departing this subject, my

03:54:57  17  question is:  Do the claims of the patent limit identifying

03:55:00  18  with specific and arithmetic and logical operations?

03:55:05  19  A.  No.

03:55:06  20  Q.  All right.  Let's talk about the source code.  First

03:55:10  21  question.  What is source code?

03:55:13  22  A.  Source code -- there's different terms for this, but

03:55:20  23  software is something that runs on a computer in an

03:55:23  24  operating system.  And firmware is something that runs on a

03:55:27  25  microcontroller or microprocessor, and it runs by itself.

03:55:32  1   It's firmware.  And so there are different names for this,

03:55:37  2   but source code is computer code, computer language

03:55:43  3   instructions that run on a microprocessor.

03:55:47  4   Q.  You see where we're looking at here on the screen?

03:55:49  5   A.  Yes.

03:55:50  6   Q.  What is that?

03:55:50  7   A.  That is one of the identified chips that was in one of

03:55:56  8   the ASUS monitors.

03:55:58  9   Q.  And when you say "chips," you mean microprocessors,

03:56:02  10  correct?

03:56:03  11  A.  Chips, short for integrated circuit, IC.

03:56:08  12  Q.  Does that microprocessor have source code on it?

03:56:11  13  A.  Yes.

03:56:13  14  Q.  And that resides on the actual display -- excuse me --

03:56:18  15  in the actual display?

03:56:19  16  A.  It's in the actual display.

03:56:23  17  Q.  Who is MediaTek, and what do they do?

03:56:33  18  A.  MediaTek makes image processing color control

03:56:39  19  integrated circuits.

03:56:40  20  Q.  And do you understand that they provide chips for some

03:56:43  21  of the ASUS products?

03:56:45  22  A.  Yes.

03:56:45  23  Q.  Did MediaTek provide you with source code for some of

03:56:49  24  the chips on the accused devices?

03:56:51  25  A.  Yes.

03:56:53   1   Q.  All right.

03:56:53   2          MR. SABA:  And I'm going to -- may I approach,

03:56:54   3   Your Honor?

03:56:55   4          THE COURT:  You may.

03:56:59   5   BY MR. SABA:

03:56:59   6   Q.  I'm going to show you -- I don't want to ask the Court

03:57:02   7   to seal the courtroom, so I don't want to get into the

03:57:03   8   details, but I'm going to show you that.  I want to ask you

03:57:07   9   what that is?

03:57:07  10   A.  This is source code from MediaTek.

03:57:09  11   Q.  Okay.  Did you review that source code?

03:57:11  12   A.  Yes.

03:57:12  13   Q.  And did you provide your analysis of the source code in

03:57:17  14   your analysis of -- excuse me.

03:57:22  15          Did your opinions rely in part of the analysis of

03:57:25  16   the source code?

03:57:25  17   A.  I'm sorry.  Can you ask -- repeat the question?

03:57:29  18   Q.  Yes.  When you were rendering your opinions, did you

03:57:33  19   analyze source code to come to that opinion?

03:57:35  20   A.  Yes.

03:57:40  21   Q.  Can you please tell me if the Bates range, the starting

03:57:43  22   page and the ending page of that -- of those code citations

03:57:47  23   but without -- just give me the first one.  I believe it's

03:57:51  24   001 and ends with --

03:57:54  25   A.  Yeah, it's MTK code.

03:57:56   1   Q.   That's correct.

03:58:00   2   A.   Okay.   MTK code 00 -- 0001.

03:58:03   3   Q.   And then the last page?

03:58:07   4   A.   MT -- MTK code 0236.

03:58:12   5   Q.   Okay.   And, again, that is the source code that you

03:58:17   6   reviewed in performing your analysis in this case?

03:58:20   7   A.   Yes.

03:58:21   8          MR. SABA:   Your Honor, we'll offer Plaintiff's 23.

03:58:24   9          THE COURT:   Any objection?

03:58:25  10          MR. JOSHI:   No.

03:58:26  11          THE COURT:   It'll be received.

03:58:28  12   BY MR. SABA:

03:58:29  13   Q.   Dr. Ducharme, this is the source code that you -- I

03:58:30  14   think I just asked you that question.   Pardon me.

03:58:37  15          I don't want to talk about the contents

03:58:38  16   specifically of what was just offered, Plaintiff's 23,

03:58:39  17   because of the sensitive nature.   But I do want to ask

03:58:42  18   generally, can you tell us about the source code that you

03:58:46  19   reviewed?

03:58:47  20   A.   Yes.   It was standard computer code, and the thing that

03:58:58  21   I was most interested in is that it had some functions

03:59:01  22   denoted for color adjustment and that it utilized

03:59:05  23   arithmetic and logical operations.

03:59:08  24   Q.   What is arithmetic and logical operations?

03:59:14  25   A.   Arithmetic and logical operations, as defined in the

| | | |
|---|---|---|
| 03:59:20 | 1 | patent, are plus, minus, multiplication, division, equals, |
| 03:59:24 | 2 | and less than or greater than. |
| 03:59:26 | 3 | Q.  And is that how basically computers communicate -- not |
| 03:59:29 | 4 | communicate -- go ahead. |
| 03:59:31 | 5 | A.  It's a very standard operation.  That's what computers |
| 03:59:35 | 6 | do, right?  They help us add, subtract, multiply, and |
| 03:59:40 | 7 | divide quickly, and that's how most computer source code is |
| 03:59:44 | 8 | written. |
| 03:59:44 | 9 | Q.  For the source code that you reviewed -- scratch that. |
| 03:59:57 | 10 | Were you interested in the color-changing |
| 04:00:01 | 11 | functionality within the source code base? |
| 04:00:03 | 12 | A.  Yes. |
| 04:00:04 | 13 | Q.  And for the color-changing functionality, was the |
| 04:00:06 | 14 | source code the same across multiple versions? |
| 04:00:09 | 15 | A.  Yes. |
| 04:00:10 | 16 | Q.  What conclusions did you reach from your review of the |
| 04:00:15 | 17 | source code? |
| 04:00:16 | 18 | A.  That the source code met the limitation of utilizing |
| 04:00:22 | 19 | arithmetic and logical operations to identify pixels that |
| 04:00:28 | 20 | should be changed. |
| 04:00:28 | 21 | Q.  When you were reviewing the ASUS user manuals of the |
| 04:00:36 | 22 | accused products, did you get any indication of what exact |
| 04:00:41 | 23 | chip was in each of the accused products from the manual? |
| 04:00:48 | 24 | A.  Can you clarify "manual"? |
| 04:00:49 | 25 | Q.  Yeah.  That's a bad question. |

04:00:51  1          Did the manuals, the user guides, and technical
04:00:56  2  materials delineate between whether or not a MediaTek chip
04:01:00  3  was in the accused device or some other brand of chip?
04:01:04  4  A.  No.
04:01:05  5  Q.  But did -- in your opinion, did they operate the same?
04:01:09  6  The monitors, did they have similar functionality?
04:01:12  7  A.  Yes.
04:01:12  8  Q.  And did you review the source code for all of the
04:01:23  9  accused products?
04:01:23 10  A.  No.
04:01:24 11  Q.  And did you believe you needed to?
04:01:26 12  A.  No.
04:01:28 13  Q.  Why is that, sir?
04:01:30 14  A.  What I was looking for was a representation of -- you
04:01:35 15  know, a function for color-changing in a monitor.  When
04:01:41 16  you're writing software and you have -- you've written a
04:01:45 17  piece of source code that achieves a goal like color
04:01:54 18  adjustment, you don't rewrite it for different devices.
04:01:58 19  You -- as was mentioned earlier, you cut and paste and use
04:02:01 20  that code over and over again.
04:02:04 21          It takes -- it takes a lot of work in industry --
04:02:08 22  there's a lot of work that goes into developing computer
04:02:11 23  code and getting it to work right.  And you -- so each time
04:02:14 24  you start over, that's another investment that you have to
04:02:17 25  make.  So it's very common practice to get a function that

| | | |
|---|---|---|
| 04:02:20 | 1 | works and utilize it in all of your products. |
| 04:02:24 | 2 | Q.  You said earlier today that for the 6-axis and 3-axis, |
| 04:02:32 | 3 | generally speaking, the OSD menus were relatively the same, |
| 04:02:38 | 4 | right? |
| 04:02:38 | 5 | A.  Yes. |
| 04:02:39 | 6 | Q.  All right.  If two different accused products use two |
| 04:02:41 | 7 | different brands of chips, would that lend that the |
| 04:02:46 | 8 | functionality in those two different chips be relatively |
| 04:02:49 | 9 | the same? |
| 04:02:50 | 10 | A.  Can you repeat the question? |
| 04:02:57 | 11 | Q.  Yes. |
| 04:02:58 | 12 | A.  I think I understand what you're saying, but... |
| 04:03:01 | 13 | Q.  If you have two different chips in two different ASUS |
| 04:03:10 | 14 | accused products, do they operate -- is it your opinion |
| 04:03:13 | 15 | that they operate the same? |
| 04:03:14 | 16 | A.  Yes. |
| 04:03:15 | 17 | Q.  Whether it's 3-axis or 6-axis?  Pardon me. |
| 04:03:21 | 18 | Do they operate the same if they are 3-axis? |
| 04:03:24 | 19 | A.  Yes. |
| 04:03:26 | 20 | Q.  And the same question for 6-axis? |
| 04:03:28 | 21 | A.  Yes. |
| 04:03:29 | 22 | Q.  What if they had different chipsets in it? |
| 04:03:32 | 23 | A.  It'll not matter because ASUS has a valuable |
| 04:03:36 | 24 | color-changing function that their customers have come to |
| 04:03:40 | 25 | utilize, and, I don't know, maybe "love" is a strong word, |

04:03:44  1  but it's a function that they're used to.  And they would

04:03:47  2  expect it to be the same on all of their products

04:03:50  3  regardless of the chip or who wrote the code or what the

04:03:55  4  code said.  They would expect the color-changing function

04:03:59  5  to be the same.

04:04:05  6  Q.  Okay.  Dr. Ducharme, I want to go to the claims now.

04:04:08  7       We talked about Claim 1 earlier this afternoon,

04:04:10  8  and I'm going to show you on the screen the first part of

04:04:14  9  Claim 1 of the '435 patent.

04:04:22  10      And do you have a paper copy of your -- a paper

04:04:24  11  copy of your report handy up there?

04:04:26  12  A.  I do.

04:04:26  13  Q.  You might want to pull that out for reference.

04:04:26  14  A.  Okay.

04:04:46  15  Q.  Can you give me -- well, I'll tell you what.  Let me

04:04:49  16  give you a quick page number of where I want to -- can you

04:04:57  17  turn to Page 13 as a reference for this series of

04:05:06  18  questions?

04:05:06  19  A.  Yes.

04:05:07  20  Q.  All right.  Did you consider whether the accused

04:05:11  21  products literally infringe on Claim 1?

04:05:13  22  A.  Yes.

04:05:14  23  Q.  What does "literal infringement" mean?

04:05:19  24  A.  That the accused products practice each limitation of

04:05:25  25  the claim --

04:05:27  1  Q.  Do you know what I mean --

04:05:27  2  A.  -- of the claim.

04:05:30  3  Q.  Pardon me, sir.

04:05:32  4       Do you know what the "doctrine of equivalents" is?

04:05:35  5  A.  Yes.

04:05:35  6  Q.  What's the doctrine of equivalents?

04:05:36  7  A.  It's when an accused products practices a method or

04:05:40  8  system using -- achieving substantially the same function,

04:05:44  9  substantially the same way, achieving substantially the

04:05:47  10 same result.

04:05:49  11 Q.  Could the accused products infringe either literally or

04:06:00  12 under the doctrine of equivalents generally?

04:06:06  13 A.  I don't -- I don't know.

04:06:07  14 Q.  Okay.  Let's step through the claims and put this in

04:06:10  15 context here.

04:06:11  16       Let's start with the first limitation.  We talked

04:06:15  17 about this earlier this morning.

04:06:17  18       Claim 1 of the '435:  A method for independently

04:06:23  19 controlling hue or saturation of the individual -- of

04:06:27  20 individual colors in real time digital video image,

04:06:29  21 comprising the steps of.

04:06:31  22       Do you see that?

04:06:32  23 A.  Yes.

04:06:32  24 Q.  All right.  Let's start with Step A:  Receiving and

04:06:35  25 characterizing the real time digital video input image

04:06:43 1  featuring input image pixels.

04:06:47 2          What conclusion did you reach -- pardon me, I'm so

04:06:53 3  sorry.

04:06:53 4          In rendering your opinion on direct infringement,

04:06:57 5  what did you do to evaluate -- what did you do to evaluate

04:07:01 6  whether or not the claim infringed -- the claim infringed

04:07:05 7  on the accused products?  What did you look at?

04:07:07 8  A.  Okay.  To determine whether or not the accused products

04:07:11 9  infringed, I looked at the claims -- claim limitations that

04:07:18 10 you see, using the Court-ordered claim construction.

04:07:25 11         So any terms that are in here, defined by the

04:07:28 12 Court, I used those -- that wording and that understanding

04:07:29 13 to read these claims, and then I looked at the accused

04:07:33 14 devices.  And when I say looked at, I evaluated technical

04:07:38 15 literature, as well as users manuals, and we looked at the

04:07:40 16 code, which we just spoke about, and then I also tested two

04:07:43 17 of the devices.

04:07:44 18 Q.  Thank you, sir.  Sorry I left that out.

04:07:46 19         And we talked all about that earlier today.  Going

04:07:48 20 back to the question of Claim 1(a), what was your

04:07:51 21 conclusion -- what conclusion did you reach with regard to

04:07:56 22 Claim 1(a)?

04:07:56 23 A.  The accused products infringed or met the -- the --

04:08:00 24 practiced the limitation of Claim 1(a).

04:08:03 25 Q.  Yeah, infringed.

04:08:04   1              So how did it infringe?   How do they infringe?

04:08:12   2    Excuse me.

04:08:12   3    A.   Well, simply by plugging an HDMI cable into the back of

04:08:17   4    it, it receives that video signal and characterizes that.

04:08:22   5    That digital format that's coming in, we know -- the

04:08:22   6    information that's on the cable, it's able to understand

04:08:24   7    it.   So it's able to receive and characterize the digital

04:08:29   8    video -- the real time digital video.

04:08:50   9    Q.   Okay.   Going to Step 2 -- excuse me -- Step 1(b) --

04:08:54   10   that's already up there.

04:08:55   11             I'm not going to read the whole thing, but it

04:08:58   12   starts:   Selecting to independently change the hue or

04:09:02   13   saturation of an individual color in the real time digital

04:09:08   14   video image.   And then talks about by selecting an

04:09:14   15   independent color hue control delta value -- and so my

04:09:16   16   question to you is what conclusion did you reach with

04:09:19   17   regard to 1(b)?

04:09:21   18   A.   That the accused products infringe.

04:09:24   19   Q.   How?

04:09:26   20   A.   They meet this limitation by presenting an

04:09:32   21   On-Screen-Display, presenting the opportunity to the user

04:09:35   22   to change the colors, to introduce a delta value, and

04:09:43   23   that's what that slider is, it's a delta value.

04:09:57   24   Q.   Do you remember the range from the -- the test we --

04:10:00   25   that you -- the demonstration that you did this morning

04:10:02   1   for, like, value changes, whether it's saturation or

04:10:06   2   whether it's hue?

04:10:09   3   A.   Do I remember the range?

04:10:10   4   Q.   Was it 0 to 100?

04:10:14   5   A.   Yeah.   On the 3-axis monitor, it's 0 to 100, and they

04:10:18   6   started at 100 when I did the demonstration.

04:10:22   7          On the 6-axis monitor, they go 0 to 100, and by

04:10:27   8   default, those sliders -- the middle value is 50.   So I

04:10:30   9   think I -- I think I went from 50 to 0.   Those are all

04:10:39   10  delta values.

04:10:40   11  Q.   Okay.   And, again, I don't want to talk specifically

04:10:42   12  about this, but do you have Paragraph 57 in front of you?

04:10:46   13         My question is:   Did you analyze the MediaTek

04:10:49   14  source code regarding this claim limitation?

04:11:12   15  A.   Okay.   What is the question?

04:11:14   16  Q.   Did you analyze the MediaTek source code when

04:11:18   17  evaluating this claim limitation?

04:11:36   18  A.   Yes.

04:11:37   19  Q.   Okay.   Can you tell us generally what it related to,

04:11:41   20  the concept?

04:11:42   21  A.   It was a section of the code that was able to record a

04:11:48   22  hue or saturation gain.

04:11:50   23  Q.   That's plenty, Dr. Ducharme.   Thank you.

04:11:53   24         I want to go to 1(c).   1(c) is:   Identifying a

04:11:59   25  plurality of said input image pixels having said selected

04:12:05  1   individual color in the real time digital video input image

04:12:12  2   with the hue or saturation selected to be independently

04:12:15  3   changed by performing arithmetic and logical operations

04:12:20  4   using input image pixel values of each said input image

04:12:29  5   pixel of the real time digital video input image.

04:12:34  6          What conclusion, sir, did you reach with regard to

04:12:38  7   Step 1(c)?

04:12:39  8   A.  That the accused products infringed -- or met the

04:12:42  9   limitation in Claim 1(c).

04:12:44  10  Q.  Okay.  Now, you were talking about arithmetic and

04:12:46  11  logical operations earlier.  So can you tell us a little

04:12:48  12  bit about your analysis -- generally speaking, your

04:12:50  13  analysis and how the accused products met that limitation?

04:12:53  14  A.  So, once again, this claim is you receive the video

04:12:56  15  image, then the user gives a delta value on the slider,

04:13:00  16  and, and then in (c), it goes through and identifies all

04:13:03  17  the pixels that have that change -- that color that you

04:13:06  18  want to change.

04:13:07  19         And so in this operation, it's a little different

04:13:11  20  for the 3-axis than the 6-axis.

04:13:14  21         In the 3-axis, it uses arithmetic and logical

04:13:20  22  operations to identify colors that have red, green, or

04:13:25  23  blue.  Those are the 3-axis colors.

04:13:29  24         It's a little bit more complicated in the 6-axis

04:13:31  25  because there are six colors now, and so it uses, once

04:13:34  1  again, arithmetic and logical operations to identify all

04:13:37  2  the pixels with the colors red, green, blue, cyan, magenta,

04:13:43  3  or yellow.

04:13:53  4  Q.  And "input image pixel values," you want to expand on

04:14:10  5  that?

04:14:10  6  A.  Yeah.  To --

04:14:14  7  Q.  I'm sorry, Dr. Ducharme.  I'm sorry.  I thought that,

04:14:20  8  for purposes of the record, you also formed the -- your

04:14:23  9  opinion of this claim limitation 1(c) by your analysis of

04:14:29  10  the MediaTek source code in part, correct?

04:14:32  11  A.  Yes.

04:14:32  12  Q.  All right.  Let's go to 1(d).

04:14:40  13       We talked about 1(d) earlier.  It's:  The

04:14:46  14  determining corresponding output image pixel values for

04:14:51  15  each of said plurality of said input -- input image pixels

04:14:56  16  identified as having the selected individual color in the

04:14:59  17  real time digital video image.

04:15:06  18       Did you form a conclusion with regard to 1(d)?

04:15:10  19  A.  The accused products meet the limitations of this

04:15:13  20  claim, so they infringe it.

04:15:15  21  Q.  Why?  And if you'd like to reference your report, I

04:15:25  22  know that maybe that's a little easier.

04:15:28  23  A.  Well, so, in this step, we've identified a plurality of

04:15:35  24  pixels that we should change because they're associated

04:15:40  25  with a color on the slider.  And a -- we also have a

04:15:45   1   plurality -- or a whole bunch of pixels that we've decided

04:15:49   2   in the previous step, (c), not to change.

04:15:51   3        And so in this step, we execute the change.  We

04:15:57   4   change all the pixels that should be changed, and we don't

04:16:00   5   change the remaining pixels, and that's what this is

04:16:04   6   primarily -- and the demonstration of this is the

04:16:09   7   demonstration that we did earlier and what you see happen

04:16:12   8   when you move the sliders.

04:16:15   9        You see red colors in the 3-axis monitor, red

04:16:18   10  colors change, and colors that don't have red in them, like

04:16:21   11  the blue and the green, don't change.

04:16:41   12  Q.  And then, Dr. Ducharme, can you turn -- just glance at

04:16:46   13  your report:  31, Paragraph 76.

04:16:56   14  A.  Okay.

04:16:56   15  Q.  Sorry.  One second, sir.

04:17:03   16       Okay.  And, again, you -- you considered the

04:17:15   17  analysis of the MediaTek source code in your conclusion on

04:17:20   18  this claim limitation, as well?

04:17:22   19  A.  Yes.

04:17:23   20  Q.  And did you conclude in your analysis that there is

04:17:56   21  6-axis color independent control of saturation and hue?

04:18:06   22  A.  Yes.

04:18:19   23  Q.  And then the final step is the displaying step.  That

04:18:37   24  was -- that's 1(e), Claim 1(e):  Displaying a real time

04:18:45   25  digital video output image including said corresponding

350

04:18:51  1  plurality of said output image pixels.

04:18:54  2        Did you find -- what was your conclusion with

04:18:58  3  regard to this limitation?

04:18:59  4  A.  That the accused products infringed.

04:19:01  5  Q.  All right.  Now, that was the -- that was the

04:19:06  6  independent claim.

04:19:07  7        You said earlier this afternoon that there was

04:19:10  8  other asserted claims:  1 through 3, 5 and 6, and 13

04:19:17  9  through 15, correct?

04:19:18  10  A.  Yes.

04:19:18  11  Q.  Let's talk about Claim No. 2.  Now, Claim No. 2 is a

04:19:29  12  dependent claim, correct?

04:19:30  13  A.  Yes.

04:19:30  14  Q.  All right.  And what's a dependent claim?

04:19:33  15  A.  It is -- it references back to an initial independent

04:19:38  16  claim.  It's dependent on the first claim being used.

04:19:44  17  Q.  Now, I'm at Page 34 of your report.

04:19:53  18        Claim 2, the method of Claim 1 -- I assume that

04:19:59  19  means the -- it depending on Claim 1, right -- whereby the

04:20:03  20  real time digital video input image is a -- of a format

04:20:09  21  selected from a group consisting of RGB format, YCrCb

04:20:19  22  format, and YUV format, whereby the individual colors of

04:20:23  23  one said format can be characterized by the individual

04:20:26  24  colors of a second said format by using appropriate linear

04:20:29  25  transformations between said formats.

04:20:31   1          Did you -- what conclusions did you reach with

04:20:35   2   regard to Claim 2?

04:20:38   3   A.   The accused products infringed on this claim.

04:20:41   4   Q.   What is RGB and what is -- what is RGB?

04:20:45   5   A.   It's -- it's a way of organizing color information.  So

04:20:50   6   most of the color -- most of the pictures that we see have

04:20:54   7   a red value, a green value, and a blue value, and a single

04:20:58   8   pixel will have a -- you know, depending on the color of

04:21:02   9   the pixel, it'll have those three values, just like we saw

04:21:02   10  on the demonstration earlier.

04:21:07   11         YCrCb are component type.  These are just

04:21:09   12  different ways of expressing the val -- the color values of

04:21:14   13  the pixel.

04:21:24   14  Q.   Do you know what format most computers or laptops use

04:21:29   15  when connecting to a monitor?

04:21:33   16  A.   RGB.

04:21:35   17  Q.   And what about cable televisions?

04:21:41   18  A.   That gets complicated.

04:21:47   19  Q.   Is it YCrCb or not necessarily?

04:21:54   20  A.   It depends on what the -- ultimately what the display

04:22:00   21  box -- I'm sorry -- the monitor the display is attached to.

04:22:05   22  The signal has to come from somewhere.  If it's streamed,

04:22:09   23  then it's RGB.

04:22:12   24  Q.   All right.  Let's go -- oh, pardon me.

04:22:15   25         Did you say that your conclusion -- that you had

04:22:20   1   formulated a conclusion with regard to Claim 2?

04:22:23   2   A.   Yes.

04:22:23   3   Q.   And what was that?

04:22:24   4   A.   It infringes.

04:22:25   5   Q.   Thank you.

04:22:25   6         Let's go to Claim 3, another dependent claim, and

04:22:30   7   I'm going to ask you the same questions.  The method of

04:22:34   8   Claim 1:  Whereby the real time digital video input image

04:22:39   9   features basic colors red, green, and blue and

04:22:45  10   complementary colors yellow, cyan, and magenta in RGB color

04:22:51  11   space whereby values of said complementary colors are

04:22:55  12   expressed in terms and evaluated from linear combinations

04:22:59  13   of values of said basic colors.

04:23:01  14         What conclusion did you reach with regard to

04:23:13  15   Dependent 3, sir?

04:23:13  16   A.   The accused products infringe.

04:23:14  17   Q.   And can you explain that?

04:23:16  18   A.   Hold on one second.

04:23:38  19         Just very simply that you can express these

04:23:42  20   colors, yellow, cyan, and magenta, as linear combinations

04:23:44  21   of the other colors, red, green, and blue.

04:23:44  22   Q.   What is an 8-bit value for color?

04:23:48  23   A.   8-bit is like a -- it's -- refers back to like a

04:23:51  24   digital notation.  You know that computers handle

04:23:54  25   information in 1s and 0s, and we use more -- either more or

04:24:00   1   less of these 1s or 0s to make bigger numbers.  So when we

04:24:05   2   talk about 8-bit, we're talking about eight 1s or 0s.  So

04:24:11   3   an 8-bit number that goes from 0 to 255, so it has 256

04:24:17   4   values if we start at 0.  So 0 to 255 is 8-bit.

04:24:24   5        Does that answer your question?

04:24:27   6   Q.  Yeah.  Okay.  The next asserted claim is another

04:24:33   7   dependent claim.  Will you read that for us, sir?

04:24:36   8   A.  The method of Claim 1 wherein -- whereby in Step (b),

04:24:40   9   numerical range of said independent color hue control delta

04:24:45   10  value and numerical range of said independent color

04:24:51   11  saturation control delta value corresponds to an arbitrary

04:24:53   12  interval of integers.

04:24:55   13  Q.  And my first question to you is:  What is the reference

04:25:00   14  back to Step 1(b)?

04:25:08   15  A.  The reference back to Step 1(b) is it's a dependent

04:25:19   16  claim on that particular step where you're expressing --

04:25:23   17  Step (b) talks about expressing changes in color in delta

04:25:27   18  values, and this is just a dependent claim expanding on

04:25:37   19  what the range of delta numbers are.

04:25:40   20  Q.  Let me go back very briefly to 1(b), so you can explain

04:25:44   21  it in context.

04:25:45   22        Do you see 1(b) on your screen?

04:25:49   23  A.  Yes.

04:25:49   24  Q.  Okay.  So it's referring back to this step, and did you

04:25:57   25  say, was that a delta value?

04:26:01   1   A.  Yeah.  So in this step, this is where we're looking at

04:26:04   2   the On-Screen-Display, and we've got those sliders moving

04:26:09   3   back and forth.  And that's our delta value.  So if you go

04:26:11   4   to claim -- what was it, 5, Claim 5 is teaching that the

04:26:18   5   range of numbers for the delta values are -- it's an

04:26:24   6   arbitrary interval of integers.  That means whole numbers.

04:26:28   7   Q.  And what -- yeah.  You said the range earlier today

04:26:41   8   when you were doing the demonstration was 0 to 100?

04:26:46   9   A.  Yes.

04:26:46  10   Q.  And I don't want to be -- I don't think I had you

04:26:51  11   explain this.  We went from Independent Claim 1 to

04:26:56  12   Dependent Claim 2 to Dependent Claim 3, and we skipped

04:27:04  13   Claim 4, correct?

04:27:04  14   A.  Yes.

04:27:05  15   Q.  And we're at 5 now?

04:27:07  16   A.  Yes.

04:27:08  17   Q.  So there wasn't a -- you didn't -- you're not rendering

04:27:09  18   an analysis on Claim 4?

04:27:12  19   A.  No.

04:27:12  20   Q.  Conclusion, rather.  Okay.  Thank you, sir.

04:27:16  21        Okay.  Let's look at Claim 6.  Is this a dependent

04:27:20  22   or independent?

04:27:22  23   A.  Dependent claim.

04:27:22  24   Q.  Can you please read it for us, sir?

04:27:24  25   A.  The method of Claim 1, whereby in Step (b), numerical

04:27:28   1   range of said independent color hue control delta value is

04:27:32   2   an interval between negative 1 and plus 1.

04:27:36   3   Q.  And did you find -- did you conclude that this Claim 6

04:27:46   4   was met?

04:27:47   5   A.  Yes.

04:27:47   6   Q.  And how so?

04:27:48   7   A.  The sliders go from 0 to 100, but, you know, the values

04:27:58   8   negative 1 to plus 1 can easily be -- mathematically be

04:28:05   9   transformed to 0 to 100.

04:28:18   10  Q.  Because is it -- is it the case that negative 1 and

04:28:28   11  plus 1 can be scaled to 0 to 100?

04:28:33   12  A.  Yes.

04:28:46   13  Q.  Okay.  Now, we're not asserting -- Lone Star is not

04:28:50   14  asserting Claims 7, 8, 9, 10, 11.

04:28:56   15          Next claim they're asserting is Claim 13, correct?

04:29:02   16  A.  Correct.

04:29:02   17  Q.  All right.  Why don't you read that for us, please?

04:29:05   18  A.  The method of Claim 1, whereby Step (d) is performed

04:29:08   19  following said identifying each said input image pixel, one

04:29:13   20  at a time, of said plurality of said input image pixels,

04:29:19   21  or, is performed following said identifying entire said

04:29:28   22  plurality of said input image pixels, as having said

04:29:31   23  individual color in the digital video input image whose hue

04:29:36   24  or saturation was selected to be independently changed.

04:29:38   25  Q.  Did you conclude -- what were your conclusions with

04:29:43  1  regard to whether or not Claim 13 infringed?

04:29:45  2  A.  My conclusion is that this infringes -- the accused

04:29:48  3  products infringe this claim.

04:29:49  4  Q.  And could you -- why?

04:29:51  5  A.  Because in my testing, I was able to conclude that the

04:29:57  6  accused devices complete the process of identifying the

04:30:00  7  plurality of image -- input pixels one at a time or as a

04:30:08  8  plurality.

04:30:16  9  Q.  Okay, sir.  And then Claim 14 -- two more here.

04:30:21  10  Claim 14, another dependent, could you read that aloud for

04:30:24  11  us?

04:30:24  12  A.  The method of Claim 1, whereby in Step (d), for

04:30:28  13  independently controlling the hue of said selected

04:30:31  14  individual color in the real time digital video image, said

04:30:36  15  independent color hue control function is a function of

04:30:39  16  said input image pixel values of said plurality of said

04:30:46  17  input image pixels and of said corresponding selected

04:30:52  18  independent color hue control delta value.

04:30:52  19  Q.  And your conclusion with regard to Claim 14?

04:30:55  20  A.  It infringes.

04:30:56  21  Q.  And can you explain?

04:30:58  22  A.  The accused devices allow for the adjustment of an

04:31:04  23  individual color in real time digital video.  Do that with

04:31:12  24  an on-screen menu -- On-Screen-Display.

04:31:20  25  Q.  And Claim 15, sir, could you please read that?

04:31:29  1  A.  The method of Claim 1, whereby in Step (d), for

04:31:32  2  independently controlling the saturation of said selected

04:31:36  3  individual color in the real time digital video image, said

04:31:39  4  independent color saturation control function is a function

04:31:42  5  of said input image pixel values of said plurality of said

04:31:49  6  input image pixels and of said corresponding selected

04:31:55  7  individual (sic) color saturation control delta value.

04:32:00  8  Q.  And what is your conclusion regarding Claim 15?

04:32:04  9  A.  That the accused devices infringe this claim.

04:32:09  10  Q.  Why?

04:32:10  11  A.  Well, the accused devices adjust the individual color,

04:32:12  12  and real time video is a function of the saturation, and

04:32:15  13  the adjustment is actuated through using independent color

04:32:20  14  saturation control on On-Screen-Display.

04:32:24  15  Q.  Okay, Dr. Ducharme.  I have a couple of other questions

04:32:29  16  before we leave this topic.  Thank you for bearing with me.

04:32:45  17        I want to direct your attention to Page 28 of your

04:32:54  18  report, sir.

04:33:14  19  A.  Okay.

04:33:14  20  Q.  All right.  We were talking earlier about this concept

04:33:20  21  called doctrine of equivalents.  Remember that?

04:33:24  22  A.  Yes.

04:33:25  23  Q.  And you said doctrine of equivalents was what, sir?

04:33:34  24  A.  When an accused device practices a limitation in

04:33:37  25  substantially -- with substantially the same function in

04:33:39   1   substantially the same way with substantially the same
04:33:41   2   result.
04:33:42   3   Q.   And is -- can you -- it won't take but a second, but
04:33:53   4   could you please read, silently, Paragraph 70?  I want to
04:33:58   5   ask you a couple of questions about that.
04:35:24   6   A.   Okay.
04:35:24   7   Q.   Okay.  Now, are you advancing -- are you also advancing
04:35:28   8   a specific doctrine of equivalents opinion, as well?
04:35:38   9   A.   I'm sorry.  I don't understand the --
04:35:40  10   Q.   Okay.  Well, in your analysis of discussing the
04:35:46  11   identification of pixel values with individual colors to be
04:35:50  12   changed, you discuss what is a matrix or a LUT -- a LUT --
04:36:09  13   do you see that -- excuse me, a LUT transform?
04:36:09  14   A.   What -- how -- do you want me to tell you what they
04:36:22  15   are?
04:36:22  16   Q.   Yes.
04:36:23  17   A.   A matrix operation is just an array of numbers.  It's a
04:36:28  18   way of multiplying arrays of numbers times each other.  And
04:36:32  19   we call it a LUT.  It's a look-up table.  It's just a way
04:36:37  20   of -- it's like a secret decoder ring.  And you have values
04:36:40  21   and you can look up in the table to see what the new value
04:36:45  22   should be.  It's just a way that we -- things are done in
04:36:49  23   source code, typically.
04:36:49  24   Q.   And so if there's -- did you say it was a LUT?
04:36:58  25   A.   I just always called it a look-up table.  I never

04:37:02  1   pronounce it L-U-T or whatever you call it.

04:37:04  2   Q.  Okay.  For the purposes of the record, though, it's

04:37:07  3   LUT; is that what you're saying?

04:37:09  4   A.  Yes, LUT.

04:37:14  5   Q.  Is it the case that if there is a look-up table, that

04:37:17  6   does not change your opinion with regard to the 1(c) step?

04:37:26  7   A.  That's correct.

04:37:26  8   Q.  And a matrix?

04:37:27  9   A.  That's correct.

04:37:29  10  Q.  Give me one second, Dr. Ducharme, before we leave this

04:37:49  11  report.  I have one more thing to ask you.

04:37:52  12          I was going to -- I'm going to ask you about your

04:38:05  13  opinions with regard to brightness and tint.  Do you

04:38:09  14  remember that?  How you -- did you have an opinion on

04:38:13  15  brightness and tint?

04:38:18  16  A.  I'm not sure I'm understanding the words.

04:38:21  17  Q.  I'm trying to find you --

04:38:23  18          THE COURT:  I'm sorry.

04:38:28  19          MR. JOSHI:  Outside the scope.

04:38:32  20          MR. SABA:  Find it in one second, Your Honor.

04:38:33  21          THE COURT:  Wait a second.  There was an

04:38:33  22  objection.  Outside the scope of what?

04:38:35  23          MR. JOSHI:  Of his expert testimony.

04:38:36  24          THE COURT:  He's providing his -- I'm confused

04:38:39  25  about the basis of the objection.  He's in his direct

04:38:44  1  now,so how is it outside the scope?

04:38:47  2       MR. JOSHI:  Brightness and tint are not in his

04:38:50  3  report.

04:38:51  4       MR. SABA:  Your Honor, I found it.  It actually is

04:38:54  5  in his report at footnote 12.

04:38:56  6       THE COURT:  Okay.  I'll take that representation.

04:38:59  7       MR. SABA:  Thank you, Your Honor.

04:39:01  8  BY MR. SABA:

04:39:01  9  Q.  Dr. Ducharme, can you please look at your report at

04:39:04  10  footnote 12, please?

04:39:06  11  A.  Can you tell me what page that's on?

04:39:09  12  Q.  Page 22.  My apologies.

04:39:38  13  A.  And what is the question?

04:39:39  14  Q.  I want to ask you about -- the question is this:  It --

04:39:47  15  what if a color control value is brightness?

04:39:55  16  A.  Okay.

04:39:57  17  Q.  Does that change your opinion on -- with regard to the

04:40:01  18  accused devices?

04:40:03  19  A.  No.  My -- none of the claim limitations are -- have

04:40:17  20  anything to do with a name of the function, just that they

04:40:24  21  allow for independent control of hue or saturation

04:40:28  22  adjustment.

04:40:29  23       So brightness, I could consider that to just be

04:40:32  24  the name of the delta value or a label I put on a slider.

04:40:40  25  Q.  And same for color?

04:40:49  1   A.  It wouldn't matter -- necessarily wouldn't matter in

04:40:57  2   the context.  It's the word "color" would -- I think that

04:40:59  3   would satisfy the limitation.

04:41:02  4   Q.  Give me one second, sir.

04:41:19  5          Dr. Ducharme, I want to direct your attention to

04:41:34  6   what's -- what's been admitted, P-26-1, and I want to ask

04:41:45  7   you a couple of quick questions about this.  Do you see

04:41:47  8   this guide?

04:41:48  9   A.  Yes.

04:41:48  10  Q.  Familiar with this?

04:41:49  11  A.  Yes.

04:41:49  12  Q.  All right.  We were talking earlier this afternoon

04:41:54  13  about -- you had said something to the effect of every 200

04:42:03  14  or 300 hours a device might need to be calibrated or have

04:42:09  15  their colors -- have its colors adjusted.  Do you remember

04:42:13  16  that?

04:42:14  17  A.  Yes.

04:42:14  18  Q.  And would that -- does that involve the color-changing

04:42:18  19  technology?  Is that what you were referring to?

04:42:20  20  A.  That's how you would actuate a change on the -- on the

04:42:26  21  color on the device, so, yeah.

04:42:28  22  Q.  All right.  I want to direct your attention to

04:42:31  23  Page 3-16.  And you see -- we talked -- I know that -- that

04:42:43  24  this was discussed earlier today, not necessarily with you

04:42:46  25  with regard to this device, but third to the bottom there

| | | |
|---|---|---|
| 04:42:49 | 1 | is this:  Screen image has color defects.  White does not |
| 04:42:55 | 2 | look white. |
| 04:42:56 | 3 | Do you see that? |
| 04:42:57 | 4 | A.  Yes. |
| 04:42:58 | 5 | Q.  Is that an example of how you might need to adjust a |
| 04:43:03 | 6 | monitor after 200 or 300 hours of use? |
| 04:43:08 | 7 | A.  Yes. |
| 04:43:09 | 8 | Q.  And what does the possible solution say?  Do you see |
| 04:43:15 | 9 | the last bullet point on the right? |
| 04:43:18 | 10 | A.  Yes.  It -- ASUS instructs the user to adjust the RGB |
| 04:43:24 | 11 | color settings. |
| 04:43:26 | 12 | Q.  And then keep reading. |
| 04:43:32 | 13 | A.  Well -- or select the color temperature via the |
| 04:43:37 | 14 | On-Screen-Display. |
| 04:43:46 | 15 | Q.  Okey-doke.  All righty.  I want to talk to you about a |
| 04:43:53 | 16 | slightly different topic now, because you also provided not |
| 04:43:58 | 17 | only your -- your opinions on infringement but your |
| 04:44:03 | 18 | opinions on validity, right? |
| 04:44:05 | 19 | A.  Yes. |
| 04:44:05 | 20 | Q.  All right.  What did you -- what were you asked to do |
| 04:44:09 | 21 | with regard to your opinions on the '435's validity? |
| 04:44:29 | 22 | A.  Can you clarify the question? |
| 04:44:31 | 23 | Q.  Yeah.  What did you do with regard to validity?  What |
| 04:44:34 | 24 | were you asked to do? |
| 04:44:35 | 25 | A.  I was look -- I was asked to consider the claim |

04:44:41  1  limitations of the '435 patent against claims presented in

04:44:48  2  other prior art.

04:44:50  3  Q.  Do you -- did you say the '435 patent?

04:44:54  4  A.  Yes.

04:44:54  5  Q.  Okay.  And did you have the opportunity to review

04:45:03  6  Defendant ASUS's report -- expert report on invalidity?

04:45:07  7  A.  Yes.

04:45:08  8  Q.  All right.  And what -- who wrote the report -- who

04:45:20  9  wrote the report on behalf of ASUS?

04:45:23  10  A.  Dr. Stevenson.

04:45:24  11  Q.  And do you agree with Dr. Stevenson's opinions?

04:45:29  12  A.  No.

04:45:30  13  Q.  What is the primary basis that Dr. Stevens --

04:45:43  14  Stevenson -- excuse me -- is using to support his opinion

04:45:52  15  that the '435 is somehow not valid?

04:45:54  16  A.  In the report, he utilizes a prior art patent.  That

04:45:58  17  means a patent that was issued before the '435 patent, so

04:46:04  18  prior art.  That's being referred to as Brett in this case.

04:46:11  19          MR. SABA:  And, Denver, could you kindly publish

04:46:20  20  Slide 48?

04:46:21  21  BY MR. SABA:

04:46:22  22  Q.  Dr. Ducharme, do you see this reference?

04:46:24  23  A.  Yes.

04:46:24  24  Q.  All right.  This is the -- what is called the "Brett

04:46:27  25  reference"?

04:46:27  1    A.  Yes.

04:46:28  2    Q.  All right.  Why is it called the Brett reference?

04:46:32  3    A.  The author's name is Brett -- the inventor's name --

04:46:35  4    not author.  Sorry, inventor.

04:46:38  5    Q.  Okay.  So to be clear -- to set the stage, and I don't

04:46:46  6    want to get ahead of myself and I'm sorry for -- for a

04:46:51  7    slight delay here -- Dr. Stevenson has not testified yet,

04:46:55  8    correct, not to your knowledge?

04:46:57  9    A.  Not to my knowledge.

04:46:59  10   Q.  Right.  But he -- but -- but -- and Defendant ASUS's

04:47:04  11   opening statement -- Defendant ASUS had said that --

04:47:08  12   yesterday that they were going to present an expert to --

04:47:12  13   to discuss potential invalidity on the patent, correct?

04:47:16  14   A.  Yes.

04:47:17  15   Q.  All right.  And so you're familiar with that report?

04:47:20  16   A.  Yes.

04:47:21  17   Q.  And the basis of the report is this Brett reference?

04:47:29  18   A.  Yes.

04:47:29  19   Q.  And I'm sorry, can you tell me who Brett is again?

04:47:32  20   A.  He's this inventor of this patent that you're

04:47:35  21   displaying on the screen.

04:47:36  22   Q.  All right.  What is -- what is the Brett reference?

04:47:40  23   What is it?

04:47:41  24   A.  It -- it's a patent for the color adjustment of what

04:47:51  25   are called telecines.  A telecine is used to take old film

04:47:55  1  and transfer it to digital video.  And so the patent is

04:48:04  2  mainly concerned with color adjustment of these telecines.

04:48:08  3  Q.  I'm sorry.  What is a telecines?

04:48:10  4  A.  It's telecine, and it's -- like a 35-millimeter film

04:48:17  5  transfer device.  So it transfers 35-millimeter movie film

04:48:22  6  to digital video.

04:48:25  7  Q.  Does the Brett reference disclose or teach a real time

04:48:36  8  digital video?

04:48:36  9  A.  No, this patent has nothing to do with real time

04:48:39  10  digital video.

04:48:40  11  Q.  So it's taking film and moving it over to a digital

04:48:44  12  medium?

04:48:44  13  A.  Yes.

04:49:06  14  Q.  In order to -- I need to ask you some questions about

04:49:20  15  this Brett reference and your opinion -- well, let me ask

04:49:23  16  you this question.  What is your opinion of the validity of

04:49:26  17  the '435 patent, if that wasn't clear?

04:49:29  18  A.  Well, my -- my opinion doesn't matter.  It's a valid

04:49:33  19  patent that's been granted by the U.S. Patent Office.

04:49:36  20  Q.  And what is your general opinion critiquing ASUS's

04:49:41  21  expert's opinion for invalidity?

04:49:45  22  A.  That it's incorrect.

04:49:47  23  Q.  And the only piece of prior art, as they say, that's

04:49:51  24  referenced is this Brett patent?

04:49:54  25  A.  Yes.

04:49:56   1   Q.   And the Brett patent references -- does not reference
04:50:04   2   real time digital video?
04:50:05   3   A.   No.
04:50:05   4   Q.   All right.   Okay.   We talked about telecines.   You told
04:50:28   5   us about that.
04:50:28   6        Let me go to Claim 1(b).   Now, when I'm going
04:50:34   7   through the claims here, the comparison I'm going to be
04:50:37   8   asking you about is -- briefly is the claims of the '435
04:50:48   9   patent against any sort of other prior art reference.   So
04:50:50   10   that's how I want to -- that's what I want to ask you about
04:50:53   11   from a comparison standpoint.
04:50:55   12   A.   Okay.
04:50:55   13   Q.   All right.
04:50:56   14   A.   Yes.
04:50:56   15   Q.   And so I'm looking at Claim 1(b) here, and we talked
04:51:00   16   about this ad nauseam a second ago, a method for
04:51:04   17   independently controlling, and then '435, 1(b) says:
04:51:11   18   Selecting to independently change the hue or saturation of
04:51:14   19   a video input image.
04:51:16   20        Right?
04:51:16   21   A.   Yes.
04:51:17   22   Q.   All right.   The question I have for you is this:   Does
04:51:21   23   Brett disclose this limitation?
04:51:23   24   A.   No.
04:51:23   25   Q.   And why?

04:51:29   1   A.  Brett doesn't let you -- the invention that Brett was

04:51:38   2   granted a patent for, it doesn't allow you to select an

04:51:42   3   individual color.  It's -- it allows you to choose ranges

04:51:47   4   of hue and saturation.

04:51:50   5          There's dials that you can use to select a range

04:51:57   6   of colors, and then there are dials to change how those

04:52:05   7   colors are changed.  It doesn't allow you to select an

04:52:10   8   individual color.

04:52:10   9   Q.  And how do you know that, Dr. Ducharme?

04:52:12   10  A.  I read the patent and compared it, along with the

04:52:17   11  Court's construction of all the terms, to the claim

04:52:21   12  limitations that are asserted from the '435 in this case.

04:52:26   13  Q.  Is it important to analyze in that process all of the

04:52:31   14  claim limitations of the '435?

04:52:37   15  A.  No.

04:52:37   16  Q.  It's not?  Oh.  I'm sorry.  Let me rephrase the

04:52:42   17  question.

04:52:42   18         Is it the case or did you assume that in order for

04:52:47   19  something to potentially invalidate a patent claim that's

04:52:52   20  issued, it would have to read on every limitation that's

04:52:56   21  claimed?

04:52:58   22  A.  Every limitation of one claim.

04:53:00   23  Q.  Right, one claim.  And we're talking about Claim 1,

04:53:03   24  right?

04:53:03   25  A.  Yes.

04:53:03  1   Q.  Right.  So, for example, if something does one step --
04:53:10  2   1(a), 1(b) but not 1(c) or 1(d), then there's no invalidity
04:53:17  3   issue, correct, in that hypothetical?
04:53:20  4   A.  Yes, that's correct.
04:53:21  5   Q.  So that's -- I should have put that in context.
04:53:24  6           So you said that Brett doesn't select an
04:53:27  7   individual color, correct?
04:53:29  8   A.  Correct.
04:53:30  9   Q.  All right.  Does this mean that the user in Brett is
04:53:40  10  not selecting like an R, G -- even an R, G, or B?
04:53:45  11  A.  No.
04:53:45  12  Q.  And what's R, G, or B?
04:53:48  13  A.  Red, green, blue.
04:53:50  14  Q.  Right.  That's the individual color, correct?
04:53:52  15  A.  Yes.
04:53:53  16  Q.  And is Brett teaching a way of -- and you said earlier
04:54:20  17  that Brett is not even discussing video.  Is it -- then
04:54:25  18  what is it sort of processing?
04:54:28  19  A.  The signals detected from the film -- the light signals
04:54:40  20  detected from the film.
04:54:41  21  Q.  Like a still frame; is that your understanding?
04:54:44  22  A.  Yeah, I mean, a film is a bunch of static pictures
04:54:49  23  placed together in a periodic film -- succession of images,
04:54:56  24  I guess, is what they call it.
04:54:59  25  Q.  And then with regard to Claim 1(c) and 1(d), tell me

```
04:55:15   1   about that in the -- in light of this Brett reference.
04:55:21   2   A.  Well, 1(c) and 1(d), when you read it, it's real time
04:55:29   3   digital video, so these don't apply to Brett.
04:55:39   4   Q.  All right.  So you're saying just because -- is it the
04:55:43   5   case that because the '435 patent is dealing with digital
04:55:46   6   video and Brett is not, then there's no conflict with
04:55:53   7   '435, 1(c) and 1(d)?
04:55:55   8   A.  Yes.  Well, that and combined with the previous step,
04:55:59   9   you weren't able to select an individual color to then
04:56:04  10   identify the plurality of pixels using arithmetic logic.
04:56:09  11   So the previous -- because the previous claim wouldn't have
04:56:12  12   been met -- sorry -- claim step wouldn't have been met, you
04:56:16  13   can't perform (c) or (d).  But both (c) and (d) in plain
04:56:25  14   and ordinary language say real time digital video.
04:56:29  15   Q.  Whereas Brett does not?
04:56:31  16   A.  Yes.  Correct.
04:56:32  17   Q.  All right.  And then I want to talk to you about
04:56:36  18   Claim 1(e).  I don't want to read it again for the ladies
04:56:42  19   and gentlemen of the jury because we talked about it
04:56:44  20   earlier, but we're showing you -- can you see on the screen
04:56:48  21   we're showing you '435, Claim 1(e)?
04:56:52  22   A.  Yes.
04:56:52  23   Q.  All right.  You want to tell me a little bit about that
04:56:56  24   with a reference to your criticisms on the Brett reference?
04:57:10  25   A.  Once again, this is referencing real time video so it
```

04:57:14   1   doesn't apply to Brett.

04:57:16   2   Q.  Is -- and you said you could not select an individual

04:57:21   3   color in Brett, correct?

04:57:22   4   A.  That's correct.  In this example I'm trying to show

04:57:29   5   that, but it wasn't possible.

04:57:30   6   Q.  And -- and for what Brett teaches, is that -- does that

04:57:46   7   affect sort of all -- I don't even know, pixel values -- or

04:57:52   8   not pixel values -- does that affect all colors in the

04:57:56   9   Brett -- Brett reference?

04:58:03   10          Let me rephrase that.

04:58:05   11  A.  Thank you.

04:58:05   12  Q.  You can edit something in Brett, correct?

04:58:08   13  A.  Yes.

04:58:08   14  Q.  All right.  And you said earlier that you can't edit

04:58:13   15  individual colors?

04:58:14   16  A.  Correct.

04:58:14   17  Q.  All right.  So can you edit sort of the features of all

04:58:18   18  colors?

04:58:20   19  A.  You can -- you can define a range -- a range of hue,

04:58:24   20  saturation, and luminance, and those colors will be

04:58:30   21  changed.

04:58:31   22  Q.  But not for one individual color?

04:58:33   23  A.  That's correct.

04:58:33   24  Q.  Okay.  Did you want to expand at all on the pictorial

04:58:39   25  chart that you -- I believe you included with your opinion?

04:58:47  1   A.  Yes.

04:58:47  2   Q.  Please.

04:58:49  3   A.  Sorry.  Repeat the question.

04:58:51  4   Q.  This is the -- did you make this pictorial here, the

04:58:54  5   bottom part?

04:58:55  6   A.  I did.

04:58:56  7   Q.  All right.  You want to explain it?

04:58:58  8   A.  Sorry.  It's been awhile since I thought about this

04:59:18  9   picture.

05:00:19  10          So in this example I'm trying to show -- well,

05:00:23  11   trying to use what was taught in the Brett patent to

05:00:29  12   explain this conversion.

05:00:31  13          So in the Brett patent, they were using 10-bit

05:00:38  14   instead of 8-bit RGB values, and they were converting RGB

05:00:43  15   values to these HSL values, hue, saturation, luminance

05:00:51  16   values, to then provide the user with hue, saturation, and

05:00:55  17   luminance controls.

05:00:56  18          The problem becomes when you go back to RGB after

05:01:02  19   the change is made and -- on the HSL, hue, saturation, and

05:01:10  20   luminance knob.  So I've got two examples here.  The first

05:01:15  21   is the input pixels, and the RGB 8-bit have a value of 500

05:01:22  22   and then green 00.  In the pixel processing, once that's --

05:01:25  23   I've converted that from RGB to HSL, and these are

05:01:30  24   straightforward mathematical transformations that are well

05:01:34  25   known in the industry, you get this value that's shown.

```
05:01:40   1        When you convert back to RGB, you see on the right
05:01:44   2   I've got values of 500 and a green 0 and blue 0.
05:01:51   3        On the bottom, I've actually moved one of the HSL
05:01:55   4   knobs on Brett's invention.  So we start with red, and I
05:02:01   5   see red is 500, green is 0, blue is 0.  That's my input
05:02:07   6   pixel, I value.  I convert that to HSL, and that gives me
05:02:10   7   the numbers that you see, and make the adjustment to hue
05:02:14   8   with the knob that Brett disclosed.
05:02:19   9        When I go back to red, green, blue, you can see, I
05:02:26  10   don't have 500 red, green, and blue.  So I didn't have the
05:02:31  11   ability to select an individual color to change.
05:02:53  12        MR. SABA:  Your Honor, would this be an
05:02:55  13   appropriate time to stop?  Okay.  Thank you.
05:02:56  14        THE COURT:  I think so.  Yes.  Thank you,
05:02:59  15   Mr. Saba.
05:02:59  16        Ladies and gentlemen of the jury, it's been a long
05:03:01  17   day.  Thank you for your attention and focus this morning
05:03:07  18   and this afternoon, as well.
05:03:08  19        I'll ask you to be back no later than 8:45 in the
05:03:13  20   morning so that we can start promptly at 9:00 o'clock here
05:03:16  21   in the courtroom.
05:03:17  22        I'll remind you not to visit with anyone about the
05:03:19  23   case, don't do any type of independent investigation or
05:03:23  24   research, and don't post anything about any of the
05:03:25  25   proceedings that you have observed.
```

05:03:28   1          Have a safe trip home, and we'll see you back in

05:03:33   2   the morning.

05:03:34   3          COURT SECURITY OFFICER:  All rise for the jury.

05:03:36   4          (Jury out.)

05:04:01   5          THE COURT:  Okay.  Please be seated.

05:04:06   6          You may step down.

05:04:08   7          Anything we need to resolve or discuss before we

05:04:13   8   adjourn for the day?

05:04:14   9          MR. JOSHI:  Yes, we have some issues, Your Honor.

05:04:16  10          THE COURT:  Okay.

05:04:18  11          MR. JOSHI:  I'll go up to the microphone.

05:04:20  12          THE COURT:  Certainly.

05:04:24  13          MR. JOSHI:  The first issue, Your Honor, is we

05:04:28  14   will need to seal the courtroom during our cross of

05:04:32  15   Dr. Ducharme because we want to use the source code, and we

05:04:35  16   may use it more than once.

05:04:36  17          THE COURT:  That's fine.  All I would ask is that

05:04:40  18   you, you know, group all of that material into the same

05:04:43  19   section so that we can seal the courtroom once and get

05:04:46  20   through that material and unseal the courtroom.  I don't

05:04:48  21   want to have to seal it and unseal it and seal it and

05:04:52  22   unseal it.  And I also don't want to seal the entirety of

05:04:56  23   the -- of the testimony.

05:04:57  24          So just make sure we -- organize your -- your

05:05:01  25   examination in a way that groups all that at one time.

05:05:06   1        MR. JOSHI:  The second issue we have is I want --

05:05:09   2   tomorrow on Dr. Ducharme's cross, I want to be able to use

05:05:12   3   the Court's claim construction order as a demonstrative.

05:05:17   4   That's not front and center because their trial brief for a

05:05:20   5   mistrial, plus some of the objections we raised to him

05:05:26   6   being in violation of the claims -- the Court's claim

05:05:28   7   construction order, I want to be able to use that order.

05:05:32   8        MR. BENNETT:  I don't think you can open the door

05:05:35   9   and then use that as an invitation to use something you

05:05:40  10   shouldn't have used to begin with.  That's what they're

05:05:43  11   trying to do.

05:05:44  12        They opened the door by making the argument they

05:05:46  13   made at opening, and now they're trying to use that as a

05:05:49  14   reason to bring it in when they shouldn't.  So we do object

05:05:52  15   to that.  I mean, obviously it's fair game to impeach about

05:05:56  16   aspects of claim construction without --

05:05:57  17        THE COURT:  Yeah, but I'm not sure you use the

05:06:00  18   order to do that, so --

05:06:01  19        MR. BENNETT:  Right.

05:06:02  20        THE COURT:  -- so let me ask you, Mr. Joshi, why

05:06:04  21   do you need the order itself beyond just the Court's

05:06:09  22   constructions?

05:06:09  23        MR. JOSHI:  Because it's in the gray area where

05:06:11  24   it's not defined as, you know, a term means, term means.

05:06:15  25   But what the dispute here now is there is an indefiniteness

05:06:19  1    about when is red "red."  And that depends on when other

05:06:23  2    colors are a certain number or they're not of a certain

05:06:27  3    number because red can be a combination of red and

05:06:30  4    something else.  And so that kind of a detail is in the

05:06:33  5    claim construction order.  That's in dispute.

05:06:34  6         THE COURT:  Could you not just use the patent to

05:06:36  7    do that?

05:06:37  8         MR. JOSHI:  I could, I could.  And what I would do

05:06:39  9    is I would minimize the use of the claim construction

05:06:43  10   order.  I would say, you know, the claim construction order

05:06:47  11   refers us to this inequality, and then go straight to the

05:06:50  12   patent.

05:06:51  13        MR. BENNETT:  The argument is you can use the

05:06:53  14   patent, just use the patent.  If we need to argue what the

05:06:55  15   law is after the facts come in, that's what post-trial

05:07:00  16   motions are for, directed verdict motions are for.  That's

05:07:04  17   not what interrogation is for.

05:07:07  18        THE COURT:  I don't -- I'm -- I am not inclined to

05:07:10  19   have you get into using the claim construction order beyond

05:07:12  20   the constructions themselves.

05:07:12  21        MR. JOSHI:  All right.

05:07:15  22        THE COURT:  You can use the patent, I think, to

05:07:17  23   achieve what you want to achieve, but, you know, if you --

05:07:23  24   you know, you can use the patent in the preferred

05:07:26  25   embodiment, and, you know, I don't think it's necessary to

05:07:32   1   go through the order.

05:07:33   2           MR. JOSHI:  Okay.  And Mr. Oliver will address the

05:07:35   3   next couple of issues.

05:07:37   4           MR. OLIVER:  Two -- one substantive question and

05:07:41   5   two more are kind of practical questions, Your Honor.

05:07:44   6           THE COURT:  Okay.

05:07:44   7           MR. OLIVER:  One question is, again, requesting a

05:07:47   8   little bit of clarification on the Section 101

05:07:51   9   inoperability defense.  And Your Honor has said it's a

05:07:57  10   matter of law.  It can't be tried to the jury.

05:08:00  11           And so the question is will we be permitted to

05:08:02  12   present the testimony on that to the bench, or are you not

05:08:06  13   taking any testimony on inoperability?

05:08:08  14           THE COURT:  Here's my view at the end of the day,

05:08:14  15   Mr. Oliver.  I can't really tell you how to try your case.

05:08:19  16           I'm open to whatever you suggest is the proper

05:08:23  17   procedure.  Whether we argue that in some sort of a

05:08:31  18   separate proceeding or you make some sort of argument

05:08:36  19   during this trial, I'm open to whatever you think you need

05:08:39  20   to do to protect your record and to protect your clients's

05:08:43  21   interest.  So that -- that's really the only suggestion I

05:08:49  22   can make.

05:08:49  23           MR. OLIVER:  May we, when we call Dr. Stevenson,

05:08:54  24   have a portion of that testimony where the jury leaves the

05:08:57  25   room, and we put it on the record outside of the presence

| 05:09:00 | 1 | of the jury? |

05:09:00  1  of the jury?

05:09:01  2       THE COURT:  I -- that's -- strikes me as a

05:09:05  3  reasonable way to handle it.

05:09:06  4       Mr. Bennett, thoughts?

05:09:09  5       MR. BENNETT:  I --

05:09:10  6       THE COURT:  I mean, just for purposes of

05:09:14  7  protecting their record.

05:09:15  8       MR. BENNETT:  That raises a few complications for

05:09:18  9  us perhaps.  We can visit about it tonight and get back to

05:09:22  10  the Court, but we'll get back to you on that tomorrow

05:09:24  11  morning, Your Honor.

05:09:25  12       THE COURT:  Maybe we can do it -- we can figure

05:09:25  13  out a time.

05:09:27  14       When do we expect his testimony to begin?  I don't

05:09:31  15  guess you really know.

05:09:31  16       MR. OLIVER:  He would probably be our second

05:09:34  17  witness and --

05:09:34  18       MR. JOSHI:  He's our second, yes.

05:09:36  19       MR. OLIVER:  We have a very short fact witness,

05:09:38  20  and then he would be our second witness.  So it really

05:09:41  21  depends on when the Plaintiffs -- you know, it would be 30

05:09:47  22  minutes into our case where he starts testifying.

05:09:49  23       THE COURT:  Let me suggest you all think about it,

05:09:51  24  and if you've got concerns about it, visit with -- visit

05:09:56  25  with Mr. Oliver and see if you all can come up with an

05:10:01   1   approach that's agreeable and makes sense.

05:10:03   2          MR. BENNETT:  Yes, Your Honor.

05:10:04   3          MR. OLIVER:  Two questions that will -- one will

05:10:06   4   affect both parties.  And the request is, is it possible to

05:10:12   5   allow the corporate representatives and expert witnesses to

05:10:16   6   bring their cellphones into the courtroom?  The guards

05:10:19   7   won't let us.  They said Your Honor could allow it, but we

05:10:23   8   just wanted to get your thoughts on that.

05:10:25   9          THE COURT:  So I will allow that against my better

05:10:29  10   judgment.  It has to be completely disabled so that it's

05:10:33  11   silent and whatever, and if it is -- if it's used in any

05:10:39  12   way that's distracting, it will be a problem, okay?

05:10:42  13          MR. OLIVER:  Okay.  Okay.  May we just use them in

05:10:47  14   the break room during breakouts?

05:10:50  15          THE COURT:  That's certainly fine.  Yes, I'm

05:10:52  16   certainly agreeable to that.  But --

05:10:52  17          MR. OLIVER:  We've been just --

05:10:54  18          THE COURT:  -- it has been my practice that they

05:10:56  19   end up being distracting --

05:10:59  20          MR. OLIVER:  Okay.

05:11:00  21          THE COURT:  -- in the courtroom.

05:11:01  22          MR. OLIVER:  So if the parties can agree upon a

05:11:05  23   proposed order, can we just submit it to Your Honor so --

05:11:08  24          THE COURT:  As to what?

05:11:09  25          MR. OLIVER:  To -- because the security guards

05:11:10   1   said that they weren't --

05:11:10   2          THE COURT:  No, that's not something I'm agreeable

05:11:13   3   to the parties working out among themselves.

05:11:20   4          I'm telling you that to bring them into the

05:11:23   5   courtroom --

05:11:24   6          MR. OLIVER:  Okay.

05:11:25   7          THE COURT:  -- they just have to be disabled in --

05:11:27   8   you know, essentially silenced.  And not only do they have

05:11:30   9   to be silenced, they can't be used in way that's

05:11:35  10   distracting.

05:11:36  11          MR. OLIVER:  Should we then just put them in the

05:11:38  12   attorney's bags because the security guards won't let them

05:11:41  13   carry the devices in?

05:11:43  14          THE COURT:  I'll make arrangements to let them

05:11:45  15   know that I am permitting the corporate representatives and

05:11:50  16   experts to have them in the courtroom.

05:11:57  17          MR. OLIVER:  Thank you, Your Honor.

05:12:03  18          THE COURT:  But if -- but if I see them used in

05:12:06  19   way that's distracting, Mr. Oliver, I promise you I will

05:12:09  20   take them away.

05:12:11  21          MR. OLIVER:  That is fine with me.

05:12:12  22          THE COURT:  And I will return them at the end of

05:12:14  23   the trial.

05:12:16  24          MR. OLIVER:  Okay.  Okay.  Duly noted.

05:12:20  25          Final question is our expert, Dr. Stevenson,

380

05:12:24  1   hasn't had a chance to actually operate one of the devices

05:12:27  2   that was operated today during the trial.  And we are

05:12:30  3   wondering if we can have a little bit of time after court

05:12:34  4   adjourns with the device in the courtroom for him to --

05:12:35  5            THE COURT:  Today, yes.  Yes.

05:12:35  6            MR. OLIVER:  Okay.

05:12:37  7            THE COURT:  You can certainly do that.

05:12:38  8            MR. OLIVER:  Thank you.  That's all we've got.

05:12:40  9            THE COURT:  Mr. Bennett, anything else?

05:12:42  10           MR. BENNETT:  I have nothing, Your Honor.

05:12:43  11           THE COURT:  Okay.  See you all in the morning.

05:12:47  12           COURT SECURITY OFFICER:  All rise.

05:12:50  13           (Time noted 5:12 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

1                COURT REPORTER'S CERTIFICATION

2           I HEREBY CERTIFY that the foregoing is a true and

3    correct transcript from the stenographic notes of the

4    proceedings in the above-entitled matter to the best of my

5    ability.

6

7    May 18, 2021        s/ KATHRYN McALPINE/_____
     Date                KATHRYN McALPINE, RPR, CSR, CCR
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25