IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC | § § § | |
| V. | § § | CIVIL NO. 6:19-cv-00059 |
| ASUSTEK COMPUTER INC., et al | § § | |

MINUTES FOR POST-TRIAL HEARING
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
AUGUST 18, 2021

OPEN: 10:07 a.m.      ADJOURN: 3:09 p.m.

| | |
|---|---|
| ATTORNEY FOR PLAINTIFF: | Brad Liddle |
| ATTORNEYS FOR DEFENDANTS: | Vinay Joshi and Andrew Oliver |
| LAW CLERK: | Andrew Schreiber |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Cindy Donald |

| | |
|---|---|
| 10:07 a.m. | Case called; parties introduce themselves and announce ready, Court welcomes everyone and gives preliminary comments |
| 10:17 a.m. | Mr. Joshi calls Dr. Robert Stevenson; witness sworn in; Mr. Joshi begins direct examination of Dr. Stevenson |
| 10:28 a.m. | Objection by Mr. Brad Liddle; Court - sustained |
| 10:39 a.m. | Objection by Mr. Liddle; Mr. Joshi responds; Court - you will have opportunity to cross-examine witness |
| 10:46 a.m. | Mr. Liddle begins cross examination of Dr. Stevenson |
| 10:50 a.m. | Objection by Mr. Joshi; Court - clarify question |

| | |
|---|---|
| 10:54 a.m. | Objection by Mr. Liddle; Court - sustained |
| 10:58 a.m. | Objection by Mr. Joshi; Court - overruled |
| 10:59 a.m. | Objection by Mr. Joshi; Court - clarify question |
| 11:26 a.m. | Mr. Joshi begins redirect examination of Dr. Stevenson |
| 11:34 a.m. | Objection by Mr. Liddle; Mr. Joshi responds; Court - overruled |
| 11:37 a.m. | Mr. Liddle advises that he will not call Dr. Ducharme; Mr. Joshi responds; Court responds |
| 11:39 a.m. | Mr. Liddle calls Dr. Al Ducharme; witness sworn in; Mr. Liddle begins direct examination of Dr. Ducharme |
| 11:48 a.m. | Mr. Joshi begins cross examination of Dr. Ducharme |
| 12:08 p.m. | Objection by Mr. Liddle; Court - overruled |
| 12:18 p.m. | Objection by Mr. Joshi |
| 12:19 p.m. | Court discusses remaining time |
| 12:20 p.m. | Recess |
| 2:11 p.m. | Mr. Joshi argues defendant's Motion Motion for Court's Determination that Asserted Claims are Invalid under 35 U.S.C. 101 (dkt. #251) |
| 2:17 p.m. | Mr. Liddle responds to argument |
| 2:21 p.m. | Court questions Mr. Joshi; Mr. Joshi responds |
| 2:23 p.m. | Court questions Mr. Oliver regarding plaintiff's Motion to Strike (dkt. #240); Mr. Oliver responds |
| 2:26 p.m. | Mr. Liddle responds |
| 2:27 p.m. | Court responds |
| 2:28 p.m. | Mr. Oliver argues defendant's Motion for JMOL (dkt. #239) |
| 2:34 p.m. | Court questions Mr. Oliver; Mr. Oliver responds |

| | |
|---|---|
| 2:38 p.m. | Court questions Mr. Oliver; Mr. Oliver responds |
| 2:54 p.m. | Mr. Liddle responds to argument |
| 2:55 p.m. | Court questions Mr. Liddle; Mr. Liddle responds |
| 3:04 p.m. | Mr. Oliver replies |
| 3:05 p.m. | Court questions Mr. Oliver; Mr. Oliver responds |
| 3:09 p.m. | Recess |