# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ASUSTEK COMPUTER INC., <br><br> Defendant. | § § § § § § § § § § § § § CIVIL ACTION NO. 6:19-CV-00059-RWS |

## ORDER

Before the Court is Defendant ASUSTeK Computer Inc.'s Opposed Motion for Leave to File Supplemental Information.  Docket No. 260.  The Court **ORDERS** Plaintiff Lone Star Technological Innovations, LLC, to file its response to this Motion by Monday, **March 14, 2022.**

**So ORDERED and SIGNED this 10th day of March, 2022.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE