IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC,<br><br>   *Plaintiff,*<br><br>v.<br><br>ASUSTEK COMPUTER, INC,<br><br>   *Defendant.* | § § § § § § § § § § § § § §   Case No. 6:19-cv-00059-RWS |

**NOTICE OF APPEARANCE**

  Please take notice that attorney Daniel L. Schmid of the law firm CARTER ARNETT PLLC is appearing as counsel of record for Plaintiff Lone Star Technological Innovations, LLC. Mr. Schmid hereby requests that all pleadings, correspondence, materials, and electronic notices required to be served in the above-entitled and numbered cause be copied to and served upon him at dschmid@carterarnett.com.

Dated: April 7, 2022                Respectfully Submitted,

                                 */s/ Daniel L. Schmid*
                                 Daniel L. Schmid
                                 Texas State Bar No. 24093118
                                 CARTER ARNETT PLLC
                                 8150 N. Central Expressway
                                 Suite 500
                                 Dallas, Texas 75206
                                 Telephone No. (214) 550-8188
                                 Facsimile No. (214) 550-8185

                                 **ATTORNEY FOR PLAINTIFF**
                                 **LONE STAR TECHNOLOGICAL**
                                 **INNOVATIONS, LLC**

## CERTIFICATE OF SERVICE

  This is to certify that on April 7, 2022, a true and correct copy of the foregoing instrument was delivered to all counsel of record through the court electronic filing system.

                */s/ Daniel L. Schmid*
                Daniel L. Schmid