IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LONE STAR TECHNOLOGICAL INNOVATIONS, LLC | § § § | |
| V. | § § § | CIVIL NO. 6:19-cv-00059 |
| ASUSTEK COMPUTER INC., et al | § | |

MINUTES FOR STATUS CONFERENCE
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
APRIL 20, 2022

OPEN: 10:00 a.m.                                                                ADJOURN: 10:50 a.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Bradley Liddle and Joshua Bennett |
| ATTORNEY FOR DEFENDANTS: | Vinay Joshi |
| LAW CLERK: | Andrew Schreiber |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Shelly Holmes |

10:00 a.m.    Case called; parties introduce themselves and announce ready, Court welcomes everyone and gives preliminary comments; Court and parties discuss possible trial during the week of June 27, amount of damages in controversy, discovery matters, how to deal with new dispositive motions, pretrial conference date, use of juror questionnaire, having a vaccinated/unvaccinated jury and post-trial briefing

10:40 a.m.    Recess

10:47 a.m.    Mr. Joshi informs the Court of his expert's availability; Court responds - jury selection will be June 27 with trial to immediately follow; order will be forthcoming; parties and Court discuss willfulness issue

10:50 a.m.    Recess