# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **LONE STAR TECHNOLOGICAL INNOVATIONS, LLC,** | § § § | |
| *Plaintiff,* | § § | **Civil Case No. 6:19-cv-00059-RWS** |
| v. | § § | **LEAD CASE** |
| **ASUSTEK COMPUTER INC.,** | § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § § § | |
| | § | |

## PLAINTIFF'S AND DEFENDANT'S PROPOSED JURY VERDICT FORMS

Plaintiff Lone star Technological Innovations, LLC and Defendant AsusTek computer Inc. have met and conferred on June 26,2022 and submit their respective proposed jury verdict forms.

Dated: <u>June 26, 2022</u>

Respectfully submitted,

<u>/s/ John Lee</u>
James Robert Arnett II
Texas Bar No. 01332900
barnett@carterarnett.com
Joshua J. Bennett
Texas Bar No. 24059444
jbennett@carterarnett.com
Bradley D. Liddle
Texas Bar No. 24074599
bliddle@carterarnett.com
Monica Goff
Texas Bar No. 24102101
**CARTER ARNETT PLLC**
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206
Telephone: No.: (214) 550-8188
Facsimile No.: (214) 550-8185


John D. Saba, Jr.
Texas Bar Number 24037415
**WITTLIFF CUTTER PLLC**
1209 Nueces St.
Austin, Texas 78701

Telephone: (512) 960-4865
Facsimile: (512) 960-4689
john@witliffcutter.com

John Lee (admitted to E.D. Texas)
**BANIE & ISHIMOTO LLP**
2100 Geng Road, Suite 210
Palo Alto, CA 94303
Telephone: (650) 241-2771
Facsimile: (650)-241-2770
**ATTORNEYS FOR PLAINTIFF**


_/s/ Vinay V. Joshi_
Vinay V. Joshi (Calif. Bar No. 213487)
vjoshi@thepatentattorneys.com
Andrew T. Oliver (Calif. Bar No. 226098)
aoliver@atwiplaw.com
**Amin Turocy & Watson LLP**
160 West Santa Clara Street
Suite 975
San Jose CA 95113
Telephone: (650) 618-6481
Facsimile:  (216) 696-8731

Counsel for Defendant
ASUSTeK Computer Inc.