IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **LONE STAR TECHNOLOGICAL INNOVATIONS, LLC,** | § § § § |
| *Plaintiff,* | § |
| v. | § Civil Case No. 6:19-cv-00059-RWS § § **LEAD CASE** |
| **ASUSTEK COMPUTER INC.,** | § § |
| *Defendant.* | § § § § |

**VERDICT FORM**

In answering these questions, you are to follow all of the instructions I have given you in the court's charge. As used in this Verdict Form, "Lone Star" means the Plaintiff Lone Star Technological, Innovations, LLC and "ASUS" means Defendant AsusTek Computer Inc.

**QUESTION NO. 1: DAMAGES**

What sum of money, if paid now, do you find by a preponderance of the evidence would fairly and reasonably compensate Lone Star for ASUS's infringement of the '435 Patent as a one-time, lump-sum payment?

Answer in dollars and cents.        $_____

**QUESTION NO. 2: WILLFULNESS**

Do you find by a preponderance of the evidence that ASUS's infringement of Lone Star's patent since May 21, 2021 was willful?

**Write "Yes" or "No" in the space provided below.**

Answer:_____

**Please proceed to the next page, and your Presiding Juror will sign the Verdict Form**

We, the jury, unanimously answered the preceding questions by a preponderance of the evidence or by clear and convincing evidence as instructed for each question.

Submitted the _____ day of _____, 2022 at \_\_\_\_\_ o'clock ,\_\_\_. m.

_____
PRESIDING JUROR