# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **LONE STAR TECHNOLOGICAL INNOVATIONS, LLC,** § § § § | |
| *Plaintiff,* § | **Civil Case No. 6:19-cv-00059-RWS** |
| v. § § | |
| **ASUSTEK COMPUTER INC.,** § § | |
| *Defendant.* § § § | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the court's charge. As used in this Verdict Form, "Lone Star" means the Plaintiff Lone Star Technological, Innovations, LLC and "ASUS" means Defendant ASUSTek Computer Inc.

PROPOSED JURY VERDICT FORM

**QUESTION NO. 1: DAMAGES FOR 100% USAGE**

If 100% of the Asus products were used to infringe the patented method, what sum of money, if paid now, do you find by a preponderance of the evidence would fairly and reasonably compensate Lone Star for ASUS's inducement of infringement of U.S. Patent No. 6,724,435 (also called "the '435 Patent") through the expiration of the patent?

Answer in dollars and cents.    $_____

**Proceed to the next question.**

**QUESTION NO. 2: PERCENTAGE OF USERS WHO INFRINGED**

What percentage of the ASUS products did Lone Star prove, by a preponderance of the evidence, that users have used to actually perform the infringing method?

Answer in a percentage from 0% to 100%.      _____ %

**Proceed to the next question.**

**QUESTION NO. 3: WILLFUL INFRINGEMENT**

Has Lone Star proved by a preponderance of the evidence that, between the first trial in May 2021 and this trial, ASUS willfully infringed U.S. Patent No. 6,724,435 (the '435 patent)?

Write "Yes" or "No"  _____

**Please proceed to the next page, and your Presiding Juror will sign the Verdict Form**

Proposed Jury Verdict Form

We, the jury, unanimously answered the preceding questions by a preponderance of the evidence or by clear and convincing evidence as instructed for each question.

Submitted the_____day of June, 2022 at_____o'clock,_____. m.

_____
PRESIDING JUROR

PROPOSED JURY VERDICT FORM